*248
258
6047*



**Robert B. Ancell
& Associates, Inc.**

**Rehabilitation
Consultants**

23077 Greenfield • Suite 185
Advance Building
Southfield, Michigan 48075
(248) 559-9579 • Fax (248) 559-8210

DATE: 2/13/17

FAX TO: Dennis O'bryan

FROM: Robert B. Ancell, Ph.D.
Karen Kaptur, RN
Alissa Pianin, M.S.

RE: _____

This transmittal consists of this cover sheet plus _____ pages. If you have any problems with this transmittal, please contact this office at (248) 559-9579. If you have a reply to send please use our fax number at (248) 559-8210.

ADDITIONAL INSTRUCTIONS AND/OR MESSAGE:

PLEASE NOTE: This information may have been disclosed to you from records whose confidentiality is protected by Federal Law and all applicable State Law. Federal Regulations (42 C.F.R., Part 2) prohibits you from making any further disclosure without the specific written consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is not sufficient for this purpose. If you have received this fax in error, please notify us and immediately destroy.

**Exhibit 2**

 A State of Michigan, Bureau Approved Rehabilitation Facility

## DR. ROBERT B. ANCELL
## TRIALS 2013-2017

1.  Bronzino v Clinton Twp. Police Dept-Fed Ct. Eastern District-'13
2.  Moore v Cleveland Clinic Foundation, et. al.-Cuyahoga Cty Common Pleas-OH-'13
3.  Mowry v Green Bay Packaging, et. al.-Sandusky Common Pleas Court, Fremont, OH-'13
4.  Nowaczewski v Consumer Power-Oakland Cty'13
5.  Cress v Willhite & VHS-Oakland Cty-'13
6.  Lindsay-James v Kirtland Landscaping-Oakland Cty.-13
7.  Moore v Metropolitan Hospital, et. al. Kent Cty.-'13
8.  Marrata v PC & I Security & Technology, Inc, West Bend Mutual Insurance Company-Saginaw-'13
9.  Noonan v Lansing Orthopedic, PC, et.al. Ingham Cty.-'13
10. McCall v John Hartmann, MD & Advantage Health Physicians-Kent Cty-'13
11. Hooper v Hooper-Oakland Cty-'13
12. Boutell v E. Kipp, DO, Mercy Health Partners, et.al-Muskegan Cty-'13
13. Jacobs v Tricam & Home Depot-Fed Ct-Flint-'13
14. Griffin v Bishop, Nichols & Home Owners Insurance Co.-Grand Traverse Cty-'13
15. Taylor v Cincinnati Insurance Co. Wayne Cty'13
16. Reniewicz v Lansing Genesis Surgery Center, LLC, et.al.-Ingham Cty-'13
17. Michael v Estate of Destiny Lynn Van Maurick, and K2 Auto, LLC-Ottawa, Cty-'13
18. Rude v Rude Oakland Cty., '13
19. Kamara v Professional for Women's Health, Inc. Franklin Cty, OH-'13
20. Vaughn v Secura Insurance Co.-Tuscola, Cty-'13
21. Thornsberry v Peace, et.al.-Monroe Cty-'13
22. Johnston v Stricklett – Medina Cty, OH-'13
23. Sise v Bandy-53rd District Ct.-Livingston, Cty-'13
24. Pixley v Washovia Remediators, Lenawee, Cty-'13
25. Gravel-Henkel, et al. v AAA Michigan, et al.-Washtenaw Cty-'13
26. Dickson v Citizens-Wayne Cty-'13
27. Whitson v Prabhu, MD-Wayne Cty-'13
28. Carr v Peredne, Cuyahoga Cty, OH-'13
29. Smith v People's Transit, Ltd. Wayne Cty-'14
30. Larson v Auto Owners-Washenaw Cty-'14
31. Wilson v St. Mary's, Dr. G. Schell, et. al. –Saginaw Cty-'14
32. Braspenick v Aspirus Grand View & Neal Schroeter, MD-Gogebic Cty-'14
33. Cilli v Motorist Mutual Insurance Company, et.al. –Macomb Cty-'14
34. Dorado v McCoig Concrete Company, LLC, et.al.-Wayne Cty-'14

35. Middleton v Auto Owners-Oakland Cty-'14
36. Petroskey v Petroskey-Wayne Cty-'14
37. Riems v Riems-Erie Cty, OH-'14
38. Baur v Comcast, et.al., Jackson Cty-'14
39. Torres et.al. v Concrete Designs, Inc., et.al.-Cuyahoga Cty, OH-'14
40. Heckman v Durgham, MD, et.al.-Wayne Cty-14
41. Estate of Digby Maring v AHPN Downtown Family Medicine Physicians, et. al., Kent Cty-'14
42. Rieck v Genesee Otter Lake Campground-Genesse Cty-'14
43. Rosenfield v Rosenfeld –Oakland Cty-'14
44. Smolarkiewicz v B. Bergeon, MD & Rehabilitation Associates of Mid-Michigan, PLC-Midland, Cty-'15
45. Roetken v Roetken-Oakland Cty-'15
46. Herron v Auto Owners-Macomb Cty-'15
47. Laidler v GTW-'15
48. Page v B. Crombie, MD, et.al., Summit Cty, OH-'15
49. Cooper v International Paper & Temple-Inland-Eastern District, MI-'15
50. Smider v John Franklin Thompson, Triple Z Collision & Bump Shop-Oakland Cty-'15
51. Holt v Ushe et. al., Wayne Cty-'15
52. Ghaleb v American Steamship-US Fed Crt-Eastern District-Flint-'15
53. Bulmann v Williams et.al. Antrum Cty-'15
54. Miller-Jones v South Haven Health System-Van Buren Cty,-'15
55. Diedo v Lt. Jeffrey Twardzik-Wayne Cty.-'15
56. Quoiquoi v Allstate Insurance Co.-Wayne Cty-'16
57. Sawyer v Willis & Allstate Insurance-Wayne Cty-'16
58. Miller v Plummer-Washtenaw Cty-'16
59. Bonanno v Harper/Hutzel, Dr. Jagannathan, et .al, Wayne Cty-'16
60. Ednes v Otsego Memorial Hospital-Otsego Cty-'16
61. Saiyed v Nair-Washtenaw Cty-'16
62. Guerrero v Sparrow Health System- Ingham Cty-'16
63. Pantelli v Citizen's Insurance Co.-Oakland Cty-'16
64. Lawrence v Black-Oakland Cty-'16
65. Safdir v Aziz-Oakland Cty-'16
66. Lilly v Grand Truck Railroad-Wayne Cty-'16
67. Rabon v Kimani; Tolyn Express, LLC & John Does 1-6 USDC Western District of Arkansas, Texarkana Division-'17
68. Sutton v Rose & RPM Auto Sales, Inc.-Oakland Cty-'17
69.

## RULE 26-ROBERT B. ANCELL, Ph.D.

Professional rate-$250.00 per hour.
Billed $1000.00 evaluation, review of medical, analysis,
 Report
Expenses will bill at actual costs
Deposition rate-$750.00 flat fee (3 hrs).
Trial rate-$750.00 Flat fee plus travel, waiting at $250.00 per hour.
Resume attached.
I have no publications.
Opinions based on interview, review of medical records, CCRC Ethics &
Advisory Opinions
Report attached.
List of cases attached.



**Robert B. Ancell
& Associates, Inc.**

**Rehabilitation
Consultants**

23077 Greenfield • Suite 185
Advance Building
Southfield, Michigan 48075
(248) 559-9579 • Fax (248) 559-8210

## RESUME

**ROBERT B. ANCELL**                          **REHABILITATION CONSULTANT**
23077 Greenfield Road
Suite 185
Southfield, Michigan 48075
(248)-559-9579/(248)-489-1284
FAX: (248)-559-8210

## EDUCATION:

| Wayne State University | 1963 | A.B. Psychology |
| University of Detroit | 1967 | M.A. Counseling (Major) Industrial Psychology |
| Walden University | 1991 | Ph.D. Human Services |

## HONORS & AWARDS:

Psi Chi, National Honorary Academic Society in Psychology.

Presidential Citation for Meritorious Service in Appreciation for Exceptional Contributions in furthering the Employment of the Handicapped – President of the United States.

Certificate of Merit, Outstanding and Dedicated Service in the Field of Mental Health Service, CAPAD, INC.

Certificate of Appreciation in Recognition of Outstanding Service as a Member of the Ad Hoc Advisory Committee to formulate & revise Standards for Rehabilitation Facilities seeking Bureau Approval to serve Industrially Injured in Michigan, Department of Labor, State of Michigan.

The National Distinguished Service Registry-Medical and Vocational Rehabilitation – 1987 (#12959).

Distinguished Career Award-1996-Michigan Rehabilitation Association for having made a significant impact on rehabilitation, serving as a model for colleagues to respect and emulate, and promoting rights and opportunities for individuals with disabilities.

Subject in a Doctoral Study of "Exemplary Rehabilitation Counselors" in Michigan, conducted by a graduate student at Michigan State University-1997.

## AFFILIATIONS:

National Rehabilitation Association
Michigan Rehabilitation Association - Past Board Member
National Rehabilitation Counselors Association
Michigan Rehabilitation Counselors Association - Inactive
Michigan Career Development Association
American Academy of Case Managers
American Counseling Association
Michigan Counseling Association
American Rehabilitation Counselors Association - Michigan Chapter - Past Board Member
Metropolitan Detroit Rehabilitation Association - Past President
National Association of Social Workers - Past Member
Michigan Association of Social Workers - Past Member
Brain Injury Association
Brain Injury Association of Michigan
International Association of Rehabilitation Professionals
International Association of Rehabilitation Professionals - Michigan
Michigan Association of Private Rehabilitation Professionals - Past President - 2 terms
Case Management Society of America
Case Management Society of America - Michigan
Academy of Certified Case Managers

## CERTIFICATIONS AND LICENSING:

Professional Counselor License, (Michigan) #6401000055
Certified Rehabilitation Counselor, C.R.C., (National) #182
National Board Certified Counselor, N.C.C., (National) #2412
Master's Social Worker - Clinical and Macro License (Michigan) #6801006657
Certified Case Manager, C.C.M., (National) #21732

## EMPLOYMENT:

| | |
|---|---|
| 1967 | Teaching Fellow, Department of Psychology, University of Detroit |
| 1967-1976 | Vocational Rehabilitation Service, State of Michigan, Department of Education, Specialist in Industrial Disability, District Supervisor, Metro Projects Office |
| 1970-1972 | Adjunct Professor of Psychology, Shaw College at Detroit |
| 1970-1976 | Guest Lecturer, Wayne State University, Applied Management Center, Workshop Administration Program |
| 1972-1976 | Guest Lecturer, University of Detroit, Department of Teacher Education |
| 1973-1976 | Consultant, CAPAD, Inc., Community Mental Health Clinic |
| 1975-1978 | Adjunct Associate Professor of Psychology, Oakland Community College |
| 1975-1978 | Executive Director, Institute for Family Counseling, Inc., Outpatient Psychiatric Clinic |
| 1976-Present | President, Robert B. Ancell & Associates, Inc., Vocational Rehabilitation, Evaluation, Counseling and Case Management Firm |
| 1977-1981 | Adjunct Clinic Instructor, Michigan State University, College of Osteopathic Medicine |
| 1978 | Intern Instructor, University of Michigan, Rehabilitation Counseling Program |
| 1982 | Intern Instructor, Wayne State University, Rehabilitation Counseling Program |
| 1982-1985 | Consultant, Pain Management Program |
| 1982-1985 | Rehabilitation Community - Industry Advisory Committee, University of Michigan, Rehabilitation Engineering Center |
| 1986-1993 | Consultant, Institute for Physical Medicine & Rehabilitation, Peoria, Illinois |
| 1991 | Washington Business Group on Health - Participant in development of a case study on "Should a Public Agency Compete with Private Sector?" - Kennedy School of Government - Harvard University |
| 1995-1997 | Consultant for Career Counseling - Eton Academy |

7/20/09