Page 1

```
 1      UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF ILLINOIS
 2         EAST ST. LOUIS DIVISION
        CASE NO. 3:15-cv-1253-NJR-DGW
 3
    _____
 4
    RYAN RUDDELL                            PLAINTIFF
 5
    v.
 6
    MARATHON PETROLEUM CO., LP,
 7   MARINE TRANSPORTATION                  DEFENDANT
    _____
```

VIDEOCONFERENCE DEPOSITION OF

DANE NICHOLAUS HAUKEDAHL

Ashland, Kentucky
July 13, 2016

Lisa Larson, FCRR, RPR
Federal Certified Realtime Reporter

EXHIBIT 1

Page 2

1    Pursuant to Notice, the videoconference
2  deposition of DANE NICHOLAUS HAUKEDAHL was taken on
3  behalf of the Plaintiff before Lisa Larson, FCRR,
4  RPR, and Notary Public in and for the Commonwealth of
5  Kentucky at Large, at Holiday Inn Express & Suites,
6  Meeting Room, 13131 Slone Court, Ashland, Kentucky,
7  on July 13, 2016, commencing at the hour of
8  11:51 a.m.
9    The deposition was taken for all purposes
10 permitted under the Federal Rules of Civil Procedure,
11 including use as evidence at the trial of this
12 matter.

Page 3

1            A P P E A R A N C E S
2
   COUNSEL FOR THE PLAINTIFF:
3  (By videoconference)
4    Dennis M. O'Bryan, Esq.
     O'Bryan, Baun, Karamanian
5    401 South Old Woodward, Suite 463
     Birmingham, Michigan 48009
6    dob@obryanlaw.net
7
   COUNSEL FOR THE DEFENDANT:
8
     Raymond L. Massey, Esq.
9    Daniel L. Massey, Esq.
     THE MASSEY LAW FIRM, LLC
10   Two CityPlace Drive, Suite 200
     Saint Louis, Missouri 63141
11   ray@themasseylawfirm.com
12
   ALSO PRESENT:
13
     Tara M. Griffith, Esq.
14   Marathon Petroleum Company, LP
15   Adrian J. Pringle, Human Resources Consultant
     Marathon Petroleum Company, LP

Page 4

1                        INDEX
2
3  WITNESS:  DANE NICHOLAUS HAUKEDAHL
4  EXAMINATION BY:                                    Page
5    Mr. O'Bryan                                         5
     Mr. Raymond Massey                                 19
6    Mr. O'Bryan                                        29
     Mr. Raymond Massey                                 31
7    Mr. O'Bryan                                        34
     Mr. Raymond Massey                                 35
8
   REPORTER'S CERTIFICATE                               37
9  ERRATA SHEET                                         38
10
11                      EXHIBITS
12
13 NO.          DESCRIPTION
14 Exhibit 1    Witness statement                       36
   Exhibit 2    Typewritten report                      36
15
16
   (The original exhibits were attached to the original
17  transcript and copies were provided to counsel)

Page 5

1            DANE NICHOLAUS HAUKEDAHL,
2  the witness herein, having first been duly placed
3  under oath, was examined and testified as follows:
4                     EXAMINATION
5  BY MR. O'BRYAN:
6  Q  Please state your name.
7  A  Dane Haukedahl.
8  Q  And you're employed by Marathon?
9  A  Yes.
10 Q  And are you still second mate?
11 A  No, sir.
12 Q  First mate?
13 A  I am a training mate.
14 Q  Oh, okay.  Anyway, you were on the vessel on
15    August 27th of 2014 when this incident occurred
16    with regard to Ryan Ruddell?
17 A  Yes, sir.
18 Q  And you were his -- the mate in charge at that
19    time, isn't that correct?
20 A  Yes, sir.
21 Q  Is it true that you couldn't find your rain gear
22    on that date?
23 A  Can you speak up a little bit?
24 Q  Yeah.  Is it true that you could not find any rain

EXHIBIT 1

Page 6

1   gear to use on that date?
2           MR. RAYMOND MASSEY: You are
3       cutting out, Dennis. Parts of the words were
4       cut out.
5  Q  On August -- on that August 27th date, could you
6     not find any rain gear that you could use?
7  A  Yes, we -- we found rain gear. We found sizes
8     smaller and larger. He just decided not to wear a
9     couple sizes larger than what he was normally used
10    to, so he decided to go without it.
11 Q  Oh. What did you?
12 A  I never wear rain gear. It binds me up. I get
13    too hot. It was August, and it was a hot day.
14 Q  Okay. What were you guys doing when he was
15    handing you a wire?
16 A  We were fleeting barges.
17 Q  And I'm looking at your witness statement, 730.
18    And do you have that in front of you?
19          MR. RAYMOND MASSEY: Well, let's
20      stop for a minute. What is that number?
21          MR. O'BRYAN: 730.
22          MR. RAYMOND MASSEY: Okay. Hang on
23      a minute and let me see if we can find that.
24          Dennis, just so I make sure I have

Page 7

1       got the right document, is it Dane's employee
2       witness statement?
3           MR. O'BRYAN: Yes.
4           MR. RAYMOND MASSEY: The same as
5       double 0 -- the same as 7?
6           MR. O'BRYAN: I don't know, but I'm
7       sure they are probably both the same.
8           MR. RAYMOND MASSEY: Okay. But it
9       is his statement, where Dane signed it; is
10      that the one you are looking for?
11          MR. O'BRYAN: Yeah.
12          MR. RAYMOND MASSEY: Okay.
13      I think --
14          MR. O'BRYAN: All right.
15          MR. RAYMOND MASSEY: Okay. Just to
16      be clear, Dane, I'm handing you what has been
17      marked as Bates stamped 07, employee witness
18      statement.
19          MR. O'BRYAN: Okay.
20 BY MR. O'BRYAN:
21 Q  Before we talk about that, have you reviewed any
22    documents to refresh your recollection, Dane?
23 A  Yes.
24 Q  What have you looked at?

Page 8

1  A  Every witness statement, the statement that I gave
2     to Isaac Perkins and Michael Burdick about a year
3     ago, the statement I handed Isaac Perkins either
4     the day or the day after, and the boat crew report
5     of injury/illness form.
6  Q  Now, which -- now, were any of them handwritten
7     statements, handwritten out?
8  A  Yes.
9  Q  Besides the -- your employee witness statement
10    that was just put in front of you?
11 A  Yes.
12 Q  Which one? Which other one was handwritten?
13    The one you gave the next day?
14 A  That one was typed up. I read Michael Scott's,
15    which was handwritten, and Blake Ginn's, which was
16    handwritten.
17 Q  Did you have a handwritten one?
18 A  I had a handwritten eye witness statement.
19 Q  Other than the employee witness statement on the
20    Marathon document?
21 A  Yes. I had an extra witness statement other than
22    the Marathon employee witness statement.
23 Q  Okay.
24          MR. O'BRYAN: Off the record.

Page 9

1       (Discussion held off the record)
2  A  I have an employee witness statement that was
3     handwritten, and then I have a secondary witness
4     statement that I typed to Isaac Perkins that was
5     typed/ --
6           MR. RAYMOND MASSEY: Is that it
7       (indicating)?
8  A  And then signed at the bottom.
9           MR. RAYMOND MASSEY: That's that
10      one (indicating), I think.
11      (Witness reviews document)
12          THE WITNESS: (Moved head up and
13      down).
14          MR. RAYMOND MASSEY: Yes.
15          MR. O'BRYAN: Okay.
16          MR. RAYMOND MASSEY: So to be
17      clear, there's two statements, I guess if you
18      want to call them that. There's the employee
19      witness statement 07, and then there's 017
20      and 18, which is two pages typed, the second
21      page of which has Dane's signature on it.
22      Those are the only statements that I am aware
23      of, I think. But you go ahead, Dane.
24          MR. O'BRYAN: Yeah.

**EXHIBIT 1**

Page 10

1  BY MR. O'BRYAN:
2  Q   I'm asking, is there another handwritten statement
3      between -- besides this Marathon Petroleum Company
4      employee witness statement?
5  A   Yes.
6  Q   Okay.  That's what I am --
7              MR. RAYMOND MASSEY:  But you just
8      pointed to this one (indicating), right?
9              MR. DANIEL MASSEY:  He said another
10     handwritten one.
11             MR. RAYMOND MASSEY:  Is there
12     another handwritten one?
13             MR. DANIEL MASSEY:  No, I don't
14     think so.
15             MR. O'BRYAN:  Hold it up to the
16     camera so I can see it.
17             THE WITNESS:  (Witness so
18     complies).
19             MR. O'BRYAN:  Now, your picture
20     just went bye-bye.  What is the number on it?
21             MR. RAYMOND MASSEY:  There's that
22     (indicating).  Is that what you are talking
23     about, maybe?  The number on this one is 017
24     and 018.

Page 11

1              MR. O'BRYAN:  Okay.  Oh.  I've got
2      17 and 18.  Okay.  But that's not a
3      handwritten statement.  I'm talking about a
4      handwritten.
5  A   Other than my employee witness statement, this is
6      the only one I've handwritten.
7  Q   All right.  Now, let's look -- okay.  So let's
8      look at 17 and 18 for a minute.
9  A   (Witness so complies).
10 Q   Do you disagree with any of the things that are
11     written down there?
12             MR. RAYMOND MASSEY:  Do you want
13     him to read it quickly or?
14             MR. O'BRYAN:  Well, he already has.
15             MR. RAYMOND MASSEY:  Well, do you
16     want him to do it again or not?
17             MR. O'BRYAN:  No.
18 Q   I mean, do you recall if you disagree with
19     anything in 17 or 18?
20            (Witness reviews document)
21 A   No.
22 Q   All right.  Now, how long did this activity to
23     tie-off the tow take?
24 A   Half hour, maybe, 45 minutes.

Page 12

1  Q   And how much into it was it before that Ryan
2      handed you the wire at the steering coupling?
3  A   At the very end.
4  Q   So your best estimate of the time of the incident
5      was 7 p.m.?
6  A   Yes.
7  Q   And what did you base that on?
8  A   I don't remember.
9  Q   Okay.  So once it started raining very heavily,
10     did it pretty much stay that way until you were
11     done?
12 A   Yes.
13 Q   Okay.  So, and, it started raining very heavily as
14     you were starting to tie-off the tow to the fleet,
15     isn't that correct?
16 A   No.
17 Q   What is incorrect about it?
18 A   It only started raining until we tied off the
19     head, laid the second wire, and made our way back
20     to -- halfway back it started sprinkling and it
21     started picking up as we made it back to the final
22     coupling to tie-off.
23 Q   So you don't agree with the statement that it
24     began to rain very heavily as you were starting to

Page 13

1      tie-off the tow to the fleet?
2  A   I don't agree with that.
3  Q   But that's what it is reported that you said on
4      17, second paragraph, four line down.  Can you
5      read what it says on that line starting with the
6      word "if" at the bottom.
7  A   "It began to rain very heavily as we were starting
8      to tie-off the tow to the fleet."
9  Q   Okay.  Now, when you talk about rain was coming
10     down very hard and you began to slide, explain
11     that a little bit to me.
12 A   Can you repeat the question.
13 Q   Yeah.  Where you say in the second paragraph
14     there, about three-fifths of the way down,
15     "Rain was coming down very hard at this point.
16     I felt myself begin to slide."  Tell me a little
17     bit about that.
18 A   I was on the fleet barges.  There is no grit on
19     fleet barges.  I was the only one over there.  It
20     was slick.  I started to slide a little bit.  I
21     turned to grab to reposition myself.
22 Q   So was the wind blowing you?
23 A   No.
24 Q   Well, what was causing you to slide?

Page 14

1  A  The barge was angled because there was a dent in
2     the barge.
3  Q  What were the wind conditions at that time?
4  A  I don't remember any wind.
5  Q  How about the rain?  Was it coming down sideways?
6  A  No.
7  Q  Did you have any private sessions to discuss this
8     situation with defense counsel prior to starting
9     this deposition?
10 A  Yes.
11 Q  When was that?
12 A  Yesterday.
13 Q  Who else was in the room?
14 A  Adrian Pringle and Tara Griffith.
15 Q  What are their job titles, if you know?
16 A  HR representative and --
17              THE WITNESS:  I don't know your
18        title.
19              MR. RAYMOND MASSEY:  In-house
20        lawyer.
21 A  -- in-house counsel.
22 Q  Now, when you say "rain was coming down very
23    hard," what do you mean?
24 A  It was --

Page 15

1  Q  Explain it a little.
2  A  It was coming down pretty hard; you know, you
3     could feel the water droplets, nothing any worse
4     than we worked in before.
5  Q  And you make reference to a more ergonomic
6     position of Ryan Ruddell.  What do you mean by
7     that?
8  A  He -- when I turned around from the fleet barge,
9     he was leaning over and bending at the back to
10    hand me the eye of the wire.
11 Q  How close to it was he -- how close to you was he?
12 A  A foot, foot and a half.
13 Q  So you were his supervisor, more or less, isn't
14    that correct?
15 A  Yes.
16 Q  Did you say anything to him, that you thought he
17    was bending down wrong?
18 A  At the time, yes.
19 Q  Oh.  What did you say?
20 A  I told him "Man, you don't need to stand -- you
21    don't need to bend over like that."  But after --
22    after I had already turned I didn't see him pick
23    up the wire.  All I saw him was leaning forward
24    with the wire.

Page 16

1  Q  And what did he say to you after you said this to
2     him?
3  A  I don't remember.
4  Q  You didn't record anywhere in any of these
5     documents or to the interview guy that you said
6     anything to him, did you?
7  A  I don't remember.
8  Q  So are you saying that Ryan, more or less,
9     disobeyed a directive by you?
10 A  No.  It was more of -- he was already in the
11    position.  I told him "Just remember not to bend
12    over like that."  And that's all it was left at.
13 Q  So now that you have reviewed this -- or strike
14    that.
15       What time did you start the shift; do you
16    recall?
17 A  We start watch at 5:30, go up for shift starter at
18    6 o'clock.
19 Q  Prior to this time, did you notice any movements
20    by Ryan Ruddell that seemed in any way impaired or
21    as though he had something wrong with his back?
22 A  Prior to fleeting?
23 Q  Correct.
24 A  No.

Page 17

1  Q  After -- now, you made some reference that Ryan
2     sat down in a leather chair after this -- after
3     you guys finished what you were doing and he sat
4     down with a lot of force.  Did that seem unusual
5     to you?
6  A  No.  He just flopped down in the chair.
7  Q  But you indicated it was with lots of force, that
8     his foot came up from the ground; isn't that
9     correct?  I'm looking at number 17.
10 A  Yeah.  Could you repeat the question?
11 Q  Yeah.  You noticed that he sat down in the leather
12    chair with lots of force so that his foot came up
13    from the ground?
14 A  Yes.
15 Q  And that's when he asked about whether they have
16    any medicine in the OTC cabinet?
17 A  He asked me personally if I had any Advil or
18    Aleve.
19 Q  Did you ask him what for?
20 A  Yes.
21 Q  What did he tell you?
22 A  He just said he had a muscle spasm.
23 Q  Where at?
24 A  He didn't say.

Page 18

1  Q  What about the Bengay?
2  A  He had used Bengay before on his knees. And I had
3     asked him about that, because later we smelled it.
4     And he said, "I use it for my knees all the time.
5     It is not a big deal."
6  Q  And the next day Ryan told you that he didn't
7     think he could do his job because of the problems
8     he was having?
9  A  The next day, yes.
10 Q  Now, give me a step-by-step recollection, if you
11    can, of the sequence surrounding Ryan handing you
12    the wire from the steering coupling.
13 A  We were walking back. We made it to the steering
14    coupling. The harbor crew were with us. I hopped
15    across to the other side. When I mean hop, I
16    stepped. There was no gap in-between any of the
17    barges. The fleet barges are our tow. The harbor
18    crew started break -- breaking down the winch and
19    loosening the wire. And one of the harbor mates
20    handed me the bite. And then that's when it
21    started to slide a little bit.
22        I turned around, grabbed the combing on the
23    fleet barge, turned back around after I got my
24    footing, and Ryan handed me the eye so I could cut

Page 19

1     the cable.
2           MR. O'BRYAN: Okay. I have no
3        further questions.
4           MR. RAYMOND MASSEY: Dane, I have a
5        few questions.
6                EXAMINATION
7  BY MR. RAYMOND MASSEY:
8  Q  And starting right where you left off with the
9     last question. The wire that Ruddell handed to
10    you, is that the only wire that he touched during
11    the time you were out on the tow with him?
12 A  Yes.
13 Q  And during the time that you were out on the tow
14    with Ryan, were your crew members, that's you,
15    Blake, and Ryan, always within about ten feet of
16    one another?
17 A  Yes.
18 Q  And you mentioned something about slipping on
19    barges. The barges you are referring to are the
20    barges of Lewis and Clark; is that true?
21 A  Yes.
22 Q  Ruddell never got off the Marathon barges, did he?
23 A  No.
24 Q  He never got on the Lewis and Clark barges?

Page 20

1  A  No.
2  Q  The reason the Lewis and Clark fleet barge was
3     slippery, you mentioned not having grit on them,
4     what do you mean by that?
5  A  Whenever we paint a barge, we put down grit and
6     then paint over top of it and put down more grit.
7     It's large rock-like substances, not a lot to trip
8     on, just enough to get you a good grip on top of
9     the deck.
10 Q  And all the barges that Marathon have that you all
11    have in the tow that you all were working on, they
12    all have good grit?
13 A  Yes.
14 Q  But the slipping that you were talking about was
15    after you had gotten off of your barges and onto
16    the Lewis and Clark fleet barge?
17 A  Yes.
18 Q  That's why that one was slippery as opposed to our
19    barges?
20 A  Yes, sir.
21 Q  As Mr. Ruddell handed you the eye, is that when
22    you noticed that he was bent from the waist?
23 A  Yes.
24 Q  Was doing it in that manner and not bending his

Page 21

1     knees as he handed you the wire, was that in
2     violation of Marathon's policy as far as handling
3     wires?
4  A  Yes.
5  Q  Why was that a violation of Marathon's policy?
6  A  You are supposed to bend at your knees and not
7     your back.
8  Q  And why is that, sir?
9  A  It reduces the strain on the lower back.
10 Q  And had Mr. Ruddell been trained for the years
11    that he had been to Marathon -- at Marathon on
12    proper lifting techniques?
13 A  Has he been trained on proper?
14 Q  Yes, sir.
15 A  Yes.
16 Q  And the way he was doing it, was it in violation
17    of those proper lifting techniques?
18 A  Yes.
19 Q  At the time of that movement, was that near the
20    end of the entire operation?
21 A  Yes.
22 Q  After that movement and after you, as you called
23    it, cut the timber head, I think you said, or
24    cutting the cable?

Page 22

1  A   Cutting the cable.
2  Q   Cutting the cable and tying that off then to the
3      other fitting, did you all then go inside?
4  A   Yes.
5  Q   During any of the time that you or any of your
6      crew were out there, was there any lightening at
7      all?
8  A   No, sir.
9  Q   Is there a policy that if there is lightening that
10     you or any other crew member should come in off
11     the tow?
12 A   There is no written policy, but it -- there is
13     several things that say during weather events if
14     there is lightening or any adverse weather effect
15     we immediately stop what we are doing and come
16     back inside.
17 Q   All right.  Even if there is not a written policy,
18     is that the unwritten or general policy of
19     Marathon --
20 A   Yes.
21 Q   -- that you do not work in lightening?
22 A   Yes, sir.
23 Q   And on that day were you all working in
24     lightening?

Page 23

1  A   No, sir.
2  Q   Is it usual for you all to be working in the
3      summer months in particular in rainfall?
4  A   Yes, sir.
5  Q   Is that because the boats and the barges work
6      24 hours a day, 7 days a week generally going up
7      and down the river?
8  A   Yes, sir.
9  Q   Now, you say you did not use any rain gear that
10     day.  It was August in St. Louis and it was
11     because it was hot?
12 A   Yes, sir.
13 Q   Is that typical?
14 A   Yes, sir.
15 Q   Were any of the crew members out there, including
16     the crew members of the Lewis and Clark crew, were
17     any crew members wearing rain gear?
18 A   Not that I remember.
19 Q   And there was rain gear available for Mr. Ruddell
20     had he chosen to use it but he chose not to use
21     it?
22 A   Yes, sir.
23 Q   You had all microphones on each of you to
24     communicate with the wheelhouse?

Page 24

1  A   Yes, sir.
2  Q   At any time during the operation did Mr. Ruddell
3      ever indicate to the Captain, to you, or to anyone
4      that the weather was causing any problems with him
5      functioning out there whatsoever?
6  A   No, sir.
7  Q   Did Mr. Ruddell ever indicate, either while out
8      there or later when you all filled out the
9      accident reports, anything concerning anything
10     wrong with the wire that he handed to you?
11 A   No, sir.
12 Q   The Lewis and Clark people, they were the ones who
13     took the wire, along with Blake I believe, from
14     the winch?
15 A   Yes, sir.
16 Q   Mr. Ruddell didn't have any function doing that?
17 A   No, sir.
18 Q   All he did was maybe pick up the wire and for sure
19     hand it to you?
20 A   Yes, sir.
21 Q   The wire that was handed to you, you of course
22     observed that and used that wire?
23 A   Yes, sir.
24 Q   Was it in good, serviceable condition in your

Page 25

1      judgment and opinion?
2  A   Yes, sir.
3  Q   Had you used that wire the day before, the day
4      before that, and in the days that you had been on
5      the vessel before that?
6  A   Yes, sir.
7  Q   And did you use it after that?
8  A   Yes, sir.
9  Q   So you're experienced with that wire and in your
10     experience the wire was serviceable and in good
11     condition?
12 A   Yes, sir.
13 Q   The wind was not high at the time you all were
14     doing your operation?
15 A   No, sir.
16 Q   Would you judge it as being no wind or maybe just
17     a few miles an hour of wind?
18 A   Yes, sir.
19 Q   The rain was coming straight down?
20 A   Yes, sir.
21 Q   It was not blowing at all?
22 A   No, sir.
23 Q   Your crew, including Mr. Ruddell, were any of you
24     all being blown about in any kind of way that it

Page 26

1   would interfere in your work whatsoever?
2  A  No, sir.
3  Q  Was there any reason that you know of why
4     Mr. Ruddell did not bend his knees properly?
5  A  No, sir.
6  Q  You indicated that his knees had caused him
7     difficulty before and he had used Bengay on them?
8  A  Yes, sir.
9  Q  He told you that himself?
10 A  Yes, sir.
11 Q  Did he ever complain about his knees being
12    bothered to the point where he needed relief from
13    his work at all?
14 A  No, sir.
15 Q  You said something about a dent being in the
16    barge.  Were you referring to the barge on to
17    which you stepped that was a Lewis and Clark
18    barge?
19 A  Yes, sir.
20 Q  You were not referring to any of the Marathon
21    barges?
22 A  No, sir.
23 Q  Any of the times that you mentioned in the
24    deposition, that's Eastern Time?

Page 27

1  A  Yes, sir.
2  Q  At any time, Dane, were you, Ruddell, or any crew
3     members ever rushed to do this job?
4  A  No, sir.
5  Q  Were you all ever hurried to do this job?
6  A  No, sir.
7  Q  Is it a policy at Marathon that one not rush or
8     hurry?
9  A  Can you repeat the question?
10 Q  Yes.  Is it generally a policy for safety reasons
11    never to rush or hurry?
12 A  Yes, sir.
13 Q  And you weren't on this day?
14 A  No, sir.
15 Q  At any time, either during the operation, after
16    the operation, or while you all were filling out
17    any of the reports, did Mr. Ruddell ever indicate
18    to you that he slipped or tripped or fell?
19 A  No, sir.
20 Q  Did he ever indicate to you that the condition of
21    any of the wires had anything to do whatsoever
22    with his incident?
23 A  No, sir.
24 Q  Did he ever indicate to you that wind ever had

Page 28

1     anything to do with his incident?
2  A  No, sir.
3  Q  And did he ever indicate that hurrying or rushing
4     had anything to do with his incident?
5  A  No, sir.
6  Q  If, in fact, Mr. Ruddell on his own was rushing,
7     would that be a violation of the company policy?
8  A  Yes, sir.
9  Q  Actually, looking back on it, did it appear to you
10    as if Mr. Ruddell was rushing or hurrying?
11 A  No, sir.
12 Q  If he had been rushing or hurrying, would you have
13    calmed him down or said, "Don't do that"?
14 A  I would have told him to slow down or calm down.
15 Q  Okay.
16 A  "Pay attention to the task at hand."
17 Q  Okay.  But you never saw the need to do that
18    because he wasn't hurrying or rushing?
19 A  No, sir.
20 Q  In connection with that fleet and that tow, do you
21    recall if the vessels -- strike that.
22       Did the tow of vessels sit there at Lewis and
23    Clark's facility for a number of days after that
24    before they were loaded?

Page 29

1  A  I don't remember.
2  Q  Okay.  The Captain or the logs would indicate what
3     the situation was there?
4  A  Yes, sir.
5           MR. RAYMOND MASSEY:  All right.  I
6        think that's all I have at this time, Dennis.
7           MR. O'BRYAN:  Okay.
8              RE-EXAMINATION
9  BY MR. O'BRYAN:
10 Q  Did Mr. Ruddell tell you that the point where he
11    hurt his back was when he was handing you the wire
12    or after he picked it up or something?
13 A  No, sir.
14 Q  What did you base your -- I mean, on your employee
15    handwritten witness statement it says, "If you
16    witnessed the incident, describe what you saw."
17    And it says, "Ryan bent down to grab a wire and
18    hand the wire to me on the fleet barge, bent with
19    his back."  Do you see that?
20 A  Yeah.  He did not initially tell me that he hurt
21    his back from wire.  I actually had to ask him
22    about why he did not sleep the night before
23    because his back was hurting, and then we needed
24    to go talk to the Captain about his injury.

Page 30

1    That's when we were describing when he thought he
2    had hurt his back.
3  Q  Oh.  That's what he told you?
4  A  Yes.
5  Q  And tell me about the pilot house meeting when you
6    went on watch with the Captain.  Tell me what was
7    said.
8  A  Which -- which meeting, sir?
9  Q  What time did you go on watch?
10              MR. RAYMOND MASSEY:  You mean the
11       next day or what?
12              MR. O'BRYAN:  No, no.
13 Q  Before the incident.
14 A  Before the incident we talked about fleeting
15    barges, talking in the barges, watching out for
16    slip, trips, and falls, anything to that.  We knew
17    weather was coming, so remember that water reduces
18    friction and things like that, so we needed to be
19    more careful.
20 Q  Was there anything said about how bad the weather
21    was, things of that nature?
22 A  No, sir.
23 Q  Or what kind of weather he was talking about?
24 A  No, sir.

Page 31

1  Q  Did the Captain tell you that the weather was
2    about to get bad?
3  A  He told me that we were getting rain.
4  Q  So would that have been the rain you were
5    referencing when you said, "It began to rain
6    fairly heavily as we were starting to tie-off the
7    tow to the fleet"?
8              MR. RAYMOND MASSEY:  Object to the
9       form of the question.  It is vague and
10      ambiguous.  You are talking about two
11      different times, Dennis.  You are mixing the
12      shift starter meeting with something later in
13      time.  But I'm objecting because it is vague
14      and ambiguous because of that.
15             MR. O'BRYAN:  All right.  I have no
16      further questions.
17             MR. RAYMOND MASSEY:  I have just a
18      couple that, actually, I meant to ask.
19             RE-EXAMINATION
20 BY MR. RAYMOND MASSEY:
21 Q  At some point in time, Dane, after you all came in
22    and before you all began to fill out incident
23    reports, did you observe Mr. Ruddell running up
24    and down the stairs?

Page 32

1  A  The next morning Ryan had forgot his cigarettes
2    and ran up the stairs, almost running down another
3    crew member.
4  Q  And that was the next -- the next morning, meaning
5    August 28?
6  A  Yes, sir.
7  Q  Early in the morning, right?
8  A  Yes, sir.
9  Q  And that was before you all went up to report the
10    incident to the Captain?
11 A  Yes, sir.
12 Q  And why was that noteworthy to you, the fact that
13    he ran up and down the stairs?
14 A  Because if his back was hurt, he wouldn't be
15    running up and down the stairs.
16 Q  So that seemed unusual to you?
17 A  Yes, sir.
18 Q  When you went up with the Captain -- with Ruddell
19    to tell the Captain that Mr. Ruddell was claiming
20    an incident, at any time did he complain about the
21    condition of the wire, the weather that -- the
22    weather that was involved, any hurrying?  Did he
23    complain about any of those things that he claimed
24    contributed to cause his injury in any kind of

Page 33

1     way?
2  A  No, sir.
3  Q  Did any of the Lewis and Clark people, to your
4    knowledge, did they have any problems or concerns
5    about working in the weather?
6  A  No, sir.
7              MR. O'BRYAN:  Object as to the
8       competence of this witness to testify to
9       that.
10             MR. RAYMOND MASSEY:  Okay.  And
11      that's fair.
12 Q  You and your crew were working hand-in-hand with
13    the Lewis and Clark people; is that true?
14 A  Yes.
15 Q  Were you all very close to one another the entire
16    time you were out there, the 30 minutes or so when
17    you were out there?
18 A  I don't remember.
19 Q  Okay.  Did they mention or talk to you or discuss
20    with you, "Hey, the weather is bad out here, /we
21    shouldn't be working" or was it just customary,
22    normal activity?
23 A  It was just customary and normal activity.
24 Q  And is it normal to work that time of the year

Page 34

1  with rain coming down the way it was?
2  A  Yes, sir.
3         MR. RAYMOND MASSEY:  I don't have
4     any further questions.  And the witness will
5     read the deposition as well.
6         MR. O'BRYAN:  I've got a couple
7     more.
8         MR. RAYMOND MASSEY:  Okay.
9             RE-EXAMINATION
10 BY MR. O'BRYAN:
11 Q  Now, the next morning you noticed at the shift
12    starter that Ryan wasn't stretching or wasn't
13    bending down, isn't that correct?
14 A  Yes, sir.
15 Q  And he told you he didn't get much sleep, is that
16    correct?
17 A  I had to ask him about it.
18 Q  And he said his back was hurting?
19 A  He -- we came down from shift starter.  I asked
20    him if he was okay because he gave a big sigh when
21    he sat down on the chair.  He said, "I just didn't
22    get much sleep last night."  I said, "Why not?"
23    He says, "I just woke up a couple times on and off
24    last night."  And I said, "Are you okay?"  He

Page 35

1  said, "Yeah.  My back was hurting, so I woke up a
2  bunch last night."
3         At that point I said, "Are you hurt?"  And he
4  goes, "No.  I'm fine.  It is not a big deal."  I
5  said, "Can you pick up a wire or can you do your
6  job?"  And he kind of thought to himself and said,
7  "No, I can't."  And I said, "Well, we're going to
8  go talk to Captain Mike."  And that's when I went
9  upstairs.
10 Q  And he really didn't even want to tell the
11    Captain, though, isn't that correct?
12 A  If I hadn't asked, he probably wouldn't have went
13    to him.
14 Q  And just kept on the job?
15 A  Yes, sir.
16       MR. O'BRYAN:  Okay.  I have no
17    further questions.
18           RE-EXAMINATION
19 BY MR. RAYMOND MASSEY:
20 Q  Did he appear to be hurt to you at all?
21       MR. O'BRYAN:  Well, I'm going to
22    object to the competence of this witness.
23       MR. RAYMOND MASSEY:  Okay.
24    Actually, I'll withdraw the question.  I'm

Page 36

1  done.
2    (Exhibits 1 and 2 marked)
3  (Deposition concluded at 12:30 p.m.)

Page 37

1         REPORTER'S CERTIFICATE
2  STATE OF KENTUCKY  )
3  COUNTY OF FAYETTE  )
4
5  I, LISA M. SCHWARZE, FCRR, RPR, and Notary
   Public in and for the Commonwealth of Kentucky at
6  Large, do hereby certify that the facts as stated by
   me in the caption hereto are true; that the foregoing
7  answers in response to the questions as indicated
   were made before me by the witness hereinbefore
8  named, after said witness had first been duly placed
   under oath, and were thereafter reduced to
9  computer-aided transcription by me and under my
   supervision; and that the same is a true and accurate
10 transcript of the proceedings to the best of my
   ability.
11
12    I further certify that I am not employed by,
   related to, nor of counsel for any of the parties
13 herein, nor otherwise interested in the outcome of
   this action.
14
15    IN WITNESS WHEREOF, I have affixed my
   signature and seal this 26th day of July, 2016.
16
17
18                        _____
19                        LISA M. SCHWARZE, FCRR, RPR
                          Notary Public, State-at-Large
20                        Notary ID 489705
21
22
23
24 My Commission Expires:  June 13, 2017

EXHIBIT 1

```
                                               Page 38
 1                   ERRATA SHEET
 2       I, DANE N. HAUKEDAHL, hereby certify that I
     have read the foregoing transcript, and that the
 3   same is a true and accurate transcription of my
     testimony, except as noted below:
 4
     PAGE   LINE NO.       CHANGE      REASON FOR CHANGE
 5
 6   _____
 7   _____
 8   _____
 9   _____
10   _____
11   _____
12   _____
13   _____
14   _____
15   _____
16   _____
17
18                          _____
                            DANE N. HAUKEDAHL
19
     STATE OF   _____ )
20   COUNTY OF  _____ )
21
            Subscribed and sworn to me on this ____ day of
22   _____, 2016.
23                          _____
                            Notary Public
24   My Commission Expires:
```

## Exhibits

**EX 0001** D. Haukedahl 07 1316  4:14
**EX 0002** D. Haukedahl 07 1316  4:14

## 0

**0**  7:5
**017**  9:19 10:23
**018**  10:24
**07**  7:17 9:19

## 1

**1**  36:2
**12:30 p.m**  36:3
**17**  11:2,8,19 13:4 17:9
**18**  9:20 11:2,8,19

## 2

**2**  36:2
**2014**  5:15
**24**  23:6
**27th**  5:15 6:5
**28**  32:5

## 3

**30**  33:16

## 4

**45**  11:24

## 5

**5:30**  16:17

## 6

**6**  16:18

## 7

**7**  7:5 12:5 23:6
**730**  6:17,21

## A

**accident**  24:9
**activity**  11:22 33:22,23
**Adrian**  14:14
**adverse**  22:14
**Advil**  17:17
**agree**  12:23 13:2
**ahead**  9:23
**Aleve**  17:18
**ambiguous**  31:10,14
**angled**  14:1
**attention**  28:16
**August**  5:15 6:5, 13 23:10 32:5
**aware**  9:22

## B

**back**  12:19,20,21 15:9 16:21 18:13,23 21:7,9 22:16 28:9 29:11,19,21,23 30:2 32:14 34:18 35:1
**bad**  30:20 31:2 33:20

**barge**  14:1,2 15:8 18:23 20:2,5,16 26:16,18 29:18
**barges**  6:16 13:18,19 18:17 19:19,20,22,24 20:10,15,19 23:5 26:21 30:15
**base**  12:7 29:14
**Bates**  7:17
**began**  12:24 13:7, 10 31:5,22
**begin**  13:16
**bend**  15:21 16:11 21:6 26:4
**bending**  15:9,17 20:24 34:13
**Bengay**  18:1,2 26:7
**bent**  20:22 29:17, 18
**big**  18:5 34:20 35:4
**binds**  6:12
**bit**  5:23 13:11,17, 20 18:21
**bite**  18:20
**Blake**  8:15 19:15 24:13
**blowing**  13:22 25:21
**blown**  25:24
**boat**  8:4
**boats**  23:5
**bothered**  26:12
**bottom**  9:8 13:6
**break**  18:18
**breaking**  18:18
**bunch**  35:2
**Burdick**  8:2
**bye-bye**  10:20

## C

**cabinet**  17:16
**cable**  19:1 21:24 22:1,2
**call**  9:18
**called**  21:22
**calm**  28:14
**calmed**  28:13
**camera**  10:16
**Captain**  24:3 29:2,24 30:6 31:1 32:10,18,19 35:8,11
**careful**  30:19
**caused**  26:6
**causing**  13:24 24:4
**chair**  17:2,6,12 34:21
**charge**  5:18
**chose**  23:20
**chosen**  23:20
**cigarettes**  32:1
**claimed**  32:23
**claiming**  32:19
**Clark**  19:20,24 20:2,16 23:16 24:12 26:17 33:3,13
**Clark's**  28:23
**clear**  7:16 9:17
**close**  15:11 33:15
**combing**  18:22
**communicate**  23:24
**company**  10:3 28:7
**competence**  33:8 35:22
**complain**  26:11

32:20,23
**complies**  10:18 11:9
**concerns**  33:4
**concluded**  36:3
**condition**  24:24 25:11 27:20 32:21
**conditions**  14:3
**connection**  28:20
**contributed**  32:24
**correct**  5:19 12:15 15:14 16:23 17:9 34:13,16 35:11
**counsel**  14:8,21
**couple**  6:9 31:18 34:6,23
**coupling**  12:2,22 18:12,14
**crew**  8:4 18:14,18 19:14 22:6,10 23:15,16,17 25:23 27:2 32:3 33:12
**customary**  33:21,23
**cut**  6:4 18:24 21:23
**cutting**  6:3 21:24 22:1,2

## D

**Dane**  5:1,7 7:9,16, 22 9:23 19:4 27:2 31:21
**Dane's**  7:1 9:21
**DANIEL**  10:9,13
**date**  5:22 6:1,5
**day**  6:13 8:4,13 18:6,9 22:23 23:6, 10 25:3 27:13 30:11
**days**  23:6 25:4 28:23

**deal** 18:5 35:4
**decided** 6:8,10
**deck** 20:9
**defense** 14:8
**Dennis** 6:3,24 29:6 31:11
**dent** 14:1 26:15
**deposition** 14:9 26:24 34:5 36:3
**describe** 29:16
**describing** 30:1
**difficulty** 26:7
**directive** 16:9
**disagree** 11:10, 18
**discuss** 14:7 33:19
**discussion** 9:1
**disobeyed** 16:9
**document** 7:1 8:20 9:11 11:20
**documents** 7:22 16:5
**double** 7:5
**droplets** 15:3
**duly** 5:2

**E**

**Early** 32:7
**Eastern** 26:24
**effect** 22:14
**employed** 5:8
**employee** 7:1,17 8:9,19,22 9:2,18 10:4 11:5 29:14
**end** 12:3 21:20
**entire** 21:20 33:15
**ergonomic** 15:5

**estimate** 12:4
**events** 22:13
**EXAMINATION** 5:4 19:6
**examined** 5:3
**exhibits** 36:2
**experience** 25:10
**experienced** 25:9
**explain** 13:10 15:1
**extra** 8:21
**eye** 8:18 15:10 18:24 20:21

**F**

**facility** 28:23
**fact** 28:6 32:12
**fair** 33:11
**fairly** 31:6
**falls** 30:16
**feel** 15:3
**feet** 19:15
**fell** 27:18
**felt** 13:16
**fill** 31:22
**filled** 24:8
**filling** 27:16
**final** 12:21
**find** 5:21,24 6:6,23
**fine** 35:4
**finished** 17:3
**fitting** 22:3
**fleet** 12:14 13:1,8, 18,19 15:8 18:17,23 20:2,16 28:20 29:18 31:7

**fleeting** 6:16 16:22 30:14
**flopped** 17:6
**foot** 15:12 17:8,12
**footing** 18:24
**force** 17:4,7,12
**forgot** 32:1
**form** 8:5 31:9
**forward** 15:23
**found** 6:7
**friction** 30:18
**front** 6:18 8:10
**function** 24:16
**functioning** 24:5

**G**

**gap** 18:16
**gave** 8:1,13 34:20
**gear** 5:21 6:1,6,7, 12 23:9,17,19
**general** 22:18
**generally** 23:6 27:10
**Ginn's** 8:15
**give** 18:10
**good** 20:8,12 24:24 25:10
**grab** 13:21 29:17
**grabbed** 18:22
**Griffith** 14:14
**grip** 20:8
**grit** 13:18 20:3,5,6, 12
**ground** 17:8,13
**guess** 9:17
**guy** 16:5

**guys** 6:14 17:3

**H**

**half** 11:24 15:12
**halfway** 12:20
**hand** 15:10 24:19 28:16 29:18
**hand-in-hand** 33:12
**handed** 8:3 12:2 18:20,24 19:9 20:21 21:1 24:10,21
**handing** 6:15 7:16 18:11 29:11
**handling** 21:2
**handwritten** 8:6,7,12,15,16,17, 18 9:3 10:2,10,12 11:3,4,6 29:15
**Hang** 6:22
**harbor** 18:14,17, 19
**hard** 13:10,15 14:23 15:2
**Haukedahl** 5:1, 7
**head** 9:12 12:19 21:23
**heavily** 12:9,13, 24 13:7 31:6
**held** 9:1
**Hey** 33:20
**high** 25:13
**Hold** 10:15
**hop** 18:15
**hopped** 18:14
**hot** 6:13 23:11
**hour** 11:24 25:17
**hours** 23:6
**house** 30:5

**HR** 14:16
**hurried** 27:5
**hurry** 27:8,11
**hurrying** 28:3, 10,12,18 32:22
**hurt** 29:11,20 30:2 32:14 35:3,20
**hurting** 29:23 34:18 35:1

**I**

**immediately** 22:15
**impaired** 16:20
**in-between** 18:16
**in-house** 14:19, 21
**incident** 5:15 12:4 27:22 28:1,4 29:16 30:13,14 31:22 32:10,20
**including** 23:15 25:23
**incorrect** 12:17
**indicating** 9:7, 10 10:8,22
**initially** 29:20
**injury** 29:24 32:24
**injury/illness** 8:5
**inside** 22:3,16
**interfere** 26:1
**interview** 16:5
**involved** 32:22
**Isaac** 8:2,3 9:4

**J**

**job** 14:15 18:7 27:3,5 35:6,14

EXHIBIT 1

**judge** 25:16
**judgment** 25:1

### K

**kind** 25:24 30:23 32:24 35:6
**knees** 18:2,4 21:1,6 26:4,6,11
**knew** 30:16
**knowledge** 33:4

### L

**laid** 12:19
**large** 20:7
**larger** 6:8,9
**lawyer** 14:20
**leaning** 15:9,23
**leather** 17:2,11
**left** 16:12 19:8
**Lewis** 19:20,24 20:2,16 23:16 24:12 26:17 28:22 33:3,13
**lifting** 21:12,17
**lightening** 22:6,9,14,21,24
**loaded** 28:24
**logs** 29:2
**long** 11:22
**looked** 7:24
**loosening** 18:19
**lot** 17:4 20:7
**lots** 17:7,12
**Louis** 23:10
**lower** 21:9

### M

**made** 12:19,21 17:1 18:13
**make** 6:24 15:5
**Man** 15:20
**manner** 20:24
**Marathon** 5:8 8:20,22 10:3 19:22 20:10 21:11 22:19 26:20 27:7
**Marathon's** 21:2,5
**marked** 7:17 36:2
**MASSEY** 6:2,19,22 7:4,8,12,15 9:6,9,14,16 10:7,9,11,13,21 11:12,15 14:19 19:4,7 29:5 30:10 31:8,17,20 33:10 34:3,8 35:19,23
**mate** 5:10,12,13,18
**mates** 18:19
**meaning** 32:4
**meant** 31:18
**medicine** 17:16
**meeting** 30:5,8 31:12
**member** 22:10 32:3
**members** 19:14 23:15,16,17 27:3
**mention** 33:19
**mentioned** 19:18 20:3 26:23
**Michael** 8:2,14
**microphones** 23:23
**Mike** 35:8
**miles** 25:17
**minute** 6:20,23 11:8
**minutes** 11:24 33:16
**mixing** 31:11
**months** 23:3
**morning** 32:1,4,7 34:11
**moved** 9:12
**movement** 21:19,22
**movements** 16:19
**muscle** 17:22

### N

**nature** 30:21
**needed** 26:12 29:23 30:18
**NICHOLAUS** 5:1
**night** 29:22 34:22,24 35:2
**normal** 33:22,23,24
**noteworthy** 32:12
**notice** 16:19
**noticed** 17:11 20:22 34:11
**number** 6:20 10:20,23 17:9 28:23

### O

**O'bryan** 5:5 6:21 7:3,6,11,14,19,20 8:24 9:15,24 10:1,15,19 11:1,14,17 19:2 29:7,9 30:12 31:15 33:7 34:6,10 35:16,21
**oath** 5:3
**object** 31:8 33:7 35:22
**objecting** 31:13
**observe** 31:23
**observed** 24:22
**occurred** 5:15
**operation** 21:20 24:2 25:14 27:15,16
**opinion** 25:1
**opposed** 20:18
**OTC** 17:16

### P

**p.m.** 12:5
**pages** 9:20
**paint** 20:5,6
**paragraph** 13:4,13
**Parts** 6:3
**Pay** 28:16
**people** 24:12 33:3,13
**Perkins** 8:2,3 9:4
**personally** 17:17
**Petroleum** 10:3
**pick** 15:22 24:18 35:5
**picked** 29:12
**picking** 12:21
**picture** 10:19
**pilot** 30:5
**point** 13:15 26:12 29:10 31:21 35:3
**pointed** 10:8
**policy** 21:2,5 22:9,12,17,18 27:7,10 28:7
**position** 15:6 16:11
**pretty** 12:10 15:2
**Pringle** 14:14
**prior** 14:8 16:19,22
**private** 14:7
**problems** 18:7 24:4 33:4
**proper** 21:12,13,17
**properly** 26:4
**put** 8:10 20:5,6

### Q

**question** 13:12 17:10 19:9 27:9 31:9 35:24
**questions** 19:3,5 31:16 34:4 35:17
**quickly** 11:13

### R

**rain** 5:21,24 6:6,7,12 12:24 13:7,9,15 14:5,22 23:9,17,19 25:19 31:3,4,5 34:1
**rainfall** 23:3
**raining** 12:9,13,18
**ran** 32:2,13
**RAYMOND** 6:2,19,22 7:4,8,12,15 9:6,9,14,16 10:7,11,21 11:12,15 14:19 19:4,7 29:5 30:10 31:8,17,20 33:10 34:3,8 35:19,23

EXHIBIT 1

**RE-EXAMINATION** 29:8 31:19 34:9 35:18
**read** 8:14 11:13 13:5 34:5
**reason** 20:2 26:3
**reasons** 27:10
**recall** 11:18 16:16 28:21
**recollection** 7:22 18:10
**record** 8:24 9:1 16:4
**reduces** 21:9 30:17
**reference** 15:5 17:1
**referencing** 31:5
**referring** 19:19 26:16,20
**refresh** 7:22
**regard** 5:16
**relief** 26:12
**remember** 12:8 14:4 16:3,7,11 23:18 29:1 30:17 33:18
**repeat** 13:12 17:10 27:9
**report** 8:4 32:9
**reported** 13:3
**reports** 24:9 27:17 31:23
**reposition** 13:21
**representative** 14:16
**reviewed** 7:21 16:13
**reviews** 9:11 11:20

**river** 23:7
**rock-like** 20:7
**room** 14:13
**Ruddell** 5:16 15:6 16:20 19:9,22 20:21 21:10 23:19 24:2,7,16 25:23 26:4 27:2,17 28:6, 10 29:10 31:23 32:18,19
**running** 31:23 32:2,15
**rush** 27:7,11
**rushed** 27:3
**rushing** 28:3,6, 10,12,18
**Ryan** 5:16 12:1 15:6 16:8,20 17:1 18:6,11,24 19:14,15 29:17 32:1 34:12

**S**

**safety** 27:10
**sat** 17:2,3,11 34:21
**Scott's** 8:14
**secondary** 9:3
**sequence** 18:11
**serviceable** 24:24 25:10
**sessions** 14:7
**shift** 16:15,17 31:12 34:11,19
**side** 18:15
**sideways** 14:5
**sigh** 34:20
**signature** 9:21
**signed** 7:9 9:8
**sir** 5:11,17,20 20:20 21:8,14 22:8, 22 23:1,4,8,12,14, 22 24:1,6,11,15,17,

20,23 25:2,6,8,12, 15,18,20,22 26:2,5, 8,10,14,19,22 27:1, 4,6,12,14,19,23 28:2,5,8,11,19 29:4, 13 30:8,22,24 32:6, 8,11,17 33:2,6 34:2, 14 35:15
**sit** 28:22
**situation** 14:8 29:3
**sizes** 6:7,9
**sleep** 29:22 34:15,22
**slick** 13:20
**slide** 13:10,16,20, 24 18:21
**slip** 30:16
**slipped** 27:18
**slippery** 20:3,18
**slipping** 19:18 20:14
**slow** 28:14
**smaller** 6:8
**smelled** 18:3
**spasm** 17:22
**speak** 5:23
**sprinkling** 12:20
**St** 23:10
**stairs** 31:24 32:2, 13,15
**stamped** 7:17
**stand** 15:20
**start** 16:15,17
**started** 12:9,13, 18,20,21 13:20 18:18,21
**starter** 16:17 31:12 34:12,19
**starting** 12:14,24 13:5,7 14:8 19:8 31:6

**state** 5:6
**statement** 6:17 7:2,9,18 8:1,3,9,18, 19,21,22 9:2,4,19 10:2,4 11:3,5 12:23 29:15
**statements** 8:7 9:17,22
**stay** 12:10
**steering** 12:2 18:12,13
**step-by-step** 18:10
**stepped** 18:16 26:17
**stop** 6:20 22:15
**straight** 25:19
**strain** 21:9
**stretching** 34:12
**strike** 16:13 28:21
**substances** 20:7
**summer** 23:3
**supervisor** 15:13
**supposed** 21:6
**surrounding** 18:11

**T**

**talk** 7:21 13:9 29:24 33:19 35:8
**talked** 30:14
**talking** 10:22 11:3 20:14 30:15,23 31:10
**Tara** 14:14
**task** 28:16
**techniques** 21:12,17

**ten** 19:15
**testified** 5:3
**testify** 33:8
**things** 11:10 22:13 30:18,21 32:23
**thought** 15:16 30:1 35:6
**three-fifths** 13:14
**tie-off** 11:23 12:14,22 13:1,8 31:6
**tied** 12:18
**timber** 21:23
**time** 5:19 12:4 14:3 15:18 16:15,19 18:4 19:11,13 21:19 22:5 24:2 25:13 26:24 27:2,15 29:6 30:9 31:13,21 32:20 33:16,24
**times** 26:23 31:11 34:23
**title** 14:18
**titles** 14:15
**told** 15:20 16:11 18:6 26:9 28:14 30:3 31:3 34:15
**top** 20:6,8
**touched** 19:10
**tow** 11:23 12:14 13:1,8 18:17 19:11, 13 20:11 22:11 28:20,22 31:7
**trained** 21:10,13
**training** 5:13
**trip** 20:7
**tripped** 27:18
**trips** 30:16
**true** 5:21,24 19:20 33:13

**turned** 13:21 15:8,22 18:22,23

**tying** 22:2

**typed** 8:14 9:4,5, 20

**typical** 23:13

### U

**unusual** 17:4 32:16

**unwritten** 22:18

**upstairs** 35:9

**usual** 23:2

### V

**vague** 31:9,13

**vessel** 5:14 25:5

**vessels** 28:21,22

**violation** 21:2,5, 16 28:7

### W

**waist** 20:22

**walking** 18:13

**watch** 16:17 30:6, 9

**watching** 30:15

**water** 15:3 30:17

**wear** 6:8,12

**wearing** 23:17

**weather** 22:13,14 24:4 30:17,20,23 31:1 32:21,22 33:5, 20

**week** 23:6

**whatsoever** 24:5 26:1 27:21

**wheelhouse** 23:24

**winch** 18:18 24:14

**wind** 13:22 14:3,4 25:13,16,17 27:24

**wire** 6:15 12:2,19 15:10,23,24 18:12, 19 19:9,10 21:1 24:10,13,18,21,22 25:3,9,10 29:11,17, 18,21 32:21 35:5

**wires** 21:3 27:21

**withdraw** 35:24

**witnessed** 29:16

**woke** 34:23 35:1

**word** 13:6

**words** 6:3

**work** 22:21 23:5 26:1,13 33:24

**worked** 15:4

**working** 20:11 22:23 23:2 33:5,12, 21

**worse** 15:3

**written** 11:11 22:12,17

**wrong** 15:17 16:21 24:10

### Y

**year** 8:2 33:24

**years** 21:10

**Yesterday** 14:12

# EXHIBIT 1