Page 1

```
 1       UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF ILLINOIS
 2          EAST ST. LOUIS DIVISION
         CASE NO. 3:15-cv-1253-NJR-DGW
 3
    _____
 4
    RYAN RUDDELL                        PLAINTIFF
 5
    v.
 6
    MARATHON PETROLEUM CO., LP,
 7   MARINE TRANSPORTATION              DEFENDANT
    _____
 8
```

VIDEOCONFERENCE DEPOSITION OF

ANTHONY "BLAKE" GINN

Ashland, Kentucky
July 13, 2016

Lisa Larson, FCRR, RPR
Federal Certified Realtime Reporter

EXHIBIT 2

Page 2

1        Pursuant to Notice, the videoconference
2   deposition of ANTHONY "BLAKE" GINN was taken on
3   behalf of the Plaintiff before Lisa Larson, FCRR,
4   RPR, and Notary Public in and for the Commonwealth of
5   Kentucky at Large, at Holiday Inn Express & Suites,
6   Meeting Room, 13131 Slone Court, Ashland, Kentucky,
7   on July 13, 2016, commencing at the hour of
8   12:43 p.m.
9        The deposition was taken for all purposes
10  permitted under the Illinois Rules of Civil
11  Procedure, including use as evidence at the trial of
12  this matter.

Page 3

1                A P P E A R A N C E S
2
    COUNSEL FOR THE PLAINTIFF:
3    (By videoconference)
4      Dennis M. O'Bryan, Esq.
       O'Bryan, Baun, Karamanian
5      401 South Old Woodward, Suite 463
       Birmingham, Michigan 48009
6      dob@obryanlaw.net
7
    COUNSEL FOR THE DEFENDANT:
8
       Raymond L. Massey, Esq.
9      Daniel L. Massey, Esq.
       THE MASSEY LAW FIRM, LLC
10     Two CityPlace Drive, Suite 200
       Saint Louis, Missouri 63141
11     ray@themasseylawfirm.com
12
    ALSO PRESENT:
13
       Tara M. Griffith, Esq.
14     Marathon Petroleum Company, LP
15     Adrian J. Pringle, Human Resources Consultant
       Marathon Petroleum Company, LP

Page 4

1                        INDEX
2
3   WITNESS: ANTHONY "BLAKE" GINN
4   EXAMINATION BY:                                    Page
5     Mr. O'Bryan                                       5
      Mr. Raymond Massey                                10
6     Mr. O'Bryan                                       21
      Mr. O'Bryan                                       23
7
    REPORTER'S CERTIFICATE                              25
8   ERRATA SHEET                                        26
9
10                      EXHIBITS
11
    NO.            DESCRIPTION
12
    Exhibit 3    Various documentation                  23
13               related to incident
14
    (The original exhibit was attached to the original
15   transcript and a copy was provided to counsel)

Page 5

1              ANTHONY "BLAKE" GINN,
2   the witness herein, having first been duly placed
3   under oath, was examined and testified as follows:
4                      EXAMINATION
5   BY MR. O'BRYAN:
6   Q   Could you please state your name, please.
7   A   Anthony Blake Ginn.
8   Q   You are a deckhand for Marathon?
9   A   Yes.
10  Q   And in August of --
11  A   No, not now I am not a deckhand.  I'm a striker
12      one now.
13  Q   Oh, okay.  What were you in August of 2014?
14  A   A trainee, a deckhand III.
15  Q   All right.  Now, have you reviewed any documents
16      to refresh your recollection of this situation
17      involving Ryan Ruddell?
18  A   Yeah.  The -- the -- the interview or whatever
19      that I wrote down stuff from the incident that
20      day.
21  Q   Okay.  Is that the Marathon employee witness
22      statement?
23  A   Yes.
24  Q   And it says there that -- something about Ryan

EXHIBIT 2

Page 6

```
 1  bend at the back; do you see that or do you recall
 2  that?
 3  A  Yes.
 4  Q  Tell me about what you saw.
 5  A  I seen him bend at the back to pick up the wire.
 6     I turned to look at the winch to make sure the dog
 7     was out of it. And I looked back and he had
 8     already had the wire up then and was handing it
 9     out to Dane over on the fleet.
10  Q  What were the weather conditions at that time?
11  A  Raining.
12  Q  Was it very heavy rain?
13  A  It was pretty moderate. You could still see
14     300 feet or so.
15  Q  But when you described it to the HES professional,
16     you said it was very heavy rain, didn't you? Look
17     at, I'm referencing, number 724.
18  A  724.
19            MR. RAYMOND MASSEY: Hang on a
20        minute. Okay. I'm handing Mr. Ginn Bates
21        number 724.
22  Q  Look at the paragraph number two, the third line
23     down.
24            (Witness reviews document)
```

Page 7

```
 1  A  Yeah, I read it.
 2  Q  Do you see where it says "very heavy rain"?
 3  A  Yeah. I mean, it was moderate to pretty heavy
 4     rain. You could still see about 300 feet, you
 5     know, about a barge length.
 6  Q  That's how you described it to him, is "very heavy
 7     rain"?
 8  A  Yeah.
 9  Q  With limited visibility?
10  A  Yeah. Three hundred feet of visibility.
11  Q  Now, at the beginning of the shift when you met in
12     the pilot house, did the Captain tell you
13     "You guys have got to hurry. There is some bad
14     weather coming"?
15  A  No.
16  Q  What did he say?
17  A  I don't remember him saying anything about hurry.
18     They never -- I've never heard a Captain or
19     anybody say "hurry" at Marathon.
20  Q  Well, what did you hear?
21  A  We went up for a shift starter, went over
22     fleeting. Then we stretched and -- and then went
23     -- went back down to the deck locker.
24  Q  But nothing was said about the weather?
```

Page 8

```
 1  A  Yeah, it was -- I mean, it was -- we knew it was
 2     going to rain.
 3  Q  No, I am not asking -- I'm asking what the Captain
 4     said to you.
 5  A  I don't remember exactly what was said.
 6  Q  All right. Had Mr. Ruddell ever mentioned any
 7     back pain or discomfort prior to August 2014?
 8  A  No.
 9  Q  Now, as I understand it, you helped Ryan carry his
10     bags when he got off the boat the next day?
11  A  Yes.
12  Q  And Dane helped also?
13  A  Yes.
14  Q  All right. I mean, do you know one way or the
15     other whether it was thunderstorming?
16  A  It was just heavy rain.
17  Q  What does "thunderstorm" mean to you?
18  A  Thunderstorm means lightening to me and thunder.
19  Q  All right. Was this your first time to this
20     fleet?
21  A  Yes.
22  Q  Now, you kept your own personal log?
23  A  Yeah. I -- just kind of notes, you know, kept of
24     -- so I keep track of the days.
```

Page 9

```
 1  Q  When did you fill -- I mean, do you usually fill
 2     it out at the end?
 3  A  Yeah, most of the time at the end of the day.
 4  Q  And you've got for August 7th there, have you
 5     looked at that log or anything?
 6  A  It's been a little while since I've seen it.
 7  Q  Can you put 716 in front of the witness, please.
 8            MR. RAYMOND MASSEY: Yes, it's in
 9        front of him.
10  A  I've got it.
11  Q  For August twenty --
12            MR. RAYMOND MASSEY: You cut out
13        there, Dennis.
14  A  It was August what?
15  Q  The 27th.
16  A  The 27th?
17  Q  Yeah.
18  A  What about it?
19  Q  You wrote down "Ryan hurt his back at the steering
20     coupling," correct?
21  A  Right.
22  Q  All right. When did he tell -- when did you learn
23     that.
24  A  The next morning, I believe it was, or that next
```

### Page 10

1  watch, that next day on the 28th when we smelled
2  that Bengay on him or whatever and went up and did
3  the acci -- the incident reports.  I think that
4  was that first document you talked about on there
5  that I got.  Then I went back and wrote it down so
6  I would remember what day he hurt his self on.
7  Q  But you wrote about some stuff on the 28th also
8     about it, right?
9  A  Right.  That's when I filled out the accident
10    report.
11 Q  Were there any wind gusts going on at around this
12    time when you saw him bend down?
13 A  No.
14            MR. O'BRYAN:  All right.  That's
15        all I have.
16               EXAMINATION
17 BY MR. RAYMOND MASSEY:
18 Q  Mr. Ginn, I have a couple of questions.
19        In connection with the last thing that was
20    mentioned, the calendar that you kept --
21 A  Right.
22 Q  -- that's not something required by the company,
23    that's just --
24 A  No.

### Page 11

1  Q  -- something that you kept on your own?
2  A  Right.
3  Q  At the time of the incident, you were what they
4     call a red hat deckhand, is that true?
5  A  Yes.
6  Q  This was your first full-time trip on the line
7     boat?
8  A  Right.
9  Q  All right.  At any time when you and your crew
10    were out on the deck, was there any lightening?
11 A  No.
12 Q  If you had seen lightening, did you have the
13    discretion to immediately stop and come inside?
14 A  Yeah.
15 Q  Do all crew members have that option?
16 A  Everybody does, yes.
17 Q  You said the rain was moderate.  And I heard
18    severe or more than moderate.  I think heavy is
19    another term I heard.
20        Would you be able to give us your estimate
21    about how many -- how much per hour?  Would an
22    inch an hour, would that be...
23 A  I would say that's a good estimate.
24 Q  And it was a pretty heavy rain, though?

### Page 12

1  A  Yeah.
2  Q  And that was at the end of the --
3  A  At the end of the --
4  Q  -- function?
5  A  Yes.
6  Q  How long were you all out there doing the function
7     of tying up the fleet at Lewis and Clark?
8  A  Thirty minutes.
9  Q  And did the rain stop kind of midway into that
10    operation?
11 A  Yes.
12 Q  So the heavy rain was kind of at the end?
13 A  At the end, yeah.
14 Q  Did Ruddell handle any wires other than the one
15    wire that he handed to the mate?
16 A  That's the only one I saw him handle.
17 Q  All right.  When you say that he bent from the
18    waist, what do you mean by that?
19 A  Without bending your knees, just bent straight
20    over to -- to grab it.
21 Q  And why did that seem unusual or odd to you?
22 A  Because you always bend with your knees when you
23    are lifting something.
24 Q  Is it a violation of the company's policy to bend

### Page 13

1  like Mr. Ruddell did?
2  A  Yes.
3  Q  And that's because he is supposed to bend at his
4     knees?
5  A  At his knees.
6  Q  Why do you bend at your knees instead of bend at
7     the waist?
8  A  So you don't hurt your back.
9  Q  I think you were asked about the wind that day.
10    But did you observe any wind conditions that were
11    -- that would affect your job performance at all?
12 A  No.
13 Q  What would you judge the winds to be?  Little wind
14    or no wind?
15 A  Very, very light, if any.  The rain was just
16    coming straight down.
17 Q  All the times that you referred to, if you
18    referred to times, was that Eastern Time?
19 A  Yes.
20 Q  And you were asked about hurrying.  On that day or
21    that watch or anytime, were you all hurried in
22    your job at all?
23 A  I've never been hurried at Marathon.
24 Q  Was Mr. Ruddell hurried at all?

**EXHIBIT 2**

Page 14

1  A   No.
2  Q   Did you all have communication devices on each of
3      you?
4  A   Yeah.  Everybody has a radio.
5  Q   And when you say "radio," do you mean a radio
6      that's fed with a microphone --
7  A   Yes.
8  Q   -- on your life jacket?
9  A   Yeah.
10 Q   Did Mr. Ruddell have one of those --
11 A   Yes.
12 Q   -- as well?
13 A   (Moved head up and down).
14 Q   And you communicated with whom with that radio?
15 A   The Captain.
16 Q   And each other?
17 A   And each other, yeah.
18 Q   At anytime did Mr. Ruddell complain about anything
19     being wrong with the wire?
20 A   No.
21 Q   Was there anything wrong with the wire that
22     Mr. Ruddell handed to the mate?
23 A   No.
24 Q   You had worked with that wire?

Page 15

1  A   Yes.
2  Q   Before this day?
3  A   Yes.
4  Q   And days after this day?
5  A   Yes.
6  Q   Was there anything wrong with the wire at all?
7  A   No.  We would have changed it if there was.
8  Q   Before Mr. Ruddell handed the eye of the wire to
9      the mate, were you the one that had loosened the
10     winch?
11 A   Yes.
12 Q   And you did that how?
13 A   Put the brake on, flipped the dog out, released
14     the brake.
15 Q   This wire had previously been laid already?
16 A   Yes.
17 Q   So how much wire had to be taken off in order to
18     re-lay it now, making up to the Lewis and Clark
19     barge?
20 A   Very, very little.
21 Q   So after taking the dog off, the wire was loosened
22     a little bit, and then it was made up to the Lewis
23     and Clark --
24 A   Yeah.

Page 16

1  Q   -- barge?
2  A   (Moved head up and down).
3  Q   The fitting where Mr. Ruddell would have handed
4      the wire to Dane, how far approximately was that
5      from the wheelhouse?
6  A   Three hundred feet.
7  Q   So it was at least one barge length?
8  A   Yeah.
9  Q   And then there is a coupling there between the
10     first set of barges, the first tier of barges, and
11     the second tier of barges, is that true?
12 A   What, now?  Re -- ask it one more time.
13 Q   Where you all were working, at the head of the
14     first barge --
15 A   Yes.
16 Q   -- and the stern of the second barge --
17 A   Right.  Yes.
18 Q   -- in that area called a coupling?
19 A   Yes.
20 Q   Are you aware of whether or not at the wheelhouse,
21     given the configuration of the barges, whether the
22     wheelhouse would have been able to see that
23     coupling in where people were working?
24         MR. O'BRYAN:  I'm going to object

Page 17

1      as to foundation.
2          MR. RAYMOND MASSEY:  Okay.  I'll
3      withdraw that question.
4  BY MR. RAYMOND MASSEY:
5  Q   At anytime after this did it look to you like
6      Mr. Ruddell was hurt?
7  A   No.
8  Q   Did you assist with carrying his luggage part way,
9      at least, up the ramp?
10 A   Yes.
11 Q   Had Mr. Ruddell carried it out to that point
12     before you all helped him out?
13 A   I don't remember.
14 Q   Okay.  Handling the luggage that Mr. Ruddell was
15     handling, did he look like he was hurt?
16 A   No.
17 Q   Did he move about as though he had a back injury?
18 A   No.
19 Q   Did you participate in reporting the incident to
20     the Captain with Dane or not?
21 A   Dane went up and talked to the Captain and then I
22     went up afterwards.
23 Q   Okay.  At anytime did Mr. Ruddell say anything in
24     your presence or complain to you or talk to you or

EXHIBIT 2

Page 18

1     did you hear from Mr. Ruddell any complaints that
2     he had about the condition of the wire at all?
3  A  No.
4  Q  Or lightening?
5  A  No.
6  Q  Or working in adverse weather conditions at all?
7  A  No.
8  Q  And did he ever say anything about any of those
9     things over the radio?
10  A  No.
11  Q  So he never communicated any of that to anyone,
12     to your knowledge?
13  A  No, not to my knowledge.
14  Q  Did he ever say anything to anyone about hurrying
15     or being hurried at all?
16  A  No.
17  Q  And even when you talked to him later about the
18     incident in the presence of the Captain, did he
19     ever talk about being hurried or anything like
20     that?
21  A  No.
22  Q  During the time that you all were doing what you
23     were doing out on the tow, were you always within
24     10 or 15 feet of Mr. Ruddell and Dane?

Page 19

1  A  Yes.
2  Q  You all were all working in close proximity to one
3     another?
4  A  Yes.
5  Q  Were you all working with people from Lewis and
6     Clark as well?
7  A  Yes.
8  Q  They were doing tow work out there with you all?
9  A  Yes.
10  Q  Were you all working, doing the same jobs,
11     basically?
12  A  Yes.
13  Q  So they were assisting in making the barges up to
14     the Lewis and Clark fleet?
15  A  Yes.
16  Q  They were working in the same exact conditions you
17     all were?
18  A  Yes.
19  Q  Were they wearing rain gear?
20  A  No.
21  Q  Was there rain gear available for everybody if you
22     all wanted to use it?
23  A  Yes.
24  Q  Did Mr. Ruddell ask for any?

Page 20

1  A  No.
2  Q  And so all of you all were working without rain
3     gear?
4  A  Right.
5  Q  Was that customary out on the river in August in
6     St. Louis, even if it is raining to be working
7     without rain gear?
8  A  Yeah.  It is too hot to wear it.
9  Q  Because the rain gear, obviously, is an extra set
10     of items on your body --
11  A  Yeah.
12  Q  -- so it naturally heats you up?
13  A  Yeah, you just sweat like you are out in the rain.
14  Q  So that's why most people don't even wear rain
15     gear?
16  A  Yes.  Unless it is wintertime.
17  Q  In any event, it was available if somebody wanted
18     to use it?
19  A  Yes.
20  Q  And because it was available, that doesn't mean
21     you necessarily have to use it, it just means it
22     is there in case it were to be cold or you were
23     north you could use it?
24  A  Yes.

Page 21

1  Q  Did anybody from Lewis and Clark, the fleet
2     company there, did they ever indicate that there
3     were any adverse weather conditions that would
4     cause anybody any concern?
5  A  No.
6          MR. RAYMOND MASSEY:  That's all I
7     have.
8          RE-EXAMINATION
9  BY MR. O'BRYAN:
10  Q  Can you put 724 in front of the witness, please.
11  A  I got it.
12  Q  Okay.  So you were interviewed by this Pat Kouns
13     guy from the office --
14  A  Right.
15  Q  -- correct?
16  A  (Moved head up and down).
17  Q  And at that time you described the condition as
18     very heavy rain at the time of the alleged
19     incident, isn't that correct?
20  A  Right.
21          MR. O'BRYAN:  Okay.  I have no
22     further questions.
23          MR. RAYMOND MASSEY:  I have no
24     further questions, either.  We'll read the

EXHIBIT 2

Page 22
1  deposition.  We'll do the same thing.  How
2  many -- which exhibits now did we look at?
3  We looked at page 716, which was a calendar.
4  We looked at 724 and 08.
5        MR. O'BRYAN:  Yeah.
6        MR. RAYMOND MASSEY:  And also 723,
7  I think.
8        MR. O'BRYAN:  Well, if you are
9  going to put seven -- yeah.  Okay.  All
10 right.
11       THE WITNESS:  Those two and this
12 one are the only ones I looked at.
13       MR. RAYMOND MASSEY:  Actually, he
14 only looked at several.  But I'll put the
15 other one in if you want me to.  I don't
16 think you asked him about 23, maybe you did.
17 I don't know, 723.
18       MR. O'BRYAN:  No, I don't think I
19 did.
20       MR. RAYMOND MASSEY:  Okay.  I won't
21 put that one in, then, if you didn't talk
22 about it.  It will just confuse things.
23       Here are the ones I will put in:
24 724, that's that thing that you just

Page 23
1        mentioned at the end; 08, which is the
2        witness report thing; and then 713, which is
3        a calendar.
4              MR. O'BRYAN:  All right.
5              MR. RAYMOND MASSEY:  And those will
6        all be Exhibit 3 and they will just be a
7        composite exhibit.
8              MR. O'BRYAN:  Yes.
9              MR. RAYMOND MASSEY:  I'm sorry.
10       What did I say?  I misspoke.  It is not 713.
11       It is 716.  That's the calendar.  So those
12       will all be part of composite Exhibit 3.
13             MR. O'BRYAN:  Oh.  Let me ask him
14       one more question.
15             MR. RAYMOND MASSEY:  All right.
16       I'm letting you off the hook here.  Go ahead.
17             FURTHER EXAMINATION
18 BY MR. O'BRYAN:
19 Q   It is your understanding that the loading facility
20     was shutdown during this period of time?
21 A   No.  I didn't know that.
22             MR. O'BRYAN:  I have no further
23       questions.
24             MR. RAYMOND MASSEY:  That's all.  I

Page 24
1  don't have anything.  We're done.
2  (Deposition concluded at 1:03 p.m.)

Page 25
1       REPORTER'S CERTIFICATE
2  STATE OF KENTUCKY    )
3  COUNTY OF FAYETTE    )
4
5       I, LISA M. SCHWARZE, FCRR, RPR, and Notary
   Public in and for the Commonwealth of Kentucky at
6  Large, do hereby certify that the facts as stated by
   me in the caption hereto are true; that the foregoing
7  answers in response to the questions as indicated
   were made before me by the witness hereinbefore
8  named, after said witness had first been duly placed
   under oath, and were thereafter reduced to
9  computer-aided transcription by me and under my
   supervision; and that the same is a true and accurate
10 transcript of the proceedings to the best of my
   ability.
11
12      I further certify that I am not employed by,
   related to, nor of counsel for any of the parties
13 herein, nor otherwise interested in the outcome of
   this action.
14
15      IN WITNESS WHEREOF, I have affixed my
   signature and seal this 26th day of July, 2016.
16
17
18
19 _____
   LISA M. SCHWARZE, FCRR, RPR
20 Notary Public, State-at-Large
   Notary ID 489705
21
22
23
24 My Commission Expires:  June 13, 2017

**EXHIBIT 2**

```
                                            Page 26
 1                    ERRATA SHEET
 2        I, ANTHONY "BLAKE" GINN, hereby certify that I
      have read the foregoing transcript, and that the
 3    same is a true and accurate transcription of my
      testimony, except as noted below:
 4
      PAGE   LINE NO.       CHANGE      REASON FOR CHANGE
 5
 6    _____
 7    _____
 8    _____
 9    _____
10    _____
11    _____
12    _____
13    _____
14    _____
15    _____
16    _____
17
18                          _____
                            ANTHONY "BLAKE" GINN
19
      STATE OF    _____ )
20    COUNTY OF   _____ )
21
           Subscribed and sworn to me on this ____ day of
22    _____, 2015.
23                          _____
                            Notary Public
24    My Commission Expires:
```

## Exhibits

**EX 0003 A. Ginn 071316** 4:12 23:6,12

## 0

**08** 22:4 23:1

## 1

**10** 18:24
**15** 18:24
**1:03 p.m** 24:2

## 2

**2014** 5:13 8:7
**23** 22:16
**27th** 9:15,16
**28th** 10:1,7

## 3

**3** 23:6,12
**300** 6:14 7:4

## 7

**713** 23:2,10
**716** 9:7 22:3 23:11
**723** 22:6,17
**724** 6:17,18,21 21:10 22:4,24
**7th** 9:4

## A

**acci** 10:3
**accident** 10:9
**adverse** 18:6 21:3
**affect** 13:11
**ahead** 23:16
**alleged** 21:18
**Anthony** 5:1,7
**anytime** 13:21 14:18 17:5,23
**approximately** 16:4
**area** 16:18
**assist** 17:8
**assisting** 19:13
**August** 5:10,13 8:7 9:4,11,14 20:5
**aware** 16:20

## B

**back** 6:1,5,7 7:23 8:7 9:19 10:5 13:8 17:17
**bad** 7:13
**bags** 8:10
**barge** 7:5 15:19 16:1,7,14,16
**barges** 16:10,11,21 19:13
**basically** 19:11
**Bates** 6:20
**beginning** 7:11
**bend** 6:1,5 10:12 12:22,24 13:3,6
**bending** 12:19
**Bengay** 10:2
**bent** 12:17,19
**bit** 15:22
**Blake** 5:1,7
**boat** 8:10 11:7
**body** 20:10
**brake** 15:13,14

## C

**calendar** 10:20 22:3 23:3,11
**call** 11:4
**called** 16:18
**Captain** 7:12,18 8:3 14:15 17:20,21 18:18
**carried** 17:11
**carry** 8:9
**carrying** 17:8
**case** 20:22
**changed** 15:7
**Clark** 12:7 15:18,23 19:6,14 21:1
**close** 19:2
**cold** 20:22
**communicated** 14:14 18:11
**communication** 14:2
**company** 10:22 21:2
**company's** 12:24
**complain** 14:18 17:24
**complaints** 18:1
**composite** 23:7,12
**concern** 21:4
**concluded** 24:2
**condition** 18:2 21:17
**conditions** 6:10 13:10 18:6 19:16 21:3
**configuration** 16:21
**confuse** 22:22
**connection** 10:19
**correct** 9:20 21:15,19
**couple** 10:18
**coupling** 9:20 16:9,18,23
**crew** 11:9,15
**customary** 20:5
**cut** 9:12

## D

**Dane** 6:9 8:12 16:4 17:20,21 18:24
**day** 5:20 8:10 9:3 10:1,6 13:9,20 15:2,4
**days** 8:24 15:4
**deck** 7:23 11:10
**deckhand** 5:8, 11,14 11:4
**Dennis** 9:13
**deposition** 22:1 24:2
**devices** 14:2
**discomfort** 8:7
**discretion** 11:13
**document** 6:24 10:4
**documents** 5:15
**dog** 6:6 15:13,21
**duly** 5:2

## E

**Eastern** 13:18
**employee** 5:21
**end** 9:2,3 12:2,3, 12,13 23:1
**estimate** 11:20, 23
**event** 20:17
**exact** 19:16
**EXAMINATION** 5:4 10:16 23:17
**examined** 5:3
**exhibit** 23:6,7,12
**exhibits** 22:2
**extra** 20:9
**eye** 15:8

## F

**facility** 23:19
**fed** 14:6
**feet** 6:14 7:4,10 16:6 18:24
**fill** 9:1
**filled** 10:9
**fitting** 16:3
**fleet** 6:9 8:20 12:7 19:14 21:1
**fleeting** 7:22
**flipped** 15:13
**foundation** 17:1
**front** 9:7,9 21:10
**full-time** 11:6
**function** 12:4,6

EXHIBIT 2

**G**

gear 19:19,21 20:3,7,9,15
Ginn 5:1,7 6:20 10:18
give 11:20
good 11:23
grab 12:20
gusts 10:11
guy 21:13
guys 7:13

**H**

handed 12:15 14:22 15:8 16:3
handing 6:8,20
handle 12:14,16
handling 17:14,15
Hang 6:19
hat 11:4
head 14:13 16:2,13 21:16
hear 7:20 18:1
heard 7:18 11:17,19
heats 20:12
heavy 6:12,16 7:2,3,6 8:16 11:18,24 12:12 21:18
helped 8:9,12 17:12
HES 6:15
hook 23:16
hot 20:8
hour 11:21,22
house 7:12

hundred 7:10 16:6
hurried 13:21,23,24 18:15,19
hurry 7:13,17,19
hurrying 13:20 18:14
hurt 9:19 10:6 13:8 17:6,15

**I**

Ill 5:14
immediately 11:13
inch 11:22
incident 5:19 10:3 11:3 17:19 18:18 21:19
injury 17:17
inside 11:13
interview 5:18
interviewed 21:12
involving 5:17
items 20:10

**J**

jacket 14:8
job 13:11,22
jobs 19:10
judge 13:13

**K**

kind 8:23 12:9,12
knees 12:19,22 13:4,5,6
knew 8:1

knowledge 18:12,13
Kouns 21:12

**L**

laid 15:15
learn 9:22
length 7:5 16:7
letting 23:16
Lewis 12:7 15:18,22 19:5,14 21:1
life 14:8
lifting 12:23
light 13:15
lightening 8:18 11:10,12 18:4
limited 7:9
loading 23:19
locker 7:23
log 8:22 9:5
long 12:6
looked 6:7 9:5 22:3,4,12,14
loosened 15:9,21
Louis 20:6
luggage 17:8,14

**M**

made 15:22
make 6:6
making 15:18 19:13
Marathon 5:8,21 7:19 13:23
MASSEY 6:19 9:8,12 10:17 17:2,4 21:6,23 22:6,13,20 23:5,9,15,24

mate 12:15 14:22 15:9
means 8:18 20:21
members 11:15
mentioned 8:6 10:20 23:1
met 7:11
microphone 14:6
midway 12:9
minute 6:20
minutes 12:8
misspoke 23:10
moderate 6:13 7:3 11:17,18
morning 9:24
move 17:17
moved 14:13 16:2 21:16

**N**

naturally 20:12
necessarily 20:21
north 20:23
notes 8:23
number 6:17,21,22

**O**

O'bryan 5:5 10:14 16:24 21:9,21 22:5,8,18 23:4,8,13,18,22
oath 5:3
object 16:24
observe 13:10
odd 12:21

office 21:13
operation 12:10
option 11:15
order 15:17

**P**

pain 8:7
paragraph 6:22
part 17:8 23:12
participate 17:19
Pat 21:12
people 16:23 19:5 20:14
performance 13:11
period 23:20
personal 8:22
pick 6:5
pilot 7:12
point 17:11
policy 12:24
presence 17:24 18:18
pretty 6:13 7:3 11:24
previously 15:15
prior 8:7
professional 6:15
proximity 19:2
put 9:7 15:13 21:10 22:9,14,21,23

**Q**

question 17:3 23:14

ANTHONY "BLAKE" GINN              July 13, 2016
Index: questions..wrote

**questions** 10:18 21:22,24 23:23

**R**

**radio** 14:4,5,14 18:9
**rain** 6:12,16 7:2,4,7 8:2,16 11:17,24 12:9,12 13:15 19:19,21 20:2,7,9,13,14 21:18
**raining** 6:11 20:6
**ramp** 17:9
**RAYMOND** 6:19 9:8,12 10:17 17:2,4 21:6,23 22:6,13,20 23:5,9,15,24
**RE-EXAMINATION** 21:8
**re-lay** 15:18
**read** 7:1 21:24
**recall** 6:1
**recollection** 5:16
**red** 11:4
**referencing** 6:17
**referred** 13:17,18
**refresh** 5:16
**released** 15:13
**remember** 7:17 8:5 10:6 17:13
**report** 10:10 23:2
**reporting** 17:19
**reports** 10:3
**required** 10:22
**reviewed** 5:15
**reviews** 6:24
**river** 20:5

**Ruddell** 5:17 8:6 12:14 13:1,24 14:10,18,22 15:8 16:3 17:6,11,14,23 18:1,24 19:24
**Ryan** 5:17,24 8:9 9:19

**S**

**set** 16:10 20:9
**severe** 11:18
**shift** 7:11,21
**shutdown** 23:20
**situation** 5:16
**smelled** 10:1
**St** 20:6
**starter** 7:21
**state** 5:6
**statement** 5:22
**steering** 9:19
**stern** 16:16
**stop** 11:13 12:9
**straight** 12:19 13:16
**stretched** 7:22
**striker** 5:11
**stuff** 5:19 10:7
**supposed** 13:3
**sweat** 20:13

**T**

**taking** 15:21
**talk** 17:24 18:19 22:21
**talked** 10:4 17:21 18:17
**term** 11:19

**testified** 5:3
**thing** 10:19 22:1,24 23:2
**things** 18:9 22:22
**Thirty** 12:8
**thunder** 8:18
**thunderstorm** 8:17,18
**thunderstorming** 8:15
**tier** 16:10,11
**time** 6:10 8:19 9:3 10:12 11:3,9 13:18 16:12 18:22 21:17,18 23:20
**times** 13:17,18
**tow** 18:23 19:8
**track** 8:24
**trainee** 5:14
**trip** 11:6
**true** 11:4 16:11
**turned** 6:6
**twenty** 9:11
**tying** 12:7

**U**

**understand** 8:9
**understanding** 23:19
**unusual** 12:21

**V**

**violation** 12:24
**visibility** 7:9,10

**W**

**waist** 12:18 13:7

**wanted** 19:22 20:17
**watch** 10:1 13:21
**wear** 20:8,14
**wearing** 19:19
**weather** 6:10 7:14,24 18:6 21:3
**wheelhouse** 16:5,20,22
**winch** 6:6 15:10
**wind** 10:11 13:9,10,13,14
**winds** 13:13
**wintertime** 20:16
**wire** 6:5,8 12:15 14:19,21,24 15:6,8,15,17,21 16:4 18:2
**wires** 12:14
**withdraw** 17:3
**work** 19:8
**worked** 14:24
**working** 16:13,23 18:6 19:2,5,10,16 20:2,6
**wrong** 14:19,21 15:6
**wrote** 5:19 9:19 10:5,7

EXHIBIT 2