

# Case: Ryan Ruddell v. Marathon Petroleum Company, L.P., Marine Transportation

### 3:15-cv-1253-NJR-DGW

## Transcript of: Ryan Ruddell

### **Date:** June 16, 2016

JUL 5 - 2016

This transcript is printed on 100% recycled paper



515 Olive Street, Suite 300
St. Louis, MO 63101
(314) 241-6750
1-800-878-6750
Fax: (314) 241-5070
Email: schedule@goreperry.com
Internet: <<<www.goreperry.com>>>

**1**

RYAN RUDDELL,

Plaintiff,

VS.                    Cause No.  3:15-cv-1253-NJR-DGW

MARATHON PETROLEUM COMPANY, L.P., MARINE
TRANSPORTATION,

Defendant.

DEPOSITION OF RYAN RUDDELL

June 16, 2016

**2**

1        IN THE UNITED STATES DISTRICT COURT
2        FOR THE SOUTHERN DISTRICT OF ILLINOIS
3             EAST ST. LOUIS DIVISION
4
5 RYAN RUDDELL,
6
7          Plaintiff,
8
9 vs.                    No. 3:15-cv-1253-NJR-DGW
10
11 MARATHON PETROLEUM COMPANY, L.P.,
12 MARINE TRANSPORTATION,
13
14          Defendant.
15
16
17
18
19
20      Deposition of RYAN RUDDELL, taken on behalf of
21 the Defendant, at the offices of The Massey Law
22 Firm, LLC, Two CityPlace Drive, Suite 200, in the
23 County of St. Louis, State of Missouri, on the 16th
24 day of June, 2016, before Julie A. Bulard, CCR MO
25 #835.

**3**

1 APPEARANCES OF COUNSEL:
2   FOR THE PLAINTIFF:
3      Mr. Dennis M. O'Bryan
4      Mr. Sean O'Bryan
5      O'Bryan Baun Karamanian
6      401 S. Old Woodward, Suite 463
7      Birmingham, MI  48009
8      (248) 258-6262
9      dob@obryanlaw.net
10
11   FOR THE DEFENDANT:
12      Mr. Raymond L. Massey
13      Mr. Daniel L. Massey
14      The Massey Law Firm, LLC
15      Two CityPlace Drive, Suite 200
16      St. Louis, MO  63141
17      (314) 812-4888
18      ray@themasseylawfirm.com
19      dan@themasseylawfirm.com
20   and
21      Ms. Tara M. Griffith
22      Mr. Adrian Pringle
23      Marathon Petroleum Company, LP
24      539 South Main Street
25      Findlay, OH  45840-3295

**4**

1              INDEX
2                      PAGE
3        EXAMINATION
4 QUESTIONS BY MR. MASSEY          5
5
6
7            EXHIBITS
8 Defendant's Deposition Exhibit 1      105
9 Defendant's Deposition Exhibit 2      105
10 Defendant's Deposition Exhibit 3      132
11 Defendant's Deposition Exhibit 4      146
12 Defendant's Deposition Exhibit 5      146
13 Defendant's Deposition Exhibit 6      146
14 Defendant's Deposition Exhibit 7      207
15 Defendant's Deposition Exhibit 8      231
16 Defendant's Deposition Exhibit 9      232
17 Defendant's Deposition Exhibit 10     232
18 Defendant's Deposition Exhibit 11     243
19 Defendant's Deposition Exhibit 12     279
20 Defendant's Deposition Exhibit 13     282
21 Defendant's Deposition Exhibit 14     285
22
23
24
25

1 (Pages 1 to 4)

**5**

1      RYAN RUDDELL,
2 of lawful age, having been first duly sworn to
3 testify the truth, the whole truth, and
4 nothing but the truth in the case aforesaid,
5 deposes and says in reply to oral
6 interrogatories, propounded as follows, to-wit:
7      EXAMINATION
8 QUESTIONS BY MR. MASSEY:
9      Q   State your name for the record, please.
10     A   Ryan Ruddell.
11     Q   You saw the court reporter just gave you
12 the oath thing. This is under oath. You understand
13 that?
14     A   Yes.
15     Q   Have you ever done this before, a
16 deposition?
17     A   One time.
18     Q   Was that in connection with your divorce?
19     A   Yes.
20     Q   Is that the one and only time?
21     A   Yes.
22     Q   And that divorce was from your one and
23 only wife?
24     A   Correct.
25     Q   Is her name Jessica?

**6**

1      A   Yes.
2      Q   When was that divorce, if you remember?
3      A   Oh, I can't give you an exact date. The
4 divorce process took like a year for even the judge
5 itself to say you're divorced.
6      Q   When was that final, if you remember,
7 Ryan?
8      A   I can't think of it right off the top of
9 my head. I'd have to get the paperwork to find out.
10     Q   All right. Was it three or four years ago
11 or longer?
12     A   I prefer not to guess. I don't remember
13 the exact date. I'd have to get the paperwork to
14 find out exactly to tell you.
15     Q   Okay. Where does Jessica presently live?
16     A   That I currently don't know. That's
17 another whole process.
18     Q   All right. Do you have legal custody of
19 your kids?
20     A   Yes.
21     Q   Because you brought them today?
22     A   Yes.
23     Q   And what are their names, please?
24     A   Ryan Ruddell, Jr.
25     Q   How old is Ryan?

**7**

1      A   Ten.
2      Q   And what's your daughter's name?
3      A   Briana Ruddell.
4      Q   And how do you spell that for the court
5 reporter?
6      A   B-r-i-a-n-a.
7      Q   How old is Briana?
8      A   Thirteen.
9      Q   So you have legal custody of them?
10     A   Correct.
11     Q   How did that occur? What were the facts
12 surrounding the husband, you, getting legal custody
13 of the kids?
14     A   In order for me to keep talking about the
15 legal part of that, I would have to have my other
16 attorney present, because that's an ongoing case
17 too.
18         MR. O'BRYAN: There's a custody dispute
19 pending, right? Is that --
20         THE WITNESS: Not just custody. It's also
21 contempt charges and a bunch of things going.
22     Q   (By Mr. Massey) Okay. Let me ask you a
23 few questions. You can object or interpose an
24 attorney/client or something if you want. You're
25 represented by a lawyer in that?

**8**

1      A   Yes.
2      Q   Is that The Massey Law Firm too?
3      A   Lee Veazy. I'm not sure if it's Massey.
4 I know his name is Lee Veazy, L-e-e, V-e-a-z-y.
5      Q   Where is the divorce pending?
6      A   It's in Evansville, Indiana.
7      Q   And the divorce is over with, but the
8 custody litigation is still ongoing. Is that
9 correct?
10     A   There's a bunch of issues that's going on.
11 I need my lawyer here to talk about it.
12     Q   Okay. Well, I need to know about those
13 things that are going on because I'm entitled to get
14 to that.
15         MR. O'BRYAN: What was the question?
16         MR. MASSEY: My question is, I need to
17 know what those legal things that are going on are
18 unless there's some kind of a self-incrimination
19 kind of an issue.
20         MR. O'BRYAN: Like what's the nature --
21 you mean what's the nature of the pending
22 litigation?
23         MR. MASSEY: Yeah.
24     A   There's contempt charges.
25     Q   (By Mr. Massey) Is that against you or

**9**

1 her?
2    A   Her.
3    Q   Okay, contempt charges against her. All
4 right. Anything else?
5    A   There's soon to be -- I mean, the case is
6 always open for the child custody part. There's
7 going to be taken -- she had recently got more
8 custody taken away from her where I keep them more.
9 So I mean, there's more going on with that and other
10 issues of not being able to find her. Just like I
11 said, I don't know where she lives now. So there's
12 other things I can't get into without having my
13 other lawyer present at the time.
14    Q   Is that because you just don't know the
15 information or there's something in there you don't
16 want me to know about and you want your lawyer to be
17 present before I hear that?
18    A   That's another part of my attorney I can't
19 get into because I need my other lawyer present. I
20 don't want to step on his toes, I don't want
21 anything said that he doesn't want me to say. I
22 mean, that's between me and my other lawyer. So if
23 that is needed to be said --
24    Q   But your lawyer here isn't advising you
25 not to answer. I need to find out what I need to

**10**

1 find out. So unless you tell me, I can't determine
2 if it's relevant to my issues or not.
3        MR. O'BRYAN: What's your exact question?
4    Q   (By Mr. Massey) Are there any criminal
5 charges against you pending, for example?
6    A   No.
7    Q   All right. So am I correct if I say that
8 all the litigation going on involves whether she's
9 going to get partial custody or you're going to get
10 full custody? Is that basically it?
11    A   No. I have custody of my children.
12    Q   Okay. You have full custody now?
13    A   Yes.
14    Q   All right. She's trying to get some
15 partial custody?
16    A   No. There's going to be more custody
17 taken away from her. That's what's going to end up
18 happening.
19    Q   Okay. But I thought you just said you
20 have full custody now.
21    A   I do.
22    Q   So how can more be taken away --
23    A   She gets them every other weekend.
24    Q   I see.
25    A   She's supposed to. But now since she has

**11**

1 no address --
2    Q   You can't find her to let the kids stay
3 with her?
4    A   There's issues with that and other things.
5    Q   Okay. Has she got drugs charges against
6 her, some mama problems, she's not a good mother?
7 Is that part of it or not, or do you know?
8    A   All that part I would have to talk to my
9 attorney and get that information to you.
10    Q   All right. Do you happen the know the
11 style of your litigation that's going on in your
12 fight? Is it you versus her? Is that the way it's
13 styled, the case name? It is Ryan Ruddell versus
14 wife, or do you know?
15    A   I don't know.
16    Q   Do you have any hearings coming up, any
17 court --
18    A   Yes.
19    Q   When's the next hearing?
20    A   The competent charge is on the 5th.
21    Q   Of July?
22    A   Yes.
23    Q   It's a contempt charge against her?
24    A   Correct.
25    Q   For failing to comply with some of the

**12**

1 custody terms?
2    A   Yes.
3    Q   And you can't locate her now?
4    A   Correct.
5    Q   And your lawyer can't locate her now?
6    A   That's between my lawyer and her supposed
7 to be other attorney. So you would have to get all
8 of that.
9    Q   Was the last time you heard from her, was
10 she living in Evansville?
11    A   No.
12    Q   Where was she living?
13    A   In Booneville.
14    Q   Booneville, Kentucky?
15    A   Indiana.
16    Q   Where is that from Evansville?
17    A   It's about a 30-minute drive roughly.
18    Q   Has she remarried?
19    A   No.
20    Q   Does she have kids independent of these
21 two kids?
22    A   No.
23    Q   Does she work for a living?
24    A   I have no idea.
25    Q   Has she problems with drugs, or do you

13

1 know?
2 　　A   I believe she does, but I don't know for a
3 fact.
4 　　Q   All right. Is that part of what's going
5 on with the custody issues is her drug issues?
6 　　A   In order to get into that, I would have to
7 get my other attorney here.
8 　　Q   Okay. But you know if that's the case or
9 not. And there's no privilege, so you need to tell
10 me that one way or the other if you know. If you
11 don't know, that's fine. But if you do know, you
12 need to tell me.
13 　　A   If I can get an okay from my attorney, I
14 will.
15 　　Q   You don't have to get an okay from your
16 attorney. You're bound to answer my questions here
17 unless I ask you something that's privileged.
18 　　　　MR. O'BRYAN: You're assuming he knows the
19 grounds.
20 　　　　MR. MASSEY: Well, that's what I just
21, said. If he knows, he needs to tell me.
22 　　　　MR. O'BRYAN: He's saying do you know the
23 grounds that -- do you know your attorney's legal
24 arguments?
25 　　　　THE WITNESS: No, I don't know what he's

14

1 going to do.
2 　　Q   (By Mr. Massey) Okay. Do you know if part
3 of it is connected with her drug use or her alleged
4 drug use?
5 　　A   I do not know what my attorney is going to
6 do. I don't know what he's going to say.
7 　　Q   Is that wasn't my question. Listen to my
8 question. My question is, do you think or do you
9 know that part of the contempt charges and the
10 custody issues surrounding your ex-wife involves an
11 allegation of drug use?
12 　　A   I do not know.
13 　　Q   So if there's an affidavit in the file
14 that says that you suspect her of drugs, you're
15 either lying now or lying in the affidavit?
16 　　A   There was that years ago, or not even --
17 well, a couple subpoenas ago or so. But I don't
18 know about this recent one.
19 　　Q   Okay. So you at one time --
20 　　A   I don't know.
21 　　Q   Okay. So you at one time did file an
22 affidavit or something to the effect --
23 　　A   I don't know if it was an affidavit. I
24 don't know what was exactly filed.
25 　　Q   Let me finish my question, Ryan, and we'll

15

1 get along. At some point in the custody litigation,
2 you filed papers saying that you suspected her of
3 drug use?
4 　　A   I'm not sure exactly what my attorney
5 filed.
6 　　Q   Okay. You didn't look at it or fill it
7 out?
8 　　A   I do not remember at this point.
9 　　Q   How old a woman is your ex-wife?
10 　　A   33, 34, 35, right around there.
11 　　Q   When did you last see her?
12 　　A   I would have to look at texts in order
13 to --
14 　　Q   Give me an estimate.
15 　　A   I'd have to look at texts to be able to
16 tell you.
17 　　Q   Have you seen her in the last 12 months?
18 　　A   Yes.
19 　　Q   Last six months?
20 　　A   Yes.
21 　　Q   So after the winter and before now, which
22 is June. Was that in the spring that you saw her?
23 That would be April, May, in that area, or do you
24 remember?
25 　　A   What is today, the 17th? It was within

16

1 the past maybe three months.
2 　　Q   What was the occasion for you to see her?
3 　　A   Child custody.
4 　　Q   Was it a hearing or did she come over to
5 get the kids or what?
6 　　A   No, exchanging of the kids.
7 　　Q   Exchanging of the kids?
8 　　A   Yeah. It was her turn to get them.
9 　　Q   Did she come to your house to get the
10 kids?
11 　　A   No.
12 　　Q   You took the kids to her?
13 　　A   We meet at a midpoint location to
14 exchange.
15 　　Q   Where was that that you met her?
16 　　A   Thorntons at Morgan and Burkhardt.
17 　　Q   Thorntons, is that a restaurant?
18 　　A   Gas station.
19 　　Q   Located where?
20 　　A   At Morgan and Burkhardt in Evansville.
21 　　Q   And how long did she keep the kids?
22 　　A   Saturday -- or Friday, Saturday, and she
23 returned them Sunday.
24 　　Q   When she's had custody of the kids within
25 the last 24 months, has it always been for just

**17**

1  weekends, three days? Has it been short periods of
2  time?
3     A   No, it was longer.
4     Q   Okay. Going back 24 months ago, what was
5  the custody situation?
6     A   It was every other weekend.
7     Q   Okay. She was pretty good with that,
8  you'd keep them a weekend, she would keep them a
9  weekend, and then how would that change?
10    A   We went to court and changed it.
11    Q   You went to court to give her less rights?
12    A   Yes.
13    Q   So then what happened after that?
14    A   It was changed.
15    Q   Okay. How was it changed?
16    A   Through the courts.
17    Q   Okay. But what was it changed to, Ryan?
18    A   It was changed to Friday -- she gets them
19  Friday, Saturday, brings them home Sunday at seven.
20    Q   Okay. Is that the present arrangement
21  now.
22    A   Yes.
23    Q   Every weekend?
24    A   Every other weekend.
25    Q   Every other weekend. So when did --

**18**

1  when's the last time that she kept them Friday,
2  Saturday and Sunday? Would it have been that time
3  you're talking about three months ago?
4     A   Within that time. I'd have to look at
5  texts in order to find out exactly when the date is.
6     Q   Okay. You say texts. You mean texts on
7  your iPhone?
8     A   Yes.
9     Q   Is that what kind of phone you have?
10    A   It's not an iPhone. It's a Samsung.
11    Q   All right. And you text -- you text back
12  and forth to your wife?
13    A   Yes.
14    Q   Do you have a computer at home?
15    A   I do.
16    Q   What's your computer like? What kind is
17  it and what's its capacity?
18    A   It's an HP. It doesn't work.
19    Q   It's a Hewlett Packard?
20    A   Yes.
21    Q   It doesn't work?
22    A   No.
23    Q   When did it last work?
24    A   I can't remember.
25    Q   Approximately.

**19**

1     A   Years.
2     Q   So it hasn't worked in two years?
3     A   Roughly, maybe it's been.
4     Q   Has it worked since the date of your
5  accident?
6     A   I can't remember.
7     Q   Do you remember when the date of your
8  accident is?
9     A   Yes.
10    Q   What's the date?
11    A   August 27th, 2014.
12    Q   Okay. So I'll ask you again. You said it
13  hadn't worked in two years, which would mean --
14    A   At least.
15    Q   Okay. So it was not working at the time
16  of your accident?
17    A   I guess. I don't remember exactly when
18  the last time it worked.
19    Q   Okay. Do you ever remember using your
20  computer after you had your incident?
21    A   As of right now, I don't remember.
22    Q   Do you think you did or do you think you
23  did not?
24    A   I do not know.
25    Q   Were you on the internet when you had your

**20**

1  computer up and running?
2     A   I do not remember.
3     Q   You don't remember if you were ever on the
4  internet?
5     A   I mean, of course I've been on the
6  internet with it.
7     Q   But I mean were you signed up with an
8  internet provider, a service provider when your
9  computer was working two years ago?
10    A   Yes.
11    Q   And what was that provider?
12    A   AT&T.
13    Q   Was it a dial-up then connection?
14    A   I don't know what you would call it.
15    Q   And so you haven't had a dial-up
16  connection or any other connection with the internet
17  for two years?
18    A   No, I have internet.
19    Q   You do have internet?
20    A   Yes.
21    Q   Just not on your computer?
22    A   Yes.
23    Q   So you have internet service on your
24  phone?
25    A   Correct.

Gore Perry Reporting and Video
FAX 314-241-6750                    314-241-6750                    www.goreperry.com

**21**

1  Q  All right. Is that AT&T as well?
2  A  Correct.
3  Q  Can you access the internet from your
4  phone?
5  A  Correct.
6  Q  And do you regularly do that?
7  A  Yeah, whenever --
8  Q  You need to?
9  A  Yeah.
10  Q  What's the date of your birth?
11  A  September 10th, 1981.
12  Q  So how old a man are you today, sir?
13  A  34.
14  Q  And where were you born?
15  A  Evansville, Indiana.
16  Q  Have you lived in and around Evansville
17  all your life?
18  A  Most of my life.
19  Q  When did you not live in Evansville?
20  A  In middle school. We moved to Florida.
21  Q  Okay. And that was --
22  A  And in -- I can't remember exact date, but
23  for one of my jobs I lived in Louisiana for a short
24  period.
25  Q  All right. When you moved to Florida, was

**22**

1  that with your mom and dad?
2  A  Just my mom.
3  Q  Was your mom and dad divorced?
4  A  Yes.
5  Q  What year was that that you moved to
6  Florida, do you think?
7  A  I don't know the exact year. It was in
8  middle school. I know that.
9  Q  Okay. What was the approximate year?
10  Middle school is generally what, sixth or seventh
11  grade, so right around then.
12  A  Sixth, seventh or eighth.
13  Q  So approximately 1991, something like
14  that, '92, '93, in there?
15  A  I don't know.
16  Q  You can't give me an estimate at all?
17  Within five years, you can't give me an estimate?
18  A  Not without calculating it.
19  Q  Why don't you calculate in your head.
20  A  I don't know, I can't.
21  Q  Give me your best estimate of when you
22  moved to Florida.
23  A  In middle school.
24  Q  Okay. What was that year? Give me your
25  best estimate.

**23**

1  A  I don't know.
2  Q  Wouldn't have an estimate?
3  A  No.
4  Q  Do you remember what grade you were in?
5  A  Sixth, seventh or eighth.
6  Q  How long did you live in Florida?
7  A  I remember going there during the summer,
8  and I remember starting school there for a little
9  bit and then we ended up coming home.
10  Q  What part of Florida?
11  A  West Palm Beach.
12  Q  When you moved there with your mom, did
13  she work?
14  A  I don't believe so. I'm not sure.
15  Q  How did you all support yourself?
16  A  She -- we lived with somebody there she
17  was dating at the time.
18  Q  I see. So she lived with a man --
19  A  He owned his own business.
20  Q  I'm sorry?
21  A  He own his own business.
22  Q  Okay. So he helped support you and your
23  mom?
24  A  I don't know if she helped work with him.
25  I don't know what --

**24**

1  Q  She then ended that arrangement or
2  something happened, so she moved back to Evansville.
3  Is that accurate?
4  A  Correct.
5  Q  Did you go a full year of school there in
6  Florida?
7  A  No.
8  Q  Just a partial year?
9  A  Yes.
10  Q  You're not aware of what your mom did for
11  a living in Palm Beach though, I take it?
12  A  I don't know if she helped -- that's what
13  I said. He has his own business, energy
14  calculations they have to have for homes there.
15  Q  Gotcha.
16  A  And he -- I don't know.
17  Q  So you moved back to Evansville with your
18  mom?
19  A  Yes.
20  Q  Did you have brothers and sisters?
21  A  Yes.
22  Q  And they moved back as well?
23  A  Correct.
24  Q  What are your brothers' and sisters'
25  names?

25

1   A   Just one brother, Adam Ruddell.
2   Q   Where does he live?
3   A   In Evansville.
4   Q   What does he do for a living?
5   A   He works for the state in some type of
6   engineering, something with the roads and -- I'm not
7   sure exactly what part of engineering he does.
8   Q   State of Indiana?
9   A   Yes.
10  Q   Do you know Mark Sigler?
11  A   Correct.
12  Q   Who is Mark Sigler?
13  A   He is my mother's boyfriend.
14  Q   Presently?
15  A   Not boyfriend, strike that.  Husband.  I'm
16  not used to saying it.
17  Q   How long has Mr. Sigler been your mom's
18  husband?
19  A   I'm not sure exactly.
20  Q   Approximately.
21  A   Over a couple years.  I'm not sure.
22  Q   Okay.  But over a couple years, you think?
23  A·  Yeah.
24  Q   Is that your mom's second marriage?
25  A   Yes.

26

1   Q   What was her first husband's name?
2   A   Jeff Ruddell.
3   Q   What became of Jeff Ruddell?
4   A   As in --
5   Q   Did he die, is he alive?
6   A   No, he's alive.
7   Q   Okay.  That's your father?
8   A   Yes.
9   Q   So where does he live?
10  A   He lives in Evansville.
11  Q   What does he do for a living?
12  A   He works for GE.  He's some type of
13  engineer for -- my brother kind of fell in his
14  footsteps, but he went off in a little bit different
15  direction.
16  Q   Do you see Jeff Ruddell occasionally?
17  A   Yes.
18  Q   Is he remarried?
19  A   Yes.
20  Q   And Jeff is still working at that GE job?
21  A   Yes.  He works at home.
22  Q   Do you know Jason Gilliam?  Does that name
23  ring a bell at all?
24  A   Not really.
25  Q   How long did you live back in Evansville

27

1   before you moved someplace else?
2   A   Over what years?
3   Q   Until you were approximately what age?
4   A   I was out of school.  I know that.
5   Q   Okay.  So you graduated from high school?
6   A   Yes.
7   Q   And then I moved to Louisiana?
8   A   I don't know if you would consider it
9   moving, but I was there for a few months for work.
10  I lived out of a hotel.
11  Q   I see.  Did you graduate from high school?
12  A   Yes.
13  Q   What year was that that you graduated from
14  high school?
15  A   '99.
16  Q   That was the high school there in
17  Evansville?
18  A   The high school I graduated from was North
19  Posey.
20  Q   North what?
21  A   Posey.
22  Q   How do you spell that?
23  A   N-o-r-t-h P-o-s-e-y.
24  Q   North Posey.  Where is that located?
25  A   That's in Poseyville.

28

1   Q   Is that a suburb of Evansville or what?
2   A   You have like -- there's Evansville, then
3   you have the west side part of Evansville, and you
4   get out of the country.  Evansville is Vanderburgh
5   County and that's Posey County.  It's kind of 30
6   minutes away.
7   Q   I see.  And Poseyville, is that within
8   Posey County?
9   A   Yes.
10  Q   It's just the outskirts then --
11  A   Yeah, it's outskirts, it's country, it's
12  cornfields.
13  Q   I gotcha.  How far is that from Evansville
14  city?  Ten miles, eight miles?
15  A   The city limits?  From where we lived, the
16  city limits, that was probably about ten minutes
17  roughly.
18  Q   Would you take a bus to get to your school
19  when you were going there from your house, or were
20  you living close --
21  A   No, I drove.
22  Q   Okay.
23  A   To get to the school, it took me probably
24  about another -- probably about ten minutes give or
25  take.

7 (Pages 25 to 28)

### 29

1   **Q**   All right. What was your address in
2 Evansville when you graduated from high school?
3   **A**   I didn't live in Evansville when I
4 graduated from high school. I lived in Posey County
5 when I graduated.
6   **Q**   What was your address in Poseyville or
7 Posey County?
8   **A**   8379 Albert Drive.
9   **Q**   Did you live with your mom?
10   **A**   Yes.
11   **Q**   Was she living alone at that time?
12   **A**   Yes.
13   **Q**   And it was later then that she would marry
14 Mr. Sigler?
15   **A**   Correct.
16   **Q**   How old were you when you graduated from
17 high school?
18   **A**   17 or 18.
19   **Q**   So you didn't fail any grades?
20   **A**   No.
21   **Q**   So were you a good student?
22   **A**   I was decent.
23   **Q**   Above average?
24   **A**   I don't know. I guess you could say
25 average. I don't know exactly what you would

### 30

1 consider --
2   **Q**   Well, I mean, I'm trying to get you to
3 remember back in your class. Were you kind of in
4 the middle or were you above the middle or below the
5 middle or were you considered slow?
6   **A**   Some things I did really good at, some
7 courses -- as any other kid, some things you did
8 good at, some things you did poorly at.
9   **Q**   What were you best at?
10   **A**   Computers.
11   **Q**   Were you good at math and that sort of
12 thing, sciences?
13   **A**   Math I was pretty good at, but -- I'm
14 trying to remember exactly when I maxed out on my
15 math classes.
16   **Q**   Did you ever take algebra?
17   **A**   I remember taking pre-algebra. I'm not
18 sure if I took regular algebra or not.
19   **Q**   Did you take any foreign languages?
20   **A**   It was a requirement, Spanish. It was
21 kind of like a Spanish, German kind of intro.
22   **Q**   So you passed all that?
23   **A**   Yes.
24   **Q**   Passed that okay?
25   **A**   Yes.

### 31

1   **Q**   Did you ever think about college at all?
2   **A**   Yes.
3   **Q**   Did you ever apply?
4   **A**   Yes.
5   **Q**   Do you think you could have been
6 successful in college?
7   **A**   I don't know. Probably.
8   **Q**   Where did you apply?
9   **A**   I went to Ivy Tech for a little bit.
10   **Q**   What's Ivy Tech?
11   **A**   Have you heard of ITT Tech? It's kind of
12 like that, but it's Ivy Tech, I-v-y.
13   **Q**   Okay. That's kind of a vocational school
14 after high school?
15   **A**   Kind of. It's college. I'm not sure what
16 you would consider --
17   **Q**   I gotcha. How long did you do that?
18   **A**   Actually, I don't remember. It was very,
19 very short. I didn't like it, so I went on to a
20 different place.
21   **Q**   That was Ivy Tech in Evansville?
22   **A**   Yeah.
23   **Q**   You didn't not go back because you
24 couldn't do it, you just didn't like the --
25   **A**   I didn't like the classes and how they set

### 32

1 up their program.
2   **Q**   But you were capable of keeping up. You
3 could have gone and passed that if you had been
4 interested?
5   **A**   Well, I didn't agree with them having
6 to -- certain classes they had you take prior to
7 what I was going for to learn.
8   **Q**   So you disagreed with their curriculum, if
9 you will?
10   **A**   Correct.
11   **Q**   But you could have passed the courses? I
12 mean, you were smart enough to do that?
13   **A**   Yeah.
14   **Q**   Did you ever have any other applications
15 to schools besides going to Ivy Tech briefly?
16   **A**   I went to Indiana Business College for a
17 little while. They are no longer there. I don't
18 know what happened to them.
19   **Q**   All right. If you graduated from high
20 school in '99, when would you have gone to the
21 Indiana Business College? Would that have been
22 2000?
23   **A**   I'm wanting to say 2001, but I can't
24 remember exactly when.
25   **Q**   That's all right. Do you remember there

33

1  being a slight gap between high school and when you
2  went there?
3      A   I wanted to take a break.  I remember
4  that.
5      Q   Okay.
6      A   Because who wouldn't after being --
7      Q   Yes, in high school.  So you went to
8  Indiana Business College.
9      A   Yes.
10     Q   How long did you go there?
11     A   I want to say maybe a year.  I'm not sure
12 exactly.
13     Q   Did you complete some courses?
14     A   I'm not sure exactly what -- I'd have to
15 look at the records to see what all I got done.  I
16 remember getting out of it and I said I didn't care
17 much for it.
18     Q   Do you have records at home indicating
19 when you went and how you did, that sort of thing?
20     A   No.
21     Q   So you said -- what records would you have
22 to look at?
23     A   I would have to get online and find them
24 in order to find records and contact them somehow
25 and come up with --

34

1      Q   So you don't have any records at home at
2  all to tell you anything?
3      A   No.  Most of my records are gone because
4  of my ex.
5      Q   So you're saying your wife stole a lot of
6  your records?
7      A   Yes.
8      Q   Is that before she left the home, or when
9  did she do that?
10     A   Yeah.  She left the home and also took a
11 bunch of electronics and other things and I couldn't
12 get them.
13     Q   Did you claim at some point that the
14 reason she did that is because she was addicted to
15 drugs?  Did you claim that yourself?
16     A   No.
17     Q   You never made that claim?
18     A   I never said she was addicted to drugs
19 because she left the home because of that.
20     Q   You never said that she used that to sell
21 the stuff so that she could enhance her drug
22 program?
23     A   No, no.
24     Q   So did you get any hours from your work
25 there at the Indiana Business College, do you know?

35

1      Q   Did you accomplish any hours, like college credits?
2      A   I believe so.
3      Q   Do you know how many you would have
4  completed?
5      A   I have no idea.
6      Q   You just went the one year?
7      A   Around about, give or take, less.  Maybe
8  more, maybe less.
9      Q   Were you working during that year?
10     A   Yes.
11     Q   What were you doing for a living to
12 support yourself?
13     A   Oh, man.  During that year, I honestly
14 don't remember exactly what job I had at that point.
15     Q   Let me take you back and maybe this will
16 help you remember a little bit.  When you were in
17 high school at Poseyville High --
18     A   Yes.
19     Q   -- did you play sports?
20     A   The senior year I made the football team.
21     Q   Okay.  How much do you think you weigh
22 now?
23     A   Well, according to what you told me, it
24 was like 270 something or -- I don't know exactly.
25     Q   I did say that number.  I find that number

36

1  shocking looking at you.  You don't look like you
2  weigh that much to me.  What's your best estimate of
3  what you think you weigh?
4      A   260, 265.
5      Q   All right.
6      A   Maybe, I don't know.
7      Q   Have you weighed yourself lately?
8      A   No.
9      Q   So the doctors, when they see you, they
10 don't weigh you?
11     A   Yeah, they weigh me.  I don't even pay
12 attention.
13     Q   You don't pay attention to what they say?
14     A   No.
15     Q   When's the last time you saw a doctor of
16 any sort?
17     A   A few -- I'd have to look at my records.
18 I believe it was a few days ago or so.
19     Q   Who did you see?
20     A   Rupert.
21     Q   What did Rupert do for you when you saw
22 him two days ago?
23     A   It was at that nurse practitioner I saw
24 just for pain medicines.
25     Q   So what did she do for you?

9   (Pages 33 to 36)

---

**37**

1    A   Just asked me questions and I answered
2 them and refilled my pain prescriptions.
3    Q   What did she ask you?
4    A   How are you doing, how is everything
5 going, how is the pain levels, how are you doing
6 with --
7    Q   What did you tell her?
8    A   I'm doing okay right now, the pain levels
9 are at -- I can't remember exactly pain levels at
10 that time. But I told her whatever the pain level
11 was at and how the prescriptions were doing, okay, I
12 guess, I said.
13    Q   When she said pain levels, does she mean
14 between zero and ten?
15    A   Yes.
16    Q   So you don't remember what you told her?
17    A   No.
18    Q   What's your pain level now?
19    A   It's about a six, seven.
20    Q   You going to tell me if that changes
21 during the day?
22    A   Considering I drove here for however many
23 X amount of miles, it's going to be quite up. And
24 I've already taken pain medicine, so hopefully it
25 drops.

---

**38**

1    Q   You're able to answer my questions here
2 even though you've taken the pain medication?
3    A   Oh, yeah, I can talk.
4    Q   And you're able to think?
5    A   Well, obviously I'm talking, so therefore
6 I'd be able to think.
7    Q   What kind of medicine are you taking?
8    A   Gabapentin and oxycodone, I think it's
9 called.
10    Q   So when the nurse weighed you two or three
11 days ago, you don't remember what she said you
12 weighed?
13    A   No.
14    Q   She asked you a couple questions, you
15 answered them like you just said, and she gave you
16 some more prescriptions?
17    A   Correct.
18    Q   You didn't even see the doctor?
19    A   No.
20    Q   When have you last seen Dr. Rupert in
21 person?
22    A   I would have to look on my calendar to
23 find out.
24    Q   About when? Have you seen him this year,
25 the year 2016?

---

**39**

1    A   Yes.
2    Q   Do you remember when?
3    A   Maybe three, four months ago.
4    Q   Have you seen him just the one time three
5 or four months ago in person?
6    A   No. You all should have received all the
7 paperwork from when I've seen him.
8    Q   I appreciate that, but that's my
9 situation. I'm asking you the questions. My
10 question is very simple. In the year 2016, how many
11 times have you seen Dr. Rupert in person?
12    A   I would have to look at my calendar to say
13 exactly.
14    Q   Do you think it's one time or more than
15 one time?
16    A   It's more than one.
17    Q   You don't remember when?
18    A   No.
19    Q   You don't remember when last?
20    A   No.
21    Q   And you don't remember how many times in
22 the year 2016?
23    A   No.
24    Q   How about in 2015? Did you see him in
25 person in 2015?

---

**40**

1    A   Yes.
2    Q   How many times approximately?
3    A   I'd have to look at my calendar to find
4 out the dates.
5    Q   Wouldn't have any estimate?
6    A   No.
7    Q   Wouldn't have any estimate about the dates
8 or the number of times?
9    A   No.
10    Q   Is the senior year in high school the only
11 year you played football?
12    A   Yes.
13    Q   You didn't play any sports any other
14 years?
15    A   Growing up, I played baseball in like
16 elementary, elementary school, but that's it.
17    Q   Okay. Were you generally in decent and
18 good health in high school?
19    A   Yes, sir.
20    Q   So what position did you play when you
21 were a senior in high school?
22    A   Defense.
23    Q   Line or what?
24    A   Yeah. I was heavyset. I was pretty --
25 well, like I am now pretty much.

41

1    Q   So you were about as stout as you are now
2  back then?
3    A   Actually, I wore the same pant size.
4    Q   Wow.  So you were a big guy in high
5  school.  Is that right?
6    A   Yeah.
7    Q   I know you don't know exactly what you
8  weigh.  But would you have weighed about the same
9  weight in high school as you weigh now?
10        MR. O'BRYAN:  If he's wearing the same
11  pants.
12    A   Yeah, I remember weighing 200 before and I
13  remember weighing about 245.
14    Q   In high school?
15    A   Yeah.
16    Q   And you wear the same pants now that you
17  wore in high school when you were a senior?
18    A   36 or 38 waist.
19    Q   All right.  So at least looking at you
20  today and looking at when you were in high school,
21  you're about the same size?
22    A   Roughly, yeah, except for the gut.
23    Q   Do you drink beer?
24    A   No.
25    Q   Ever?

42

1    A   Yeah, I have.
2    Q   But you don't presently?
3    A   No.
4    Q   I don't mean now.  I know you're not
5  because you're sitting here with no beers in front
6  of you.  Are you presently a beer-drinker?
7    A   No.  I don't care for it much.
8    Q   All right.  Do you drink alcohol at all?
9    A   I haven't touched it within the past year
10  and a half, two years.
11    Q   Have you ever been diagnosed as an
12  alcoholic?
13    A   No.
14    Q   You've never had a drinking problem?
15    A   No.
16    Q   Have you ever had a drug problem?
17    A   No.
18    Q   Do you feel like you're addicted to
19  oxycodone now?
20    A   No.
21    Q   Or Gabapentin?
22    A   No.
23    Q   Do you feel like you ever were?
24    A   No.
25    Q   I'll ask you some more about that later.

43

1  How did you get here for this deposition?
2    A   I had a friend drive me.
3    Q   You had a what?
4    A   Friend drive me.
5    Q   What friend?
6    A   Just a friend.
7    Q   What's his name or her name?
8    A   Marci.
9    Q   M-a-r-c-i-a?
10    A   M-a-r-c-i.
11    Q   That's a woman?
12    A   Yes.
13    Q   Where is she now during the depo?
14    A   I don't know.
15    Q   You brought your kids?
16    A   Yes.
17    Q   Why didn't you leave the kids with Marci?
18    A   Because the kids are with me.
19    Q   Because you didn't want to.  That would be
20  a good answer.  Is that the reason?
21    A   No, that's not the answer.  I'm legally
22  responsible for my children.
23    Q   Okay.  So you wanted to keep them with
24  you?
25    A   Of course.

44

1    Q   All right.  Is Marci a person who lives
2  there in Evansville?
3    A   Yes.
4    Q   And she's a friend?
5    A   Yes.
6    Q   Are you all a -- are you all hooked up or
7  matched up as a couple, or is she just a friend?
8    A   Well, yeah, we've done things together.
9    Q   Okay.  So you see her socially?
10    A   Yeah.
11    Q   Do you have a romantic relationship with
12  her?
13    A   I don't know if you'd consider it romantic
14  or what.
15    Q   Maybe I need to take her deposition to
16  find out.  I'm not trying to get you in trouble
17  here.  But does she think she has a romantic
18  relationship with you?
19    A   I don't know.
20    Q   Where does she live in Evansville?
21    A   She lives with her grandma in Mount
22  Carmel.
23    Q   Mount Carmel, Indiana?
24    A   Indiana.  And she also -- she had a place
25  in Evansville.  I'm not sure if she's still staying

## 45

1 there or not. I don't know the exact address.
2   Q   Does she ever stay with you?
3   A   Sometimes, yes.
4   Q   What's your present address?
5   A   308 Van Dusen.
6   Q   V-a-n?
7   A   Uh-huh.
8   Q   D-u-s-e-n?
9   A   Yes, Avenue.
10   Q   Evansville?
11   A   Yes.
12   Q   What's your phone number there?
13   A   I just -- I don't have a home phone.
14   Q   You don't have a line phone?
15   A   No.
16   Q   What's your cell phone number?
17   A   (812)622-0598.
18   Q   When you last had -- strike that. Do you
19 have a user name for your internet connection?
20   A   User name?
21   Q   Do you have an email address?
22   A   Without looking at it or calling AT&T, I
23 don't know.
24   Q   In other words, you don't know your
25 user -- you don't know your email address?

## 46

1   A   Which -- I have --
2   Q   Several of them?
3   A   I have an email that me and him talk
4 through.
5   Q   Okay. What's that email address?
6   A   RyanRuddell@yahoo.
7   Q   RyanRuddell@yahoo.com?
8   A   Yahoo.com.
9   Q   Has that always been your email address?
10   A   For quite a long time, yes.
11   Q   Okay. So you've had that email address
12 for --
13   A   That's what I used from the divorce and
14 what I've used --
15   Q   And you and your lawyer communicate on
16 that email address?
17   A   Yes.
18   Q   You communicate, of course, with other
19 folks than your lawyer?
20   A   This lawyer, my other lawyer. That's
21 another way -- I had to give that email out for my
22 ex to be able to communicate because we're only
23 supposed to communicate via text or email.
24   Q   But text you would use your phone number
25 obviously, email you would use your email address?

## 47

1   A   Correct.
2   Q   Have you ever been convicted of a felony?
3   A   No.
4   Q   Have you ever had any trouble with the
5 law?
6   A   No.
7   Q   Did you do any additional schooling after
8 the Indiana Business College?
9   A   No.
10   Q   Did you work during high school?
11   A   Yes.
12   Q   Where did you work during high school?
13   A   I think I was 15, getting ready to turn
14 16, when I had my first job. And that was
15 Evansville Airport Marriott.
16   Q   What were you doing there at the
17 Evansville Marriott?
18   A   I worked there for quite a few years,
19 quite many years. I did numerous things. I started
20 out at banquets.
21   Q   You mean serving at banquets?
22   A   Yeah. That would be --
23   Q   Busboy?
24   A   I would help set up for the banquets
25 sometimes they would have me do, sometimes I would

## 48

1 be -- I guess you would call it the busboy or
2 server, for wedding functions.
3   Q   I see.
4   A   It just depended on what they wanted me to
5 do. And also I did bellman, helped out with
6 maintenance, helped out with room service, did the
7 front desk a little bit, pretty much the whole --
8   Q   All right. Is that the only job you had
9 in high school?
10   A   I'm not sure if I was in school when I
11 transferred to another job or not. I'm not sure
12 exactly what date that was or year.
13   Q   What other job do you remember having
14 while you were going to school?
15   A   I was a subcontractor for Fifth Third Bank
16 basically picking up paperwork.
17   Q   And just taking it from one location to
18 another?
19   A   Went to drive all the way to Illinois and
20 back to Evansville where the home office is.
21   Q   So if they load documents or some --
22   A   I just received a bag, a blue bag, about
23 two-foot long and maybe two-foot wide that was
24 sealed up, and they had paperwork in there and I
25 just took.

12  (Pages 45 to 48)

49

1   **Q**   You would drive it?
2   **A**   I was a courier.
3   **Q**   Okay. Whose car did you use?
4   **A**   Mine.
5   **Q**   You had an automobile back then?
6   **A**   Yeah. I was a subcontractor, so I had to
7 provide everything and pay my own insurance.
8   **Q**   What was your vehicle back then, if you
9 remember?
10   **A**   I really don't remember. I had a few
11 vehicles back in the day.
12   **Q**   Any other jobs you had in high school?
13   **A**   I can't right now off the top of my head
14 remember anything more, if I was in high school or
15 not whenever I had them jobs.
16   **Q**   Those two jobs were part-time jobs while
17 you were going to school. Is that true?
18   **A**   Up until the point they were able to get
19 me a full-time job. I can't remember what the State
20 of Indiana was for -- I remember having a work
21 permit. I'm not sure what state when it transferred
22 over to -- when they were able to give me full-time.
23   **Q**   Would it have been at one of those two
24 outfits you just described for me, or is there
25 another one there you need to tell me about while

50

1 you were in high school?
2   **A**   Those are the two I remember. I'm not
3 sure if there was any more while I was in high
4 school.
5   **Q**   But both of the ones we talked about,
6 those were both part-time. Or do you think maybe
7 one became full-time?
8   **A**   I know the Marriott became full-time
9 because I was there for -- it was over three years.
10   **Q**   So at least one of the jobs were full-time
11 even while you were going to high school?
12   **A**   Uh-huh.
13   **Q**   Is that right?
14   **A**   To the point where -- I can't remember
15 exactly when they became full-time.
16   **Q**   Okay. That's fair. But you think you
17 worked someplace full-time while you were going to
18 high school?
19   **A**   I know eventually Marriott turned into
20 full-time.
21   **Q**   You just can't remember if it was before
22 or after you graduated from high school?
23   **A**   Yeah.
24   **Q**   Have I said it correctly?
25   **A**   Yes.

51

1   **Q**   Do you have a tongue ring?
2   **A**   Yes.
3   **Q**   How long have you had that?
4   **A**   Since I was 17, 16.
5   **Q**   You got it then and kept it all these
6 years?
7   **A**   Yes.
8   **Q**   Didn't it screw your teeth up?
9   **A**   No.
10   **Q**   Why do you have that? You like that?
11   **A**   I just had it done and haven't taken it
12 out because of food particles getting inside. So I
13 just kept it because of the hole.
14   **Q**   Oh, so if you take it out, the hole won't
15 grow back?
16   **A**   It will grow back to a certain extent, but
17 then there would be food particles stuck inside.
18   **Q**   So once you commit to a tongue ring, you
19 better kind of commit to it?
20   **A**   Unless -- if you keep it for so many
21 years, you have to commit to it. But if you
22 don't --
23   **Q**   I gotcha.
24   **A**   You've got like a year or so and you can
25 take it out and can probably get away with it

52

1 healing back up.
2   **Q**   So what are you advising your son, Ryan,
3 about your tongue ring? When he says, Dad, I'm
4 going to get me a tongue ring, what do you say?
5   **A**   He's never said anything about it.
6   **Q**   What if he did?
7   **A**   If he was 18 years of age, he could --
8   **Q**   You'd say do it?
9   **A**   It's his choice, he's an adult.
10   **Q**   What's the first job you had after you got
11 out of high school?
12   **A**   As I was stating, I worked at Marriott
13 still.
14   **Q**   Okay. So that was the first job you
15 remember that continued on after you got out of high
16 school?
17   **A**   Yeah. And then I had that bank courier at
18 the same time at some point. There was a point when
19 I stopped working for Marriott, but I was still --
20 they would still call me here and there to come back
21 and work while I was working the other job.
22   **Q**   So both the courier job and the Marriott
23 job continued after high school?
24   **A**   Uh-huh.
25   **Q**   Is that true? You have to say yes or no.

13  (Pages 49 to 52)

### 53

1   A  Yes.
2   Q  What was the first job apart from those
3 two that you had after you graduated from high
4 school?
5   A  The job after that?
6   Q  Yes, sir.
7   A  I honestly can't remember.
8   Q  What's the first job you do remember after
9 those two after you graduated from high school?
10   A  I can just give you a list of jobs. I
11 can't remember exactly right after what.
12   Q  Give me your best estimate of the first
13 job you had after those two after you got out of
14 high school.
15   A  Working at a satellite company probably,
16 subcontractor for Dish Network.
17   Q  So your employer was Dish?
18   A  Actually, I employed myself. I was a
19 subcontractor.
20   Q  But you worked for Dish?
21   A  Yes, Dish Network.
22   Q  And to make sure I get this right, you
23 were a subcontractor, but the contracts you would
24 have would be at Dish to install their --
25   A  I would call them, they would send me

### 54

1 paperwork on what houses needed to be installed. I
2 would pay for my own vehicle, pay for my own
3 insurance, pay for the whole thing. I would end up
4 getting paid. I had to pull my own taxes out.
5   Q  So you were pretty much independent?
6   A  Yes. I was a subcontractor.
7   Q  An independent contractor. Did you have a
8 little company name?
9   A.  No.
10   Q  You just did it as a sole proprietor?
11   A  Uh-huh.
12   Q  And that was just you working?
13   A  Yes. And then I worked for another person
14 as a subcontractor when that business slowed down.
15 It's called Satellite One.
16   Q  Doing the same kind of work?
17   A  Yes.
18   Q  I've got a Dish satellite at one of my
19 houses and the guy came out to -- he erected it on
20 the side of the house. That's what you would do?
21   A  Yes.
22   Q  You would install it for a customer?
23   A  Yes.
24   Q  And Dish would give you the material that
25 you would use as far as paperwork?

### 55

1   A  They would send us the paperwork and we
2 would have the stuff in the mail at UPS or FedEx,
3 however they wanted to send the dishes. I'd have to
4 install them.
5   Q  So they would send you the materials and
6 you would do the labor part?
7   A  Yes.
8   Q  And then they would send you money for
9 doing that work?
10   A  Correct.
11   Q  And you started out doing that for Dish
12 pretty much solely, and then when that kind of
13 dwindled down you began to work for Satellite One?
14   A  Yeah. It was another guy that kind of
15 went together, just kind of helped out each other,
16 and it was kind of nice.
17   Q  Right. But these were one-person
18 operations, yourself as an independent contractor?
19   A  Correct.
20   Q  If you graduated from high school in '99,
21 what years would it have been you would have done
22 that work for Dish approximately?
23   A  I don't remember.
24   Q  Would it have been like 2000, 2001, 2002,
25 or would you have any estimate?

### 56

1   A  I don't have any estimate.
2   Q  How about Satellite One? Do you have any
3 estimate of when you worked for them?
4   A  No.
5   Q  Within two or three years even?
6   A  Not off the top of my head.
7   Q  Was it before 2005, for example?
8   A  I couldn't tell you.
9   Q  Was it before 2008?
10   A  I don't know.
11   Q  You still wouldn't even know that?
12   A  No.
13   Q  So it's possible you worked for them after
14 you started with Marathon?
15   A  It was before Marathon.
16   Q  Okay. Well, that's just what I asked you.
17 So listen to my question.
18   A  It was before Marathon, after high school,
19 within that timeframe.
20   Q  Okay. When did you start with Marathon?
21   A  I believe it was -- I think it was May of
22 2008. I'm not sure.
23   Q  So the question is, when did you work for
24 Dish and Satellite One in relation to that date?
25   A  It was before Marathon and after high

14  (Pages 53 to 56)

57

1 school.
2   Q   Okay. So it was between '99 and 2008?
3   A   Yes.
4   Q   And you can't give me any better estimate?
5   A   No.
6   Q   And you have no records that would show
7 that?
8   A   All them records, all that paperwork --
9   Q   Was stolen by your wife?
10   A   -- was taken by my ex.
11   Q   I gotcha.
12   A   I had resumes. I had everything set up.
13 I had tax information. It was all taken.
14   Q   I understand. Now, this is not the first
15 time you've been asked these questions. You
16 remember got some interrogatories?
17   A   Yes.
18   Q   Some written questions from me that asked
19 you this same information?
20   A   Yes.
21   Q   And even with that, you still don't have a
22 memory of it?
23   A   No. I can't remember exact dates.
24       MR. O'BRYAN: These are dates when he
25 worked for this place? Can't you get that off the

58

1 income taxes?
2       MR. MASSEY: I don't have the income taxes
3 yet.
4   Q   (By Mr. Massey) You don't have any income
5 tax returns at home either?
6   A   No.
7   Q   Your wife stole those too?
8   A   Yes. We had a box.
9   Q   She stole everything?
10   A   It had a bunch of paperwork in it. She
11 took it all.
12   Q   What does Marci do for a living?
13   A   She works for Springleaf.
14   Q   For who?
15   A   Springleaf Financial.
16   Q   What do they do?
17   A   They are in some type of money, loans or
18 something.
19   Q   How long have you been a friend of hers?
20   A   About a year, maybe a little more.
21   Q   What car did you drive?
22   A   It was hers, some type of Toyota.
23   Q   Was it just Marci, the two kids, and you?
24   A   Correct.
25   Q   Did you take care of her gas, or how did

59

1 that work?
2   A   She's already filled it up once already.
3   Q   Did you take care of that or her?
4   A   She did.
5   Q   Why is she paying the expenses?
6   A   Because you all only give me maintenance
7 checks, enough to live off on barely.
8   Q   So your lawyer doesn't give you any money?
9   A   No.
10   Q   Is the maintenance your only source of
11 money that you receive?
12   A   I receive maintenance and food stamps.
13   Q   The food stamps you receive because you
14 applied for those?
15   A   Yes.
16   Q   Is that for the State of Indiana?
17   A   Yes.
18   Q   How much do you get for food stamps?
19   A   360 something, I believe. I'm not sure
20 off the top of my head right now. It's getting
21 recalculated. Right now it's getting recalculated.
22   Q   Per month?
23   A   Yes.
24   Q   And they give you that as coupons so that
25 you can use it to buy groceries, etcetera?

60

1   A   No, they give us a card.
2   Q   So you can buy groceries?
3   A   Yes.
4   Q   Per month?
5   A   Yes.
6   Q   How long have you been getting that?
7   A   Maybe a little over a year, maybe right
8 around a year. Because it's -- right now, like I
9 stated before, they are redoing it.
10   Q   Right. Is your mom presently working?
11   A   Yes.
12   Q   Where does she work?
13   A   German American Bank.
14   Q   What's her name?
15   A   Stephanie.
16   Q   Last name?
17   A   Sigler, S-i-g-l-e-r.
18   Q   And she's married to Mark?
19   A   Yes.
20   Q   And what does Mark do for a living?
21   A   He is a captain.
22   Q   Where?
23   A   For Marathon.
24   Q   Have you ever worked with him?
25   A   For a short time, yes.

15 (Pages 57 to 60)

61

1   Q   When?
2   A   The very first of my hiring.
3   Q   So back in 2008?
4   A   Yeah, roughly, give or take. I'm not sure
5   of the exact year.
6   Q   Did you work one trip?
7   A   It was part of a trip. He -- I'm not sure
8   also if he -- I'm trying to remember if he filled in
9   for another captain on another boat or not. I'm not
10  sure. I just remember that part right there.
11  Q   How many days did you work when he was
12  captain?
13  A   I couldn't tell you. That was years ago.
14  Q   Approximately.
15  A   I honestly couldn't tell you. That was
16  year ago.
17  Q   Less than a full trip?
18  A   Oh, yes.
19  Q   Just five days? Is that a good estimate?
20  A   Maybe more or less.
21  Q   Okay. You wouldn't have an estimate --
22  A   No.
23  Q   -- beyond five days?
24  A   That was years ago.
25  Q   Was it 2008?

62

1   A   Yes.
2   Q   So it was eight years ago?
3   A   Yes.
4   Q   And you wouldn't have any other estimate
5   than five days?
6   A   I don't know.
7   Q   You haven't worked with him since that
8   time?
9   A   No.
10  Q   Do you remember which boat it was on?
11  A   No.
12  Q   What position did you hold at the time?
13  A   Deckhand.
14  Q   Deckhand what? One, two or three?
15  A   Three.
16  Q   What did he think of you as a deckhand, if
17  you know?
18  A   I do not know.
19  Q   What's your mom's residence address?
20  A   I do not have her address. I don't know
21  her address by heart.
22  Q   Do you see her very often?
23  A   Yes.
24  Q   Do you see Mark very often?
25  A   Maybe once or twice every two months.

63

1   Q   Does he know you're suing Marathon?
2   A   He's heard about it. He doesn't know
3   anything specific about it.
4   Q   How has he heard about it, if you know?
5   A   Just by talks between me and my mom, him
6   hearing. I don't know exactly what's been said.
7   Q   Have you talked to him about this
8   litigation?
9   A   No.
10  Q   Have you talked to your mom about the
11  litigation?
12  A   I've just told her what's going on
13  medical-wise. I mean, she's been to some of the
14  doctors with me. She's had to drive me.
15  Q   Does your ex-wife know about your
16  litigation?
17  A   I do not know. I don't believe so.
18  Q   Okay. You haven't talked to her about
19  that?
20  A   No. We're only allowed to talk to each
21  other via text or email about the kids only. That's
22  it.
23  Q   I see. All right. Have you all touched
24  each other, fought physically, you and your wife,
25  ex-wife?

64

1   A   No.
2   Q   So there's no charges of battery against
3   you?
4   A   No.
5   Q   Are there any charges of battery that you
6   have against her?
7   A   No. I don't have anything on her. There
8   has been some in the past.
9   Q   She has hit you before?
10  A   Not hit me.
11  Q   What did she do?
12  A   Fired my gun at me.
13  Q   You ever fired a gun at her?
14  A   No.
15  Q   What kind of gun do you have?
16  A   .9 mm.
17  Q   Glock?
18  A   Hold on a second, let me think.
19  Q   Glock, Ruger?
20  A   Ruger.
21  Q   Smith and Wesson?
22  A   Ruger.
23  Q   So is it a Ruger 1911, the kind with eight
24  rounds in the handle?
25  A   Ruger P89, I believe it is.

16 (Pages 61 to 64)

---

65

1  Q    That's an automatic, semi-automatic?
2  A    I don't know what you -- I'm not much into
3  the gun. I just bought the gun and have the license
4  to carry it for protection purposes.
5  Q    Okay. It's a revolver then?
6  A    It's not a round revolver. You have a
7  clip that you stick in there.
8  Q    Okay, I see. And it's a Ruger brand?
9  A    Yes.
10 Q    And you have a license to carry for the
11 State of Indiana?
12 A    Yes.
13 Q    When did you get that license to carry?
14 A    I would have to get my license out to find
15 the years.
16 Q    Approximately.
17 A    I would have to get my license out.
18 Q    Do you have it with you?
19 A    Yes.
20 Q    Pull it out, please. Get your driver's
21 license out too. I'd like to have that number too.
22 You still at a six?
23 A    Six, seven, yes.
24 Q    How long did your drive take, while you're
25 getting that out?

---

66

1  A    Roughly about five hours, four hours, five
2  hours.
3  Q    And did you drive up this morning?
4  A    Yes.
5  Q    So what time did you leave?
6  A    Let's see, we got here exactly at 9:00.
7  We left about -- got my kids ready. I didn't look
8  at the clock when we stepped out the door. I
9  remember waking up at four and I hurried up and got
10 dressed. I don't know the exact time.
11 Q    So you probably left around five,
12 something like that?
13 A    I got the rids ready, got them dressed
14 real quick. They jumped in the car. I don't know
15 the exact time.
16 Q    So someplace between when you woke up at
17 four and five, and you got here at nine?
18 A    Yes.
19 Q    And did you make any stops along the way?
20 A    Quite a few.
21 Q    How many stops?
22 A    I don't remember. I didn't count.
23 Q    You stopped once to get gas?
24 A    She already had it filled up.
25 Q    Okay. So you don't have any estimate how

---

67

1  many stops you made?
2  A    No. It was more than one. I know that.
3  Q    Okay. So I'll have to take her deposition
4  to find out how many exactly she made?
5  A    I don't know exactly. I know it was more
6  than one.
7  Q    Who drove?
8  A    Marci.
9  Q    The whole time?
10 A    Yes.
11 Q    Did you sit in the front seat?
12 A    Yes.
13 Q    Kids in the back?
14 A    Yes.
15 Q    Did you stop and eat or just stop?
16 A    We stopped to get some -- she bought the
17 kids some food, breakfast.
18 Q    Did you all get out of the car?
19 A    Yes.
20 Q    Where did you eat?
21 A    She bought them McDonald's.
22 Q    So you all got out of the car to eat at
23 McDonald's for the kids?
24 A    She walked in with them, got them
25 something to eat. I stood up out of the car.

---

68

1  Q    So you didn't eat?
2  A    No.
3  Q    You don't have an estimate of how many
4  other times you stopped?
5  A    Stopped another time for a bathroom break,
6  stopped -- I would just say more than once. I can't
7  really --
8  Q    You didn't have to stop for you to get out
9  and stretch or anything like that?
10 A    Yeah, we stopped for me also.
11 Q    How many times did you stop for you?
12 A    I needed to stop, of course, and that's
13 when they got the food. I needed to stop again. We
14 used the bathroom again for that. So it was more
15 than two times. Right off the top of my head, I
16 don't remember exactly.
17 Q    How long can you drive before you need to
18 stop? An hour or so?
19 A    It really varies on my back, what's going
20 on.
21 Q    Like today, how long were you able to
22 drive before you had to stop?
23 A    Maybe about 30, 45 minutes.
24 Q    Do you think you stopped every 30 or 45
25 minutes on your trip here?

17  (Pages 65 to 68)

69

1    A  I don't know.  I didn't look at the clock.
2  I couldn't tell you.
3    Q  Go ahead and get your cards out for me.
4  Is that your driver's license?  Can I look at that
5  while you're rooting through your things?
6    A  Yeah.  Here's that.
7    Q  This is your license to carry?
8    A  Yes.  It's a lifetime.
9    Q  Okay.  Thank you, Ryan.  Mr. Ruddell,
10  you've handed me your license to carry a handgun by
11  the State of Indiana.  That license number is
12  1664010.  Is that true, sir?
13    A  Yes.
14    Q  And you've also handed me you Indiana
15  operator's license, and that driver's license number
16  is 1720-33-7682.  I read it properly.  Is that true,
17  sir?
18    THE WITNESS:  Can you repeat the last
19  driver's license number?  I can make sure he got it
20  right.
21    (The requested portion of the
22    record read by the reporter.)
23    A  Yes.
24    Q  (By Mr. Massey)  And the license to carry
25  is a lifetime?

70

1    A  Correct.
2    Q  And what was the reason that you got that
3  license to carry?
4    A  Personal protection.
5    Q  At some point, were you an investigator?
6    A  Yes.
7    Q  When were you an investigator
8  approximately?
9    A  Hold on a second.  I was an investigator
10  slash security.  There's the license for that one.
11  I didn't read the date on there.  That's when it
12  expired, I guess, the expiration date on it.
13    Q  What you handed me, Ryan, was an Indiana
14  Professional Licensing Agency Detective Board,
15  Washington Street, Indianapolis, Indiana, with a
16  phone number of (317)234-3040.  Your license number
17  is AE20708772 with an expiration date of 03/20/2009,
18  which is March 20, 2009.  License status says
19  active.  And it's through Decker Investigations.
20  And the apparently that company number is PD10700031
21  in Evansville.
22    A  Yes.
23    Q  And you worked there at that Decker
24  Investigations?
25    A  Yes.

71

1    Q  And you were an investigator slash
2  security?
3    A  Yes.
4    Q  What years did you do that?  This thing
5  looks like it expires in 2009.
6    A  This is part-time.  This is whenever he
7  had business for whatever he would -- hey, I need
8  help doing this.
9    Q  I see.
10    A  Or I need help doing that or, hey, I need
11  private security for -- this person is wanting to
12  call it in.  You just did it.
13    Q  And you know you did that between
14  graduating from high school and the time you went to
15  Marathon?
16    A  Yes.
17    Q  Do you have another estimate, a better
18  estimate as to exactly when you worked for them?
19    A  No.  Like I said, it was part-time off and
20  on, just whenever he had the business and wanted it.
21    Q  Okay.  And you don't have an estimate of
22  the number of years when, what years?
23    A  Does it say on here how long?
24  Expiration -- I'm not sure how good this -- how
25  far -- how many years this license is active for

72

1  without looking it up online or finding it out.
2    Q  In the interrogatories that I sent to you
3  that you answered -- you with me so far?
4    A  Yes.
5    Q  In those interrogatories, there's an
6  interrogatory that asks for every person you've
7  worked for, all your employers, all the dates, their
8  addresses, what you made as salary, the description
9  of what you did, etcetera.  And here's what you
10  said.
11    From what I remember, at 15 years of age I
12  worked at Evansville Marriott Hotel at Highway 41 in
13  North Evansville where I worked as a bellman, front
14  desk, period.  Around 2000, I worked as a courier
15  for a subcontractor for Fifth Third Bank.  Around
16  2001, I worked stock at Wal-Mart.  I worked at
17  Decker Private Investigation and Security and at
18  Casey General Store as register and cook.  I worked
19  at an industrial contractor based out of Evansville,
20  but worked at their Louisiana office for a few
21  months.  And we'll talk about that in a second.  I
22  worked as a subcontractor in satellite installation
23  for Dish and Inside Cable Company.  I worked at
24  O'Reilly Auto Parts and Carquest.  There may be a
25  few more I cannot recall at this time.

**73**

1    Do you remember answering like that?
2    A   Yeah, that sounds familiar.
3    Q   Okay.  You didn't give me any dates.  Is
4  that because you don't have an estimate for any of
5  the dates that you worked for any of those?
6    A   Like I said before, my ex took the box
7  with all my resumes and everything.  My computer is
8  broken.
9    Q   All right.
10    A   I don't have -- without getting the tax
11  information and then going through things, I don't
12  have the exact dates.  Those are years and years
13  ago.
14    Q   I understand.  And as you sit here today,
15  even though you've had all this time to reflect on
16  it since you answered the interrogatory, you still
17  don't have any estimates of when you worked for
18  those?
19    A   As of right now, I don't remember.
20    Q   Your duties at Decker Private
21  Investigation and Security, that was a job that you
22  had where they would call you and ask you -- and
23  give you specific assignments?
24    A   Yes.
25    Q   And how long would those assignments

**74**

1  typically last?
2    A   It really varied.
3    Q   What kind of things would you be asked to
4  do?
5    A   Insurance fraud, helped out -- like for
6  instance, one person, we would -- I went with
7  another guy, got into a Dish Network van, labeled it
8  up, knocked on his door in a suit saying Dish, had
9  him come to the door without his neck brace on
10  saying he had all these wrongs with him and proved
11  him wrong.
12    Q   I see.
13    A   And got pictures of him.  When somebody
14  would do that I would take pictures or follow
15  somebody.  Or security-wise, we would, like I said,
16  private security, just make sure they are safe or
17  whatever the company wanted --
18    Q   You say private security.  Would you go to
19  a --
20    A   If an individual wanted security, we would
21  be security for that individual.  If a company or
22  business would, we would do the company or business.
23    Q   So if it was a company, does that mean
24  you'd be like a night guard, that kind of security?
25    A   Yeah, you could do that too.

**75**

1    Q   So you could go to a building and stay
2  overnight?
3    A   We were one of the very --
4    Q   With a gun?
5    A   We were one of the very few with a license
6  to have a gun.
7    Q   I see.  So you could stay at a factory
8  overnight to make sure nobody stole something?
9    A   We didn't, but yeah, we could.
10    Q   Did you ever do that?
11    A   No.
12    Q   All right.  When you say the other stuff,
13  the investigation, what you mean is you would go out
14  and investigate fraud by trying to find people if
15  they were doing something that was inconsistent with
16  what they said they were doing?
17    A   It could be insurance fraud, it could have
18  been you cheated, cheaters, you know, you've seen on
19  TV, like see another person -- a lot of them were
20  those, see if my boyfriend is cheating, see if my
21  husband soon-to-be is cheating.
22    Q   I just want to make sure.  So an
23  individual person could hire you if they suspected
24  their wife or their spouse of cheating on them with
25  another person, you could go hide out undercover of

**76**

1  some sort?
2    A   We could take pictures in public, do
3  whatever -- get just them information they could
4  use.
5    Q   Against the person?
6    A   Not against.  They could use it for
7  theirselves.  If they wished to proceed legally or
8  something, that was there.  We would collect the
9  information and just give it to them.
10    Q   And then you mentioned you would also go
11  to a house.  If a person were claiming an injury to
12  their neck or something, you could go to their house
13  in a suit like you're a Dish person, and if they
14  came to the door without a neck brace like you would
15  think they would be wearing you could take their
16  picture or do that?
17    A   There was an instance like that.  The
18  doctor stated he had to wear a neck brace, he had
19  whiplash, he had to wear this and that.  So we went
20  there.  He wasn't wearing it.  We just took
21  information, pictures, and just --
22    Q   Did you do surveillance as well?
23    A   That was part of surveillance.
24    Q   You'd call that surveillance?
25    A   Yeah, sitting in the van, taking pictures.

19  (Pages 73 to 76)

77

1     Q   And you'd be taking pictures that --
2 strike that. Somebody would ask you to go out and
3 snoop around on a person. If they were doing
4 something inconsistent, you were supposed to take a
5 picture of what they were doing that was
6 inconsistent with what they were claiming they had?
7     A   We just collected information for them and
8 gave it to our company. I don't know if you would
9 call them manager or whatever, the Decker
10 Investigation guy. He would type it all up, collect
11 the information, and give it to whatever person --
12     Q   Hired him?
13     A   Yeah. We just collected information
14 basically.
15     Q   Did you get training to do that job?
16     A   No.
17     Q   How did you learn how to do that?
18     A   They just showed me. I mean, we hired on
19 there and he took me -- basically it's just drive
20 around, I mean, take pictures. It isn't really
21 hard.
22     Q   Did they ever have you follow people in
23 cars, things like that?
24     A   I personally didn't, no.
25     Q   Okay. What other kind of things did you

78

1 do as an investigator?
2     A   Just what I stated, the security part
3 and --
4     Q   Surveillance?
5     A   Yeah, whatever you want to call it.
6     Q   Okay. Did you ever call it surveillance?
7 Is that what it's called?
8     A   I never personally called it that.
9     Q   But that's what it was?
10     A   If you want to call it that. I don't
11 know. We just collected information.
12     Q   Did you ever do computer searches as part
13 of that to find out things on the internet or
14 whatever?
15     A   I personally didn't.
16     Q   All right. Have we described everything
17 that you did at Decker Investigation as far as what
18 you did?
19     A   I believe so.
20     Q   You heard what I read as far as the jobs
21 that you had. Are there any jobs to add to what you
22 said before?
23     A   Right now off the top of my head, I can't
24 remember any more.
25     Q   You said you worked at Wal-Mart. What did

79

1 you do there?
2     A   Third shift stock.
3     Q   What?
4     A   Third shift stock.
5     Q   Stock product?
6     A   Uh-huh.
7     Q   You said you did that around 2001. Is
8 that still the date you want to go with?
9     A   That was around about year.
10     Q   That was your best estimate?
11     A   Yes.
12     Q   How long did you hold that job at
13 Wal-Mart?
14     A   I couldn't tell you.
15     Q   Was that stocking job a light job?
16     A   It was medium. It was pretty much taking
17 like bottles of dishwasher detergent or something
18 and putting it on the shelf.
19     Q   Like the heaviest thing you had to lift
20 was ten pounds or something?
21     A   I couldn't tell you what the heaviest
22 thing I could have had to lift was.
23     Q   It was a light job, a medium job or heavy
24 job?
25     A   If I had to describe it, I would have to

80

1 call it light to medium.
2     Q   Okay.
3     A   I mean, there would be -- if anything was
4 heavy, we had a forklift to really lift it.
5     Q   So it was a light to medium job? Is that
6 the way you would describe it? Is that fair?
7     A   Yeah.
8     Q   How about the job at Decker? Was that a
9 light job?
10     A   Yeah.
11     Q   Didn't involve any lifting?
12     A   No.
13     Q   How about the job at Dish and at Inside
14 Cable Company? Was that a light job?
15     A   Dish and Inside? I would consider it --
16 well, I mean, there wasn't much heavy. It wasn't
17 very heavy work. All it was was running little thin
18 pieces of cable cord and whatever that Dish is,
19 weighs.
20     Q   So would you describe it as a light job?
21     A   I personally would, yes.
22     Q   Now, did you have to use a ladder?
23     A   Yes.
24     Q   You would probably have to climb up a
25 ladder. Is that right?

20   (Pages 77 to 80)

81

```
 1    A   Yes.
 2    Q   So you'd have to have the ability to do
 3  that.
 4    A   Yes.
 5    Q   But other than that, it would be a light
 6  job?
 7    A   Yeah.
 8    Q   How about the job at Marriott? Was that a
 9  light job as well?
10    A   If you want to talk weight-wise, carrying
11  stuff, light to medium. It just really varied on
12  what -- at the beginning, when I was 15, 16, we
13  did -- I helped set up for the banquets, and that
14  would -- because they had big, round tables. But we
15  didn't lift them. We basically just rolled them.
16    Q   So overall --
17    A   Are you asking physically demanding?
18    Q   Yes.
19    A   Yes, it would be -- depending on the job
20  they had me do there, it would be light to medium,
21  every once in a blue moon heavy.
22    Q   How about the job as a courier for Fifth
23  Third? Was that a light job?
24    A   It was light.
25    Q   That was just driving.
```

82

```
 1    A   Yes.
 2    Q   Didn't have to pick up anything heavy?
 3    A   No.
 4    Q   So that would be considered light?
 5    A   Yes.
 6    Q   So you worked as Casey's General Store at
 7  the register?
 8    A   Yes.
 9    Q   Was that at a cash register?
10    A   Yeah, just a gas station, at the gas
11  station with the register and they had food.
12    Q   I gotcha. And cook, what would you do
13  cooking?
14    A   Made pizzas slash whatever else they had
15  on the menu, little sandwiches, little bitty gas
16  station food.
17    Q   That's a light job as well?
18    A   Yeah.
19    Q   Is that true?
20    A   Yes.
21    Q   What did you do at O'Reilly Auto Parts and
22  Carquest?
23    A   O'Reilly, I was a driver. I drove the
24  parts to the places.
25    Q   To the what?
```

83

```
 1    A   I'm trying to think of the word.
 2  Automotive -- where you would get your car fixed,
 3  whatever.
 4    Q   So if somebody was going to fix your
 5  brakes, they would call O'Reilly, O'Reilly would get
 6  in the --
 7    A   The company would call O'Reilly, find the
 8  brake pads, and I would drive it to them.
 9    Q   So you would drive it in an O'Reilly truck
10  with the brake pads to the service place, give them
11  the stuff, they would take the pads and --
12    A   They would sign for the ticket.
13    Q   All right. That was a light job as well?
14    A   Sometimes it could be heavy because of
15  some of those parts.
16    Q   Would you have a lifter, something to lift
17  it with?
18    A   There was a few times that happened that
19  they bought a whole engine. They had a lifter for
20  that, of course. They put it in the truck. Nobody
21  would lift that.
22    Q   The heaviest part that you would have to
23  deliver would be in a box that weighed 20 pounds?
24  Would that be the heaviest thing you ever had?
25    A   I don't know the exact weight of those. I
```

84

```
 1  mean, there's drums, there's axles. Some of those
 2  are pretty heavy depending on the vehicle.
 3  Sometimes there's tractor parts.
 4    Q   You would move those with dollies and that
 5  sort of thing?
 6    A   Yes.
 7    Q   So you'd have mechanical lift assist?
 8    A   Yes.
 9    Q   But the basic job of driving and being a
10  driver and using the mechanical lift --
11    A   But when you got to the places sometimes
12  you'd have to have people help you because you
13  didn't have the lift there. Some of the places are,
14  of course, mom and pop stores.
15    Q   So that could be light to medium?
16    A   Sometimes heavy, yeah.
17    Q   Sometimes heavy. How long did you do that
18  job at O'Reilly?
19    A   Maybe -- I couldn't tell you right off.
20  Maybe a year or two, maybe less.
21    Q   Was that a full-time job?
22    A   Yes.
23    Q   So while you were doing that, you weren't
24  doing these detective jobs or any of the other jobs?
25    A   I don't think so.
```

21  (Pages 81 to 84)

85

```
 1     Q   Did your wife ever work while you were
 2   married?
 3     A   A couple times.
 4     Q   What did she do?
 5     A   I'm trying to think.  I know she had a gas
 6   station job once.
 7     Q   Pumping gas?
 8     A   Just a register.  I know she went to
 9   school for hair, but she dropped out of that.
10     Q   You mean like a cosmetologist or whatever
11   you call it?
12     A   Yeah, cut hair.
13     Q   Cosmetologist.  Anything else you
14   remember?
15     A   I honestly can't remember much about what
16   she did.
17     Q   Do you have to pay your ex-wife alimony or
18   maintenance or anything like that?
19     A   No.
20     Q   Does she pay you anything?
21     A   She's supposed to.
22     Q   What's she supposed to pay you?
23     A   Child support.
24     Q   How much is she supposed to pay you?
25     A   The last court hearing was updated.  She
```

86

```
 1   was supposed to pay $82 a week plus another ten
 2   dollars added onto that for arrearages plus her
 3   taxes I was supposed to get.
 4     Q   Is that 82 per week per child?
 5     A   No, that's 40 something per child, so 82.
 6     Q   I see.  82 times four per month would be
 7   about 320, 340 dollars per month, whatever that is?
 8     A   It's $82 a week.  That's what they just
 9   wrote it up as.
10     Q   How long is she in arrears?
11     A   She's well over $5,000.
12     Q   Oh, wow.  So she's been in arrears for
13   several years?
14     A   This is another contempt charge.
15     Q   That's another reason she's in contempt
16   allegedly is because she owes all this back child
17   support to you?
18     A   And other things, yes.  That's one of
19   many.
20     Q   So that's one reason why you don't have as
21   much money to take care of the kids, because she's
22   behind in her child support?
23     A   She made one payment one year.  That was
24   after she got her taxes.  And she claimed the kids
25   whenever she wasn't supposed to.
```

87

```
 1     Q   Okay.  So she claimed them as a deduction
 2   on the tax return, and that was technically -- that
 3   was fraud of some sort because she took the
 4   deduction when you were taking care and supporting
 5   the kids?
 6     A   And in the State of Indiana, if you
 7   haven't paid -- the state law is if you haven't
 8   paid -- I want to say 95, I'm not sure of the exact
 9   percent, but it's over 90 percent of child support,
10   the custodial parent gets to claim both children.
11   In the divorce decree, she claims one, I claim one.
12   But she hadn't paid child support in full, so I got
13   to claim them.  Well, she claimed them anyways.
14     Q   I gotcha.
15     A   And she claimed them and she paid up real
16   quick, thought she could double dip -- I don't know
17   how you would -- she tried to pay it up real quick.
18   Well, if you haven't paid by the end of the month,
19   the way the divorce decree is worded, she has to pay
20   in full child support, not 95, everything.  But
21   she's still thousands of dollars behind.
22     Q   Are there any criminal charges to your
23   knowledge against your wife?
24     A   I have no idea.
25         MR. O'BRYAN:  You mean his ex-wife?
```

88

```
 1         MR. MASSEY:  Yes.
 2     Q   (By Mr. Massey)  You understood that,
 3   didn't you?
 4     A   I knew what you meant.
 5     Q   We've gone through your jobs here.  Are
 6   there any other jobs you had before you worked
 7   for -- strike that.  Are there any other jobs that
 8   you've had besides the ones that you refer to in
 9   interrogatory answer number three and that we have
10   gone through here in the deposition that you haven't
11   told me about before you started working with
12   Marathon?
13     A   Everything there is just the best of my
14   knowledge.  That's what I can remember right off the
15   top of my head without trying to find out and
16   research.
17     Q   I understand.  But you answered these
18   interrogatories and swore to their accuracy in May,
19   so well over a month or so ago.  So you had days
20   before you answered them and you've had days since
21   then to think of any others.  Are there any other
22   employers that you've had, any other jobs that
23   you've had, since you started working before
24   Marathon other than those in answer to interrogatory
25   number three and the ones you've told me?
```

22  (Pages 85 to 88)

89

1    A    That was to the best of my knowledge.
2    Q    And is it still --
3    A    I never thought about it, nobody told me I
4  had to come up with anything extra or try to do
5  anything. That was to the best of my knowledge.
6  And still to this day, at this point, I do not
7  remember. I don't know.
8    Q    Okay. That's what I was going to ask you.
9  Is it still to the best of your knowledge?
10   A    As I remember, that's -- I mean, as of
11 today that's what I -- I don't remember exactly
12 everything.
13   Q    When did you join the Indiana National
14 Guard?
15   A    Oh, Lord, I don't remember the date.
16   Q    How long was it after high school?
17   A    It was under -- I graduated in '99. It
18 was in-between '99 and maybe 2001. I'll just go
19 ahead and say 2002, less than 2002, between '99. It
20 was in-between those years.
21   Q    What did you have to do to join?
22   A    Walked in --
23   Q    Just go down to the office and apply?
24   A    Applied and had physicals and everything
25 done.

90

1    Q    And did you go through some sort of basic
2  training?
3    A    I went through the basic -- I didn't
4  actually finish the basic training. We started it.
5    Q    Did you get hurt?
6    A    Yes.
7    Q    How long was the basic training?
8    A    Basic training is nine weeks back then,
9  but then you also had a week of -- when you first
10 get there you have a full week of getting shots and
11 your uniforms and all that.
12   Q    So you completed that week?
13   A    Yeah.
14   Q    And then when did you get hurt during the
15 process?
16   A    Almost immediately right after.
17   Q    How did you get hurt?
18   A    Two kids' grandma died, twins, their
19 grandma died. Well, they didn't notify anybody.
20 The doors have alarm systems on them and they set
21 off like fire alarms. Drill sergeant came in,
22 opened up the door, grabbed them. The fire alarm
23 went off. They forgot to shut it off. It's
24 basically an alarm so nobody can escape or try to
25 leave because apparently in boot camps a lot of

91

1  people try to jump out windows and do things.
2  Basically the alarm was set off. I came flying out
3  of my bunk, on the top bunk, and broke my foot.
4    Q    So you said two kids were trying to get
5  out. You mean two people that were --
6    A    They were going home because their grandma
7  died.
8    Q    But they were two men that were involved
9  in the national guard? Or did you --
10   A    Yeah, I guess you would call them men.
11   Q    You said kids. I envisioned --
12   A    I mean, they weren't 30 something years
13 old or anything. They were younger kids. They were
14 18 plus.
15   Q    Okay. But they weren't little bitty kids
16 who --
17   A    No.
18   Q    They were in the same program as you?
19   A    Yes, boot camp.
20   Q    And somehow in the mix-up as they were
21 trying to get out --
22   A    Their grandmother died, drill sergeant
23 came in the door, alarm went off, jumped off my bunk
24 bed, thought it was a fire or some type of drill
25 going on from the drill sergeant for basic training,

92

1  broke my foot.
2    Q    So you basically jumped off your bunk, and
3  when you did that you landed in such way that you
4  broke your foot?
5    A    Yes.
6    Q    Is that all there was to it?
7    A    Yes.
8    Q    Did you have to leave the program at that
9  point?
10   A    They gave me a medical discharge.
11   Q    So you never completed the thing?
12   A    No.
13   Q    Tell me about your injury. Did you get
14 treatment for it?
15   A    Yes.
16   Q    Where did you get treatment?
17   A    From -- I had to stay there until I got
18 decent enough to be able to walk on my foot. They
19 treated me there at boot camp in Fort Sill,
20 Oklahoma.
21   Q    Where was it, Fort Sill?
22   A    Yeah.
23   Q    What was done to your foot to get it
24 better?
25   A    Basically they wrapped it up and just had

23  (Pages 89 to 92)

93

1  to stay off of it. It was swollen.
2      Q   Okay. They didn't have to operate on you?
3      A   No.
4      Q   They didn't have to cut it open and put
5  any pins in it?
6      A   No, basically just set a bone.
7      Q   Did they put you in a cast?
8      A   No.
9      Q   So it was just bandaged?
10     A   Yes, bandaged very well.
11     Q   What's your understanding of exactly what
12 part of your foot was broken?
13     A   It was just one of the bones inside my
14 foot. There's many bones. I don't remember exactly
15 which bone it was.
16     Q   Okay. Was it on top of your foot, below
17 your foot, the heel, the toes?
18     A   Inside my foot.
19     Q   Was it the ankle or foot itself?
20     A   No, it was the foot itself.
21     Q   I see. Did you have to get any treatment
22 after you got your initial treatment there at Fort
23 Sill?
24     A   I can't remember if I followed up with the
25 family doctor or if anything was sent to him or not.

94

1  I don't know.
2      Q   Okay.
3      A   I don't remember if I still had the same
4  family doctor back then as I do now because there's
5  a couple that switched.
6      Q   All right. Is that the only injury,
7  illness or accident that you ever had up until the
8  time you went to work for Marathon that you got any
9  treatment for?
10     A   I mean, other than stitches from when I
11 was a kid or things like that, a broken ankle. I've
12 had a broken ankle, shattered it.
13     Q   When did you do that?
14     A   I know I was over 21. I remember that
15 because they had a party down at the lake. It
16 wasn't a lake. It was a river. It was a river
17 camp.
18     Q   You were 21?
19     A   I was over 21. I remember that.
20     Q   Because you were drinking?
21     A   I was 21 or over. Actually, I just got
22 off of work and I had one Crown and Coke.
23     Q   Where had you been working?
24     A   I don't remember.
25     Q   If you were born in '81 and it was past

95

1  21, it would have been at least 2003, I guess, 2003,
2  2004. Does that sound right?
3      A   Maybe. I'd have to get the records from
4  the hospital to see exactly. I'm sure they would
5  keep that somewhere.
6      Q   How did you scatter your ankle?
7      A   Stepped in a hole where the river was up
8  and came down. Of course, you've got the river camp
9  on the side. I stepped in a hole, went backwards.
10 The foot stayed the same and I went backwards.
11     Q   And you had had a Crown and Coke?
12     A   Yeah.
13     Q   Were you drunk?
14     A   No.
15     Q   How did they treat your shattered ankle?
16     A   A steel plate on one side and screws and
17 another screw on the inside and a cast.
18     Q   Was that the same foot as you had
19 fractured at Fort Sill?
20     A   I think it was the other foot.
21     Q   Let's go back then. Which foot was hurt
22 at Fort Sill?
23     A   I believe it was my right one.
24     Q   And which foot was hurt that was
25 shattered?

96

1      A   The left one.
2      Q   So it's a different foot?
3      A   I believe it was. I'm not one hundred
4  percent sure. I can't remember which foot was
5  shattered. The shattered one, I have the scar to
6  prove it. That's this left foot.
7      Q   Okay.
8      A   The broken one at Fort Sill, I'm not one
9  hundred person sure, but I believe it was my right
10 foot.
11     Q   Is the steel plate still in there?
12     A   Yes.
13     Q   Screws still in there?
14     A   Yes.
15     Q   And that was in the ankle?
16     A   Yes.
17     Q   So that was not the foot itself, it was
18 your ankle area?
19     A   Ankle slash going into -- yeah.
20     Q   It was whatever bone that goes into your
21 foot, that joint?
22     A   It was the joint, and I'm not sure what
23 else part shattered down there. I'd have to look at
24 the X-rays.
25     Q   That cause you to limp a little bit still

97

1  to this day?
2      A   No.
3      Q   How long did the limp persist?
4      A   I couldn't tell you.
5      Q   So --
6      A   I was on crutches for a little while and
7  then had a touch of physical therapy and then it was
8  done.
9      Q   To put the steel plate and the screws in,
10 obviously they had to open up your ankle and do
11 surgery on that?
12     A   Correct.
13     Q   Have you had any other accidents,
14 injuries, or illnesses for which you received
15 medical care up until the time you went to work with
16 Marathon?
17     A   As I said, growing up, I had a broken
18 wrist when I was a kid, six years old.
19     Q   Which wrist?
20     A   Right wrist.
21     Q   Was that casted?
22     A   Yes.
23     Q   Any operation?
24     A   No.
25     Q   No surgery?

98

1      A   No.
2      Q   They didn't have to open up your arm?
3      A   No.
4      Q   That healed up?
5      A   Yes.
6      Q   Any other accidents, injuries or illnesses
7  for which you received medical care up until the
8  time you went to work with Marathon?  You mentioned
9  stitches.
10     A   Yeah, I've had stitches here, my left
11 eyebrow.
12     Q   Left eyebrow?
13     A   And up here.  I don't know what you would
14 call that part of the head.
15     Q   All right.  Two different occasions?
16     A   Yes.  And I've had stitches behind my ear.
17     Q   That's the third?
18     A   This is all little -- yes, this is as I'm
19 growing up, a little kid.
20     Q   Were all those stitches before you were 12
21 year old?
22     A   I couldn't tell you.  I can't remember.  I
23 was young.
24     Q   Okay.
25     A   I remember the behind the ear one was when

99

1  I was in elementary school.  This one I was real
2  young.
3      Q   That's your head you're talking about?
4      A   Yeah.
5      Q   Eyebrow, when is that?
6      A   That was elementary school too.
7      Q   Okay.  Any other accidents, injuries or
8  illnesses for which you received medical care until
9  the time you went with -- to work with Marathon?
10     A   I would have to get -- to remember more, I
11 mean, I'd have to get doctors' reports and
12 everything.  I mean, there's a bunch of illnesses.
13 I mean, everybody gets sick and everybody gets --
14     Q   Well, Mr. Ruddell, I'm not trying to argue
15 with you, but the answers to interrogatories ask
16 that question and you answered that.  And that was
17 answered in May of 2016.  So you've had at least a
18 month or so before then to think about it and you've
19 had up until now to think about it.  Any other
20 accidents, injuries or illnesses that you received
21 medical --
22     A   I don't have my medical report.  I can't
23 tell you off the top of my head.
24     Q   You don't have your what?
25     A   Medical report.

100

1      Q   Where is your medical report?
2      A   Of course, the family doctor would have
3  things to tell you when I was sick, if anything, any
4  injuries had happened.
5      Q   I'm asking you from your mind.
6      A   As of right now, off the top of my head, I
7  can't remember.
8      Q   All right.  You started to work for
9  Marathon in -- when did you say?
10     A   I want to say 2008.  I can't remember off
11 the top of my head.
12     Q   From the time you started working with
13 Marathon until your accident date, did you have
14 any accidents, injuries or illnesses for which you
15 received any medical attention?
16     A   I would have to get reports from my doctor
17 to find out.
18     Q   You don't have a memory of any accidents,
19 injuries or illnesses for which you had medical care
20 from when you started with Marathon up until the
21 time of your accident?
22     A   As of right now, off the top of my head, I
23 can't remember.
24     Q   If you had any such accidents, injuries or
25 illnesses, would you have told the doctors that you

25  (Pages 97 to 100)

**101**

1 had been treating with even following your injury?
2 If they asked you about injuries, would you have
3 told them that?
4   A   Told the doctors?
5   Q   Yes.
6   A   Which doctors? Can you rephrase?
7   Q   Any doctors. When you go see a doctor,
8 they ask you, have you ever had any accidents,
9 injuries or illnesses, and tell me what those are.
10   A   I don't remember them asking me, wording
11 it in that phrasing.
12   Q   Okay. I'll ask you then. From the time
13 you started to work for Marathon in May of 2008 up
14 until the time of your accident, did you have any
15 accidents, injuries or illnesses for which you
16 received any medical care?
17   A   I would have to find and do research on my
18 reports from my doctor to find out. I don't
19 remember as of right now. As I right now, I do not
20 remember.
21   Q   And again, that same question was asked of
22 you -- strike that. That same question was asked of
23 you in Interrogatory No. 9 and you identified a
24 pneumonia claim.
25   A   Oh, yes.

**102**

1   Q   Okay. So you did think about it and you
2 searched your records and your mind and
3 everything --
4   A   No, I remember it now that you said that.
5 Yes, I remember the pneumonia. But like I stated, I
6 can't remember -- as of right now, I didn't
7 remember.
8   MR. O'BRYAN: You should know that he's
9 under this medication that does have adverse effects
10 on memory.
11   MR. MASSEY: Should we stop the deposition
12 and resume it when he's not in the medication?
13   MR. O'BRYAN: No. But your implication is
14 that he's withholding information. He's probably
15 not -- that it's unintentional is very possible.
16   MR. MASSEY: Well, do you know of
17 something he's withholding, Dennis?
18   MR. O'BRYAN: No, I don't know anything
19 about these questions. No, I don't know. I'm
20 not --
21   MR. MASSEY: Because if somebody is
22 claiming, one, that he's not able to answer the
23 questions very well because -- then we need to stop
24 the deposition and we can resume it. Are you
25 claiming that or want to claim that?

**103**

1   MR. O'BRYAN: No.
2   Q   (By Mr. Massey) And do you want to stop
3 the deposition and do this another day? We can do
4 it another day. Or are you fine now answering? Or
5 do you want to listen to your lawyer, whatever he
6 tells you?
7   MR. O'BRYAN: I'm not telling him
8 anything. I'm just saying he's answering the
9 questions to the best of his ability.
10   MR. MASSEY: I understand. But I mean, do
11 you want to have a recess and --
12   THE WITNESS: I would like to check on my
13 children though.
14   MR. MASSEY: Okay. We'll do that in just
15 a minute. Let me just finish this and we'll do
16 that, all right? Are you okay to continue?
17   THE WITNESS: Yeah, I can continue.
18   Q   (By Mr. Massey) All right. Tell me about
19 the pneumonia then. That was -- that was something
20 that you got medical care for after you started with
21 Marathon and before the date of the incident?
22   A   Yes, I got pneumonia while I was on the
23 boat.
24   Q   And do you remember about when that was?
25   A   I don't remember. They should have all

**104**

1 the records for that.
2   Q   All right. And that was treated, I guess,
3 and you got better?
4   A   Yes.
5   Q   Are there any other accidents, injuries,
6 illnesses for which you received medical care other
7 than pneumonia from the time you started with
8 Marathon until the time of the incident?
9   A   Honestly, I can't remember.
10   Q   You know of nothing else?
11   A   As of right now, I can't remember. I
12 don't remember.
13   Q   Didn't you have a back injury after you
14 started with Marathon and before the accident that
15 you got medical care for?
16   A   No, not that I remember.
17   Q   Didn't you get treated by a chiropractor
18 in July of 2008 --
19   A   I do not --
20   Q   -- for a back condition?
21   A   I do not remember that.
22   Q   As I bring up the question, that date and
23 the chiropractor doesn't ring true with you?
24   A   I do not remember.
25   Q   Do you know a Dr. Kerri, K-e-r-r-i?

26 (Pages 101 to 104)

| 105 |
|---|

1   A   That name doesn't sound familiar.
2   Q   Or K-e-r-r, Kerr?
3   A   I do not remember that name.
4          (Defendant's Deposition Exhibit
5          1 marked for identification.)
6          (Deposition Exhibit 2 marked for
7          identification.)
8   Q   (By Mr. Massey) Here's one for you to look
9   at right here. That's the same one Dennis has.
10  A   I don't even know what I'm looking at.
11  Q   Here, sit down, and I'll ask you some
12  questions and maybe it will jog your memory.
13  A   I need to stand for a little bit.
14  Q   All right. I'm showing you what our court
15  reporter has marked as Defendant's Deposition
16  Exhibit 1. Do you see that?
17  A   Yeah.
18  Q   That appears to be a patient ledger with
19  your name, Ryan A. Ruddell, with your date of birth.
20  It appears to be for a chiropractic manipulation
21  that was done on July 7, 2008, and then earlier an
22  office visit July 2, 2008 with a chiropractic
23  manipulation being done on 07/08 and electrical
24  stimulation therapy being done on July 8 as well.
25  Do you see that?

| 106 |
|---|

1   A   I don't know.
2          MR. O'BRYAN: A chiropractor is not
3   medical care. That's not a medical doctor.
4   Q   (By Mr. Massey) Did you get treated by
5   Dr. Kerr, the chiropractor, on July --
6   A   I do not remember that at all.
7   Q   You don't have a memory of that?
8   A   No.
9          MR. O'BRYAN: Where's he located? Maybe
10  that will jog the memory.
11  A   It says West Side Chiropractic.
12  Q   (By Mr. Massey) Can you tell if Exhibit 1
13  is of you, or do you contend it's of someone else?
14  A   I do not know.
15  Q   Do you know the West Side Chiropractic
16  Center? Have you ever heard of that?
17  A   It doesn't ring a bell right now.
18  Q   You don't recall ever being there?
19  A   I don't recall. This is 2008 you're
20  stating. This is 2016.
21         MR. O'BRYAN: 2732 Mt. Vernon Avenue.
22  Q   (By Mr. Massey) Is that in Evansville?
23         MR. O'BRYAN: Yeah, it's on the bottom of
24  the 1918 -- or 1981.
25  Q   (By Mr. Massey) Okay. You hear what your

| 107 |
|---|

1   lawyer is saying. I'm asking you, Ryan, do you
2   recognize that address or that location?
3   A   No, I don't know.
4   Q   I'm also handing you what's been marked as
5   Defendant's Deposition Exhibit 2. That appears to
6   be an X-ray report of an X-ray done at St. Mary's
7   Medical Center on Washington Avenue in Evansville,
8   Indiana. Do you recall having X-rays done on that
9   date of July 2, 2008?
10  A   No, I don't.
11  Q   All right. You apparently were given a
12  diagnosis, if this record is correct, and we'll take
13  the deposition of the doctors to determine exactly
14  what the diagnosis was. But it appears as if it was
15  somat, s-o-m-a-t, dysfunction, I think that's what
16  it means, d-y-s-f-u-n-c-t-i-o-n, lumbar. That
17  appears to be X-rays of your lumbar spine. And this
18  is me talking as a lawyer. It appears as if they
19  are finding all kinds of degenerative changes in
20  your low back. Does any of that ring a bell as far
21  as what your diagnosis was back in July of 2008?
22  A   I don't know. This is years ago. I don't
23  remember any of this.
24         MR. O'BRYAN: I'll object to the term all
25  kinds of degenerative changes.

| 108 |
|---|

1          THE WITNESS: I don't see anything in here
2   that says degenerative.
3          MR. O'BRYAN: No.
4   Q   (By Mr. Massey) I'll tell you, it says
5   that you may be -- you may have secondary
6   Schuermann's disease. Do you know what Schuermann's
7   disease is?
8   A   I've never heard of that.
9          MR. MASSEY: Do you, Dennis? I do. It
10  means you have degenerative changes. That's what
11  that means.
12         MR. O'BRYAN: Yeah, but that's T11, 12,
13  and L1. That's his upper back.
14  Q   (By Mr. Massey) All my questions about
15  this is to try to get you to see if that refreshes
16  any of your recollection about what was going on
17  back in July of 2008.
18  A   I don't remember that far back.
19  Q   All right. I can tell you -- I can tell
20  you at this time you were off the boat. So my
21  question is, did something happen to you to cause
22  you to go to a chiropractor to get stimulation and a
23  manipulation on July 2 or July 3 of 2008?
24  A   I don't remember this.
25  Q   Okay.

27   (Pages 105 to 108)

109

1      A   I do not remember.
2      Q   So you don't recall anything happening to
3  you?
4      A   This is 2008 and this is 2016. I do not
5  remember.
6      Q   Okay. And when you say that, are you just
7  saying that eight years have gone by and therefore
8  you have no memory? Is that what you're saying?
9      A   I don't remember this at all.
10     Q   So you don't remember having an accident
11 or a fall or getting into a fight or anything --
12     A   No.
13     Q   -- that caused you to have a back injury?
14     A   No.
15     Q   Are you denying that you, in fact, had
16 this treatment back in July of 2008?
17     A   I do not know. I don't remember this.
18     Q   Okay. Not remembering is different than
19 denying. Do you deny that you had this treatment
20 back on July 2 and 3 of 2008?
21     A   I do not remember this. I do not know.
22     Q   Okay. So you're not denying?
23     A   I do not know. I don't remember this.
24     Q   Okay. Are you admitting that you had the
25 treatment back then?

110

1      A   I don't remember this. I do not know.
2      Q   Do you recall any other medical care,
3  treatment from any physician, any chiropractor, any
4  faith healer, any voodoo person, any person
5  purporting to give medical care, between the time
6  you started with Marathon and the time of your
7  accident that we're going to talk about here in a
8  minute?
9      A   As of right now, I don't remember it. I
10 do not remember.
11     Q   And you wouldn't remember this even if I
12 characterized it as a chiropractor?
13     A   This is 2008. I don't remember.
14     Q   All right. You don't remember any Dr.
15 Michelle Kerr, K-e-r-r?
16     A   No, I do not.
17     Q   And you don't remember having your back
18 X-ray'd --
19     A   No.
20     Q   -- back then?
21     A   No, I do not.
22         MR. O'BRYAN: You want -- did you want to
23 check on your kids?
24         THE WITNESS: Yes.
25     Q   (By Mr. Massey) Let me ask you one further

111

1  question.
2      A   I'm going to end up -- I can't go on this
3  long.
4      Q   Let me ask one more question and we can
5  break and you can take care of your kids. The fact
6  that you don't remember this incident that's shown
7  by Exhibits 1 and 2, does that mean you never
8  disclosed this to any of the other doctors that
9  you've seen?
10     A   I don't remember this. I don't know.
11     Q   Okay.
12     A   This is 2008.
13     Q   I understand that. I'm asking a different
14 question.
15     A   That's my answer to the question. I do
16 not know. This is 2008.
17     Q   Okay. I'm not asking you about 2008.
18 You've been seeing Dr. Rupert, you've just seen
19 Dr. Strenge, you've seen other doctors. Have you
20 ever told those doctors about this care in July of
21 2008?
22     A   Of course not. I don't remember this.
23     Q   All right. You just heard your lawyer
24 coughing there, which means something perhaps. Did
25 you tell any other doctor about this July 2008

112

1  treatment -- he's coughing again. That's a signal.
2  What's your answer?
3      A   I don't remember. I don't remember
4  telling him anything. I don't know.
5      Q   Well, the fact that you don't remember now
6  means that you would not have told him about it,
7  would you?
8      A   I don't know. I do not remember.
9      Q   All right. Do you recall ever telling any
10 doctor about this treatment?
11     A   I don't recall.
12         MR. MASSEY: All right. You can go take
13 care of your kids. We'll break.
14         (Off the record.)
15     Q   (By Mr. Massey) Marci's last name is
16 Armstrong. Is that what you said?
17     A   Yes.
18     Q   Did you tell me where she lived? You told
19 me she lived in two different spots, with her
20 grandma and --
21     A   She had a place -- I don't know if it's
22 still there. I know it's in Evansville. But I know
23 she goes to her grandma's a lot and stays there and
24 lives there at her grandma's. She has place in
25 Newburgh. That's where it was. It's Newburgh.

**113**

1    Q    Did you ever have any disciplinary
2  problems in high school?
3    A    There was one incidence where I stood up
4  for myself, but that was it.
5    Q    What was that about?
6    A    Let me see, I think I was either a
7  freshman or sophomore and the dude was a senior,
8  picking on me, and I stood up.
9    Q    So you fought back?
10   A    I didn't fight. I didn't swing or
11  anything. But he ended up getting detention or
12  after school detention, something like that. And
13  his mom came to the school griping and complaining,
14  so they ended up giving me detention along with --
15  that was it.
16   Q    Okay. Anything other than that?
17   A    No.
18   Q    You're able to read and write --
19   A    Yes.
20   Q    -- obviously? Do you read any today?
21   A    As in books or --
22   Q    Anything.
23   A    Not really. Just your normal reading.
24   Q    But you read newspapers?
25   A    Not much newspapers. Maybe online news

**114**

1  and stuff like that.
2    Q    All right. When you read online, if your
3  computer is broken, how do you read online? On your
4  phone?
5    A    Yeah.
6    Q    So you read newspapers online?
7    A    Maybe weather, maybe like 14 news, just
8  whatever is going on, stuff like that.
9    Q    Do you read magazines?
10   A    No.
11   Q    Do you hunt and fish?
12   A    No.
13   Q    Never have?
14   A    No.
15   Q    Do you use your firearm?
16   A    No.
17   Q    You never shoot it?
18   A    I've shot it just testing it here and
19  there at the range, but it's been a long time now.
20   Q    So you're not a regular shooter?
21   A    No.
22   Q    But you still own the weapon?
23   A    Yes.
24   Q    Is that the only gun you own?
25   A    Yes.

**115**

1    Q    Have you ever had any computer training
2  other than --
3    A    I was in advanced computers in high
4  school. In college, that was part of the curriculum
5  was. That's what I was going for.
6    Q    I see. So you were in advanced computers
7  in high school, and then in your college courses
8  that you told us about you took some computer
9  courses as well?
10   A    I was going for computer programming.
11   Q    Do you still think you're capable of doing
12  that or not?
13   A    As of right now, I don't know. Technology
14  kind of goes quick. That's one thing you learn.
15   Q    Do you have the brain power, you think, to
16  do it?
17   A    Anybody can attempt to do anything. I
18  don't know.
19   Q    But you know yourself better than anybody.
20  Do you think you have the brain power to continue to
21  study computer programming if you wanted to?
22   A    I honestly have no idea. I'd have to get
23  into it and look at it and see what --
24   Q    All right. Has anybody ever told you that
25  you're below average intelligence or low IQ or slow

**116**

1  or anything?
2    A    No.
3    Q    Nobody's ever told you that?
4    A    No.
5    Q    Do you read any books?
6    A    Just what's online nowadays. That's
7  pretty much all.
8    Q    Okay. But you don't read Field and
9  Stream, you don't read Outdoor Life, you don't read
10  Time, Newsweek, any of the common magazines?
11   A    No.
12   Q    Do you read the local newspaper at
13  Evansville?
14   A    That's the 14 news, the 25 news, stuff
15  like that online. I'll get online.
16   Q    So you follow that online daily basically?
17   A    Just whenever. I mean, I may hear
18  something like the attack that just happened. I'll
19  look on there and get on there and I'll read about
20  it.
21   Q    I see. You read to you kids, anything
22  like that?
23   A    Oh, they read theirselves. I have them
24  read. That's part of their school activities. And
25  over the summer also they have to read X amount

117

1  of --
2  Q   Okay.  They both go to school obviously
3  except in the summers?
4  A   Yes.
5  Q   Do you help them with their homework and
6  take care of them?
7  A   Yes.
8  Q   And since you're the primary parent, I
9  guess, you're bringing them up basically.
10  A   Yes.
11  Q   I mean, you're raising your kids.
12  A   Yes.
13  Q   We'll talk about this more.  But since
14  your injury and since you worked temporarily at
15  Marathon following your accident, have you worked at
16  all since then?
17  A   No.
18  Q   Have you applied for any jobs since then?
19  A   No.
20  Q   Have you made any attempts to get any work
21  at all?
22  A   No, I can't.
23  Q   And you added no and then I can't.  Why is
24  it you say you can't?
25  A   Because of my injury.

118

1  Q   Okay.  But you haven't applied for any
2  jobs?
3  A   No.
4  Q   You haven't attempted to go to any jobs?
5  A   No.
6  Q   If you did get a job and were able to do
7  it, what would become of your kids?  What would you
8  have to do with your kids?
9  A   Same thing I'm doing now.
10  Q   Okay.  Do you take your kids to work, for
11  example?
12  A   No.  I can't take them on the boat.
13  Q   I'm sorry.  Do you take your kids to
14  school?
15  A   Yes.
16  Q   And do you go get your kids from school?
17  A   Yes.
18  Q   So what time do you take them to school?
19  A   One has to be there -- this was last year.
20  I don't know if it's going to change this year or
21  not.  Last year one had to be there at 7:15.  That's
22  when the doors opened.  The other was dropped off
23  for the bus at 7:30 roughly, give or take 15 minutes
24  depending on the bus driver.
25  Q   And do you go pick the kids up?

119

1  A   Yes, at the bus.
2  Q   What time do you pick them up?
3  A   Picked them up at -- let me see, my
4  daughter got out of school around 2:30.  So she gets
5  to the bus right around 3:00, give or take.  It
6  depends on the bus driver, how many kids are getting
7  dropped off.  And my son gets out around 3:30.
8  Q   Is that a separate trip for your son and
9  daughter to pick them up?
10  A   Yes.
11  Q   So you have to make two trips to go get --
12  because they arrive at different times?
13  A   Yes.
14  Q   So if you had a job, you'd have to make
15  some kind of arrangement for them to be picked up
16  and taken care of while you're at work?
17  A   Daycare, same as was before.
18  Q   So when you worked at Marathon before your
19  injury, you used daycare?
20  A   Yes, sir.
21  Q   Your wife didn't take care of them?
22  A   No.
23  Q   Is there a daycare right there in
24  Evansville that people use, that you would use?
25  A   Yeah, the daycare provider I use, I know.

120

1  Q   Okay.
2  A   The bus goes right there to them.
3  Q   You started working at Marathon when, sir?
4  A   Like I said in a previous answer, I
5  believe it's 2008.  I'm not sure.  I'd have to get
6  the paperwork.
7  Q   I think the date was something like
8  May 12, 2008.
9  A   I knew it was in May, but I couldn't
10  remember the year.
11  Q   And I'm going to show you a document here.
12  You've shown me your driver's license and you've
13  shown me your concealed carry permit and you showed
14  me your license for professional detective license.
15  Do you have any other licenses?
16  A   I mean, I was licensed for alcohol,
17  serving alcohol and stuff like a bartender type of
18  thing.  But I don't have that license.
19  Q   All right.  You don't have it presently?
20  A   No.  I mean, I got a tankerman's license.
21  Q   Is that still in force and effect?
22  A   I'm not a hundred percent sure.  I'd have
23  to look at it.  It's at home.  I believe it's still
24  good.
25  Q   But at one time you had a tankerman's

121

1  license?
2      A   Yes.  That was a requirement for Marathon.
3      Q   Any other licenses?
4      A   Just a TWIC card.  I don't know if you'd
5  considered that a license, Transportation Workers
6  Identification.
7      Q   Is that still in force and effect?
8      A   I believe it's still good.  This may be
9  the last year.  I'm not sure.  I think it's a
10 five-year term for the TWIC card.
11     Q   Okay.  Any other licenses that you've had?
12     A   I'm not sure of any that's valid or
13 anything that's good right now.
14     Q   Did you go through bankruptcy at some
15 point?
16     A   Yes.
17     Q   When did you do that?
18     A   I'd have to look.  It's almost ten years.
19 It's almost, I think.
20     Q   Okay.  I think it was in --
21     A   I'd have to look on -- I know I can Google
22 it and find it, but I'd have to look at the year
23 online.
24     Q   Was that before you went to work for
25 Marathon?

123

1      A   No.
2      Q   Have you ever had any car wrecks in your
3  life?
4      A   Oh, yes.
5      Q   Oh, yes.  So you've had several?
6      A   Well, everybody's had at least one.
7      Q   When did you have car wrecks?
8      A   I couldn't tell you.  I know I was at
9  least 16, of course, driving.  I mean, everybody's
10 had.
11     Q   Was it when you were a teenager?
12     A   Yes.
13     Q   All your wrecks were when you were a
14 teenager?
15     A   Yes, roughly.
16     Q   And you had one or two?
17     A   Possibly.  I can't remember.
18     Q   Did you ever have any injuries as a result
19 of car wrecks?
20     A   Just your basic whiplash or stuff like
21 that in the neck kind of.
22     Q   Did you ever have any -- strike that.  Did
23 you ever have any car wrecks where you had a
24 whiplash that you got any medical care for?
25     A   I know I went to a doctor for my neck

122

1      A   I believe so.  I'm not one hundred percent
2  sure.
3      Q   Were you married at the time?
4      A   I remember I filed jointly with my ex.
5  I'm not sure if we were married.  I think we were.
6      Q   Where was that filed?
7      A   State of Indiana, Evansville.
8      Q   So were you discharged in bankruptcy as a
9  straight bankruptcy?
10     A   Yeah.  I forget what chapter it was.
11     Q   Chapter 7 or Chapter 11?
12     A   I'm not sure.
13     Q   It was a straight bankruptcy?
14     A   Whatever it was, it just took everything
15 off.  I didn't owe anybody anything.
16     Q   I see.  And then is it your understanding
17 that you couldn't go bankrupt after that for seven
18 years, or did you have an understanding?
19     A   I didn't know.  I didn't have any type of
20 understanding.  I've kind of researched it
21 credit-wise.  I think it drops off after ten, I'm
22 not sure, seven or ten.  I don't know.
23     Q   Aside from the Indiana National Guard,
24 you've not otherwise been in the military service,
25 have you?

124

1  because it was stiff from the muscles.  I can't
2  remember anything other than that.
3      Q   When did you go to a doctor for stiff
4  muscles in your neck?
5      A   It was years ago, I mean, when I was
6  driving for the whiplash thing or the accident.  I'm
7  not sure exactly the year or date.
8      Q   So was it --
9      A   You're talking 16, and I'm 34.
10     Q   So the wreck you're talking about is when
11 you were 16 years old?
12     A   Yeah, 16, 17, 18, 20.  I mean, I'm not
13 sure of the date or the year.
14     Q   So sometime within that period you had a
15 car crash?
16     A   Yes.
17     Q   And sometime during that period, as a
18 result of the car crash, you had a neck injury?
19     A   More like a muscle thing.
20     Q   Okay.  A muscle thing in your neck?
21     A   Yes.
22     Q   In your low back or in your neck?
23     A   Neck.
24     Q   And you sought treatment for that neck --
25     A   They didn't really do much, but yeah.

**125**

1  Q  -- pain? Was it a chiropractor you went
2  to or medical doctor?
3  A  I don't remember.
4  Q  Where did you get medical treatment?
5  A  I honestly don't remember.
6  Q  What kind of treatment did you get?
7  A  I don't remember. I just remember going
8  to the doctor and they gave me, I think, some
9  medicine. I'm not sure.
10  Q  How long did you have symptoms from that?
11  A  I don't remember.
12  Q  Did you take medication?
13  A  I think I did. I'm not sure. I don't
14  remember.
15  Q  Do you remember which hospital you went
16  to?
17  A  No.
18  Q  Don't remember the doctor's name?
19  A  No.
20  Q  Do you remember where it happened?
21  A  No, I don't remember.
22  Q  Did it happen in Evansville or do you
23  remember?
24  A  I believe Evansville. I'm not sure.
25  Q  Were you driving?

**126**

1  A  Yes.
2  Q  Was it your car?
3  A  Yes.
4  Q  Which car was it?
5  A  I think it was my S10, an old Chevy.
6  Q  What's an S10?
7  A  Chevy S10 pickup truck.
8  Q  Were you ticketed as a result of the
9  accident?
10  A  No.
11  Q  Was it a one-car or two-car accident?
12  A  I believe it was a one-car. I'm not sure.
13  Q  So you run off the road and hit something?
14  A  No, they hit me. It was their fault.
15  Q  Okay, so it was a two-car crash, you and
16  somebody else?
17  A  Yeah.
18  Q  I see. Any other car crashes besides that
19  one?
20  A  Not right now off the top of my head. I
21  can't remember.
22  Q  At some point after you started working
23  for Marathon, did you take off for family leave,
24  family medical leave?
25  A  It sounds familiar. I'm trying to think.

**127**

1  I need to know the date. I'm trying to think of
2  what -- it sounds familiar. I can't remember. I
3  can't put it together.
4  Q  It looks like to me it happened in 2012.
5  So that would have been a couple years before your
6  incident. And it would have been four years after
7  you started working for Marathon.
8  A  I know I had to come home because my
9  grandpa died, but I don't think it was 2012. I'm
10  not sure.
11  Q  So you have no memory of a medical leave
12  time that you took off from Marathon?
13  A  I don't know if they considered it medical
14  leave, how Marathon put it. I know I had to take
15  off for, like I stated before, my grandpa --
16  Q  You would have had to request it in order
17  to get family medical leave. You'd have had to go
18  to Marathon and ask them.
19  A  Actually, I had to go to my captain, told
20  him my grandpa died, I needed to get to the funeral.
21  Q  So you remember that time?
22  A  Yes, but I don't remember the year or when
23  exactly it was. I'd have to look on the obituaries
24  and find it.
25  Q  Do you remember how long you took off for

**128**

1  medical leave when your grandfather died?
2  A  It was whatever Marathon gave me. I'm not
3  sure what their --
4  Q  You recall any other time when you were
5  offered family medical leave?
6  A  I don't remember as of right now. I don't
7  remember.
8  Q  When you started with Marathon, you filled
9  out employment applications?
10  A  I'm guessing. I don't remember. I
11  remember I applied with them. I forget which way I
12  did it, either online or paper and mailed it in.
13  I'm not sure. And my interview was over the phone
14  and hiring over the phone.
15  Q  Okay. Did you fill out some papers after
16  they talked to you over the phone?
17  A  After they hired me, they said I had the
18  job, we had to come in and watch a bunch of videos
19  and fill out some stuff, safety videos and
20  everything. It was a bunch of paperwork and doing
21  online training.
22  Q  Who did you talk to on the phone to get
23  your job.
24  A  I do not remember.
25  Q  How long was it -- strike that. How did

129

1  you come to apply for the job?
2     A   They needed help, so I applied.
3     Q   But how did you come to learn that?  Did
4  you see an advertisement, did somebody call you, did
5  you see it online, did you see it on television, did
6  you see it in the newspaper?  How did you know that?
7     A   The captain, Mark Sigler, he told me they
8  were in need of people badly.  He told me to apply.
9     Q   And Mark Sigler would be considered your
10 stepfather?
11    A   At that time, no.
12    Q   Okay.  He was just dating your mom at the
13 time?
14    A   Yes.
15    Q   So Mark Sigler said something about they
16 may have available openings --
17    A   No, they needed people badly, and he told
18 me that if I wanted the job to apply and see if you
19 can get it.
20    Q   So what did you do?
21    A   I applied.
22    Q   And how did you do that?
23    A   I don't remember if it was online or
24 paperwork.  I'm not sure.
25    Q   Okay.  But somehow you made connection

130

1  with the company.
2     A   Yes.
3     Q   And so you had an interview over the
4  phone?
5     A   Yes.
6     Q   You talked to someone.
7     A   Yes.
8     Q   You don't remember their name?
9     A   No.
10    Q   And then what happened after you had the
11 phone call?  Did you have to come in or go someplace
12 or do something?
13    A   There was a little bit of time in-between
14 and they had me come in with everybody else they
15 hired, watch videos, fill out your W-4 form, or W-2,
16 whatever the forms are.
17    Q   Where did you go to do that, what
18 location?
19    A   Catlettsburg, Kentucky.
20    Q   So you had to drive from Evansville to
21 Catlettsburg?
22    A   Yes.  They got me a rental car.
23    Q   So they rented you a car in Evansville?
24    A   Yes.
25    Q   So you went to the place, picked it up,

131

1  and drove to Catlettsburg?
2     A   Correct.
3     Q   How long of a drive is it from
4  Catlettsburg to Evansville?
5     A   Six hours straight through.  I want to say
6  320 something miles.
7     Q   Okay.
8     A   Maybe 330 or more.
9     Q   So you went to Marathon's office in
10 Catlettsburg and stayed there?
11    A   Yes.
12    Q   For how long?
13    A   That I don't remember.  They got us a room
14 and we had our -- I don't know how you would word
15 it.  The meetings in the very beginning or --
16    Q   Do you remember where you stayed when you
17 went to Catlettsburg?
18    A   90 percent of the time they had us stay at
19 a hotel down the road.  It was right off of 64.  I
20 don't remember the hotel's name.
21    Q   Was it in Ashland, Kentucky or was it in
22 Catlettsburg, or do you remember?
23    A   I don't know their borders.  I don't know
24 exactly where it begins or ends.  It kind of all
25 merges together.

132

1     Q   How did you stay there before you actually
2  boarded a vessel for a trip?
3     A   I'm not one hundred percent sure.  I want
4  to say a week, but I don't know.
5         (Defendant's Deposition Exhibit
6         3 marked for identification.)
7     Q   (By Mr. Massey)  Let me show you what's
8  been marked as Defendant's Exhibit 3, which is a
9  summary report of the training that you received
10 when you were working at Marathon.  Can you identify
11 that as being what I just said?
12    A   It looks like it.
13    Q   And flip to the -- flip to the -- the way
14 it's organized, flip to the last page.  Do you see
15 that?
16    A   What about it?
17    Q   Do you see that, Ryan?
18    A   See what about it?
19    Q   The last page.
20    A   Yes.
21    Q   All right.  And if you look at it, it's
22 page number 9 up at the top right-hand corner.
23    A   Okay.
24    Q   Is that right?
25    A   Yes.

133

1    Q    And it looks like the training began on
2    May 12, 2008. You see those dates?
3    A    Yeah.
4    Q    And then there's some on 05/12, there's
5    some on 05/13. If you flip to the next page,
6    page 8, it's 05/13, goes to 05/15, goes to 05/16.
7    Then there's a gap to 05/22. Do you see that?
8    A    Yes, 05/16, 05/22.
9    Q    First of all, this exhibit that you have
10   in front of you, Exhibit 3, that appears to be the
11   training summary report of all the training that you
12   did when you were at Marathon. Is that true?
13   A    It looks like it. I can't say it is or I
14   can't say it ain't. I don't know. This is
15   easily -- it could be easily made up.
16   Q    Okay. Let me ask you this then. When you
17   were at Marathon, from the time you started until
18   the time you ended, did you keep any records
19   yourself, written records?
20   A    No.
21   Q    So -- strike that. Did you keep any sort
22   of records that weren't written from the time you
23   started with Marathon until your time ended?
24   A    No. I asked them if I could end up
25   printing off things or keeping things on a disc.

134

1    And I was told exactly by the captain and by
2    Marathon, the company, the port captains and
3    everything in there, that the computers are set up
4    so that legally we could not take anything home
5    because it's confidential, I don't know, legal
6    confidentiality or something. The computers are set
7    up so if you do a flash drive, try to save things,
8    you can't do it. It only works with that one
9    computer. Somehow the programmers have it set up
10   that you can't do anything.
11   Q    Okay. So in answer to my question, you
12   don't have anything written that you prepared or you
13   made while you were working at Marathon --
14   A    No.
15   Q    -- that would indicate your activities
16   when you worked at Marathon?
17   A    No.
18   Q    Even when you worked on the boat, you
19   never kept any written records of any sort?
20   A    The only written record now I can think of
21   is tankerman's logs. We have to write down what
22   barges we have tanked. That's it.
23   Q    Did you keep such records?
24   A    Yes.
25   Q    Do you still have those records?

135

1    A    I don't know. I'd have to look for them
2    and see. That's two years ago. I don't know where
3    they'd be at.
4    Q    You haven't looked for them since you
5    filed the lawsuit?
6    A    No. Why would I?
7    Q    Because I asked for them.
8    A    I don't know -- I haven't seen them.
9    Q    You didn't look for them?
10   A    I haven't seen them. I looked around for
11   some things, but I didn't see that. I don't know
12   where it could be at.
13   Q    Did you, in fact, look? Because I asked
14   you to produce any of those documents and I don't
15   have anything. So my question is, did you even look
16   like you were supposed to?
17   A    Yes, I looked around.
18   Q    Okay. You didn't find anything?
19   A    No.
20   Q    All right. So to this date, you don't
21   know of any written records that you have that
22   reflect any of your activities when you were working
23   at Marathon. Is that true?
24   A    As of right now, I don't remember any.
25   Q    Okay. And you've looked around and you

136

1    haven't discovered any?
2    A    Exactly. I don't know. They are there.
3    They are somewhere. But I don't know where they are
4    at or if they got left on the boat.
5    Q    Okay. But you've looked and --
6    A    It's a tankerman's log and that's it.
7    It's just a log.
8    Q    Okay. And you've looked and you haven't
9    found any?
10   A    No, I haven't found any.
11   Q    Do you think your wife stole those?
12   A    I don't know.
13   Q    But you haven't found any?
14   A    No, I haven't.
15   Q    Is the tankerman log the only thing that
16   you would have ever kept while you were working for
17   Marathon that reflected your activities when working
18   with Marathon?
19   A    I have no idea.
20   Q    All right.
21   A    I don't know. I don't know what logs the
22   captains have or what they put down.
23   Q    Listen to my question, Ryan. Did you keep
24   any records of any of your activities while you were
25   working with Marathon?

34   (Pages 133 to 136)

### 137

1   A   No.
2   Q   That was my question. Not what the
3   captain did, all right? You with me on that?
4   A   I heard you.
5   Q   All right. If you did keep a tankerman
6   log, would it only have tankerman activities?
7   A   Yes.
8   Q   Would it only have tankerman activities if
9   you were acting as a tankerman on that day?
10  A   Yes.
11  Q   On the day of your incident that we're
12  going to talk about here in a minute, you were a
13  deckhand?
14  A   Yes.
15  Q   You weren't a tankerman?
16  A   Technically I'm both.
17  Q   Okay. Let me ask you then, did you put
18  down in any tankerman log anything about your
19  incident?
20  A   No, because we didn't -- we couldn't load
21  because of the lightning.
22  Q   Okay. I'll re-ask the question. On the
23  day of your incident, did you put anything down
24  about your incident or any of your activities in the
25  tankerman log?

### 138

1   A   No.
2   Q   How do you know that?
3   A   Because you only put down what you've
4   done. You put down the date, the barge number, hook
5   up time, disconnect time, etcetera.
6   Q   All right. And since you weren't doing
7   that on the day of your incident, you wouldn't have
8   put anything down about your incident?
9   A   No.
10  Q   All right. So back to my question about
11  the training summary report. You didn't keep any
12  written records or any records of every time you did
13  some training?
14  A   No.
15  Q   So do you have any quarrel with Exhibit 3
16  as being a complete record of all the times that you
17  did any training as far as videos and material that
18  they had on the computer?
19  A   The only thing I can say is I can get in
20  the computer and make this up easy right now.
21  Q   Okay. Do you think they did that?
22  A   I don't know.
23  Q   You aren't able to say one way or the
24  other?
25  A   I have no idea.

### 139

1   Q   All right. Look at the --
2   A   There's nothing in here signed, dated,
3   notarized showing.
4   Q   Incidentally, any time they wanted you to
5   sign something, Marathon wanted you to sign
6   something like your evaluations, your performance
7   evaluations, and they asked you to sign, did you
8   ever sign those or did you refuse?
9   A   I remember I have my performance
10  evaluations.
11  Q   Why did you refuse on a number of
12  occasions to sign the evaluations?
13  A   I don't remember ever refusing.
14  Q   What if the evidence is going to show in
15  this case that you did? My question is, why would
16  you refuse?
17  A   I don't remember. I don't remember the
18  circumstances. I don't know.
19  Q   Look at the training that's shown on
20  Exhibit 3 as occurring on May 12, May 13, May 15
21  through May 16. Did you do all of that training
22  before you actually got on the boat?
23  A   What page are you on now?
24  Q   Page 9 and partial part of page 8.
25  A   I couldn't tell you. That's two years

### 140

1   ago.
2   Q   Do you have quarrel with this record that
3   shows that you did that training?
4   A   I've already stated that before in my
5   previous --
6   Q   What's your answer?
7   A   I stated that before in my previous
8   answer. This is easily made up. I can make this up
9   right now if you wanted.
10  Q   I appreciate that. My question is, is
11  this reflective of the training that you did on
12  those dates?
13  A   I couldn't tell you.
14  Q   You just don't remember?
15  A   I don't know.
16  Q   Do you remember?
17  A   No, I do not.
18  Q   Can you tell me the names of any of the
19  training videos and information that you received on
20  those days that you were there before you got on the
21  boat?
22  A   I do not know. That's two years ago.
23  Q   But you don't have a memory?
24  A   I don't remember this.
25  Q   Do you remember the type of training that

35 (Pages 137 to 140)

141

```
 1  you got before you got on the boat, how it was
 2  delivered to you, whether it was by computer,
 3  whether it was by CDs, whether it was watching it on
 4  a screen?  Do you remember how it was delivered to
 5  you?
 6      A    There was some training on CDs, some
 7  training on computers, some training on land.
 8      Q    On land?
 9      A    Yes.
10      Q    You mean just one-on-one person?
11      A    It was like fire watch, firefighting, and
12  HAZWOPER training.
13      Q    Okay.  Do you remember, for example,
14  getting trained on slips, trips and falls on 05/13,
15  which is page 8, the third one from the bottom?
16      A    I don't remember this.
17      Q    It says it was .25 of an hour time spent.
18  And it says at WBT.  Do you know what WBT stands
19  for?
20      A    No, I do not.
21      Q    You don't think that's web-based training?
22      A    Sounds like it.  I don't know.
23      Q    Did you do some things on the web?
24      A    Marathon don't -- well, they do have the
25  internet web.  But it is the intra-web.
```

142

```
 1      Q    Go ahead.
 2      A    That is computer training, if you want to
 3  consider that.  But they do some things -- Marathon
 4  has their own intranet they call it.  It's their own
 5  internal internet.  So if you want to say web, I
 6  mean, I can -- I don't know.  I don't remember any
 7  of this, like I stated before.
 8      Q    Okay.  Well, describe to me the training
 9  that you had that you remember that went on when you
10  were there in Catlettsburg staying in a hotel before
11  you boarded the vessel.  Tell me all the training
12  that you remember.
13      A    The very beginning, we came in, had a
14  meeting.  A handful of people were around.  They
15  talked to us, we signed some W-2s or W-4s or
16  whatever for the state for tax reasons.  We watched
17  some videos.  I couldn't tell you exactly what.  We
18  sat on a computer, did some training on the
19  computer.  And they had us go out on a barge to get
20  us familiarized with it, see what it looks like.
21  These are days that it's going on, not all on one
22  day.  This is all split up.
23      Q    I asked you to describe the training you
24  got and that's what you're doing.  Go ahead.
25      A    And then that lasted probably about a week
```

143

```
 1  or two to get us familiarized.  I'm not sure exactly
 2  how long.  Then some people went out on barges -- or
 3  on tugboats, I believe it would be called, the
 4  little bitty boats, harbor boats.
 5      Q    Harbor boats?
 6      A    Yes.
 7      Q    Okay.
 8      A    Some people went out on them.  But the
 9  people like me that lived that far away went out on
10  actual line haul boats.  And the very first week I
11  was out on a line haul boat, since I've never been
12  on a barge or worked on it, they told me to stand
13  back and watch, do not touch anything.
14      Q    You mean after you even started your first
15  trip?
16      A    Yeah.  That was part of my first trip.
17      Q    So let me back up and make sure I
18  understand.  You were doing your training on the
19  land before you took a trip for a week or two.
20      A    Yes.
21      Q    And during that time period, the training
22  you received, some of it was on computers?
23      A    Yes.
24      Q    And you didn't write down the exactly the
25  training you got?
```

144

```
 1      A    No.
 2      Q    And you don't remember every single item
 3  of every training you got?
 4      A    No.
 5      Q    But I've shown you Exhibit 3, which
 6  purports to list all the stuff you did.
 7      A    Okay.
 8      Q    All right.  You've not -- have you seen
 9  that document before?
10      A    No.
11      Q    When you did the training on the computer,
12  did you have to sign in?
13      A    Yes, we have PIC codes and -- when you're
14  on the boat you have PIC codes and passwords.
15      Q    All right.
16      A    I believe.  And I think there may be one
17  other password.  There's so many passwords,
18  different passwords they have, I can't remember.
19      Q    I understand.  Let's first of all just
20  deal with the time before you got on your first
21  trip, okay?  You with me so far?
22      A    Yes.
23      Q    During that week or two, you did training
24  on the computer?
25      A    Video and computer.
```

145

1    **Q**   Okay. When you did the video and the
2  computer, you had to sign in and use a password of
3  some sort?
4    **A**   Yeah, whatever they provided me with.
5    **Q**   And then some of the videos would last 15
6  minutes and go into something else?
7    **A**   It's TV. Sometimes we'd sit around and
8  just watch it.
9    **Q**   Okay.
10   **A**   Sometimes we'd get on there and actually
11  just click next and read.
12   **Q**   So sometimes it was a Power Point deal
13  where you just looked at a slide and the video and
14  then you moved to the next one?
15   **A**   Pretty much, yeah.
16   **Q**   That was recording the amount of time and
17  what you were doing at the time you were doing it?
18   **A**   I don't know.
19   **Q**   Okay. Besides that method of looking at
20  it on a computer, then they also did some hands-on
21  training as well?
22   **A**   No, nothing on land hands-on. They threw
23  us right out on the boats. I can only speak to two
24  years ago last time I was up there. They had a pad
25  for training people. They didn't do nothing like

146

1  that with us. There was no hands-on. The hands-on
2  was actually on the line haul boat. But that was
3  only a week after being on the line haul boat and
4  that was just cranking a winch.
5    **Q**   I'm just talking about you and I'm just
6  talking about the time when you did your training.
7             (Defendant's Deposition Exhibit
8             4 marked for identification.)
9             (Defendant's Deposition Exhibit
10            5 marked for identification.)
11            (Defendant's Deposition Exhibit
12            6 marked for identification.)
13   **Q**   (By Mr. Massey) I'm showing you what our
14  court reporter has marked as Defendant's Exhibits 4,
15  5 and 6. Can you identify and tell me what those
16  are?
17   **A**   This is a picture. I don't know exactly
18  what. It looks like a doctor.
19   **Q**   Flip through it and see if you can tell
20  what it is.
21   **A**   Looks like information on lifting safely.
22  That's what it keeps saying, lifting safely.
23   **Q**   Was Exhibit 4, was that one of the safety
24  videos that you did in the week or so before you
25  boarded the vessel?

147

1    **A**   I do not remember this at all. This looks
2  new. I don't remember seeing anything like this.
3    **Q**   You're looking at Exhibit --
4    **A**   4.
5    **Q**   4. Look on page 8 of the summary. On
6  05/13/08, that's on page 8, you see that back safety
7  awareness?
8    **A**   05/13/08, back safety awareness, yes.
9    **Q**   What was that training about?
10   **A**   I would have to make an educated guess of
11  back safety awareness because that's what's stated.
12   **Q**   But what do you remember about what that
13  training was about?
14   **A**   I don't remember it.
15   **Q**   Okay. You have no memory of it at all?
16   **A**   I don't remember this.
17   **Q**   Could that have been Exhibit 4, or do you
18  know?
19   **A**   I do not know. There's nothing on here
20  stating when this or how old this is or when -- this
21  could be brand new printed off and just saying this
22  is what the new thing is.
23   **Q**   Look at all the training shown on 05/12 on
24  page 9. Can you give me a description of any of
25  that training that was purportedly done on those

148

1  days?
2           MR. O'BRYAN:   What year is this?
3           THE WITNESS:   2008.
4           MR. MASSEY:   2008.
5    **Q**   (By Mr. Massey) Go ahead, sir.
6    **A**   I don't know. I don't remember. You're
7  talking 2008 again.
8    **Q**   Okay. For example, on the marine winches
9  on 05/13 on that same page 9, do you remember what
10  the winch training was about?
11   **A**   No, I do not. They changed -- they
12  changed them up so often.
13   **Q**   I understand. I'm asking what you
14  remember --
15   **A**   I don't remember.
16   **Q**   -- about the training that you got on
17  05/13/08. And you don't have a memory of that?
18   **A**   No.
19   **Q**   And likewise, on the next page, on page 8,
20  do you remember for any of the training done on any
21  of those days, from 05/13 even up to the top of the
22  page, 11/29/08, do you remember the details of any
23  of that training that you did?
24   **A**   This is 2008. I don't remember any of it.
25   **Q**   When did you learn lifting, safe lifting

149

1  practices? When did you learn that?
2     A   I don't remember. I couldn't tell you the
3  date. I don't know.
4     Q   Okay. What -- describe for me what safe
5  lifting practices are the way you learned them at
6  Marathon.
7     A   The way I learned them?
8     Q   Yes.
9     A   For one, I can't tell you if it's a video
10 or if we did it on the computer. I don't know. I
11 can't remember how they had it done. There's so
12 many things you have to do, I don't know. And on
13 top of working on barges, everything kind of blends
14 together. You have sleep deprivation, everything
15 going on.
16    Q   I understand. I'll ask you about that.
17 My question was about safe lifting practices. How
18 did you learn how to safely lift from the training
19 that you got?
20    A   I don't remember how they put it down. I
21 don't remember.
22    Q   Okay. What are safe lifting practices?
23 Describe for me what that is, what that means.
24    A   You lift safely, exactly what it's talking
25 about.

150

1     Q   Okay. And how do you lift safely?
2     A   It depends on what you're lifting. I
3  mean, what are you --
4     Q   Anything that you're lifting, how is the
5  proper way to lift?
6     A   Bend with your legs, you lift.
7     Q   What does that mean, to bend with your
8  legs when you lift? What does that mean?
9     A   You lift with your legs, you bend with
10 your legs.
11    Q   In other words, you don't -- you bend your
12 knees?
13    A   Yes.
14    Q   And not lift with your back bent at the
15 waist?
16    A   Correct.
17    Q   Okay. Why is that? Why do you -- why are
18 you taught to bend with your knees bent and not bend
19 from your waist? Why are you taught to lift that
20 way?
21    A   So you don't end up hurting yourself.
22    Q   And what -- how do you hurt yourself if
23 you bend at your waist instead of bending your
24 knees?
25    A   Anything could happen.

151

1     Q   What could happen?
2     A   Pulled muscles, strained muscles, hurt. I
3  mean --
4     Q   In your back?
5     A   Well, your lower back, upper back, legs.
6  I mean, there's many things.
7     Q   Were you taught that from the very
8  beginning there when you started work for Marathon
9  in May of 2008?
10    A   I don't remember.
11    Q   Do you think you were?
12    A   I don't know. I don't remember.
13    Q   When did you first have a memory of
14 learning how to properly lift?
15    A   I couldn't give you an exact date.
16    Q   Give me an approximate date.
17    A   I don't know. I can't give you --
18    Q   Was it pretty soon after you started
19 working there?
20    A   I don't remember. I couldn't give you --
21 I can't speculate on that.
22    Q   Well, let me ask you this. Was there a
23 time after you got on the boat where you didn't lift
24 properly, that you didn't bend your knees and lift
25 properly? Was there a time when you didn't do it

152

1  properly?
2     A   When they had us stretching up in -- when
3  they started the new stretching programs.
4     Q   Okay. So you mean before that you didn't
5  lift properly?
6     A   Well, I've lifted properly, yes. I've
7  done everything --
8     Q   I asked you --
9     A   What do you mean? I mean, improper
10 lifting, that has to do with stretching up on top,
11 bending at the waist, bending down and touching your
12 toes.
13    Q   Listen to my question. Did you lift
14 improperly at some point while you were aboard the
15 boat before you were properly taught to bend your
16 knees and not bend from the waist, or did you lift
17 properly from the get go? That's my question.
18    A   I don't remember. I'm kind of confused
19 about your -- the whole thing is kind of --
20    Q   Okay. I don't want to confuse you, Ryan.
21 I asked you when you completed your week before --
22 week or two before you got on the vessel, by that
23 time, had you learned to lift properly?
24    A   I don't remember that.
25    Q   All right.

38  (Pages 149 to 152)

**153**

1    A   I don't know.
2    Q   So here's the next question.  At what
3  point do you know that you had learned to lift
4  properly?
5    A   I couldn't tell you.  I don't remember the
6  dates.  I don't know.
7    Q   I didn't ask for the date.  Was it after
8  one trip you learned how to lift properly?
9    A   I couldn't tell you.  I don't know.  I
10  don't remember.
11    Q   Let me ask you this.  By the time of the
12  incident, which is six years after you started, had
13  you learned how to lift properly then?
14    A   I guess.  I'm not sure.  If you're talking
15  about being trained by web-based by them, I don't
16  know.
17    Q   I'm asking --
18    A   I don't remember exactly when it happened,
19  when they trained me.
20    Q   I understand that.  I'm asking, during the
21  time before your accident, were you properly trained
22  not to lift by bending from the waist and by bending
23  your knees?
24    A   You're saying was I trained improperly to
25  lift?

**154**

1    Q   No.  Listen to my question.  I'll re-ask
2  it.  By the time of your accident, had you already
3  been trained not to lift improperly, in other words,
4  lift by bending your knees and not bending your back
5  at the waist?  Had you already been properly trained
6  not to do that?
7    A   I don't -- I can't remember.  I don't
8  know.
9    Q   Look at Exhibit 3 -- or Exhibit 4, this
10  one here.  What number is that?
11    A   The pictures?
12    Q   Yes.  What number is that?
13    A   4.
14    Q   Flip to this page here where it says
15  lifting the load.  Flip to that page.
16    A   Does it have a -- 1671?
17    Q   Yeah, it's number 1671 on the Bates stamp.
18  It's at the bottom, 1671.
19    A   That's what I'm trying to find.
20    Q   Did you find the right page?
21    A   I believe so.  Can I see the picture again
22  just to double check?
23    Q   Just look at the number, 1671.
24    A   Yeah, I've got it.  I just wanted to make
25  sure it was the same one, okay.

**155**

1    Q   Do you remember when you first boarded the
2  first vessel you ever got on to work for Marathon?
3    A   Yes.
4    Q   What was the date?
5    A   I couldn't tell you the date.  I just
6  remember boarding it.
7    Q   Okay.  It was after a couple weeks of
8  training?
9    A   A week or two, yes.
10    Q   And the training you got, again, was
11  computerized training that you did that you
12  described for me on the computer?
13    A   Uh-huh.
14    Q   Was there any other type of training than
15  that?
16    A   Just like I said, TV and computer.
17    Q   Okay.  So you did TV training and you did
18  the computer training.
19    A   Yes.
20    Q   And by TV, you mean there were programs
21  that you would watch on television that would teach
22  you about safety?
23    A   There were CDs.  It wasn't just about
24  safety.  It would be policy and procedures, I mean,
25  just --

**156**

1    Q   Was some of the training during that
2  period on lifting, heavy lifting?
3    A   I don't remember.
4    Q   Do you remember that part of the job as a
5  deckhand was going to be heavy lifting?
6    A   Yeah, they said --
7    Q   Right.  They told you that?
8    A   Yes.
9    Q   And you knew that?
10    A   Yes.
11    Q   So they taught you some heavy lifting
12  techniques and trained you on that before you ever
13  got on the boat?
14    A   I don't remember what they --
15    Q   When you started, were you a deckhand
16  three?
17    A   Yes.
18    Q   How long were you a deckhand three before
19  you became some other form of deckhand?
20    A   I couldn't tell you.
21    Q   On this page 1671, it says, lifting the
22  load.  The key is lifting -- the key to lifting
23  safely is keeping your back straight or slightly
24  arched, never use your back to lift.  Do you see
25  that?

157

1  A  Yes.
2  Q  What does that mean?
3  A  Exactly what it states, keep your back
4  straight and slightly arched, never use your back to
5  lift.
6  Q  What does that mean you're supposed to do
7  with your knees?
8  A  You bend.
9  Q  Okay.  When did you first learn that, if
10 you remember?
11 A  I couldn't tell you.  I don't know.
12 Q  Was it before you ever got on the boat or
13 was it after you --
14 A  I don't know.
15 Q  You don't remember if it was before you
16 got on the boat or not?
17 A  No.
18 Q  Whenever you received this exhibit here,
19 4, that would have been some instruction on that?
20 A  I don't remember ever receiving this
21 exhibit or seeing --
22 Q  Do you remember ever getting any
23 instruction and training on this, lifting safely?
24 Do you ever remember that?
25 A  No, I don't.

158

1  Q  Did you know that from your experience?
2  A  Experience as -- what kind --
3  Q  As a deckhand.
4  A  I'm not understanding.
5  Q  Did you know and understand as a deckhand
6  that the proper way to lift was lift safely by
7  keeping your back straight or slightly arched and
8  never use your back to lift?
9  A  Yes.
10 Q  You knew that?
11 A  Well, yes.
12 Q  And you were trained on how to do that?
13 A  I couldn't tell you when -- I don't know.
14 Q  I didn't ask when.
15 A  I don't remember.
16 Q  But you were trained to properly lift?
17 A  I don't remember them training me.  I do
18 not remember.
19 Q  But you knew that as a deckhand that that
20 was a proper way to lift?
21 A  Yes, I knew how to lift.  I don't know if
22 it was considered proper.  I don't know -- I just
23 knew how to lift.
24 Q  Okay.  For example, do you contend on the
25 day of your accident when you were doing whatever

159

1  you were doing, and we'll get to that in a minute,
2  do you think you were lifting properly?
3  A  I was doing what I could to the best of my
4  ability without trying to hurt myself.
5  Q  So were you lifting properly or not?  It's
6  a simple question.
7  A  I don't know.
8  Q  You don't know if you were lifting --
9  A  I was lifting the best I could with the
10 condition of the weather.
11 Q  Okay.  Did you bend your knees or do you
12 remember?
13 A  Yes.
14 Q  Did you keep your back straight or
15 slightly arched?
16 A  That I don't remember, how quick
17 everything was going.
18 Q  So you could have bent from your waist is
19 what you're saying?
20 A  How fast we were being rushed, the
21 weather, I know my feet were spread apart, I know I
22 had to do some awkward things, just like with any
23 part of the boat you have to do some things that are
24 awkward and heavy.
25 Q  So what you're saying is because of the

160

1  circumstances you could have lifted improperly?
2  A  There is a possibility, yes.
3  Q  Okay.
4  A  I don't remember.
5  Q  Okay.  And if other people said that they
6  saw you lift improperly, you would agree with that?
7  A  I don't know if I would agree.  I don't
8  know.
9  Q  Okay.  You don't remember how you were
10 lifting?
11 A  We were being rushed and we had to get out
12 there and hurry up and do it.
13 Q  I didn't ask about we.  Did you lift
14 properly?
15 A  I was being rushed.  We had to hurry up
16 and get out there and get it done because of the
17 weather.
18 Q  All right.  I heard that.
19 A  Okay.
20 Q  My question is, were you lifting properly
21 or do you remember?
22 A  I couldn't tell you.
23 Q  That's a good answer.  Thank you.  Besides
24 the training that you got on the computer and on the
25 TV before you went on the vessel, we're talking

161

1  about back in '08, did you continuously from
2  '08 until 2014, did you continuously receive
3  training with Marathon?
4      A   Yes, we had monthly, or whenever it popped
5  up, web-based training or videos we had to watch.
6      Q   Okay.  And tell me generally about that
7  training from 2008 until up to the time of your
8  accident.  Just describe the different training that
9  you got with Marathon.
10     A   I know we had firefighting training, we
11  had HAZWOPER training we had to do.  Part of being a
12  deck one, you had to do training before you ended up
13  getting your tankerman's license.  You had more
14  firefighting training to do on that.  There was
15  videos and web-based we had to watch.  Just whenever
16  it popped up.  It told you when you had to do it.
17  And the captain also kept record of it.
18     Q   Okay.  Looking again at this Exhibit 3,
19  that's the summary of the training, this seems to go
20  from '14 to 2013 to 2012 to 2011, on back until the
21  time you started.
22     A   Okay.
23     Q   If this is correct, and I understand you
24  think it could be made up, but if it's correct, it
25  looks and it appears as if generally you had many

162

1  training sessions in every year you were employed
2  with Marathon.  Is that true, in fact, that you did?
3      A   It was just about almost every month.
4  When we got on the boat we had to finish up training
5  in order to please the office people.  I'm not sure
6  exactly.  We had dates it had to be finished by.  I
7  couldn't tell you if this is true.  I couldn't tell
8  if somebody could have re-worded it, taken out,
9  added to it, taken the name off.  I don't know.
10     Q   I understand that.  But you wouldn't have
11  any way to dispute the accuracy of this because you
12  kept no records yourself.  Is that true?
13     A   I didn't keep any records.  We couldn't
14  keep any records.
15     Q   All right.  So in answer to my question,
16  you didn't keep any records so that you could
17  determine whether or not this was absolutely
18  accurate or not one way or the other?
19     A   No.  I don't have any records.
20     Q   All right.  You, in fact, were not allowed
21  to get back on the boat on several occasions because
22  you hadn't done the training.  And in fact, you had
23  to make up the training so that you could get on the
24  boat?
25     A   I don't remember that at all.

163

1      Q   All right.  But there were requirements
2  that you do certain training, make sure it had been
3  done, in order to start your next trip?
4      A   That was -- they started that towards
5  the -- let me see, this is two years ago.  So it
6  would have been another maybe year or two towards
7  the end of when I stopped -- when the incident
8  happened.  They started saying you couldn't get on
9  the boat or something if you hadn't had your
10  training caught up or something.  But I remember
11  getting on the boat, but I don't remember anything
12  not being allowed on the boat at all because I
13  received pay and everything.
14     Q   Let me re-ask the question.  At some point
15  in time, you were told that before you could make
16  your next trip you had to go in and get all your
17  training complete so that you would be eligible to
18  go on your next trip?
19     A   That was passed down to everybody.
20     Q   I'm not singling you out, Ryan.  I'm just
21  asking you a question.
22     A   No, I was just stating that.  I was
23  answering your question.
24     Q   All right.  So the fact of the matter is
25  there were times when you had to be brought in and

164

1  told that you had to do your training in order to
2  make your next trip.  Everybody else was told the
3  same thing.  But you were as well?
4      A   I wasn't singled out.  But yes, everybody
5  was notified.
6      Q   Okay.  So training was required
7  periodically to make sure that you would be up on
8  your training so that you could take your next trip?
9      A   Yes.
10     Q   And if this is accurate, this Exhibit 3,
11  it looks like you had gotten training from
12  television, from CD and from computers every year
13  dating back through the year you started.  Is that
14  true?
15     A   Yes, we've done that and on land training.
16     Q   And during that other -- during that
17  period of time, all those six years, you had land
18  training as well?
19     A   Yes.
20     Q   And all during that period of time, you
21  had training on lifting properly, among other
22  things?
23     A   I don't remember exactly everything.  I
24  remember going to firefighting classes, like I've
25  stated beforehand.

41  (Pages 161 to 164)

**165**

1  Q  Do you remember sessions, classes,
2  whatever you want to talk about, where they
3  cautioned you about back safety awareness and how to
4  lift properly?
5  A  I don't remember.
6  Q  You don't remember one way or the other?
7  A  No, I don't remember.
8  Q  Let's not break yet.  I want to get to a
9  certain area and then we'll break and get some lunch
10  since it's here.  I want to skip ahead a little bit
11  to the incident, Ryan.  So let's get to that just
12  for a minute.  We'll do that and we'll take a break.
13  Do you remember the day of the accident?
14  A  Yes, I remember some things.
15  Q  Which boat were you on?
16  A  Nashville, I believe it was.  I'm not one
17  hundred percent sure.  Or they might have renamed --
18  I'm trying to think if they renamed it.  I think it
19  was Nashville.  I'm not sure.
20  Q  You're not sure?
21  A  Not off the top of my head, no.  I can't
22  remember.  I think it's Nashville, but I'm not one
23  hundred percent sure.
24  Q  Whichever boat it was, had you been on
25  that boat before?

**166**

1  A  Yes.
2  Q  Do you remember if you were at the
3  beginning of your trip, the end of your trip, the
4  middle of your trip?
5  A  We were roughly -- we got on down south.
6  Q  You say we.  Who are you talking about?
7  A  The crew and everybody.  We flew down
8  south.
9  Q  Everybody got on at the same time?
10  A  Yes.
11  Q  Okay.  Who was in the crew?
12  A  Honestly, I don't remember their names.
13  I'm no good on names at all.
14  Q  That's all right.  Do you remember any of
15  the names of any of the crew members?
16  A  Just the captain, Mike.
17  Q  That's his first name.  Do you remember
18  his last name?
19  A  No.
20  Q  Okay.  Do you remember the names of any of
21  the other crew members?
22  A  Dane or Dean.  It started with a D.
23  Q  Okay.  Do you remember the names of any of
24  the other crew members?
25  A  No, that's it.

**167**

1  Q  So you got on the boat at the same place
2  where?
3  A  It was down south.
4  Q  You remember where down south?
5  A  I believe Louisiana.  I'm not 100 percent
6  sure.
7  Q  How did you get down from Evansville to
8  Louisiana?
9  A  They flew us.
10  Q  All of you together or did you just
11  converge from your city down to Louisiana?
12  A  They flew me from -- they usually flew me
13  in from Evansville.  Every once in a while they
14  would have me fly from somewhere else.  I can't
15  remember exactly what airport they had me go to.
16  But we ended up -- everybody flew.  They ended up
17  meeting at one location where the stop was.  Like
18  say, and this is just an instance, like Memphis or
19  something, everybody flew into Memphis.  We'd meet
20  up to the exact same airplane and fly down there.
21  Q  So you boarded the vessel down south and
22  you went northbound?
23  A  Yes.
24  Q  Did you have barges in tow as you went
25  northbound?

**168**

1  A  Yes.  They were already made up and
2  everything.
3  Q  How many barges were there?
4  A  Six, I believe.
5  Q  Do you remember the names or numbers of
6  any of the barges?
7  A  No.
8  Q  Do you remember if they were empties or
9  loads?
10  A  Empties.
11  Q  What were you all planning on doing with
12  these empty barges?
13  A  They were to go to St.~Louis -- we called
14  it St.~Louis, but it was Wood River area, wherever
15  the --
16  Q  And do what?
17  A  Load them.
18  Q  And then do what?
19  A  Go back down south and discharge them.  It
20  was a run from -- I'm just saying the big city,
21  St.~Louis to New Orleans.
22  Q  Had you done that run before?
23  A  Yes.
24  Q  On this vessel or not?
25  A  Yes, on this vessel and other vessels.

42  (Pages 165 to 168)

169

1    **Q**   Okay. Was this crew new to you or had you
2    worked with them before?
3    **A**   I worked with them maybe a handful of
4    times or a little bit more.
5    **Q**   Did you have a regular boat back then?
6    **A**   What I was told by crew services that got
7    us on the boat, especially even when I first
8    started, is nobody has a set boat. Only the captain
9    and the engineers and possibly the mates have a set
10   boat. Everybody else can be switched at any time.
11   **Q**   So my question to you was, did you have a
12   regular boat when you boarded this vessel at that
13   time down south?
14   **A**   I don't know if that was considered my
15   regular boat or not.
16   **Q**   When was the last time you had worked on
17   this boat, if you remember?
18   **A**   The month prior.
19   **Q**   So you think you --
20   **A**   Or the other month prior, however -- every
21   other month, of course, so the prior one before
22   that.
23   **Q**   So you think you were on this same boat
24   then?
25   **A**   Yes, I was on the same boat.

170

1    **Q**   When you boarded it, did you expect to be
2    on there for what kind of a hitch?
3    **A**   I don't know. They've taken me off to
4    fill in. They've taken other people off to fill in
5    if people had to go home sick or something. It's
6    just a phone call and you get on a plane basically.
7    **Q**   What was your crew position when you
8    boarded the vessel?
9    **A**   I was a deckhand one.
10   **Q**   On which watch?
11   **A**   I couldn't tell you.
12   **Q**   Don't know -- you don't remember the
13   watch.
14   **A**   I can't remember if it was the first or
15   second.
16   **Q**   What were the other crew members on the
17   deck that you were working with on the same watch as
18   you?
19   **A**   Do what now?
20   **Q**   The way they have the vessel, there are
21   two watches.
22   **A**   Yes.
23   **Q**   You were on one watch. You don't know
24   which one it was?
25   **A**   I don't remember if it was the first or

171

1    second watch.
2    **Q**   I understand that. And when you say the
3    first, do you mean the forward watch?
4    **A**   You could call it forward.
5    **Q**   And second, you call it the after watch?
6    **A**   After watch or back watch or night watch.
7    **Q**   And I understand you don't know which one
8    you were on.
9    **A**   Yes.
10   **Q**   My question is, do you know the other two
11   crew members that were working with you in the deck
12   crew? Had you worked with them before?
13   **A**   The prior time before the incident, the
14   month or month and a half or two months prior before
15   that, I know I've worked with Dean, or Dane. I
16   remember that name. I don't remember if I worked
17   with the other deckhands or not. I'm not sure. I'd
18   have to see faces to be able to tell you when. I
19   couldn't tell you exact dates.
20   **Q**   Was Dane the mate?
21   **A**   Yes.
22   **Q**   And you were a deckhand one?
23   **A**   Yes.
24   **Q**   And then there was another deckhand?
25   **A**   I couldn't tell you if there was one or

172

1    two. I couldn't tell you. I don't know.
2    **Q**   You don't know if there was --
3    **A**   I can't remember how many deckhands there
4    were.
5    **Q**   You don't remember how many deckhands
6    there were on your watch?
7    **A**   No. Sometimes we were running
8    shorthanded, sometimes we had a full crew.
9    **Q**   Do you remember you being shorthanded at
10   that time?
11   **A**   I don't remember.
12   **Q**   I think the record will be that there was
13   you and two other deck crew members. That would be
14   the normal crew complement, wouldn't it?
15   **A**   For that boat, one room, two rooms, three,
16   four, five, six, seven -- there's eight rooms on the
17   boat, I believe, eight rooms. The captain sleeps by
18   himself, engineer sleeps by himself. There's six
19   rooms. The pilot usually sleeps by himself unless
20   there's extra people. So that could be iffy right
21   there. So there could be 12 people total.
22   **Q**   Listen to my question. I'm not talking
23   about rooms or anything else.
24   **A**   No, I'm trying to figure out for you how
25   many people can actually be there for a full crew.

173

1    Q   I understand. If you know, you know. If
2  you don't, you don't. Wasn't the normal crew
3  complement for this boat to have a mate and two
4  deckhands on each watch, or do you know?
5    A   There's nothing normal. It's always -- it
6  switches up. It varies.
7    Q   Do you know how many were on your watch
8  with you out on the deck crew? Do you remember one
9  way or the other?
10   A   I don't remember.
11   Q   You remember you had a mate though? You
12 remember that?
13   A   Yes.
14   Q   And you remember you had another deckhand,
15 or do you remember that?
16   A   Possibly, vaguely. I don't -- I don't
17 know.
18   Q   You don't have a memory one way or the
19 other?
20   A   No, I don't.
21   Q   And you certainly don't know what his name
22 was, if it was --
23   A   No, I don't remember a name.
24   Q   Do you remember if he was experienced,
25 inexperienced? Do you know one way or the other?

174

1    A   I don't know what deckhand he was, if he
2  was, one, two or three. I don't know.
3    Q   All right. You rode the boat on the same
4  watch all the way up until you got to the St.~Louis
5  area?
6    A   I believe so.
7    Q   You didn't switch watches. You were on
8  the same watch?
9    A   I believe. So I'm not one hundred percent
10 sure.
11   Q   Do you know what time your incident
12 occurred approximately? Was it nighttime, daytime,
13 evening time?
14   A   I didn't have a watch or anything.
15   Q   Approximately. Do you remember?
16   A   I didn't have a watch or anything.
17   Q   You wouldn't have any idea? Could have
18 been the morning?
19   A   I can look it up on line and estimate
20 time.
21   Q   I'm asking for your memory. Listen, I'm
22 asking for your memory. Do you remember what
23 approximate time your accident happened, morning,
24 middle of the day, evening, nighttime? Do you have
25 a memory?

175

1    A   It was not at nighttime. I know that.
2  Other than that, I don't know.
3    Q   All right. Could have been in the
4  morning, could have been in the afternoon, could
5  have been in the evening?
6    A   I didn't have a watch. We couldn't take
7  watches. Everything is -- it's red flag barges.
8  They have to be intrinsically safe for you to take
9  anything out there. I couldn't tell you.
10   Q   I understand. And you don't remember
11 which watch you were on?
12   A   No. This is two years ago.
13   Q   I understand. Do you remember how long
14 you had been on watch before you got into the
15 St.~Louis area where you all were going to do
16 something?
17   A   I couldn't tell you the timeframe.
18   Q   All right. Do you remember what you were
19 doing at the time of the incident?
20   A   We were laying wires, lacing them into the
21 other fleet.
22   Q   Do you know what the purpose was for
23 putting your barges alongside the fleet?
24   A   You have to tie them off in order to take
25 a barge one-by-one or two-by-two, however the

176

1  captain or Marathon wants to do it. So you have to
2  tie them off or they will just float away.
3    Q   So you were going to tie your barges off
4  to the fleet at a facility there and then they were
5  going to take the barges one-by-one or two-by-two or
6  whatever to the place where they were going to be
7  loaded?
8    A   Yes.
9    Q   So the place where you were bringing the
10 tow to was at that fleet?
11   A   Yes. They drop off at a fleet and sit
12 there.
13   Q   Whose fleet was that, if you know?
14   A   I don't know. There's different fleets
15 they use up and down.
16   Q   I understand. I'm just asking you, do you
17 know the name of the fleet where you were bringing
18 the barges to?
19   A   No, I'm explaining to you I don't know.
20   Q   Do you remember if it was on the Illinois
21 side of the river or the Missouri side of the river?
22   A   I couldn't tell you.
23   Q   Do you remember what river you were on?
24   A   Wood River.
25   Q   What river? The Ohio River, the

44  (Pages 173 to 176)

177

1   Monongahela, the Amazon?
2       A   Wood River.
3       Q   What river though?
4       A   That is a river, Wood River.
5       Q   But I'm talking about the water.  The
6   water, is that the Ohio River or --
7       A   That is on water.  Wood River is on water.
8       Q   I understand.  What was the name of the
9   river?
10      A   Wood River.
11      Q   Okay.  What's --
12      A   I can show you a picture on Google.
13      Q   What's the name of the river up there by
14  Catlettsburg?
15      A   Ohio River.
16      Q   Okay.  What was the name of the river you
17  were on?
18      A   Wood River.
19      Q   Okay.  One day before you were in Wood
20  River, what was the name of that river you were on?
21      A   The Mississippi River.
22      Q   Okay.  Was it still the Mississippi right
23  there, or do you know?
24      A   Mississippi, Wood River.
25      Q   Okay, I got you.  So the river you were on

178

1   was the Wood River.
2       A   Correct.
3       Q   What town were you near?
4       A   That I don't know.  The biggest city I was
5   near was St.-Louis.
6       Q   Okay.  When you were at this facility
7   where you were going to drop your tow off, were you
8   working with the fleeting company?  Were you working
9   with them at all?  Did they have anybody out there
10  helping you all or do you know?
11      A   Oh, yes, they come out to make sure we tie
12  in correct.  They have certain rules of their own
13  how they want them laced in.
14      Q   Okay.
15      A   Because once we leave the barges, they are
16  their property.
17      Q   I understand.  So when you were working
18  with Dane and the other person, there was another
19  crew there from whatever company this was?
20      A   Either one or two people.  I can't
21  remember.
22      Q   Did they have a little boat out there
23  helping you?
24      A   A little tug.
25      Q   All right.  Do you know the name of any of

179

1   those crew members?
2       A   No.
3       Q   And you don't know the name of the
4   company?
5       A   No.
6       Q   Were they assisting you all with doing
7   whatever you were doing?
8       A   Sometimes they would help.  They would
9   tell us how they want the wires laid.  Like I stated
10  before, once we leave, that's their property
11  until --
12      Q   Okay.  How long were you out on the tow
13  doing whatever you were doing before the incident?
14      A   I couldn't tell you.
15      Q   You don't have an idea?
16      A   No.
17      Q   Had you been -- strike that.  Do you
18  remember how long you had been on watch before the
19  incident?
20      A   No.  I remember making the lock and I
21  remember starting to tie off.  I don't remember the
22  timeframe.
23      Q   Okay.  Which lock was that that you made?
24      A   I don't know the lock's name.  As soon as
25  you come off the Mississippi right there past

180

1   St. Louis, there's -- it's a little stream.  It's
2   called Wood River.  There's a lock right in there.
3       Q   Were you going up river to go through that
4   lock?
5       A   Yes.
6       Q   So did you assist with the lockage?
7       A   Yes.
8       Q   Did you all have to break apart your tow?
9       A   No.
10      Q   That's because you could make a single
11  lockage through that lock?
12      A   Yes.
13      Q   But you don't know that lock number or
14  anything like that?
15      A   No.
16      Q   So who -- do you remember what you did in
17  making that lock, what you, yourself, did?
18      A   Just sat there with the line.  I mean,
19  tighten it back up, do whatever is needed to be done
20  for doing the lock.
21      Q   Do you remember the details of your
22  locking through that lock before you got to the area
23  where you were going to tie off your tow?  Do you
24  remember if you were on the head of the toe or the
25  stern of the tow?  Do you remember?

**181**

1    A  I was on the stern, I believe. 90 percent
2 of the time I'm on the stern unless the mate wants
3 to go on the stern for some weird reason or if he's
4 teaching another deckhand how to do stuff. So I
5 stay on the head and he goes back to the stern.
6        MR. O'BRYAN: I've got go use the bathroom
7 for a minute.
8        MR. MASSEY: Can I go ahead?
9        MR. O'BRYAN: No.
10      MR. MASSEY: Go to the bathroom. We'll
11 wait on you.
12      MR. O'BRYAN: Why don't we just break for
13 lunch?
14      MR. MASSEY: Yeah, but I want to get to
15 the accident. We need to make up some time here if
16 you're going to make your flight. That's what I'm
17 trying to get through.
18      (Off the record.)
19    Q  (By Mr. Massey) You think on the lock
20 maneuver that you were on the stern?
21    A  Yes.
22    Q  All right. And so you made the lock with
23 no problem?
24    A  Correct.
25    Q  How long was it -- strike that. Do you

**182**

1 remember how long you had been on watch before you
2 made lock?
3    A  I don't remember. I don't remember.
4    Q  All right. After you made the look, did
5 you stay out on the tow or did you go back inside
6 the boat?
7    A  Made the lock, tied everything up. I
8 don't remember if the mate wanted to go out and help
9 finish fixing the barges or if we came back. I
10 don't remember exactly.
11    Q  All right. How long was it between the
12 time you exited the lock and you got to the place
13 where you were going to tie off your tow? Ten
14 minutes, thirty minutes, an hour? Just give me your
15 best estimate.
16    A  That I don't know. I don't remember. The
17 captain should have that in his logs exactly what
18 times.
19    Q  I'm asking for your memory. I've got all
20 the records. I already know. I'm asking you --
21    A  I don't know.
22    Q  -- so you understand. I'll repeat the
23 question. Do you have an estimate about how long it
24 took to get from when you finished the lock until
25 you got to the fleet?

**183**

1    A  I don't keep track of that.
2    Q  So the answer is you don't know?
3    A  No. I don't keep track of that. I don't
4 know.
5    Q  Okay. But you do think you remember going
6 into the boat or getting off the tow?
7    A  I remember having a meeting, going
8 downstairs, relieving my man, and being in the lock.
9    Q  All right. When you had your meeting and
10 going downstairs before you went on the tow to make
11 the lock, where was that meeting?
12    A  In the wheelhouse.
13    Q  And who participated in that meeting?
14    A  Each watch has their own meeting.
15    Q  Okay. Who participated in your meeting?
16    A  The captain, the mate.
17    Q  You?
18    A  Whatever deckhands, me. Sometimes an
19 engineer if he wants. But if we're making a lock, I
20 don't think he --
21    Q  I'm asking for your memory on that day.
22    A  I don't --
23    Q  Who participated in the meeting?
24    A  I couldn't give you names. I know me, the
25 deckhands, some deckhands, and the captain.

**184**

1    Q  The captain?
2    A  And the mate.
3    Q  Tell me everything you remember about the
4 meeting.
5    A  Basically the meeting was you're making a
6 lock, you're going to get wet.
7    Q  Who was saying those words?
8    A  The captain.
9    Q  All right. Go ahead.
10    A  Evil laugh. You're going to get wet. We
11 have a big storm coming. We're going to hurry up
12 and get there. You need to hurry up and tie me in
13 before this storm comes because it's really bad.
14    Q  Do you remember anything else?
15    A  That was the gist of it. That's all I can
16 really remember.
17    Q  Let me skip ahead just a little bit. Were
18 you hurrying when you did whatever you were doing to
19 cause you to get injured?
20    A  Yes, we were being rushed.
21    Q  I'm saying -- listen to my question. Were
22 you hurrying when you did whatever it was you did to
23 get hurt?
24    A  That was my answer. Listen to my answer.
25 Yes, we were being rushed.

185

1    Q   I didn't ask what we were doing. I was
2  asking what you were doing.
3    A   We, including me.
4    Q   Listen, listen, you need to answer my
5  questions. You don't come back to me like that.
6  I'm not coming back at you. My questions are very
7  simple. If you want to ask me to repeat them, I'll
8  do it. But you need not to argue with me.
9    A   I'm answering your question.
10   Q   My question is, when you did whatever you
11  were doing that you got hurt doing, were you
12  hurrying?
13   A   We were being rushed, including me.
14   Q   So were you hurrying?
15   A   We were being rushed, including me.
16   Q   If we were in front of a judge, the judge
17  wouldn't let you get away with that answer.
18   A   Okay.
19   Q   So I'm asking you again that question and
20  you need to answer my question. I'm not asking what
21  we were doing or what some other people were doing.
22   A   Okay. I was being rushed.
23   Q   I've heard that now. You said that three
24  or four times. Here's my question. Were you
25  hurrying?

186

1    A   I've stated my answer before previous.
2    Q   Okay. So you were hurrying because you
3  were being rushed. Is that right?
4    A   My previous answer was stated just before.
5    Q   And so you're refusing to answer this
6  question?
7    A   I never refused. My previous answer, like
8  I stated before, that was my answer.
9        MR. MASSEY: I'm going to call the judge
10  here if this continues, Dennis. You can instruct
11  the guy or not and do whatever you want to do. But
12  he's not answering my question.
13       THE WITNESS: How is that not answering?
14       MR. O'BRYAN: I think he can't make the
15  fine distinction between his answer and your
16  question. Can I ask -- can I ask it?
17   Q   (By Mr. Massey) My question is very
18  simple. Were you hurrying at the time you were
19  doing whatever you were doing that caused you to get
20  hurt?
21   A   I was being rushed.
22   Q   That calls for a yes or no answer.
23   A   I was being rushed.
24   Q   I understand. You say you were being
25  rushed.

187

1        THE WITNESS: Is that not --
2    Q   (By Mr. Massey) Listen to my question,
3  Ryan. You say you were being rushed. And for that
4  reason, were you hurrying?
5    A   As I stated before, I was being rushed by
6  everybody.
7    Q   And so were you hurrying?
8    A   By doing so, that is the same. Being
9  rushed is --
10       MR. O'BRYAN: He doesn't understand the
11  distinction. I can get the answer if you want.
12       MR. MASSEY: I want to know if he was
13  rushed. That's my question.
14       MR. O'BRYAN: I know.
15       MR. MASSEY: And I'm going to --
16       MR. O'BRYAN: He's saying the third party
17  was rushing him. He just doesn't understand that
18  that doesn't mean necessarily that he was rushing.
19  Can I ask it?
20       MR. MASSEY: Ask him if you want to.
21       MR. O'BRYAN: Okay. So you're saying the
22  captain was rushing you, correct?
23       THE WITNESS: Correct.
24       MR. O'BRYAN: Okay. Now, the captain
25  could be rushing you, but you could still be taking

188

1  your time. So the question is, okay, the captain
2  was rushing you.
3        THE WITNESS: Because of the weather.
4        MR. O'BRYAN: Okay. But the question is,
5  were you rushing then? Were you rushing, yes or no?
6        THE WITNESS: Well, yes, we were forced
7  to.
8        MR. O'BRYAN: I didn't ask for an excuse.
9  I'm just saying, were you rushing?
10       THE WITNESS: Of course.
11       MR. O'BRYAN: Okay. That's all I was
12  asking.
13   Q   (By Mr. Massey) So you were rushing at the
14  time you did whatever you did to cause you to get
15  hurt?
16   A   Yes. We had to.
17   Q   Was that against the rules to rush?
18   A   I don't have a copy of the rules or
19  anything from that. I don't know.
20   Q   I didn't ask you if you had a copy.
21  Listen --
22   A   I know they didn't like it. So I don't
23  know.
24   Q   From your six years' experience, was it a
25  rule violation to rush when you're doing your work?

47  (Pages 185 to 188)

189

1    A   I don't know. I don't have the rules.
2    Q   If it is a rule that you're not supposed
3  to rush, you were violating it by rushing?
4    A   I was following orders.
5    Q   Were you violating the rule?
6    A   I was following orders.
7    Q   If the testimony in the case is that
8  nobody else was rushing and they, in fact, told you
9  not to rush, would that be a violation of the rules
10  if you did rush?
11    A   I don't know. I don't know the rules.
12  Look at the weather. We were forced.
13    Q   So you had your meeting and you all left
14  the wheelhouse?
15    A   Yes.
16    Q   You don't recall anything else being
17  discussed or any further part of the conversation
18  other than what you just said?
19    A   I don't recall anything else.
20    Q   So you went downstairs. Then did you go
21  out on the tow?
22    A   Yes.
23    Q   And then you made the lock like you've
24  told me.
25    A   We relieved our man, made the lock.

190

1    Q   Okay. And then you came back in?
2    A   Yes. Or stayed out. I'm not sure
3  exactly.
4    Q   You don't remember if you came back in or
5  stayed out the whole time?
6    A   No.
7    Q   When you went out to make the lock, was it
8  raining at that time?
9    A   Yes, it started raining.
10    Q   Did you put your rain gear on?
11    A   No. They didn't have anything for me.
12  They didn't have anything that fit me.
13    Q   Did everybody else have their rain gear
14  on?
15    A   No.
16    Q   So nobody had the rain gear on?
17    A   No. The previous crew or captain left us
18  with very little and smalls and medium rain gear
19  that didn't fit at all.
20    Q   So you went to look for rain gear?
21    A   Yes, we looked for it.
22    Q   And you say we went to look for it. Did
23  they look for it for you or --
24    A   I looked, the mate looked, everybody
25  looked. Nobody wore any type of rain gear. Nothing

191

1  could fit us.
2    Q   Okay. So nobody had any rain gear that
3  would fit them?
4    A   One of the big problems with different
5  crews and different captains is shorthanding
6  supplies and everything else because they have to
7  keep -- each captain has a budget they have to keep
8  to. So they shorthand us, which pretty much -- I
9  mean, they screw you pretty much.
10    Q   So you think Dane looked for rain gear for
11  himself and he couldn't find any?
12    A   I think he did. I know I did for a fact.
13    Q   Okay. You didn't find any to fit you?
14    A   No. They did not fit me.
15    Q   But you wanted to wear rain gear?
16    A   Yes.
17    Q   So describe for me how the rain changed,
18  if it changed at all, from the time you went out
19  until you made the lock. Was it the same, worse?
20    A   We got out there, it started raining like
21  normal, little spitting rain. It got worse as we
22  pulled out of the lock. It got even more worse. It
23  started stinging our skin. By the time we tied off,
24  the wind was blowing sideways 50 plus miles an hour
25  it seemed like, stinging our skin real bad, cold

192

1  rain. And the captain was yelling over the mic,
2  hurry up, hurry up, get me in, lace me. I forget
3  the exact wording, but it was like lace me in, tie
4  me in or however, because they're empties. And in
5  that type of wind, lightening and everything, they
6  go everywhere and it's very hard for him instead of
7  him shoving it into the bank. That would have been
8  a lot easier.
9    Q   Do you know if any of the crew members on
10  the other vessel, do you know if they had rain gear
11  or not?
12    A   I don't believe they had any rain gear.
13    Q   Do you remember?
14    A   I'm not -- I'm sure the video camera on
15  top of the boat would be able to tell you exactly.
16  I'm not sure exactly. But I know I didn't find any
17  rain gear to fit me, and most of the people are
18  about my size.
19    Q   So do you remember them having rain gear
20  or not?
21    A   I couldn't tell you. I don't remember one
22  hundred percent.
23    Q   Did you all have radios?
24    A   Yes.
25    Q   Each of you had a radio?

48  (Pages 189 to 192)

193

1     A    Yes. It's required going out on the
2   barges.
3     Q    What's the purpose of the radios?
4     A    Keeping in contact with the boat, telling
5   him where he's going exactly because he can't see.
6     Q    Where was your radio?
7     A    On my back, and mic right here by my neck.
8     Q    And the other crew members from the
9   Marathon boat had radios as well?
10    A    Yes. They are all in a pouch and either
11  in the pocket or they are supposed to be in the
12  pouch on your life preserver.
13    Q    As you went out to leave the lock and then
14  to ultimately tie off the fleet, you don't -- you
15  say you don't remember if you went in or stayed out
16  there? You don't remember one way or the other?
17    A    I don't remember if there was something to
18  do out there. Sometimes there's some things to do
19  that need to get done real quick.
20    Q    You're saying on this date you don't
21  remember. And you don't remember how long it was
22  after you left the lock until you finally landed and
23  got tied off?
24    A    No. This is two years ago. I don't
25  remember.

194

1     Q    All right. So what was the thing that you
2   did to prepare yourself to make the landing? Tell
3   me what you did.
4     A    Prepare myself to make the landing?
5     Q    Yeah. Did you go out on the tow or did
6   you stay in the deck locker of the boat? What did
7   you do?
8     A    When it was time to tie off into the
9   barges or the fleet, we had to go out there to tie
10  them off.
11    Q    Okay. So where did you go?
12    A    We went out to the head of the boat, the
13  barges.
14    Q    All of you?
15    A    Yes.
16    Q    So you, the mate, and the other deckhand
17  went to the head of the tow?
18    A    Yes.
19    Q    And so what did you all do after you got
20  out there?
21    A    We started lacing them in.
22    Q    You mean after you came alongside the
23  fleet?
24    A    Yes.
25    Q    All right. Were you given any

195

1   instructions or did Dane communicate anything to you
2   about what you were supposed to do?
3     A    I don't remember. I remember calling him
4   in, telling him how many feet he was away, how far
5   he was falling off, if he was coming in.
6     Q    What you mean by that is as the captain's
7   head is approaching the fleet you're telling him how
8   far he is off the fleet?
9     A    Yes.
10    Q    So were you out on the head by yourself or
11  was the other two guys out there with you?
12    A    I remember Dane out there. I don't
13  remember if there was another guy. I don't
14  remember.
15    Q    But he was right there alongside you?
16    A    Yes. He was not exactly beside me, but he
17  was on over doing something else. I don't know.
18    Q    He was within arm's length of you?
19    A    Actually farther than that. He was on the
20  same barge or -- he could have been 50 something
21  feet away. He was kind of right there getting stuff
22  ready because you have to take the lines and
23  everything, put them on the outside in order to get
24  them on the boat. He might have been doing that. I
25  wasn't paying attention. I was doing my job trying

196

1   to call him in to where he needed to be.
2     Q    Okay. So were you calling him in the
3   entire time or just in the beginning when you got up
4   to the fleet?
5     A    The most crucial part is at the beginning
6   where you're constantly in contact, telling him how
7   many feet away he is, how he's sliding off, what's
8   going on, so you can get first laced in at the
9   beginning of the head. And then when you go back to
10  another barge, 300 feet or 290 feet, whatever feet
11  away it is, you have to lace in there. You go back
12  another 290 feet, you have to lace them in there.
13  Then it's done.
14    Q    Okay. You say your accident happened in
15  what part of this process?
16    A    We were being rushed so fast, I don't know
17  exactly what -- when exactly it happened, what
18  point. I know adrenaline was pumping and everything
19  going on, the weather being so bad, it was a rush.
20    Q    Okay. Was there --
21    A    A rush as in -- excuse me, a rush as in
22  heart race, everything going because --
23    Q    Was there something that happened while
24  you were out there that caused you to get hurt?
25    A    I don't know.

197

1    Q    All right.
2    A    I mean, it was the weather, him being
3  rushed, I mean, the lines being bad. I mean, there
4  was multi --
5    Q    Okay. Was there anything that happened,
6  though, any incident that caused you to hurt
7  whatever you hurt?
8    A    I'm not -- I don't know exactly what
9  you're getting at.
10    Q    Did you do anything that caused you to get
11  hurt? Did you fall, slip, trip, do anything that
12  caused to you get hurt?
13    A    I didn't fall, I didn't slip, I didn't
14  trip.
15    Q    Okay. You were just out there working and
16  then later you felt like you had gotten hurt?
17    A    I was out there yanking, pulling the
18  wires. I mean, when your adrenaline is pumping, you
19  don't feel until afterwards.
20    Q    I understand. So you aren't able to tell
21  us what it was that caused you to get hurt?
22    A    What it was was being rushed, the lines
23  being bad, the wires being -- I mean, the wires
24  being bad, having to yank those. I mean, having to
25  pull them off timberheads, that's what caused it.

198

1    Q    Did Dane instruct you whenever you all
2  went out there, did he instruct you that you didn't
3  have to handle any of the wires?
4    A    No. He never said that at all.
5    Q    Did you handle some wires?
6    A    Yes.
7    Q    How many wires did you handle?
8    A    I know of at least one. I'm not sure
9  exactly. Because a lot of things were going on.
10    Q    You know of at least one wire you handled?
11    A    Yes, at least, minimum.
12    Q    When you were handling that wire, did
13  anything about handling that wire cause you to get
14  hurt?
15    A    The weather, the wire itself, being
16  rushed. I mean, the whole combination like I stated
17  before.
18    Q    How did the wire itself cause you to get
19  hurt?
20    A    Because of how bad it was. It was wound
21  up inside the drum, messed up, old, needed to be
22  changed out. Had to yank the wire itself, pulling
23  it, trying to get it unfouled. Barely got it off
24  the timberhead.
25    Q    Now, the -- is that the one wire that you

199

1  say that you handled, the one you've just described?
2    A    Yes, of course, I remember that one for a
3  fact because of how bad it was.
4    Q    All right. Before handling that wire,
5  nothing else caused you to get hurt that you
6  remember?
7    A    I don't know. I don't remember. I don't
8  remember if I handled the back wire or if somebody
9  else was doing it. Because after we laid some the
10  harbor boat was there doing other things to it to
11  make sure --
12    Q    Well, whatever that wire was, you didn't
13  get hurt handling any of that wire?
14    A    I remember getting done handling that
15  wire, doing all that stuff, getting up, things
16  feeling tight in my back. I was going, what's going
17  on in my back. They asked me what was wrong. I
18  said, something feels kind of tight, doesn't feel
19  right. But everything was still pumping. Weather
20  was still going. Lightening was still happening. I
21  had to stop 150-foot back before I went to the boat.
22  We stopped. I was like, what's going on because it
23  was getting worse.
24        Got back to the boat, went in, sat down,
25  soaking wet on the boat. I can't remember how I

200

1  changed my clothes, if my guy was awake, my relief
2  just awake or whatever, or if I had a spare set of
3  clothes. Sometimes I keep a spare set in the
4  locker. I can't remember. But I know I changed
5  clothes. And he said, we're done for the day, we
6  ain't doing nothing, it's too bad out there. We're
7  not even loading because of the weather. They won't
8  let us because of the lightening.
9    Q    All that you just described about that,
10  was that after the wire you're talking about or was
11  that before or do you remember?
12    A    I remember with the back getting tight and
13  everything was after that wire I just described.
14    Q    Was that the -- that was the one wire you
15  handled?
16    A    Yes.
17    Q    Was that towards the end of the whole
18  process?
19    A    That was towards the middle. That was at
20  least -- there's the beginning, the middle and the
21  end of the barges. They had me go in -- I'm not
22  sure who laced up the back, if I did. I don't know
23  if we did. I'm not sure exactly how, what happened.
24    Q    Let me ask you this. Do you remember how
25  many wires your crew moved to get the fleet tied

## 201

1  off?
2      A   I don't remember.
3      Q   You don't remember if it was one, two or
4  three or more?
5      A   I know one of course because it was me,
6  but I don't know.
7      Q   All right. Did you stay on the barges the
8  entire time, on the Marathon barges? You didn't get
9  off on the fleet?
10     A   No. We went back to the boat after
11 everything was tied in. We went back to the boat.
12     Q   Listen to my question. As you were coming
13 up next to the fleet, you've got the fleet barges
14 and you've got your barges, correct?
15     A   Yes.
16     Q   My question is, did you stay on the
17 Marathon barges the whole time?
18     A   The whole time they were being tied in, I
19 believe.
20     Q   You didn't get off on the fleet barges?
21     A   No.
22     Q   Did Dane or the other crew member, or do
23 you remember?
24     A   Somebody had to step over to the other
25 fleet because --

## 202

1      Q   Listen to my question. You didn't get off
2  to do that?
3      A   No.
4      Q   Did Dane do that, or do you remember?
5      A   Yes, I believe Dane did it. I believe it
6  was Dane.
7      Q   Describe for me how the Marathon barges
8  mate up to the fleet barges. Were they the same
9  height or different heights or do you remember?
10     A   I don't remember.
11     Q   And do you remember how many wires your
12 crew had to move to get the fleet tied off?
13     A   I don't remember.
14     Q   All right. Do you remember the type of
15 arrangements they had to move on the wires? Do you
16 remember if they -- what kind of arrangement it was?
17     A   I have no idea. I don't remember.
18     Q   You know what a single part or double part
19 wire is?
20     A   Yes.
21     Q   So do you know if they were single parts
22 or double parts?
23     A   I don't remember.
24     Q   Do you know if they used safety lines on
25 the fittings when you all were tying off the fleet

## 203

1  or not?
2      A   I don't know. That's the other crew.
3  That's the harbor boats. I don't know.
4      Q   Did you have to handle any ratchets at
5  all?
6      A   We just tied off. No, I don't remember
7  any ratchets.
8      Q   I'm asking you now, Ryan, not we.
9      A   We just tied off. I don't remember using
10 any ratchets or anything.
11     Q   Okay. You don't remember you using any
12 ratchets?
13     A   I don't remember it, no.
14     Q   Did you ever operate the winch?
15     A   I may have tightened it, checked it. I
16 don't know. I don't remember.
17     Q   Do you remember operating the winch?
18     A   I may have tightened it or checked it. I
19 don't remember.
20     Q   All right. You mentioned something about
21 pulling the wire from the winch.
22     A   Yes.
23     Q   Who was operating the winch if you were
24 pulling the wire?
25     A   One of the deckhands.

## 204

1      Q   Okay. But you weren't operating the
2  winch?
3      A   No.
4      Q   You said something about the wire being
5  bad.
6      A   Yes.
7      Q   What do you mean by that?
8      A   It was old, kinked, short. It was just
9  what we call a nasty wire. It was a bad wire. It
10 don't want to work with you. It's old, it's nasty,
11 it may be missing insides. I mean, I don't know.
12     Q   Describe for me what you were -- you had
13 to do to move the wire to connect it to the fleet
14 when you were operating -- when whoever it was was
15 operating --
16     A   While he's undoing the drum, we had to
17 yank the wire so hard to help get it out, yanking it
18 and yanking it.
19     Q   Why did you have to get the wire out?
20 What were you trying to do?
21     A   You had to pull slack in order to lay the
22 wire to the other barges.
23     Q   Okay. So your idea was to pull some wire
24 out of the winch, put the winch on the fitting on
25 the fleet barge, and then tighten the winch?

## 205

```
 1   A   I was to take it off the timberhead, hand
 2   it to -- I believe it was the mate, I'm not one
 3   percent sure, Dane, or it could have been -- I
 4   remember there were other fleet guys on that barge
 5   too, hand it to them, they laid it down, it got
 6   tightened back up. I'm not sure if I double-checked
 7   the winch to see if it was tight. I don't know.
 8   Q   Okay. And you weren't operating the
 9   winch, but you were taking the wire off the winch?
10   A   Yeah. I wasn't doing the winch, giving it
11   slack. I was pulling the wire, yanking it, trying
12   to get it untangled from inside the winch because it
13   was all fouled up. When wire goes bad, you know
14   when wire goes bad.
15   Q   Who had last used that winch, if you know?
16   A   Last time it was used was the other crew
17   before we got on.
18   Q   When had that winch -- strike that. When
19   had that wire been last inspected?
20   A   That I don't know. The records --
21   Q   If it's a bad wire, it's supposed to be
22   replaced?
23   A   Yes.
24   Q   And if it's a bad wire, one of your jobs,
25   if you see a bad wire, is you're supposed to replace
```

## 206

```
 1   it?
 2   A   Correct.
 3   Q   Do you know when the last audit was on
 4   this particular wire?
 5   A   I have no idea. Whenever a barge -- the
 6   boat orders the wires. They keep it on the boat.
 7   This is an expense thing from what I understand.
 8   Once the barge needs a wire, they give that wire to
 9   the barge. They put it on, take the old wire out,
10   tie it up, put it up where the trash is because it
11   has to be sent off specially. And that barge gets
12   charged like a boat or anything for that wire. Each
13   barge -- it has to be put in the paperwork somehow
14   by either the mate or captain, I'm not sure. It has
15   to be charged.
16   Q   All of what you just said about charging
17   and putting in the work order, that's not part of
18   your job at all, is it?
19   A   My job is just to check and replace the
20   wire.
21   Q   Okay. If you see something that needs
22   replacing, part of your job duty is to make sure
23   it's replaced?
24   A   Report it, the mate does the thing, gets
25   the paperwork done or the captain does it, I'm not
```

## 207

```
 1   sure who exactly does it, but I know the barge
 2   itself gets charged for that wire.
 3   Q   Do you know what the audit list is? It's
 4   called a Vessel Tier 1 Audit Checklist. Do you know
 5   what that is?
 6   A   I'd have to see it again to remember.
 7        (Defendant's Deposition Exhibit
 8        7 marked for identification.)
 9   Q   (By Mr. Massey) All right. I'm handing
10   you what's been marked as Exhibit 7. Can you
11   identify that exhibit or not?
12   A   It looks familiar, yeah.
13   Q   Read the top of it. What does it say?
14   A   Marine - Vessel Tier 1 Audit Checklist.
15   Q   My question is, can you identify that
16   exhibit?
17   A   It looks familiar.
18   Q   Do you ever -- strike that. When you were
19   on the vessel, were you ever charged with the
20   responsibility of checking any of the information,
21   putting check marks?
22   A   Actually, one person is put in charge of
23   it. They pick it out of the blue. Usually it's a
24   mate. But every once in a while -- I've done -- I
25   don't know if it was that exact one, but I remember
```

## 208

```
 1   doing barge checklists before a few times. And it
 2   was done online because we had to do it via
 3   computer.
 4   Q   Looking at this exhibit, can you tell if
 5   any of those check marks are yours or not?
 6   A   No, we didn't do any check marks. Whoever
 7   check marked it is the one that signed it. We go
 8   out, do the barge inspections with the person. Say
 9   it was -- just for instance, say it was Dane and me
10   and other mates. We'd go out, or the crew, we'd go
11   out there, do the inspections throughout the whole
12   barges. If it doesn't get finished that day or
13   whatever, we do it the next watch or whatever until
14   it gets finished. Once it gets finished, the mate
15   or whoever is in charge of doing that signs it and
16   checks it all off.
17   Q   But between the time you board this vessel
18   and the time of your incident, you would have dealt
19   with this very wire yourself?
20   A   No, because it was already laid.
21   Q   Okay. So that wire would not have been
22   touched since it left Louisiana until it got up to
23   the lock?
24   A   Considering how wild the Mississippi is,
25   that wire would not have been touched, would not
```

### 209

1  have been dealt with until after the fact.  It
2  should have been changed before they left.  Because
3  by doing so, if anything gets into any type of
4  current or anything, it could break them barges
5  away.
6      Q   Okay.  So what you're saying is that from
7  the time you got on the boat until the time you
8  dealt with it there, you don't think the wire had
9  been used at all other than -- it hadn't been
10  rearranged in any kind of way?
11     A   The wire had been used all the time.  But
12  the wire was laid --
13     Q   But I mean it hadn't been relayed.  The
14  winch hadn't been brought out with more wire and
15  brought back in to use it?
16     A   Only thing we do is tighten them up.
17  Every once in a while we have to go out there and
18  tighten the winches up because they get slack in
19  them.
20     Q   Okay.  So had you tightened this very
21  winch before on this trip?
22     A   I don't remember if I tightened that one
23  or not.  Sometimes I take the left side, the mate
24  may take the right.  It all depends.
25     Q   But this shows that in Exhibit 7 that this

### 210

1  wire and the wires were inspected six days before
2  the incident and found to be in good condition.  My
3  question is, did you participate in that inspection
4  or do you remember?
5      A   I don't remember participating in that.
6  Whoever did it could have possibly pencil whipped
7  it.  I've seen people do that.
8      Q   What's pencil whip mean?
9      A   Just go down and check it and don't want
10  to change a wire because it's labor-intensive, being
11  lazy.
12     Q   Have you done that yourself?
13     A   No.
14     Q   You'd never do that?
15     A   No, I wouldn't do that.  If it needed to
16  be change, it needed to be changed.
17     Q   So did you remember inspecting it
18  yourself?
19     A   I don't remember any of that.
20     Q   So I think you described a situation where
21  in order to get some slack that you were pulling on
22  the winch to get the wire out.
23     A   Yes.
24     Q   And after you did that, did you hand the
25  wire to someone?

### 211

1      A   Yes, after I got it off the timberhead.
2      Q   And who did you hand it to?
3      A   I'm not one hundred percent sure, but I
4  believe it was the mate.  But there was other
5  deckhands and people around the same area.
6      Q   In the process of handing the wire to
7  someone, is that when you hurt your back or do you
8  remember?
9      A   After everything was being rushed and said
10  and done, after everything was laid, we had a minute
11  to stand there.  It was done.  Everything -- not
12  everything was done, but pretty much it was pretty
13  safe because the head was laced in, we got the
14  middle laced in, tightened up.  I guess adrenaline
15  started coming down.  That's when my back started
16  killing me, after pulling that wire and everything
17  else.
18     Q   Were you already inside the boat before
19  your back started killing you and hurting?
20     A   No, I was outside already.
21     Q   Had you already handed the wire?
22     A   Yes, it was after that.
23     Q   So it was after that that it happened?
24     A   Yes.
25     Q   As you handed the wire, do you remember

### 212

1  how you handed the wire, how your body was
2  configured?
3      A   I don't remember.
4      Q   Did you have to bend in order to get the
5  wire to hand it to someone?
6      A   I know I had to bend overhanded because I
7  was gapped out.
8      Q   Did you bend over properly?
9          MR. O'BRYAN:  Objection, what does
10  properly mean?
11     Q   (By Mr. Massey) However you determine.
12  I'll re-ask the question.  Do you think that you
13  bent over properly to handle the wire?
14     A   Properly to me?
15     Q   Yes, sir.
16     A   Whatever is proper to me, yeah, I believe
17  I did what I did properly.
18     Q   Okay.  Tell me exactly how you bent to
19  hand the wire.
20     A   Bend over and hand them the wire.
21     Q   Did you bend your knees?
22     A   Didn't have to bend the knees once it was
23  taken off.  You hand the wire.
24     Q   Did you -- so you didn't bend your knees
25  at all?

213

1    A   Not when I handed him the wire.
2    Q   When you took it off, did you bend the
3  knees?
4    A   Yes.
5    Q   When you handed it, did you bend your
6  knees?
7    A   I was standing up when I handed it to him.
8    Q   Okay. Were you -- did you hand it
9  properly in your judgment?
10   A   Yes. I handed it with two hands to him.
11   Q   Okay. How did the weather cause you to
12 hand it in a way that was different than the way you
13 would normally hand it?
14   A   Because the weather was 50 plus mile an
15 hour winds, rain coming out of the side, lightening
16 going on, the captain telling us to hurry up, lace
17 it in, hurry up, keep going, so therefore my legs
18 had to be spread apart a little differently.
19 Everything had to be done just a little bit
20 differently.
21   Q   And so doing it differently, did that
22 cause you to get hurt in any way, or do you know?
23   A   More than likely, yes, everything there.
24   Q   How did that cause you to get hurt, is
25 what I'm trying to find out.

214

1    A   Being rushed, being out there in the
2  weather, the wind knocking us, so we had to stand
3  different, do everything differently in order to
4  keep from being knocked off, the wind blowing us
5  into the river, or anything bad happening or
6  knocking over, hitting my head on the ground.
7    Q   Okay. How did that cause you to get hurt?
8    A   I'm not understanding.
9    Q   Did something happen to cause you to get
10 hurt? And if so, tell me what it was.
11   A   Are you saying did something fall from the
12 sky and hit me?
13   Q   No. You said you didn't slip, trip or
14 fall.
15   A   No, I did not.
16   Q   And you said that you handed the wire
17 properly in your opinion.
18   A   Yes.
19   Q   So the handing of the wire didn't cause
20 you to get hurt?
21   A   I don't know.
22   Q   Okay. You don't know whether that did or
23 not?
24   A   It was the combination of everything
25 there.

215

1    Q   All right. If the witnesses that saw you
2  do whatever you were doing say that you were lifting
3  improperly, would you dispute that?
4        MR. O'BRYAN: I'll object to what
5  improperly means.
6    Q   (By Mr. Massey) Go ahead, sir.
7    A   I don't know.
8    Q   Okay.
9    A   I don't know -- I mean --
10   Q   That's fair. You wouldn't know one way or
11 the other?
12   A   I don't know if I would object or if -- I
13 don't know.
14   Q   All right.
15   A   Because I had to do what I had to do in
16 order to be safe.
17   Q   Describe how the wire was fouled as best
18 you're able to. You say it was fouled. Describe.
19   A   Kinked up inside the winch, kinked up
20 around the timberhead itself. I had to pop it off
21 and yank it so hard. There's times you have to
22 take -- I've done this personally. There's times
23 you have to take a cheater bar, they call it, it's a
24 bar that you put in the winch to tighten it down,
25 and beat a freaking wire to get it undone. It was

216

1  that close to being that, trying to get it undone.
2    Q   Let me make sure I understand. Before you
3  did anything with the wire and before anything was
4  done with the winch, the wire was tight inside the
5  winch and wrapped around the fittings on the
6  Marathon barge?
7    A   When we got on the boat, everything was
8  laid, tied up, everything done.
9    Q   Now, something had to be done to put slack
10 in that wire so you could do something with it to
11 put it on the fitting of the fleet barge.
12   A   Yes.
13   Q   Who did something with the winch, if you
14 know?
15   A   One of the other deckhands. We already
16 went over that.
17   Q   They loosened the winch?
18   A   One of the other deckhands loosened it.
19   Q   And you say you then held the wire to pull
20 from the winch. Is that what you say you did?
21   A   Yes. I grabbed the wire and pulled it out
22 from the winch.
23   Q   Okay. When you -- when the tension was
24 let off the winch, did the wire move or did it stay
25 still?

217

1  A   The wire was fouled up inside.  When he
2  stopped wheeling, it stopped.  You couldn't do
3  anything.  You had to yank it.
4      Q   So he took the dog off the winch to let
5  slack in it and the wire didn't move?
6      A   Actually, he tightened the brake up, undid
7  the dog, took the brake and loosened the brake and
8  it started spinning undone.  And it got caught.  He
9  started winching it.
10     Q   Okay.  So when whoever it was did
11 something with the winch, disengaged the dog, you're
12 saying the winch moved a little bit?
13     A   Yes.  They always do when they are that
14 tight.
15     Q   That's normal for them to move?
16     A   Yes.
17     Q   It stopped at some point, you say, and got
18 caught?
19     A   Yeah.  It was fouled up inside.
20     Q   Okay.  So it moved a little, stopped at
21 some point.  Then you did something with the wire?
22     A   The guy started unwinching it real hard.
23 I was yanking the wire while he was --
24     Q   I gotcha.  Now, when you were yanking real
25 hard, you didn't slip, trip or fall?

218

1      A   No.
2      Q   And didn't hurt your back doing that?
3      A   It hurt afterwards.  Everything adrenaline
4  like I stated before.
5      Q   Okay.  That's normal activity of a
6  deckhand is to pull out the wire from the winch,
7  isn't it?
8      A   Not that bad.  Not in that --
9      Q   Aren't you taught how do that?  How do you
10 normally do that?
11     A   What do you mean?  You pull the wire.
12     Q   Okay.  How do you position your body to
13 pull the wire out of the winch?  Tell me how you do
14 that.
15     A   Depends on your left hand or right hand.
16 You stand to the side of winch after it's
17 undone because you can't pick it up because it's so
18 tight.  It's a single part wire.  You grab the wire
19 and you start pulling.  You don't have to pull that
20 hard on a good wire.  All they do is winch it.  I
21 mean, my ten-year-old son could pull the wire.
22     Q   How much wire did you have to get off the
23 winch in order to make the fitting on the other
24 barge?
25     A   I couldn't tell you how many.

219

1      Q   About how far?
2      A   I couldn't tell you.
3      Q   Five feet, ten feet, twenty feet?  You
4  don't have any estimate?
5      A   I couldn't tell you.
6      Q   All right.  So how did you position your
7  body to pull the wire out of the winch?  Tell me how
8  you did that.
9      A   I stood next to the winch -- or not --
10 next to the wire.  The winch was probably about
11 eight, nine, ten feet, somewhere around there.  He
12 undid the winch.  The wire started coming out.  I
13 grabbed the wire once it was undone.
14     Q   Did you bend your knees?
15     A   I started yanking on it, like I stated
16 before.
17     Q   Did you bend your knees as you pulled on
18 the wire?
19     A   I bent down.  I had to stand with my feet
20 apart.  I squatted down the way I had to do to keep
21 from being blown over.
22     Q   Did you bend your knees?
23     A   Yes.
24     Q   And that's the proper way to do it?
25     A   It was a little bit different.  But yeah,

220

1  I had to bend a little bit.  I mean, you had to bend
2  a little bit different because the weather.
3      Q   So you bent your knees, you pulled the
4  wire, you got the wire, and then you handed the wire
5  to somebody?
6      A   Yes.
7      Q   Did you stay in the same position
8  generally or location on the barge?
9      A   When I pulled it off the timberhead the
10 other barge was right here, two barges butted up.
11     Q   So you didn't have to change your
12 position, you just pulled it out and --
13     A   No, if you're in the middle, you pulled
14 it.  Once everything got done, you walk over to
15 where the timberhead is at, try to yank it some more
16 because it's fouled up in there, yank it and finally
17 get it off.
18     Q   Okay.  Were you handling the bite of the
19 wire or the eye of the wire?
20     A   The bite.
21     Q   So you were giving a person the bite of
22 the wire?
23     A   Yes.  I would stay on the timberhead.  He
24 would lay the bite on the other barge.
25     Q   In that process then, he got it on the

**221**

1 timberhead and then the winch was tightened up and
2 that was it?
3    A   Pretty much, yes.
4    Q   All right. You don't remember who you
5 handed the wire to?
6    A   Not one hundred percent sure if it was
7 Dane or not. I know there was other people,
8 other -- like I said, we lay the wire. We look at
9 the other crew. Not the other crew, but the harbor
10 boats or whatever, whoever is going to be in charge
11 of that. How he wanted it laid, do you want
12 anything special. Sometimes they lay it
13 theirselves. Sometimes we lay it. Sometimes we
14 split the work. Okay, we lay it this way. Pretty
15 much after we get done laying them, getting them
16 laced in, it's their responsibility because we are
17 laced in, it's their --
18    Q   Whenever you were pulling the wire out of
19 the winch and handing it to whoever you handed it
20 to, Dane and the other crew member off the Marathon
21 boat were within arm's length of one another because
22 you handed it to the whoever you handed it to?
23    A   I handed it to Dane. I don't remember --
24 I remember the other crew from the other harbor boat
25 being on that other barge, their barge.

**222**

1    Q   I'm asking you about your crew. At the
2 time you pulled the wire, the wire came out of the
3 winch, and you handed it to whatever you handed it
4 to, your crew, you, Dane and the other deckhand,
5 were within arm's length of each other. Is that
6 true?
7    A   I couldn't tell you exactly how many feet
8 away or how far away we were. I remember the boat
9 was widening out because we only had the head wire
10 on. It was widening out.
11    Q   But you had to be close to him to hand it
12 to him. So weren't you --
13    A   We could have been this far away and me
14 just handing it over to him. I couldn't tell you
15 how many feet, if it was close together or not.
16    Q   Listen to my question. At the time you
17 had the wire and you handed it to whoever you handed
18 it to, you and that person and the other crew member
19 were within arm's length of one another?
20    A   I don't know. I couldn't tell you how far
21 away that other crew member was, if he was sitting
22 by the winch. I couldn't tell you.
23    Q   All right. By the time you did that, what
24 we just described, handing that wire, the other two
25 places that you tied in had already been

**223**

1 accomplished?
2    A   We tied in the head, we tied in that one.
3 That one was the one that started the problem, the
4 middle, and went to the stern. I'm not sure if they
5 started the stern and we watched them or if we
6 finished it up. I can't remember.
7    Q   You don't remember if this was the last
8 one you were working on or the middle?
9    A   No. I just remember that one because of
10 how bad it was.
11    Q   For sure at least one place had already
12 been tied off, perhaps two, before you were working
13 in the area you --
14    A   One for sure was tied off. The second one
15 was being tied off, and that's why I remember how
16 bad it was. That's the reason I remember it. And I
17 remember my back hurting because I was walking back
18 towards the boat. We had 300 feet to go or 290,
19 whatever the barge length is. We were right there.
20 I went straight back to the boat because of how bad
21 my back was hurting.
22    Q   So you continued to do all the tie-offs,
23 and it was on your way back to the boat that your
24 back began to hurt?
25    A   We didn't do any other tie-offs except for

**224**

1 laying that wire. The other harbor boats did all
2 the other tie-offs or did whatever they needed to
3 do.
4    Q   So whatever it was, you and your crew had
5 finished its work and then that's when you began to
6 experience some back pain?
7    A   While I was out on the barges, yes.
8    Q   But as you had finished all your work?
9    A   Yes.
10     MR. MASSEY: Why don't we take a break
11 then and get some lunch.
12     (Off the record.)
13    Q   (By Mr. Massey) Okay. We're back on the
14 record, Ryan. Do you have an estimate, Ryan, about
15 how long the whole process of landing the fleet and
16 tying off took?
17    A   No, I don't have any estimate on that.
18    Q   You talked a lot about rushing.
19    A   Yes.
20    Q   Did rushing make it go faster, the whole
21 process, or not?
22    A   Each tie-off is different. Him trying to
23 get it in there because of the weather could have
24 made it longer than a normal tie-off.
25    Q   Are you able to say if the rushing changed

225

1 the time at all in your judgment?
2   A   There's a possibility.
3   Q   Possibility of what?
4   A   It could have changed the time. It could
5 have made it faster. I don't know.
6   Q   Do you have a view on it? You don't know
7 one way or the other?
8   A   I mean, there's a lot of factors that come
9 into play.
10   Q   So do you have a view one way or the
11 other?
12   A   No.
13   Q   Do you have a view of whether or not any
14 of the other crew members were rushing?
15   A   Yes. They all were.
16   Q   Was the Lewis & Clark people rushing as
17 well?
18   A   Oh, yes. They didn't want to be out there
19 any more than we did.
20   Q   Describe for me the weather from the time
21 you went out to do the tie-off until you went back
22 in. Did it stay the same, did it get worse, did it
23 get better, did it get worse and then get better?
24 How would you describe it?
25   A   It started raining, spitting like normal.

226

1 That was the beginning of it. Then the weather
2 increased. While we were tying off, it got really
3 bad. The rain was blowing sideways, 50-mile an hour
4 gusts. Lightening was happening. Eventually, after
5 a while, it tapered off, of course, after the rain.
6   Q   Did it taper off before you went inside?
7   A   No. It was still going.
8   Q   So it was still going on when you went
9 inside?
10   A   Yes.
11   Q   So what you've just described was as you
12 ended the fleet tie-off that's the way it was
13 when --
14   A   It was still raining real hard as we went
15 inside.
16   Q   You said it was lightening. Was the
17 lightening far away, close? How would you -- how
18 would you describe it?
19   A   I remember seeing a glance of lightening
20 far away, but I don't know the exact mileage away.
21 I know it was close enough that the fleet was shut
22 down, we couldn't load. Or not fleet, but the
23 Marathon dock, the loading dock.
24   Q   Do you know if you were scheduled to load
25 that time or not?

227

1   A   I thought we were. I'm not sure one
2 hundred percent. We were just told we couldn't load
3 because the weather.
4   Q   Okay. So the only lightening you saw, you
5 said one time, and it was far off. Is that what you
6 said?
7   A   Just glanced. I was too busy paying
8 attention.
9   Q   But that's the only time you saw the
10 lightening was the one time, and you thought it was
11 far away?
12   A   I didn't pay any attention to any other
13 time. I was too focused on --
14   Q   Can you describe it in any other way than
15 you've just described?
16   A   No.
17   Q   You said it was a cold rain?
18   A   It was stinging and it was kind of cold,
19 yeah.
20   Q   You went in the vessel then?
21   A   Yes.
22   Q   And you changed your clothes?
23   A   Yes.
24   Q   Tell me what you did after that.
25   A   I sat down, ended up rubbing some muscle

228

1 rub on my back trying to help it, seeing what was
2 going on. I asked Dane if he had -- Dane, Dean --
3 was it Dane, the mate?
4   Q   I think it was Dane.
5   A   Asked him if he had anything because he's
6 into weightlifting and all this other stuff
7 supposedly. I said, do you have anything like
8 aspirin or anything like that? Because the boat
9 aspirins usually don't work. It's kind of like a
10 generic that they have in like a little first aid
11 kit. I asked if he had any Tylenol or anything
12 else. He said, no, I don't have anything like that.
13 I said okay.
14       He said, is your back still hurting you?
15 I said, yeah, pretty bad. He goes, well, wait and
16 see. I said, well, maybe after I take this nap, I'm
17 off for six hours, maybe it will get a little
18 better. Maybe I just pulled something. I don't
19 know what's going on, but it's hurting pretty bad.
20 I woke up, went downstairs, it was still hurting,
21 reported the incident.
22   Q   When did you first report the incident as
23 an injury to anyone?
24   A   He asked what was wrong halfway through
25 because I stopped.

229

1    Q   Halfway through the process?
2    A   When I first got up after grabbing the
3 wire, pulling it, having to spread my legs because
4 of the wind, bending over from my waist, pulling it,
5 got done yanking it over to him because of the
6 weather, handed it to him or one of the other guys,
7 I had to -- I didn't have to. I gave it to him.
8 The guy was taking up the slack on the winch. I
9 stood up, walked over a little bit. The barge's
10 width is about 50-foot. About halfway of that, so
11 about 25 roughly, give or take, quite a few feet,
12 walked over there. I was like pretty much like,
13 something ain't right. He said, what's wrong? I
14 said, I don't know, it's just starting to hurt real
15 bad.
16   Q   Who were you saying that to?
17   A   Dane.
18   Q   So you and Dane were still close to one
19 another?
20   A   It was already laid, everything was
21 tightened up, we were starting to walk.
22   Q   After everything had been done?
23   A   Yeah.
24   Q   Was that all that was said, what you just
25 said?

230

1    A   I just told him my back was starting to
2 hurt. I said, something is tightening up, it don't
3 feel right. I walked halfway, 150 foot, made it
4 halfway, had to stop. He was like, it's still
5 hurting? What's wrong? I said, I don't know. It's
6 just starting to hurt even worse. I said, maybe
7 it's just something I pulled. I don't know what's
8 going on.
9       I said, everything being rushed, I said
10 I -- he goes, did something hit you? I said, no, I
11 don't know. I said, I was pulling the wire, doing
12 all that stuff. I said, you know about the weather
13 and everything. And we were talking about it. I
14 had to stand there for a minute. We went back to
15 the boat, got there, changed clothes.
16      And basically, like I stated before, I put
17 some muscle rub on it thinking maybe it was just a
18 little pull, something wasn't right, because of the
19 way I had to stand and bend over from the waist to
20 get it knocked over and pulling the winch and
21 everything because of the weather. I said, I don't
22 know. I said, it's starting to hurt really bad. He
23 goes, well, just give it until next watch. Maybe
24 after you have bed rest it may be a little better.
25 If it's still the same or worse, we'll go up to the

231

1 wheelhouse and report it.
2    Q   This is still Dane you're talking about?
3    A   Yes.
4    Q   So are you supposed to report the incident
5 to a captain if you have an accident?
6    A   Yes.
7    Q   And so you still hadn't done that at that
8 point?
9    A   Not instantaneous.
10   Q   So when did you report it to the captain
11 like you're supposed to?
12   A   At the beginning of the watch, as soon as
13 we went upstairs.
14   Q   The next day?
15   A   It wasn't the next day. I think it was
16 the same day because it's only six hours later. We
17 rotate six and six.
18   Q   So you think it's the next time that you
19 would have come back on watch?
20   A   We went off watch. Six hours of sleep.
21 Actually less than that. But we were off for six
22 hours. I came back on.
23   Q   And that's when --
24   A   That's when we walked upstairs.
25           (Defendant's Deposition Exhibit

232

1          8 marked for identification.)
2          (Defendant's Deposition Exhibit
3          9 marked for identification.)
4          (Defendant's Deposition Exhibit
5          10 marked for identification.)
6    Q   (By Mr. Massey) Okay. I'm going to hand
7 you here what's marked 8, 9 and 10, and they are --
8 I think they are your reports of an injury, and it's
9 the next day. So did you report it the next day?
10 Is that what you did?
11   A   It should be the same day.
12   Q   Take a look at that, those Exhibits 8, 9
13 and 10.
14   A   Because it was only six hours later from
15 when the incident happened. Actually, a little bit
16 more than that if you want to count sitting on the
17 couch a little bit after we tied off.
18   Q   Can you identify those Exhibits 8, 9 and
19 10?
20   A   Look like reports. Some of them look like
21 the captain filled out. Looks like parts of mine.
22   Q   Okay. I just wanted to show them to you
23 in advance. Looking at Exhibit 8, is any part of
24 Exhibit 8 your writing?
25   A   It looks similar to my writing.

Gore Perry Reporting and Video
FAX 314-241-6750                    314-241-6750                    www.goreperry.com

233

1    Q  What on Exhibit 8 is your writing?
2    A  Signature looks like mine.
3    Q  Signature is yours?
4    A  Yes.
5    Q  That's signed 08/28?
6    A  08/28/14, okay.
7    Q  That's the day after the incident?
8    A  Might have been.  I just -- I asked them
9  what day it was and they told me what to put down.
10    Q  Do you think that's the wrong date or do
11  you think that's the correct date?
12    A  Right now, two years later, I don't
13  remember exactly.  It was right around that.  I just
14  remember the incident happening, and six hours later
15  after sleeping I walked up there and did that.  So
16  it depends on what time it was.
17    Q  You filled out the report?
18    A  Yes.
19    Q  Is all this writing on that whole exhibit
20  yours or not?
21    A  Looks like my writing.
22    Q  It says -- it talks in third person, saw
23  him taking off wire around the button, hand wire to
24  mate.  Is that your writing?
25    A  08/28 is when it was signed.  That's when

234

1  it had to be signed.
2    Q  Look at the place where it says describe
3  the injury or whatever.
4    A  Oh, I don't know.  I don't know if that
5  was mine or -- it's supposed to be mine, I believe.
6    Q  That's what I asked.  On Defendant's
7  Exhibit 8, is all the page your writing?
8    A  It looks like it.  It looks similar.  I
9  can't tell definitively.
10    Q  Okay.  But you think it is?
11    A  It looks similar.  I can't tell --
12    Q  Okay.  It says, if you witnessed the
13  incident, describe what you saw.  And it says, saw
14  him taking off wire around the button.
15    A  I was in so much pain.
16    Q  Hand wire to mate.
17    A  I was in so much pain.  I just wrote it
18  out real quick and wanted to get to the doctor.  But
19  they didn't do that.
20    Q  Okay.  But you think Exhibit 8 is yours?
21    A  Possibly.
22    Q  All right.  Did you attempt to describe
23  what happened?
24    A  Whatever I wrote down.
25    Q  Okay.  Listen to my question.  Did you

235

1  attempt to describe what happened?
2    A  I was in so much pain.  I just wrote down
3  what I wrote down.  I put down -- I guess, if that's
4  my writing, taking off wire, that's what happened.
5    Q  Okay.  Have a seat if you want to, or
6  stand up if you want to.
7    A  I'll stand for a while.
8    Q  Looking at Exhibit 9 -- look at Exhibit 9,
9  it's one page, and see if there's any of your
10  writing on that page.
11    A  I don't know about the date.  The
12  signature looks similar, the name right there and
13  the deckhand.  The phone number.  It looks like the
14  captain or somebody filled that out.
15    Q  Look down at line 16.  You see that line
16  16?
17    A  Yeah.
18    Q  Is that your signature or not?
19    A  Looks like it.
20    Q  And it says in 16, I have answered the
21  above questions to the best of my knowledge.
22    A  Okay.
23    Q  So is the information in 12, is that
24  accurate based on what you said or not?
25    A  That was part of it, yes.  Took wire off

236

1  timberhead.
2    Q  Handed it to mate?
3    A  Handed it to mate.  That was part of the
4  incident.  They never asked about the weather, never
5  asked about what was being said.  I was pulling on
6  the wire, taking it off.
7    Q  Has anything other than -- strike that.
8  Is line 11 and 12, is that your writing, or can you
9  tell?
10    A  It looks like my writing.
11    Q  So anything other than the signature and
12  line 11 and line 12?
13    A  Number 16 signature looks like mine.
14  Number one and number two, the name and home address
15  and the birth date.
16    Q  Look at line 17.  Is that your writing
17  down there on line 17?
18    A  It looks like it, yeah.
19    Q  And that says completed by, and then in
20  parentheses, if other than the above person, closed
21  parentheses, and it's got your name.  So does that
22  mean you completed the whole form?
23    A  No, because you can tell the different
24  signatures or different writings.
25    Q  So tell me on this exhibit that you have

237

1    in front of you what's not your writing.
2        A    I can tell you what writing looks
3    different.  Number 6, number 7, number 8, number 9,
4    number 10.  You can tell those.  Number 15.
5        Q    And so --
6        A    Number 5 on the very bottom, section II,
7    number 4.
8        Q    On section II.
9        A    At the very bottom.
10       Q    Right.
11       A    Those had to be filled in after the fact.
12       Q    Okay.  So other than those, everything
13   else appears to be yours?
14       A    This thing looks similar.  You can tell
15   the different --
16       Q    Okay.  Look at where on 4 it says, what
17   steps were taken to prevent a recurrence?  Proper
18   lifting, bend with knees.  Were you told or did you
19   think that the reason you got hurt is that you did
20   not engage in proper lifting because you didn't bend
21   your knees?  Is that what you think?
22       A    I bent my knees and bent from the waist
23   down because I had to because of the weather.
24       Q    How did the weather cause you to have to
25   bend from your waist down?

238

1        A    As I stated previously over time again and
2    again, the weather was over 50 miles an hour.  You
3    had to spread your legs apart and get them just
4    about right so you don't get knocked over and
5    knocked into the river, because you're on the edge
6    working.
7        Q    How does spreading your legs apart cause
8    you to have to bend from your waist?
9        A    Can you stand up at 50-plus mile an hour
10   winds straight and put your legs together without
11   getting knocked over?
12       Q    Can you just answer my question.
13       A    No, you can't.  That's what I'm answering.
14   You have to spread your legs, steady yourself, bend
15   a little bit from the knees.  You can't bend too
16   much.  You have to bend over from your waist in
17   order to pick it up.
18       Q    Okay.  So when you bent from your waist to
19   hand the wire, did you know that that wasn't the
20   proper way to do it?
21       A    What technically would you consider
22   properly?
23           MR. O'BRYAN:  Object to the conclusion in
24   your question as to whether or not it's proper.
25       Q    (By Mr. Massey) I'm asking you.  When you

239

1    bent to hand the wire, did you do it properly?
2    That's all I'm asking.
3        A    What's considered properly?
4        Q    You're the deckhand that's got six years'
5    experience.  Based on all of that, when you handed
6    the wire and you bent from your waist, was that a
7    proper way to do it?
8        A    I did what I could do safely, what I had
9    to do in order to get the job done.
10       Q    Was that proper or not?
11       A    That's what I had to do.
12       Q    So do you know if it was proper or not
13   based on your policies, procedures, safety rules,
14   etcetera?
15       A    I don't know the policy and procedure for
16   that part.
17       Q    How about Exhibit No. 10.  Look at that
18   and see if any of that is your writing.
19           MR. O'BRYAN:  You have an extra copy of
20   that one?
21           MR. MASSEY:  That might be.
22       Q    (By Mr. Massey) Looking at 10, is any of
23   that your writing?
24       A    The name, employee number -- it looks like
25   it.

240

1        Q    How about --
2        A    I can't confirm or deny the exact --
3        Q    I don't expect you to confirm or deny it,
4    Mr. Ruddell, based on some of your testimony.  Can
5    you tell me if the signature is yours?
6        A    Yes, it looks like it.
7        Q    All right.  So you can definitely say the
8    signature is yours?
9        A    Yes, but it looks like other things were
10   added to it after the fact.
11       Q    Okay.  What is not your writing on
12   Exhibit 10?
13       A    List any witnesses.  All that's different
14   writing, handwriting.
15       Q    Okay.
16       A    On-site first aid treatment, that was all
17   different writing.  Provided by, that's a different
18   writing.  Was professional medical treatment sought,
19   that's different, that's not mine.  Right below
20   that, the n/a is not mine.  The ibuprofen and Bengay
21   is not mine right below that.  The location, the
22   fleet Wood River was not mine.
23       Q    Okay.
24       A    It looks like somebody added pm to watch
25   start time and pm to watch -- or injury date and

241

1  time. That was 6:45 pm. That sounds familiar. So
2  if the injury happened then, six hours later
3  technically would be the next day almost, but early
4  morning.
5      Q   How about describe in detail your
6  activities immediately before the accident, tie off
7  barges, is that your writing?
8      A   Where is it at?
9      Q   It's in the middle of the page. Describe
10 in detail your activities immediately before the
11 incident. It says, tie off barges. Is that your
12 writing?
13     A   Tie off barges, it looks like it.
14     Q   Next paragraph, describe in detail how the
15 injury/illness occurred. Took wire off barges. Is
16 that your writing?
17     A   Looks like it.
18     Q   And down, it says, describe in detail the
19 part of your body affected. Lower back pain
20 radiates from lower back and side towards --
21     A   Into testicles.
22     Q   Into testicles. Is that your writing?
23     A   Looks like it.
24     Q   How long ago was the vasectomy that you
25 had before this accident?

242

1      A   Oh, Lord, I couldn't tell you. It's been
2  a long time.
3      Q   Give me your best estimate.
4      A   I'd have to get the paperwork to find out.
5      Q   I've got the paperwork. What's your best
6  estimate of how long it was?
7      A   I couldn't tell you.
8      Q   You don't -- you can't give me the date of
9  that vasectomy?
10     A   No, not without going to them and asking
11 them or looking on a calendar to find out exactly
12 when that appointment was.
13     Q   Did you have complications from your
14 vasectomy?
15     A   No.
16     Q   Did you ever have any kind of concern that
17 the vasectomy and the aftermath of that would
18 interfere with your ability to do your duties as a
19 deckhand?
20     A   No. After everything healed, it should
21 be. There was no problem after that.
22     Q   Do you remember the doctor who did your
23 vasectomy?
24     A   I just know she was -- it was a female.
25     Q   Dr. Michelle Boger?

243

1      A   I don't know. I just remember it was a
2  female.
3      Q   Was she from Evansville?
4      A   The place I went was in Evansville, yes.
5          (Defendant's Deposition Exhibit
6          11 marked for identification.)
7      Q   (By Mr. Massey) I'm handing you what has
8  been marked as Defendant's Deposition Exhibit 11.
9  Mr. Ruddell, you see that?
10     A   Yes.
11     Q   And what is that?
12     A   Progress notes, it says.
13     Q   I'm sorry?
14     A   Progress notes, it says.
15     Q   From who?
16     A   Urological Associates, Incorporated.
17     Q   Does that refresh your recollection as to
18 who did your vasectomy and when they did it?
19     A   As far as who, I'd have to drive there
20 just to make sure. It sounds familiar.
21     Q   Does that refresh your recollection as far
22 as when? It's got the date of April 22 on there.
23     A   I guess. I don't -- where's the date at?
24     Q   Flip to the last page. It looks like it
25 was actually done on 04/08.

244

1      A   Okay.
2      Q   Is that right?
3      A   I couldn't tell you. I'd have to look at
4  my calendar to be able to tell you.
5      Q   Do you dispute the fact that it occurred
6  on this date, April 8, 2014, which is what this
7  medical report from Dr. Boger indicates?
8      A   I'd have to look at my calendar to be able
9  to tell you if it's right or not.
10     Q   Okay. So you have a calendar some place
11 that would tell you all this?
12     A   Either on one of my old phones where I
13 keep track of everything or maybe a calendar. I
14 keep track of dates of when I go to the doctor. I
15 just write down doctor as a reminder.
16     Q   Okay. Was Dr. Yagodich --
17     A   Yagodich.
18     Q   Was he involved?
19     A   That's my family doctor.
20     Q   Okay. Did he refer you to this Dr. Boger?
21     A   I believe so.
22     Q   This indicates that you had the surgery on
23 April 8. Is that true?
24     A   Without looking at the calendar, I
25 couldn't tell you for sure.

61  (Pages 241 to 244)

245

1    MR. O'BRYAN: What year is that, April 8th
2  of what?
3    THE WITNESS: He's saying 2014.
4    MR. O'BRYAN: Let me see that.
5    Q  (By Mr. Massey) This report seems to
6  indicate that at that time you weighed about
7  245 pounds. Does that sound about right to you, or
8  do you dispute that?
9    A  I guess. I mean, weight fluctuates, so I
10 don't know.
11   MR. O'BRYAN: 248 really.
12   MR. MASSEY: Well, it says 245 on 04/08.
13 There's several pages there, Dennis.
14   Q  (By Mr. Massey) It looks like then after
15 04/08, you came back to see the doctor on April 14,
16 and you complained of swelling and pain and some
17 discharge.
18   A  That was a normal checkup. She checked
19 the stitches on both sides to see how they were
20 doing and the swelling, see how it was. She asked
21 if -- how's the swelling doing? I said, it still
22 kind of hurts a little bit. She goes, that's
23 expected on that. It will be that way.
24   Q  Okay. It was more than a normal visit
25 because she received a telephone call from you where

246

1  you were complaining of pain, swelling and discharge
2  from the incisions. You didn't go see a visit. You
3  called her complaining of those things, didn't you?
4    A  I called her and asked her about it.
5    Q  Yeah.
6    A  I didn't complain about it. I asked her
7  about it.
8    Q  I understand.
9    A  Because she said the swelling would be
10 normal. They scheduled me a visit. They said, your
11 visit is on this day already. We'll go ahead and
12 keep it at that.
13   Q  So you were having some problems from your
14 vasectomy?
15   A  No. She said everything was normal.
16   Q  Okay. But you thought enough so that you
17 called complaining of pain, swelling and discharge?
18   A  Of course, when your testicles are
19 swollen. But she said it's normal. If you think
20 anything, of course you're going to call for the
21 least little thing to make sure your testicles
22 don't -- something don't happen bad.
23   Q  Okay. How would you judge the pain on a
24 one to ten scale?
25   A  Where?

247

1    Q  In your testicles.
2    A  Right now or back then?
3    Q  Back then.
4    A  I couldn't tell you back then. That was
5  two years ago.
6    Q  This report seems to say that you
7  complained of constant grade five aches in both
8  testicles and the surrounding tissues, and that you
9  stayed on bed rest and not lifting objects and that
10 you told her at that time that you worked for
11 Marathon and you had to do heavy lifting.
12   A  Yes, we had to do heavy lifting.
13   Q  And then you talked about whether or not
14 you'd be able to return to work because you were
15 concerned regarding your slow healing. So that's
16 what you reported to her.
17   A  Okay.
18   Q  Is that true?
19   A  I reported to her -- I said, I have
20 swelling here still. I said, is this normal?
21 Because she said most vasectomies, other people I've
22 heard from stated even, researching, you can go back
23 to work after -- I believe it's a week.
24   Q  But you were concerned --
25   A  But I asked her about going back to work

248

1  because I got it done at the very beginning of my
2  off hitch. I said, going back to work. She said,
3  well, do you do heavy lifting? I said yes. Well,
4  no, you can have the surgery, people go back to work
5  for desk work. You cannot do heavy lifting until
6  it's --
7    Q  But on this date of --
8    A  -- all healed up.
9    Q  On this date of 04/14, you apparently
10 called her complaining about consistent pain that
11 was grade five level that was constant. And you
12 were concerned about your ability to go back to work
13 doing your deckhand work, weren't you?
14   A  She said I had an infection, a slight
15 infection, it looked like. Just in case, she was
16 going to give me some antibiotics.
17   Q  Okay.
18   A  She said everything was normal other than
19 just a little infection.
20   Q  Do you dispute the fact that you told her
21 that you complained of constant grade five and ache
22 in both testicles and that you were concerned about
23 being able to go back to work because of the slow
24 healing on 04/14? Do you deny that?
25   A  I don't remember ever putting it in that

249

1 term.
2  Q   I didn't ask you if you remember it.
3  A   I don't remember ever saying like that.
4  Q   I said do you deny ever saying that to the
5 doctor?
6  A   I don't remember ever saying anything like
7 that.
8  Q   And further, when she asked about how long
9 the problem lasts, you said it was always there.
10 Did you say that or do you remember that?
11  A   Always there before the treatment or after
12 or while the treatment?
13  Q   I don't know. It's her records and you're
14 doing the talking.
15  A   That depends on what the person's typing,
16 how they transcribe it.
17  Q   Did you get better immediately then after
18 this April 14, or do you remember?
19  A   It took right to the end. I went back to
20 work on the hitch on the boat and worked fine. I
21 don't remember the exact point in time it got
22 better. She took the stitches out. Everything
23 looked good. I ended up going back to the boat and
24 worked a normal job, lifted and everything.
25  Q   After you reported these problems on

250

1 04/14?
2  A   It eventually got better, yes.
3  Q   Did you have any restriction after 04/14
4 that you remember?
5  A   She just said no heavy lifting until -- I
6 forget her timeframe. But she said it took more
7 than a week, most people, only a week for office and
8 desk work. If you do heavy construction work, it
9 takes -- she goes, it could take about three to four
10 weeks.
11  Q   So did it get better after this 04/14 date
12 or not?
13  A   After this date, it started getting
14 better, yes.
15  Q   Did you have to go see her again over it?
16  A   No.
17  Q   Okay. Well, there's another visit after
18 this where you did, in fact, even though you said
19 no.
20  A   Was that for the stitches?
21  Q   You did go back. And look at the note for
22 04/22. Do you see that?
23  A   Which --
24  Q   You see the date of 04/22 over in the top
25 left-hand corner? It's probably on the first page,

251

1 Ryan.
2  A   Okay.
3  Q   So the answer to my question -- I asked
4 you, did you go back, and you said no. That was
5 wrong. You did go back?
6  A   Well, obviously two years later I forgot
7 when exactly.
8  Q   I understand. So now you have in front of
9 you an April 22, which is eight days later, report,
10 correct?
11  A   Okay.
12  Q   And you still were complaining of scrotum
13 pain since the vasectomy?
14  A   I told her there was light pain there,
15 nothing --
16  Q   Her report says that you were generally
17 having a rough course with bilateral testicular
18 discomfort and swelling. You were started on an
19 antibiotic, scheduled to go back to work in a week,
20 and works on a barge with lots of heavy lifting. He
21 is a little concerned about this.
22  A   Yeah.
23  Q   You were concerned about being able to do
24 your job as a deckhand because of this surgery?
25  A   I was making sure that I'd be able to do

252

1 the job, making sure after the three to four weeks
2 was up I would be able to.
3  Q   So in answer to my question --
4  A   So I asked her --
5  Q   -- after the vasectomy, you were concerned
6 at points about being able to go back to your work
7 to do the heavy work?
8  A   I didn't want to be late to work. I
9 wanted to be able to show up on time. So I asked
10 her about it. That was my concern. If you don't
11 show or call in because of it, you get wrote up. So
12 I asked her, I'm a little concerned, is everything
13 going to be okay? It looks like it's gotten better,
14 but there's still a little pain. Everything is
15 looking fine, you're healing good.
16  Q   I asked you earlier, as a result of the
17 vasectomy, was there ever a concern in your mind
18 about your ability to go back to work after the
19 surgery, and you said no. Now, in fact, when we
20 review these records, we see that the doctor
21 reported that you were concerned about the vasectomy
22 operation because you went back at least two times
23 with that concern because you were having
24 difficulties from the surgery. You were having a
25 rough course with the surgery, from the surgery?

253

```
1    A   After the surgery, she told me to call her
2  if anything comes to mind. I called her, asked her.
3    Q   So you, in fact, were concerned about your
4  ability to go back to work as a deckhand following
5  the surgery?
6    A   I was concerned about my testicles more
7  than anything.
8    Q   I understand that. But you were concerned
9  about your ability to do heavy work?
10   A   No, because she took me off of heavy work
11 for X amount of days, like I stated before. You
12 can't do any lifting for three to four weeks,
13 whatever she stated to me.
14   Q   Did you ever tell any of the doctors that
15 you saw later after this injury about the
16 difficulties you had following your vasectomy
17 surgery?
18   A   They've asked me, did I have any
19 surgeries. I said a vasectomy and my ankle.
20   Q   Did you ever tell -- listen to my
21 question. Did you ever tell any of the doctors
22 following your incident that you saw for your back,
23 did you ever tell them about the difficulties you
24 had from the vasectomy operation?
25   A   No, because I don't believe there was any
```

254

```
1  difficulties. Everything, she told me, was normal.
2  Some people have this. She said it's all part of
3  the healing.
4    Q   So you didn't tell those doctors about the
5  vasectomy surgery complications?
6    A   I told them about the vasectomy. They
7  could have looked it up.
8    Q   Did you tell them about the complications
9  following the vasectomy surgery?
10   A   I don't believe they were complications.
11   Q   So the answer to the question, you didn't
12 tell them?
13   A   I don't believe they were complications.
14   Q   Did you ever tell them?
15   A   No. I told them about the vasectomy.
16   Q   Did you ever tell them you had problems
17 from the vasectomy surgery?
18   A   I don't remember.
19   Q   Did you ever tell any of those back
20 doctors about the fact that you had been treated on
21 at least two occasions by a chiropractor before you
22 saw them?
23   A   I don't remember them chiropractors.
24   Q   So you didn't tell the doctors about it?
25   A   I don't remember them chiropractors.
```

255

```
1    Q   So you didn't tell any of the doctors --
2      MR. O'BRYAN:  This is plowed ground.
3  You've already gone over this.
4    A   You've already gone over it. I've already
5  told you this before.
6    Q   (By Mr. Massey) Hey, you answer my
7  question.
8    A   Hey, you respect me and don't talk to me
9  this way. I told you.
10     MR. MASSEY:  We're going to stop the
11 deposition, Dennis, if -- you need to talk to him.
12 He needs to answer my questions because we will
13 adjourn and talk to Judge Wilkerson.
14     MR. O'BRYAN:  I understand, but you've
15 asked the same question multiple times.
16     MR. MASSEY:  We're not going to get done
17 if he continues to refuse to answer the questions.
18 I don't mind you qualifying and then me having to
19 bear down to get him to really answer. But if he's
20 not going to answer them, we've got a problem.
21     MR. O'BRYAN:  All right. Just ask your
22 question.
23   Q   (By Mr. Massey) My question is, did you
24 tell any of the doctors that you saw following your
25 injury that you're complaining about in this
```

256

```
1  lawsuit, did you ever tell them that you saw a
2  chiropractor back in 2008?
3    A   I don't remember going to any
4  chiropractor. So therefore, no, I don't remember
5  telling them anything about it.
6    Q   All right. And they asked you
7  specifically about whether or not you had ever had
8  any back complaints, didn't they?
9    A   Yeah, they asked me, do you remember if
10 you've had anything back complaint-wise.
11   Q   And you never told them about seeing
12 Dr. Kerr. Is that right?
13     MR. MASSEY:  Read back my question.
14     (The requested portion of the
15      record read by the reporter.)
16   A   I don't remember Dr. Kerr.
17   Q   (By Mr. Massey) Did you complete any other
18 reports following your incident besides the ones
19 that I've shown you here so far?
20   A   I have filled out and gave you what I
21 remember. I don't know what you're getting at.
22   Q   I showed you 8, 9 and 10, I think it was,
23 which are the incident reports. My question is, did
24 you fill out any more reports following the
25 incident?
```

**257**

1    A    Not that I can remember.
2    Q    So you reported the incident at some point
3 the next day, according to the report, to the
4 captain?
5    A    Six hours later after, I reported it.
6    Q    Okay. Was in the morning, afternoon, or
7 evening, or do you remember?
8    A    According to your Marathon Petroleum
9 Company, LP marine boatcrew injury or illness
10 report, injury time of accident 6:45. So six hours
11 later than that, so that's six hours later than
12 that, so that would have been 12:45 a.m.
13    Q    So you claim that you reported it and met
14 with the captain and talked to him about it at
15 12:45 a.m.? Is that what you think happened?
16    A    From going off this report, that's what it
17 would -- I don't remember, but I'm going off the
18 report you gave me. So it would have been six hours
19 later after the time of injury.
20    Q    So what is your memory about when you
21 reported it, what time?
22    A    I remember getting hurt. I remember going
23 to the boat. I remember changing out of my soaked
24 clothes. I remember sitting there. I remember
25 talking to the mate through all of this. And I

**258**

1 remember going to sleep, waiting until after I got
2 done sleeping, and went up that very morning. I got
3 out of the bed. I barely got dressed.
4    Q    So you slept through -- you slept over six
5 hours and you got --
6    A    I didn't sleep. I tossed and turned.
7    Q    Then you got up and you reported it the
8 next morning?
9    A    I went with the mate. I talked to him and
10 told him exactly. Me and him went up there. He
11 wanted to wait and see what happened six hours
12 later. We walked up there after time off.
13    Q    So do you think you reported it to the
14 captain the next morning?
15    A    According to this, 6:45, another six hours
16 would have been 12:45, give or take.
17    Q    When would you have laid down and rested
18 then?
19    A    Huh?
20    Q    I thought you said you rested before you
21 reported to the captain.
22    A    Yes.
23    Q    So when would you have rested if it was --
24    A    Let me see, watch time started at 5:30.
25    Q    To help you out a little bit, Ryan, so we

**259**

1 can move this along, I think you reported the
2 morning to the captain.
3    A    What time do you think the next morning?
4    Q    Early, 6:45 or whenever it was.
5    A    6:45 the next morning?
6    Q    The next day?
7    A    6:45 the next day?
8    Q    Yeah.
9    A    Pm or am?
10    Q    In the morning.
11    A    That's impossible because watch changes
12 for the morning, according to this, at 5:30 pm and
13 5:30 am.
14    Q    Okay. When you reported to the captain,
15 did you do that in the wheelhouse?
16    A    Yes.
17    Q    And did you all make a call at that time
18 or do anything?
19    A    He made his phone call.
20    Q    Okay. And were you there when it was
21 present?
22    A    He made some phone calls, he gave me some
23 paperwork, and he had me fill some of it out there,
24 but then he had me go downstairs, finish filling
25 some out. They called me back upstairs, had me walk

**260**

1 back upstairs all them flights, steps. I talked to
2 some people. Then he let me go for a little while.
3 I went back downstairs.
4        He called me back upstairs again later on,
5 asked me if I wanted to see a doctor, if I needed to
6 go to the emergency room or whatever. I said, yeah,
7 I would like to because this is really messed up,
8 something ain't right. And instead of doing that,
9 Marathon decides to take a car with somebody else
10 and drive me from St.~Louis to Catlettsburg,
11 Kentucky, which is over nine hours.
12    Q    When you're up in the wheelhouse and you
13 made the call, do you know who the call was to?
14    A    That was the captain. I don't remember
15 who he reports to and then who calls me back. I
16 don't remember who I talked to.
17    Q    So you weren't there when he made the
18 call?
19    A    Yes, I was there. He used his phone. It
20 was a wheelhouse phone or whatever. He made the
21 call. I don't know the number. I didn't see the
22 number.
23    Q    But you don't know who he talked to?
24    A    No.
25    Q    Did you hear what he said to whoever it

261

1 was?
2 A I wasn't paying attention. I was filling
3 this out and too worried about my back.
4 Q So in answer to my question, you can't say
5 what he said to whoever it was?
6 A I was too worried about the pain in my
7 back.
8 Q So you went downstairs then and did what?
9 Got prepared to leave?
10 A I just went downstairs. He called me back
11 up and down. It took them forever.
12 Q How long was it after you talked to the
13 captain and he called somebody that you left the
14 boat?
15 A Lord, I don't know. I can't remember
16 exact timeframe.
17 Q Approximately, one hour, two hours, three
18 hours, six hours, ten hours, what?
19 A I couldn't say. I know it was a very long
20 time. I know that for a fact.
21 Q From the time it was reported to whoever
22 it was, you say it was a very long time before you
23 got --
24 A Yes. They even had to get a rental car.
25 Q So how did you -- strike that. Did you go

262

1 to unpack your bags then to get ready to go?
2 A I went upstairs. They told me I was
3 going. I said, am I going to the hospital? They
4 said, no, you're going to Catlettsburg. I said, why
5 can't I go to the hospital? Well, you need to take
6 a drug test. I said, why can't I take a drug test
7 at the hospital?
8 Q Who are you saying all this to?
9 A The captain.
10 Q All right. Go ahead.
11 A I don't know if he made a phone call or
12 whatever afterwards. He said, you're going with --
13 I forget the guy's name. This guy, he's driving
14 you. And you are to stop every 30 minutes and take
15 a break. That's the orders by the nurse
16 practitioner at Marathon's own personal spot that's
17 not even -- to me, not even qualified for back
18 problems anyways. It was their own personal nurse
19 practitioner that over the phone told me -- and told
20 the guy driving me, every 30 minutes we had to stop.
21 Ice and heat it on the way there.
22     So it took us forever to get there.
23 Because it takes me, normal driving, from
24 Evansville, which is on the way -- you know, 64 from
25 here, St.~Louis to 64 passes the Evansville exit.

263

1 It takes me six hours driving straight through
2 normal, three hours normal time driving from here to
3 there, so that's nine hours driving normal at least.
4 Every 30 minutes, we had to stop for another 30
5 minutes. So I can't even remember time. It was
6 late when we got there.
7 Q So what's your estimate of how long it
8 took you once you got off the boat to get to
9 Catlettsburg?
10 A Oh, Lord, I honestly couldn't tell you.
11 It was every 30 minutes I had to stop.
12 Q If you have an estimate, give me one. If
13 you have no estimate, say I don't have an estimate.
14 A I could tell you 12 to 15 to 18 hours.
15 Q That's your estimate?
16 A Roughly.
17 Q Who did you drive with?
18 A I don't know his name at all. He was some
19 new person or something. I don't know.
20 Q You didn't know who it was?
21 A No.
22 Q Was he off the boat or do you know?
23 A Off the boat? He was on the boat when we
24 got there.
25 Q Was he on the vessel that you were on?

264

1 A Yes.
2 Q So he got off the boat too?
3 A Yes. He's the one that drove me.
4 Q But you don't know his name?
5 A No.
6 Q What did you all discuss, if anything, on
7 the route for 12, 15, 18 hours, you say?
8 A Nothing.
9 Q You didn't talk about anything?
10 A I was too busy -- he said, well, we've got
11 to stop. All right. That was pretty much -- I
12 mean --
13 Q Did he stop whenever you wanted to?
14 A He stopped every 30 minutes like he was
15 supposed to, like he was told to.
16 Q You don't recall any of the conversations
17 you all had?
18 A No.
19 Q Were you taking any medication at that
20 time besides the Bengay you may have put on your
21 back?
22 A No, because they didn't have me go to the
23 doctor or anything. They wanted to drug test me
24 there.
25 Q So you drove to Catlettsburg?

66 (Pages 261 to 264)

265

```
 1    A  He drove me, yes.
 2    Q  Okay.  And when you got to Catlettsburg,
 3  who did you see?
 4    A  The nurse practitioner.
 5    Q  What time did you arrive in Catlettsburg?
 6    A  Oh, Lord, I couldn't tell.
 7    Q  Morning, evening, daytime, nighttime?
 8  Give me your best estimate.
 9    A  It was after office hours were closed.
10  She was there waiting for us.
11    Q  Was it daylight or not?
12    A  I think it was getting dark.  I think it
13  was dark.
14    Q  And what was her name?
15    A  Oh, I can't remember off the top of my
16  head.
17    Q  But it was the nurse practitioner you met?
18    A  Yes.
19    Q  What did she do?
20    A  She sits at the Marathon office.  She has
21  her own office inside Marathon.
22    Q  What did she do with you, if anything?
23    A  Oh, nothing.  She just looked at me and
24  kind of pressed a little bit.
25    Q  Did she take you in the office?
```

266

```
 1    A  We stood outside the little office area.
 2  She asked what happened.  Another couple people were
 3  there from Marathon, I think HR.  I don't know who
 4  it was.  She asked what happened.  I told her I was
 5  taking wires off, of course.  And she looked at me.
 6  She took me to the room --
 7    Q  Did you tell her how you got hurt?
 8    A  I told her I was taking wires off.
 9  Exactly --
10    Q  Listen.  Did you tell her how you got
11  hurt, yes or no?
12    A  Exactly what I said -- well, not exactly.
13  What I remember, I told her I was taking wires off
14  of the barges.
15    Q  Is that all you said?
16    A  Other than that, I don't remember exactly
17  word-for-word what I said.
18    Q  I understand.  Is that the best rendition
19  you can say of what you told her about how the
20  incident occurred?
21    A  I was just honestly too worried about the
22  pain.  I asked her if she was going to get me
23  anything.  She said, no, take Tylenol or aspirin or
24  something and ice it and heat it and go to this
25  hotel room after she looked at me.
```

267

```
 1    Q  So she did her exam, if you'd call it
 2  that, and then you went to stay in a hotel?
 3    A  Yes.
 4    Q  Which hotel?
 5    A  It was the one previous I talked about.
 6  It was like they keep us there, as soon as you come
 7  up 64 heading there, it would be on the left-hand
 8  side.  You exit --
 9    Q  Okay.  That's all right.
10    A  I don't know.  It's like Raddison, Ramada,
11  something.
12    Q  Marathon paid for everything?
13    A  Yeah, they paid for the room.
14    Q  So you spent the night that night in the
15  hotel?
16    A  Uh-huh.
17    Q  Did you come back to the Catlettsburg
18  office?
19    A  Yes.  She wanted to see me again the next
20  day.
21    Q  Did she see you the next day?
22    A  Yes.
23    Q  How long did you stay there in
24  Catlettsburg then?
25    A  They had me -- they told me to finish out
```

268

```
 1  my hitch there.  So it would have been another two
 2  or three weeks, something like that.
 3    Q  Finish out your 30 days so that you would
 4  be paid?
 5    A  Yeah.  They said they didn't want any lost
 6  time.
 7    Q  Okay.  So they didn't want you to lose any
 8  pay because of this?
 9    A  Well, I don't know about that.  They said
10  they didn't want lost time, that I had to stay
11  there.  I said, I want to go see a doctor, another
12  doctor.  No, you have to stay here or we will
13  consider it pretty much walking out of a job.
14    Q  Okay.
15    A  And losing your job.
16    Q  So you stayed at the hotel?
17    A  Yes.
18    Q  Did you see anybody besides the nurse
19  practitioner?
20    A  They had me see Marathon's own -- another
21  doctor.  I don't know who he was.
22    Q  Was the nurse practitioner a doctor or do
23  you know?
24    A  She's a nurse practitioner.
25    Q  So you said another doctor.
```

269

1  A   There was another doctor. They had me see
2  a guy that was there at the same place, Marathon's
3  headquarters.
4  Q   He's a medical doctor?
5  A   I don't know what he was.
6  Q   Did he introduce himself?
7  A   I believe so, yeah, but I don't remember
8  what his name was.
9  Q   Did he say, I'm Dr. Whatever?
10 A   I don't remember.
11 Q   What did he do for you?
12 A   Basically the same thing she did, just
13 looked at me, pressed on my back a little bit, had
14 me move my legs a little bit, and that was it.
15 Q   So that examination, did that take place
16 at the Catlettsburg office?
17 A   Yes.
18 Q   And then did you do some light work or
19 work while you were there in Catlettsburg?
20 A   They told me I needed to stay at the
21 office and do office desk work since I'm getting
22 paid. I told them I need to lay down, I'm hurting
23 real bad. They said, no, you have to be here and do
24 light-duty work with us, we do not want lost time.
25 And then about a week or two weeks later, week or

270

1  two weeks, I can't remember, they sent me to finally
2  get an MRI done.
3  Q   A couple weeks later?
4  A   A week or two.
5  Q   Was that in Catlettsburg?
6  A   Yes.
7  Q   So while you were in Catlettsburg during
8  this period of time, after seeing the Marathon
9  doctor, they sent you to another doctor in
10 Catlettsburg?
11 A   Yes.
12 Q   What was that person's name?
13 A   It was getting an MRI. I don't know the
14 doctor's name exactly.
15 Q   Okay.
16 A   It was at -- what's it called -- I want to
17 say --
18 Q   So did you actually get examined or just
19 have an MRI conducted?
20 A   I mean, I think she looked at me for a
21 minute and then gave me an MRI.
22 Q   So was it at King's Daughters Medical
23 Center?
24 A   Yes. That was their main office, or the
25 main -- it's like a big hospital.

271

1  Q   Okay. So did you see a doctor there?
2  A   I think they had me see somebody, but it
3  was only for a short time. She kind of looked at
4  me, did the same thing, and they escorted me to the
5  MRI machine.
6  Q   Okay. So it looks like you went there on
7  September 4, which would have been six or seven days
8  after you got off the boat. If you got off the boat
9  on the 28th of August, September 4 would have been
10 about six days later. Does that sound about right
11 to you?
12 A   Let me see here on my calendar just to see
13 what 2014 was. August 27, 28 -- counting the 28th,
14 one, two, three, four, five, six -- what day was
15 that, you said?
16 Q   September 4.
17 A   That would be eight days.
18 Q   So September 4 is when you think you went
19 to King's Daughters to get the MRI?
20 A   Yeah, I'd have to double-check it. I've
21 got copies of the paperwork and everything at home.
22 Q   It looks like you saw Dr. Yagodich on
23 September 16.
24 A   Yes. I don't remember exactly if it was
25 September 16 or not, but I remember seeing him

272

1  afterwards.
2  Q   And that's your regular doctor?
3  A   Yes, because they would not prescribe me
4  any type of pain medicine.
5  Q   And then did he refer you to Dr. Glassman?
6  A   No.
7  Q   Who referred you to Glassman?
8  A   Rupert.
9  Q   Yagodich, did he refer you to Rupert?
10 A   Yes.
11 Q   Okay. So Rupert is a doctor referred by
12 your family doctor?
13 A   Yes. I saw my family doctor to find out
14 where I need to go to to get it fixed.
15 Q   And he sent you to Rupert?
16 A   He sent me to Rupert.
17 Q   And then Rupert referred you to Glassman?
18 A   Rupert looked me over again and sent me to
19 Glassman and something else. I forget what it was.
20 Q   When was the last -- strike that. While
21 you were at Marathon, you had various evaluations
22 done of your performance as a crew member?
23 A   Okay.
24 Q   Is that true? Yes or no?
25 A   I mean, they always evaluate you. It just

273

```
1   depends on what you're --
2       Q    Listen to my question. While you were
3   working at Marathon, they had job performances
4   performed on you?
5       A    Okay.
6       Q    Is that true?
7       A    Yeah, they do do that.
8       Q    Did they in your case?
9       A    I don't know. Which paperwork or --
10  which -- I mean, there's job evaluations for moving
11  up from deckhands, there's performance evaluations
12  for just your year-round performance evaluations.
13      Q    Fair enough. So you had various kinds of
14  evaluations done while you were working at Marathon?
15      A    Yes. There's random evaluations also,
16  just keep in mind.
17      Q    Okay. So there's three kinds, there's
18  performance evaluations, there's random evaluations,
19  and there's evaluations for elevation from one
20  degree of deckhand to the next?
21      A    Or on up to go to the captain. Each
22  person gets evaluated.
23      Q    So you had all three of those done?
24      A    Yeah.
25      Q    When is the last time you had an
```

274

```
1   evaluation before your incident?
2       A    I cannot remember.
3       Q    Let me refresh your memory. I think you
4   had one on the 24th of August, and your accident
5   happened on the 27th of August. Do you remember
6   that evaluation?
7       A    No, not at. That's three days before we
8   arrived there. We had just got on the boat.
9       Q    Yes.
10      A    So there couldn't have been much of an
11  evaluation done there.
12      Q    So you don't remember the contents of any
13  evaluation that happened within three or four days
14  of your accident?
15      A    No, not at all.
16      Q    You were on the boat at the time?
17      A    I would say so, because it took us about a
18  week or so to get up there. So that means we were
19  on the boat maybe two days, if that.
20      Q    Do you know Isaac Perkins?
21      A    That would be lead HR, the top HR guy. I
22  don't know if he's still there or not.
23      Q    Do you know him?
24      A    I know I've talked to him a few times.
25      Q    Do you know Michael Burdick?
```

275

```
1       A    The name sounds familiar.
2       Q    This indicates that they had a meeting
3   with you, those two, Isaac Perkins and Michael
4   Burdick, and discussed your poor work performance
5   and lack of motivation along with other issues. And
6   that happened in August and in July actually of the
7   same year you had your accident. Do you recall that
8   at all?
9       A    So that happened two days after I got on
10  the boat, two or three days? Because it took me
11  about a week. There's no way. They didn't fly down
12  with us. They weren't even on that boat at the
13  time. I know that for a fact because all the big
14  wigs are on the boat and nothing of this degree
15  would have happened. Everything would have been
16  safety-wise.
17      Q    This was on the phone.
18      A    I don't remember on the phone at all.
19      Q    You don't remember this event I'm talking
20  about?
21      A    No.
22      Q    You don't remember on the phone them
23  talking about your poor performance and lack of
24  motivation?
25      A    Not at all.
```

276

```
1       Q    Well, it says that at the time you were
2   confused, and they recommended you -- they
3   recommended that you do certain things in very plain
4   terms to improve your performance. Do you remember
5   any of that?
6       A    No, I don't remember the phone call at
7   all.
8       Q    Do you recall Captain Scott writing out on
9   paper his expectations for you once you got on the
10  Nashville, when you boarded the vessel?
11      A    No.
12      Q    And Captain Scott had 17 messages of
13  expectation that he expected of you?
14      A    I have no idea.
15      Q    You don't recall any of that?
16      A    No.
17      Q    And according to this -- and your lawyer
18  has a copy of this, by the way.
19      A    Okay.
20      Q    They discussed all the 17 points and they
21  explained to you in detail, and this was supposed to
22  guide you to improve your progress with the company
23  because they were concerned about safety issues with
24  you as well. None of that rings a bell with you?
25      A    I don't remember a phone call at all.
```

69  (Pages 273 to 276)

277

1    Q   All right. The call concluded apparently
2  with the port captain telling you that his
3  expectations for you were to follow and comply with
4  all of Captain Scott's expectations. You don't
5  remember that?
6    A   Like I stated before, I don't remember the
7  phone call at all --
8    Q   All right.
9    A   -- two or three days after I got on the
10  boat.
11    Q   Do you remember them asking if you had any
12  questions that you didn't understand after going
13  through all of these expectations? Do you recall
14  that?
15    A   I don't remember the phone call at all.
16    Q   All right. At that time, you apparently
17  said that your goal was to work as a shore side
18  tankerman. Do you remember that part?
19    A   Ever since Marathon forced us to get a
20  tankerman's license, that was the part of the
21  thing -- I've told everybody that beforehand. I
22  said I'd like to go into shore side.
23    Q   Why did you want to go on shore side?
24    A   You make more money.
25    Q   I see. Did you -- strike that. Would you

278

1  have to be on the boat and stay away from your
2  family? Did that enter into it at all?
3    A   Money, for one. That's number one. Shore
4  side is you stay on shore. You get called in random
5  amounts of time or whatever.
6    Q   That's what I'm saying. If you're on
7  shore side doing tankerman work, do you have to get
8  on the boat and stay on for 30 days?
9    A   If they really need you, yes, they do.
10  They've had people shore side come on the boats and
11  stay on the boats.
12    Q   Okay. But normally though, if you're a
13  normal tankerman on the land, do you actually serve
14  a 30-day watch on a towboat?
15    A   Sometimes you can.
16    Q   Okay. But normally do you?
17    A   Back two years ago when all this -- or
18  even before that a little bit when all this started
19  and they told us you had to get a tankerman's
20  license, that we were forced to or we'd end up
21  having to get fired or whatever, this was all new.
22  They just started doing shore side tankerman. The
23  jobs had just started opening up.
24    Q   What does shore side tankerman mean?
25    A   You stay on the shore. You mostly --

279

1  90 percent you stay on the shore. But they can --
2  crew services or the tankerman guy can call you and
3  tell you, hey, you're getting on the boat.
4    Q   I understand. But 90 percent of the time
5  you stay on the shore? That's why they call it a
6  shore side tankerman?
7    A   Yes.
8    Q   All right. They apparently asked you to
9  sign the list of expectations and you refused to
10  sign it?
11    A   I'll state this. I don't remember it. So
12  therefore, that's easy to make up if nobody signed
13  it. I mean --
14    Q   Is that the reason you refused to sign it?
15    A   I don't remember at all.
16    Q   Okay. Here are the expectations. I'll
17  just read them off.
18            (Defendant's Deposition Exhibit
19            12 marked for identification.)
20    Q   (By Mr. Massey) I'm showing you,
21  Mr. Ruddell, what's been marked as Exhibit 12. And
22  I'll ask you to flip to the last page. And those
23  are the 17 expectations. At least it says you
24  refused to sign it. So I presume they must have
25  given it to you, you looked at it, and you refused

280

1  to sign it. My question is this. Do you recall
2  seeing that third page of this Exhibit 12?
3    A   I do not remember this page at all.
4    Q   Glance at any of those things. Do you
5  recall those expectations being made clear to you?
6    A   As I stated before, I don't remember the
7  phone call, so therefore I do not remember this at
8  all.
9    Q   Okay. Did they ever say that you needed
10  to do better stretching exercises and you needed to
11  do them properly? Do you remember that?
12    A   I don't remember this at all.
13    Q   You don't remember any of these things?
14    A   As I stated before, I don't remember the
15  phone call.
16    Q   All right.
17    A   This could be made up. This could be made
18  up after the fact. Things could be added after the
19  fact. There's no notary signed to state that this
20  was ever given to me or anything done. This is easy
21  to make.
22    Q   So you think --
23    A   This is real kind of -- this kind of ticks
24  me off.
25    Q   So you think they made that up?

**281**

1    A    There's a good chance of that.
2    Q    When is the evaluation that you recall,
3 performance or any of the other three that you
4 mentioned, evaluations before this one? What's the
5 latest one before that one?
6    A    I don't remember. I remember having some
7 evaluations, but I don't remember.
8    Q    Do you remember a mid-year review that was
9 done July, which was the month before this phone
10 call?
11    A    No.
12    Q    And this evaluation would have occurred
13 July 24, which is about a month before the incident.
14 Do you remember that?
15    A    July 24? I don't know even know if I was
16 off the boat or on the boat during that. If I was
17 on the boat a week before, I'd have to do the
18 calculations for that.
19    Q    This one would have been done with Mike
20 Burdick again and with Isaac Perkins.
21    A    I don't know.
22    Q    You don't recall that either?
23    A    No, not at all. This is years ago.
24    Q    This was called mid-year review 2014.
25 It's got your employee number on it.

**282**

1    A    Okay.
2       (Defendant's Deposition Exhibit
3       13 marked for identification.)
4    Q    (By Mr. Massey) I'm showing you,
5 Mr. Ruddell, what's been marked as Defendant's
6 Exhibit 13. That purports to be the mid-year review
7 dated July 24, 2014. Do you see that?
8    A    I see year 2014 review, mid-year. I don't
9 see the month or date.
10    Q    Look at the bottom where it's signed.
11    A    Is that 24?
12      THE WITNESS: Do you have that? Is that
13 24?
14      MR. O'BRYAN: Yeah, 24, 26.
15    Q    (By Mr. Massey) You recall that?
16    A    I don't recall it. This is 2014.
17    Q    You don't recall that review process
18 either?
19    A    No.
20    Q    It says here you refused to sign that as
21 well.
22    A    Okay.
23    Q    Is that true?
24    A    If I don't remember it, how can I say if
25 it's true or not? I don't remember.

**283**

1    Q    Well, do you remember being asked to sign
2 reviews that you refused to sign?
3    A    No, I do not.
4    Q    So --
5    A    I don't remember. As of right now, I do
6 not remember.
7    Q    But do you remember any reviews where you
8 were asked to sign and you refused?
9    A    No, I do not.
10    Q    So you think you signed whenever you were
11 asked to sign?
12    A    If I agree with something, I'll sign it,
13 yes. I mean, I don't remember this paperwork.
14    Q    I understand. Do you deny that that
15 review occurred?
16    A    I do not know. I do not remember this
17 review at all.
18    Q    I understand you don't remember. My
19 question is, do you deny that it occurred?
20    A    I do not know.
21    Q    Were the reviews done in person, over the
22 phone, or did they vary?
23    A    I remember -- it wasn't the captain on
24 this boat, but prior boats I remember being reviewed
25 up in the wheelhouse. Each person was brought up

**284**

1 there. But I'm guessing you could say it varied
2 because you're stating the last one was over the
3 phone. Now this one, I'm not --
4    Q    The one you're looking at there,
5 Exhibit 12, that was July 24. Do you recall any
6 evaluations that were done before this one of
7 July 24, 2014?
8    A    It was years ago. I don't remember.
9    Q    Do you remember any of the evaluations in
10 terms --
11    A    I remember having the evaluations, but I
12 do not remember when or where.
13    Q    And you don't remember the contents of
14 them?
15    A    No.
16    Q    You don't recall what was discussed?
17    A    No.
18    Q    And you don't recall who was present, any
19 of them?
20    A    No, I don't remember.
21    Q    And you don't recall whether they were
22 over the phone or in person?
23    A    I don't remember. You stated the last one
24 was over the phone. Now this one, I don't know.
25    Q    At some point in July, were you brought in

### 285

1  because of your poor performance so that they could
2  test you on your abilities as a deckhand?
3      A   No. That wasn't the reason. I was
4  brought in one time -- it wasn't for a poor
5  performance or anything. It was to move me from
6  deck two to deck one. Let me rephrase that. I
7  believe it was either deck two to deck one or deck
8  one to mate to finish my book up.
9      Q   When was that?
10     A   I don't remember the exact day. I
11  remember I had signed -- I had people, mates, that
12  signed me off on things that the training mate told
13  me he didn't recognize now, that I had to redo the
14  whole thing over. They didn't agree with it, so I
15  got a whole new deck book. They went ahead and had
16  another mate go back over everything with me and
17  sign me off on almost everything instantly.
18     Q   Do you remember any of the details of that
19  when you were brought in for that?
20     A   I just remember some of the things I had
21  to do.
22     Q   Do you remember about when that was?
23     A   No.
24          (Defendant's Deposition Exhibit
25           14 marked for identification.)

### 286

1      Q   (By Mr. Massey) Let me show you what's
2  been marked as Defendant's Exhibit 14. That's some
3  qualification testing that was done. And when was
4  that done?
5      A   On here, it's dated July 3rd, July 4th,
6  2013.
7      Q   Do you remember that at all?
8      A   I don't remember the date. But like I
9  stated before, I remember doing some things I had to
10  do in order to --
11     Q   Do you remember that event for those days?
12     A   I remember having to do this.
13     Q   Where did you do that?
14     A   On the training pad there.
15     Q   Where?
16     A   Catlettsburg.
17     Q   So they took you off the boat to do this?
18     A   No. I don't believe I was -- I was
19  already off work. They had me come in.
20     Q   So did you drive from Evansville or
21  Catlettsburg to do that?
22     A   I either drove or they rented me a car.
23  I'm not sure exactly how I got there.
24     Q   On the comments, it says, Ryan needs to
25  show more initiative for his job. Needs to get a

### 287

1  lot better at working with vessel crews. Needs to
2  pay attention while in any meeting. Ryan has the
3  skills to do this job but he has to have the will to
4  do this job. He wants to be a shore side tankerman.
5  But until he proves to the company that he can do
6  better at his deckhand job I don't think it will
7  happen.
8      A   This is from a training mate that has
9  never -- well, back in years past I worked with.
10     Q   Who was that training mate?
11     A   Looks like Wayne Parker.
12     Q   Do you remember him?
13     A   Vaguely.
14     Q   Is that your training mate?
15     A   That was one of many training mates. That
16  wasn't my training -- I mean --
17     Q   You refused to sign this as well?
18     A   I told him if he wanted to put that down
19  there like that -- he hasn't worked with me on a
20  boat for years. They had me come in to go over to
21  show him how I can do things. And he writes this
22  down saying I need more initiative when he hasn't
23  been out on a boat or worked with me personally. So
24  I told him with putting that down, no.
25     Q   So you refused to sign?

### 288

1      A   I told him I did not agree with that.
2      Q   This says Ryan refused to sign.
3      A   Okay.
4      Q   Is that true?
5      A   I guess.
6      Q   So you were asked and you refused?
7      A   If I don't agree with something, I'm not
8  going to sign it.
9      Q   So you were asked and you refused?
10     A   I told him he could re-word it and I would
11  sign it.
12     Q   So you were asked and you refused to sign?
13     A   Okay.
14     Q   Is that true?
15     A   I guess.
16     Q   Do you think you did, in fact, sign?
17     A   I remember doing the training. I remember
18  him going over the things. I remember doing this
19  training already beforehand, like I stated before.
20     Q   Do you think you signed the evaluation?
21     A   I was signed off on it, and they had me do
22  it again.
23     Q   Did you sign off on the evaluation or not?
24     A   I guess not obviously if it's right here.
25          MR. O'BRYAN: He's bad, but you're just as

## 289

1　bad.
2　　　THE WITNESS: Huh?
3　　　MR. O'BRYAN: I said you're bad, but he's
4　just as bad.
5　　Q　(By Mr. Massey) Do you remember if you
6　missed any work because of the vasectomy and the
7　complications therefrom?
8　　A　Not that I can recall.
9　　Q　When you saw the doctors and you
10　complained about testicular pain and they were
11　baffled as to why you would have testicular pain,
12　did you tell them that you had had complications
13　from a vasectomy?
14　　A　I think I've already been over this.
15　　Q　What's your answer?
16　　A　Is there a way of having the court
17　reporter read --
18　　　MR. O'BRYAN: Just say yes or no. It will
19　be a lot quicker.
20　　　THE WITNESS: What was it again?
21　　　MR. MASSEY: Read the question back.
22　Listen to the question.
23　　　THE WITNESS: Okay.
24　　　(The requested portion of the
25　　　record read by the reporter.)

## 290

1　　A　No. I told them I had a vasectomy. I
2　told them -- I don't believe I had complications
3　from the vasectomy. Everything I was told
4　afterwards that happened was normal.
5　　Q　(By Mr. Massey) Do you still have pain in
6　your testicles?
7　　A　From the back, yes.
8　　Q　And how do you know it's from your back
9　versus your vasectomy?
10　　A　Because when I was getting the epidural
11　shots, after the pain went away, the testicle pain
12　went away. It didn't go completely away, but after
13　they gave me a bunch of medication or whatnot. At
14　one point in time the pain went down so low the
15　testicle pain went away.
16　　Q　On the way from getting off the boat
17　around St.~Louis back to Catlettsburg, you called a
18　doctor en route?
19　　A　I don't remember calling any doctor en
20　route because nobody stopped. Nobody would even
21　drop me off at my own home on the way to see a
22　doctor.
23　　Q　Do you still keep your cell phone records?
24　　A　No.
25　　Q　You destroyed them?

## 291

1　　A　I just don't get them.
2　　Q　Okay. You never get --
3　　A　I don't get a paper copy. I go into AT&T
4　and I pay my bill.
5　　Q　Okay. You don't have a record that you
6　can get online and see when you made calls?
7　　A　I don't sign up for all of that stuff. I
8　don't pay anything online. I don't do anything like
9　that.
10　　Q　If the testimony is that you, in fact, did
11　call a doctor because they heard you call, which
12　doctor would you have been calling?
13　　A　I have no idea. I mean, if I had --
14　　Q　Could it have been the doctor or
15　chiropractor that you had seen years before?
16　　A　No, because I don't even remember that
17　doctor. The only doctor -- if you had to even give
18　a shot of anything would be Yagodich, my family
19　doctor, to let him know exactly what was going on.
20　　Q　Have you ever smoked dope?
21　　A　No.
22　　Q　Have you ever done meth?
23　　A　No.
24　　Q　Cocaine?
25　　A　No.

## 292

1　　Q　Crack?
2　　A　No.
3　　Q　Any illegal drug?
4　　A　No.
5　　Q　I understand you don't remember this back
6　situation that you had in July of 2008, so I guess
7　you never told Marathon about that condition,
8　whatever it was. Is that true?
9　　A　I don't know if I told them or not. I
10　don't even remember that.
11　　Q　That's what I'm saying.
12　　A　That's what I'm saying. I don't know.
13　　Q　So I know you don't remember it now. But
14　are you saying you could have told them about it?
15　　A　I don't know.
16　　Q　Okay. And even after this length of time,
17　I asked you about it two or three hours ago, you
18　still don't have a memory of that doctor or those
19　X-rays or those manipulations that you had or
20　stimulations. You don't remember the hospital visit
21　to get your X-ray, any of that?
22　　A　No.
23　　Q　Have you ever been unconscious to your
24　knowledge?
25　　A　Not to my knowledge.

293

1   **Q**  Has anybody ever knocked you out fighting,
2  anything like that?
3     **A**  No.
4     **Q**  How would you -- how would you judge your
5  job performance at Marathon?  What's your view of
6  how you performed as a crew member?  Do you think
7  you were a poor performer, an average performer,
8  above average performer?
9     **A**  Average, adequate.
10    **Q**  Did they ever tell you that you were
11 inadequate in any of these reviews and not good
12 enough, that you would have to improve or otherwise
13 you would be terminated?
14    **A**  Not that I can remember.
15    **Q**  How did you view your job situation on the
16 date of your injury if you, in fact, had a review
17 two or three days before that was negative?  On the
18 day of your accident, did you think you were in any
19 threat or fear of being let go because of your job
20 performance?
21    **A**  How would I be in fear or threat if I
22 don't remember seeing or hearing them talk
23 about it?  So therefore, no, I wouldn't fear
24 anything.
25    **Q**  Okay.  So you didn't believe that your job

294

1  performance was at issue sufficient to cause you to
2  be terminated at the time of your accident?
3     **A**  No.  I had been there for six -- or at
4  that point in time, six years.
5     **Q**  Had you progressed normally with the
6  company during those years or not?
7     **A**  As normally as could be expected.
8     **Q**  Why do you say that?
9     **A**  When I started off at deck three, they
10 ended up freezing the deck threes' time because they
11 were redoing everything, and they came out with
12 these eventually.  Then it started go by, because
13 how they used to do the deck improvements was by the
14 captain only.  If you got in good with the captain
15 and he liked you and everything else, he would call,
16 put you in for it.  He'd go ahead and do that.
17       I remember being shown being put in for
18 deckhand advancement from deck three to deck two.
19 The captain said you weren't allowed to.  Now I can
20 talk about it because the captain is actually gone.
21 His name is -- oh, man, he was on the Ashland.  He
22 put me in twice for it, Tommy something.  And he
23 came downstairs in front of everybody and showed me.
24 He goes, this is the second time I've put you in for
25 advancement.  They said you ain't going to do it

295

1  because everything is frozen right now.  They are
2  coming out with new qualifications and everything
3  else.  It took them for ever.
4     **Q**  Were you ever tutored or mentored or had
5  special training to try to make you better?  Were
6  there people that did that?
7     **A**  Just normal stuff.  I mean, the mate would
8  go by and show you how to do something and check you
9  off on the stuff if you could do it.
10    **Q**  Did training mates ever work with you to
11 try to make you a better deckhand so that you could
12 do better and not be terminated?
13    **A**  Mostly with the training -- training mates
14 may have shown a little bit to me or a little bit to
15 other people too.  But mostly when they came on the
16 boat they did their checks and other things they had
17 to do and worked with people that were brand new.
18    **Q**  Wasn't Exhibit 14 -- wasn't that working
19 with the training mate?
20    **A**  Yes, that was the training mate.
21    **Q**  So a training mate was working with you --
22    **A**  At Catlettsburg.
23    **Q**  -- at that time in Catlettsburg to try to
24 make you better and get you to be a better deckhand?
25    **A**  No, he was working with me to check me off

296

1  on this.  I already had it checked off beforehand.
2  I believe I still have the booklet to that
3  somewhere.  I kept record of that just to show just
4  in case because it was marked and they didn't like
5  the person.  Oh, no, no, no, we don't need that, no,
6  I don't recognize that.  Boom, you have to do a
7  whole new booklet, he said.
8       So we're going to have you come back, do
9  this in front of the training mate and have him
10 check it off to show you really can do it.  It
11 was -- within a day, I already had 98 percent of it
12 done.  And he saved a few for the next day just
13 because he said, well, I can't really do it in one
14 day.  It don't really show much.  I mean, it kind of
15 looks bad.  So we have to have a couple days.
16    **Q**  What was your weight right before the
17 accident approximately?
18    **A**  240.
19    **Q**  About the same as it is now?
20    **A**  Right now you said I weigh about 270, the
21 reports say.
22    **Q**  You said you haven't weighed yourself.  Do
23 you weigh about the same today as you did before the
24 accident?
25    **A**  No, I weigh a little more.  I know that.

### 297

1   Q  Then, back then?
2   A  No. When I started off very first, when I
3 started off -- when I first came on there, I weighed
4 in like the 200s. Then I went to about 230, 240,
5 towards the end, and now I am back up a little bit
6 more. I weighed probably about 210, 215 when I
7 first started roughly.
8   Q  How much do you think you've gained since
9 the accident and now?
10   A  According to -- you say the doctor's notes
11 say I weigh 270, and that's 240. Roughly 30 pounds
12 in two years.
13   Q  Did you work as a cook at some point on
14 one of the boats?
15   A  The cook would get off the boat, and they
16 found out I knew how to cook, so Captain Dwight Ryan
17 had me cook.
18   Q  Is that a light job?
19   A  Not really. You have to -- some of it is
20 paperwork. A lot of it is standing on your feet and
21 a lot of it is heavy lifting to put the groceries
22 away and take them on. That is very heavy lifting
23 taking all them groceries on. You're getting at
24 least five hundred to a thousand-plus dollars worth
25 of groceries.

### 298

1   Q  Was the wire that you were handling when
2 you say you did whatever you did with the winch --
3 what size wire was that, do you know?
4   A  It's the normal size wire about this big
5 around or. So I don't know exactly.
6   Q  You can't tell us in information, but
7 you're holding your finger, and it was a normal size
8 wire?
9   A  Yeah, whatever Marathon had, 65, 95, 35.
10 I'm not sure exactly.
11   Q  You complained about the wire and the
12 winch. Were there any other wires that you had
13 problems with?
14   A  We just laid that one side real quick and
15 got done and got out of there because of how bad the
16 weather was.
17   Q  Listen to my question. You told me about
18 the problems you say you had with the one wire and
19 with the winch.
20   A  Yes.
21   Q  Did you have any problems with any other
22 wires?
23   A  Not that I can remember.
24   Q  Did you report the problem that you had,
25 that you say you had with the wire, to anyone?

### 299

1   A  The mate saw it. Everybody saw me
2 yanking, seeing the wire. They were standing right
3 there.
4   Q  Did you report it to anyone?
5   A  I believe the mate saw it and knows about
6 it. I don't know what to --
7   Q  Isn't there a written report you make if
8 you have a problem so that somebody becomes aware of
9 it?
10   A  If a wire is bad, you tell them -- you let
11 them know. But we had to lay that wire no matter
12 what to keep the boat from going out.
13   Q  Did you report the condition of the wire
14 to anyone? If so, tell me who you --
15   A  I was yelling when I yanked the wire. I
16 said, this wire is bad. I was yelling. I mean,
17 there was things being said. I can't remember all
18 of them. I mean, they can see the wire standing
19 right there.
20   Q  Did you report it to anyone?
21   A  There's nothing to report. The mate fills
22 out the paperwork or the captain.
23     MR. O'BRYAN: Just say yes or no.
24   A  I don't know.
25   Q  (By Mr. Massey) No?

### 300

1   A  I don't know.
2   Q  As you were getting off the boat, you took
3 your bags off the boat --
4   A  No. They carried the bags for me.
5   Q  Did you take them partway off the boat?
6   A  No. They carried the bags for me.
7   Q  The entire time?
8   A  Yes. They were told to carry them from my
9 room out all the way to the car and put them in the
10 car.
11   Q  And who did that?
12   A  Deckhands.
13   Q  At some point -- at some point before you
14 reported the incident to the captain, did you run up
15 and down the stairs to get cigarettes?
16   A  Actually, I could not run. I could barely
17 move my feet. But to get cigarettes? No.
18 Cigarettes were in my bags.
19   Q  Did you run up and down the steps from the
20 time you came in following the incident until you
21 reported the incident to the captain for any reason?
22   A  No. I could not run.
23   Q  When you went to see the doctors, they
24 asked you how you got hurt?
25   A  Yeah, I told them.

301

1    Q    Just answer the question. Did they ask
2  you how you got hurt?
3    A    Yes.
4    Q    That's called a history?
5    A    I don't know what it's called.
6    Q    Okay. But they asked you how you got
7  hurt?
8    A    Yes.
9    Q    And you told them how you got hurt?
10   A    Yes.
11   Q    What did -- strike that. Did Yagodich
12 examine you and treat you at all or did he just
13 refer you?
14   A    He looked at me for a little bit and gave
15 me pain medications, a real low dosage, to see if it
16 would help a little bit. And then he referred me
17 over to --
18   Q    Rupert?
19   A    Rupert.
20   Q    What kind of doctor is Yagodich?
21   A    Family practice.
22   Q    And you had seen him before for many
23 things?
24   A    Oh, yes.
25   Q    What kind of things?

302

1    A    He's my family doctor. Numerous.
2    Q    Had you seen him for a back condition
3  before this?
4    A    Not that I remember.
5    Q    Could you have and you not remember?
6    A    Not that I remember.
7    Q    Huh?
8    A    Not that I remember.
9    Q    Did you tell him about the prior back
10 condition you had back in July of 2008?
11   A    If I don't remember that -- no, I don't
12 remember it.
13   Q    So you didn't tell him about it?
14   A    I don't remember it. I don't remember
15 telling him anything about that. I don't remember
16 the back condition.
17   Q    I understand that. But could you have
18 told him about it and forgotten about it?
19   A    I don't know.
20   Q    So you don't know if you told him or not?
21   A    No.
22   Q    So he sent you over to Rupert. And tell
23 me generally what Rupert did for you.
24   A    He wanted to -- one thing he wanted to do
25 was more injections that Marathon declined. And in

303

1  his reports, he stated that it was the same as
2  having a breast cancer patient and not receiving
3  medications. You all wouldn't let the treatments
4  go, the injections. So eventually we got that done.
5  He prescribed me medications, of course, pain
6  medications. He had me see other -- that Glassman
7  guy.
8    Q    Okay. Let me stop you there. You
9  mentioned that Dr. Rupert said to you that Marathon
10 had something about a cancer patient? What did he
11 say?
12   A    No. You all had denied me numerous times
13 injections into my spine at a different location
14 that he wanted to do, see if it would help, epidural
15 shots. Even in his report that I have, I sent to
16 him and highlighted, and I'm sure you have also, he
17 stated in there that denying the treatment is the
18 same as denying a breast cancer patient treatment.
19 I can't -- I don't remember word-for-word, but it's
20 in one of the letters of the reports. It is the
21 same. Eventually you all did end up letting me have
22 the epidural shots.
23   Q    How many epidural shots did you have
24 total, do you know?
25   A    They let two go. That was it.

304

1    Q    So how many did you have?
2    A    Before him, I had three. So it would be
3  five total.
4    Q    Before Rupert? You mean you had them with
5  someone else?
6    A    Yes, three other with somebody else at a
7  different location.
8    Q    Who did those?
9    A    I don't know his name. It was some
10 Swedish doctor down by St. Mary's. What he did, I
11 was told, was called a caudal epidural. And by
12 Rupert's terms, he said that would not do anything
13 since that is not the location where the pain or the
14 disc herniation is. He wanted to try injections --
15       MR. O'BRYAN: You don't have to keep
16 talking. Just answer the question as shortly as
17 possible.
18       THE WITNESS: Okay.
19   Q    (By Mr. Massey) Somebody at St. Mary's
20 Medical Center, Dr. Smearing (phonetic), does that
21 ring a bell?
22   A    Smearing? I guess. He was across the
23 street of St. Mary's. He wasn't in St. Mary's. I
24 don't know the --
25   Q    So the doctor at St. Mary's did some

## 305

1 injections, Rupert did some injections as well?
2    A    Rupert wanted to go somewhere else to find
3 it.
4    Q    Rupert you have seen continuously from the
5 time you began seeing him up until just a few days
6 ago, you said?
7    A    Yeah, a few days or so.
8    Q    When's the last injection you had?
9    A    I don't remember. All he did finally
10 after you all approved it was two injections to see.
11 And then also they had an injection for, of course,
12 the discogram.
13    Q    When's the last epidural injection you
14 had?
15    A    I would have to get his paperwork to find
16 out.
17    Q    Have you had one in 2016?
18    A    I don't remember.
19    Q    Is Rupert doing anything now except for
20 prescribing drugs for you?
21    A    That's all he can do is prescribe the
22 medication for me.
23    Q    He's not doing any exams or anything?
24    A    He looks me over and asks if I'm doing the
25 same or how I'm doing or how the pain levels are.

## 306

1    Q    Do you know when the last time he actually
2 looked you over was?
3    A    Maybe three for our months. I don't
4 remember.
5    Q    Now, your lawyer sent you to see
6 Dr. Strenge?
7    A    Yes. I was told to see Dr. Strenge.
8    Q    And Mr. O'Bryan made arrangements for
9 that?
10    A    I guess.
11    MR. O'BRYAN: Well, you made arrangements
12 too.
13    MR. MASSEY: I didn't make arrangements.
14 You made arrangements. You picked him out.
15    MR. O'BRYAN: Don't make it look like he's
16 my doctor.
17    MR. MASSEY: He is your doctor. You
18 picked him out, didn't you, and sent your client to
19 him?
20    MR. O'BRYAN: Mutual agreement.
21    MR. MASSEY: Not a mutual agreement at
22 all.
23    MR. O'BRYAN: Yeah, it was.
24    MR. MASSEY: In that case, we'll go to
25 another one then. Not my mutual agreement.

## 307

1    MR. O'BRYAN: You never suggested another
2 one. And the one you did was a big splatter.
3    Q    (By Mr. Massey) Let me ask you this.
4 Glassman, we made some appointments for you to see
5 Glassman before Strenge and you refused to go. Is
6 that true?
7    A    No, I did not refuse to go.
8    Q    You didn't? Your lawyer said you did.
9    MR. O'BRYAN: I never said that.
10    Q    (By Mr. Massey) Didn't you have an
11 appointment to see Dr. Glassman, and wasn't it
12 canceled because you wouldn't go?
13    A    Rupert wanted me to see Glassman. You all
14 said no. Some things got fought over. I don't know
15 exactly what happened. Next thing I know I get an
16 appointment for Glassman months down the road and an
17 appointment for another person at Glassman. Somehow
18 two people got the same appointment. Something got
19 mixed up. But eventually I ended up seeing
20 Glassman.
21    Q    When did you last see Glassman?
22    A    Whatever that date was. I don't remember
23 the date.
24    Q    But you haven't seen him for six months?
25    A    I just saw him that one time.

## 308

1    Q    You've just seen Glassman one time?
2    A    Yes.
3    Q    What did Glassman do for you?
4    A    Nothing.
5    Q    Did he tell you what was wrong with you?
6    A    I got there. I sat around for a while.
7 They called me up, told me they wanted money up
8 front that I had to pay. I said, since when? This
9 is work comp. He said, well, we can't confirm
10 payment from work comp. We need your money up
11 front. We need 100 and something dollars up front.
12 I said, well, I don't have that and nobody told me
13 that. I don't have that kind of money. I get paid
14 maintenance wages. He said, well, we can't see you
15 then. I said okay, whatever. They ended up talking
16 to somebody else. I don't know what happened there.
17 They sent me to another room. Then he saw me.
18    When I sat in that room when he name and
19 saw me, he walked in, didn't even look me in the
20 eye, didn't ask for any paperwork. He said -- he
21 started ranting on saying, I've already talked to
22 Marathon, I've talked to your case manager, I've
23 talked to everybody. I've seen your stuff. All of
24 this could have been done over the phone. He didn't
25 even inspect me.

309

1    After he talked to me and told me all
2   this, he sent me to get an X-ray done. I asked him,
3   why an X-ray? Why not another MRI? He couldn't
4   tell me anything. He rambled on really fast. Still
5   couldn't even look me in the eye. And he stated,
6   well, there's nothing I can do for you. I told
7   Rupert exactly everything that happened. He said
8   some attorney or somebody, somebody got to him where
9   he didn't want to do any type of work comp, he
10   didn't want to deal with it. That's why he acted
11   the way he did and that's why he didn't even look at
12   me or do anything.
13    Q    At some point in time, did you work with
14   some caseworkers or people who were trying to help
15   you with your medical care?
16    A    At the beginning there was a case manager
17   assigned to me from Marathon itself.
18    Q    What was her name? Was it a her?
19    A    A female. I don't remember her name.
20    Q    Were there some other folks involved
21   besides that one female?
22    A    At the beginning, there was one female
23   from there. I don't remember the name. Then I
24   went -- when I went home, there was a different one
25   assigned to me, case manager, and that was it.

310

1    Q    Did you like working with the case
2   managers or did you have difficulty with them or
3   what was the situation?
4    A    No, I didn't like them at all.
5    Q    Why?
6    A    The lady they assigned me in Evansville
7   started lying. Somebody was lying.
8    Q    Why was she lying?
9    A    They stated that she had to come to my
10   home in order to get paperwork signed, things done.
11   This was stated to HR. HR was telling me this. So
12   they said they stopped my payments because I didn't
13   receive a check when I was supposed to. I asked
14   why. She said it had to come to my home and I
15   wasn't home.
16    I called him up. He was telling me this.
17   I said, so this is common practice, going to your
18   own patient's home, the lady that I didn't hire or
19   anything, stating she had to come to my house to get
20   things signed. I said, hold on a minute. I put him
21   on hold. I dialed him up real quick, put him on
22   three-way. They couldn't talk to each other or
23   nothing. They introduced and that was it.
24    I said, so now tell him how you had to
25   show up at my home. Well, I never said that. Next

311

1   thing I know, Isaac Perkins is mumbling over the
2   phone, couldn't say anything. Well, I received --
3   you said you received the email. Well, no, I have a
4   letter here. No. I said, you said email. Put him
5   on three-way. They didn't say nothing.
6    She lies, she states things. She goes up
7   to the doctors, talks to them without my being
8   present, everything. No, that's complications.
9    Q    Okay.
10    A    I didn't hire her. She has no best
11   interest for me and mine, nothing.
12    Q    Which caseworker was that? The first one
13   or the second one?
14    A    The second one. The first one I didn't
15   see at all. That was just the short time while I
16   was up in Catlettsburg.
17    Q    So the second one, that's the one you had
18   the trouble with?
19    A    Yes.
20    Q    And you don't know her first name or last
21   name?
22    A    I want to say Nicole. I don't remember.
23    Q    Can you describe her at all?
24    A    Heavy-set, short.
25    Q    Any other problems besides what you've

312

1   just said as far as your problems with the
2   caseworker or case manager?
3    A    Right now I can't remember, but that's
4   what stuck out the most.
5    Q    You had a lawyer before Mr. O'Bryan?
6    A    Yes.
7    Q    What was his name?
8    A    I don't know how you pronounce it, Guerl.
9    Q    I don't want to know what your lawyer
10   said, but at some point -- I guess he's no longer
11   your lawyer.
12    A    No, he's not.
13    Q    At some point you were trying to record
14   sessions with the doctors?
15    A    No. I was trying to record things when
16   she was talking to my doctors, that case manager,
17   for when she was lying. I got tired of her lying,
18   got tired of her showing up making accusations,
19   talking to the doctor without me being present.
20    Q    Okay. Because there's some doctor's notes
21   that indicate that you wanted to record your
22   examination with them and the doctor said they
23   didn't allow that and they got into --
24    A    She tried to even come in during my
25   examinations.

### 313

1  **Q**  And there got to be a fight over that so
2  the doctor refused to examine you because you
3  insisted on a recording of the examination. Is that
4  true?
5  **A**  This doctor --
6  **Q**  Is that true? I mean --
7  **A**  Well, hold on, there's more to it. After
8  that -- the whole thing she said to him was not
9  true. What happened was we went in there very first
10  to see him. I waited over two hours to see him in
11  that waiting room.
12  **Q**  Which doctor?
13  **A**  The same doctor you're talking about
14  recording. I can't remember his name. He was in --
15  there's a St. Mary's Medical Center building and he
16  was off to the left. I just know how to get there.
17  **Q**  It wasn't Glassman?
18  **A**  No.
19  **Q**  Was there more than one doctor where you
20  were trying to record?
21  **A**  No.
22  **Q**  Just the one doctor?
23  **A**  I just told you, I didn't try to record
24  the doctor. I tried to record her talking.
25  **Q**  The doctor reports, I think, if I'm

### 314

1  remembering right, said that you tried to --
2  **A**  We already at that point had a problem
3  with that doctor though. We went there the first
4  visit, sat there for two hours, went to get in. He
5  was supposed to review all the paperwork. We waited
6  forever, at least two hours. Ended up he canceled
7  on us, said he had another patient that needed to be
8  seen. We needed to come back another day. She
9  threw a fit on him right in front of me. She got
10  angry.
11  **Q**  In February of '15, you were at Tri-State
12  Neurosurgical and it was Dr. Sneed.
13  **A**  Okay.
14  **Q**  And he indicates in his notes that he was
15  unable to complete your exam because you insisted on
16  recording the exam, and he told you that was against
17  office policy, and you became antagonistic and would
18  not allow the exam to continue. Is that true?
19  **A**  No, that's not true.
20  **Q**  Did you want to record --
21  **A**  I told him I was going to record him
22  talking to her.
23  **Q**  And what did he say?
24  **A**  Again, he said no, you're not allowed to
25  record. I said, well, this lady is sitting over

### 315

1  here writing things. I said, I'm going to record
2  what you're saying to her. Well, no, you're not
3  allowed to. I said, yes, I can. He escorted me out
4  of the building.
5  **Q**  Why did you object to her writing things
6  down about what the doctor was saying?
7  **A**  This was a different girl, one of his -- I
8  don't know who she was. It was part of Dr. Sneed's.
9  She was sitting there in the corner writing things
10  down. I said, if I can't record, why is she allowed
11  to write things down?
12  **Q**  I see. So it was really the doctor's
13  nurse or somebody in his office?
14  **A**  It was somebody. I said, I want to record
15  you talking to her.
16  **Q**  Okay. So the doctor was talking to one of
17  his assistants, whoever it was?
18  **A**  He was talking. She was just sitting
19  there in the corner.
20  **Q**  Okay. She was taking notes, and you
21  objected to that and said, she's writing things down
22  so I ought to be able to record?
23  **A**  I said, she's writing things down, you're
24  talking to this lady here I'm having problems with,
25  I ought to be able to record this. This was even

### 316

1  outside of the office.
2  **Q**  But who was writing down the notes? I
3  thought you said it was his nurse or his assistant.
4  **A**  I don't know who it was. It was a lady
5  sitting in the corner. She was just sitting there
6  writing things down, everything that was being said.
7  **Q**  But it was a doctor employee? It wasn't a
8  caseworker?
9  **A**  I don't know. I don't know her. I didn't
10  know who she was. She just sat there.
11  **Q**  But you, because she was writing down
12  notes, you wanted to record. And because you
13  insisted on recording, the doctor said it was
14  against the policy of the office, so the examination
15  was terminated?
16  **A**  He was already angry beforehand when he
17  stopped us the first time, rescheduled our
18  treatment. When we got in there, he was already
19  snobby and everything. I hadn't started the
20  recording yet or anything. He already started
21  examining me. She walked up and started -- that's
22  when I started recording. He got all snappy. We
23  were already halfway out of the door when I was
24  recording because she was coming in. We walked -- I
25  said, anything you have to say to her -- they went

## 317

1 off by theirselves and started talking in another
2 room.
3    Q   Did Yagodich, or whatever his name was,
4 did he refer you to this Dr. Sneed?
5    A   No.
6    Q   Who referred you there?
7    A   I'm guessing the case manager.
8    Q   But you don't know?
9    A   No, I do not know. I know my family
10 doctor didn't. This was for a second opinion or
11 third opinion or fourth. I had already been --
12 before that doctor I saw another doctor.
13    MR. O'BRYAN: All right. Just answer the
14 question.
15    Q   (By Mr. Massey) Now, you went to see this
16 Strenge. And how many times did you see
17 Dr. Strenge?
18    A   Is that the one in Paducah?
19    Q   Yes.
20    A   I saw him twice.
21    Q   And he did a discogram?
22    A   The first time was just a normal
23 visitation thing, kind of a get to know you type,
24 you know, your visitation, what's wrong. He wanted
25 to do -- he wanted me to have a discogram and

## 318

1 another MRI, the discogram to show where the pain is
2 coming from to find out exactly to pinpoint it.
3    Q   He asked you how you got hurt?
4    A   Yes. I told him on the barges.
5    Q   And he asked you about your history as far
6 as any other back conditions or back problems you
7 had ever had in your life?
8    A   He asked me if I had any surgeries. I
9 told him I had a vasectomy and I had an ankle
10 surgery.
11    Q   You didn't tell him that you had had
12 complications from your vasectomy with your
13 testicles, did you?
14    A   I don't consider that complications, no.
15    Q   Did you report that to him?
16    A   I just told him about my vasectomy. I
17 said I had a vasectomy.
18    Q   You didn't tell him about the
19 complications?
20    A   I don't consider I had complications.
21    Q   You didn't tell him them that you had --
22 that you had discharges and that you had level five
23 pain and that you were concerned about being able to
24 lift and go back to your job? You never told him
25 about any of those --

## 319

1    A   I was able to lift and everything
2 afterwards. I went back to my normal job.
3    Q   Did you tell him about any of the things I
4 just mentioned?
5    A   I don't remember. I told him -- I told
6 him about the vasectomy and that was it.
7    Q   Did you tell him about your back
8 examinations and stimulations, electrical
9 stimulations and adjustments and X-rays that were
10 done in July 2008?
11    A   I don't remember those.
12    Q   So you didn't tell him about those?
13    A   If I don't remember those, I don't
14 remember those. So therefore, I couldn't tell him
15 about it because I don't remember them.
16    Q   So Strenge did the discogram, or did he
17 let Rupert do that?
18    A   I don't know if it was Rupert or somebody
19 else. Somebody -- I was in there. They were
20 wearing a mask. I went into a room in Evansville
21 and had it done.
22    Q   Is Rupert qualified --
23    A   Yes.
24    Q   -- to do a discogram?
25    A   Yes.

## 320

1    Q   Are you sure he is?
2    A   He sure did them. And he said he's -- he
3 does injections and everything. So I don't know
4 exactly if he did them or somebody else did.
5    Q   Okay. That's what I'm asking. You said
6 he had a mask and you couldn't tell. My question
7 is, is he qualified to do a discogram?
8    A   I don't know. I could call him and ask
9 him.
10    Q   I understand. But you don't know one way
11 or the other? Somebody did one?
12    A   Somebody did one downstairs.
13    Q   Who interpreted the discogram?
14    A   Whoever they sent it off to.
15    Q   Did Strenge interpret it as well?
16    A   Yes, he did look at it too.
17    Q   Did you have meeting with Strenge after
18 the discogram?
19    A   I did after the discogram, and before I
20 saw him I did another MRI there at his office, in
21 Strenge's office.
22    Q   And he did that?
23    A   Yes.
24    Q   Okay. What did Strenge talk to you about
25 as far as your condition? What did he say and what

321

1  did you say?
2      A    Basically he told me I can have surgery or
3  I can be on disability the rest of my life.
4      Q    And what kind of surgery did he talk to
5  you about?
6      A    The two discs, L4-L5, L5-S1, those were
7  definite. Those were done for. Those were
8  herniated or whatever. Those were the ones that
9  were causing the problem. He said it shows on the
10 discogram, confirms it for a fact. He said the top,
11 L4-L5, he wants to replace it with a moving -- or
12 clean out that disc and put some type of -- another
13 disc in there and some type of moving joint or
14 something where it's moving. He said he's done
15 those multiple times in California, multiple, he
16 said, a bunch of times. He said they are good.
17         And the bottom joint is a basic fusion
18 where you clean out the discs. L5-S1 would be a
19 fusion where you clean out the disc, replace that
20 disc with a piece of plastic or whatever they use
21 and take a piece of bone of -- what's it called --
22 cadaver bone, put that on there and fuse it, and put
23 a piece of metal right there.
24     Q    What did he tell you about what kind of
25 outcome you could expect from that?

322

1      A    He said if there's no complications or
2  anything, he goes, I could go back to work working
3  on the boats and everything and be lifting and
4  everything. He goes, but there are always, of
5  course, chances of -- you know, with any type of
6  surgery there's always chances anything could
7  happen.
8      Q    So was it your expectation from talking to
9  him that if this is successful that you ought to be
10 able to go back to work on the river?
11     A    Yes. That's what he said. He said if
12 everything goes good -- what's great about this, he
13 said, is that top joint being able to move. That's
14 where you have the problems. So being able to
15 replace that, I'd still have movement there. It's
16 like a new joint.
17     Q    Did any of the doctors along the way
18 recommend to you that you lose weight?
19     A    No.
20     Q    No doctor's recommended that to you?
21     A    No.
22     Q    Did this doctor recommend that you lose
23 weight?
24     A    No.
25     Q    So nobody has told you that you needed to

323

1  do physical therapy and have weight loss?
2      A    We did physical therapy, but nobody said
3  anything about weight loss.
4      Q    So nobody's told you that?
5      A    No.
6      Q    Did Dr. Strenge indicate that weight that
7  you had was any kind of a contraindication, meaning
8  that would be hazardous for your surgery?
9      A    We never talked about weight or anything.
10     Q    So he didn't think it was a problem as far
11 as you were concerned?
12     A    No.
13     Q    What is the prospect for recovery after
14 the surgery? How long are you in the hospital?
15     A    He said two -- first incision I'd be in
16 the hospital would be on the side. I don't know the
17 exact length of the incision. I'm just kind of
18 remembering what he said.
19     Q    All right.
20     A    The incision would be on the side. He'd
21 go into the side, do the incision, replace the top
22 one or bottom one. I'm not sure which one. Replace
23 one of them. Two days later, two, maybe three, I'll
24 just say maybe three, he'll go into the front down
25 below here and replace that one. That will be

324

1  another two, maybe three days, and then be out of
2  the hospital. I'll be able to drive -- my mom or
3  somebody would be able to get me and drive me home.
4      Q    So a total of about six or seven days in
5  the hospital and then you're done with the hospital?
6      A    I would estimate six.
7      Q    So then recovery time after that, what's
8  that supposed to be like?
9      A    I have no idea. He said something about
10 one muscle being moved a little bit so I'd have to,
11 at the very beginning, just lift my leg a little bit
12 or whatever it is, just kind of stretch it back.
13     Q    So you all didn't talk about time off --
14     A    Not that I remember.
15     Q    -- for rehab?
16     A    He was just talking about the actual
17 surgery itself.
18     Q    What did he say that kind of surgery would
19 cost?
20     A    He said back when he was doing them in
21 California people were paying cash for 40,000. But
22 I don't know nowadays. Back when he was -- I don't
23 know exactly. He just said back when he was in
24 California.
25     Q    So did he tell you he hadn't done this

Gore Perry Reporting and Video
FAX 314-241-6750              314-241-6750              www.goreperry.com

325

1   since he was out in California?
2       A   I don't know. He just said back in
3   California people were paying 40,000.
4       Q   Did he come from California?
5       A   I don't know his history.
6       Q   Okay. I thought you said he did surgery
7   back in California. I was wondering.
8       A   He supposedly, the way I took it, he lived
9   in California and did surgery there for a while.
10      Q   How long has he been in Paducah?
11      A   I have no idea.
12      Q   What kind of doctor is this guy?
13      A   I would have to look and see. I think
14  he's a -- I don't know. He's back doctor. I don't
15  know.
16      Q   I think he's a neurosurgeon. I think he
17  is. So you don't have an estimate of what this is
18  supposed to cost?
19      A   No. He said he would talk to his people
20  or whoever does work comp and they will do
21  everything and get to whoever they need to talk to.
22      Q   So he needs to talk to somebody at
23  Marathon or work comp?
24      A   The work comp people at their office
25  there. It's a big office. And he said there were

326

1   people there to talk to to get a hold of that. I
2   informed my attorney of it, and same thing.
3       Q   Do you want to get this surgery?
4       A   Yes, I do. I want to get fixed. I'm
5   tired of being in pain and I'm tired of taking pain
6   pills.
7       Q   How long do you intend to take the pain
8   pills if you don't get the surgery?
9       A   Rupert said the rest of my life I'll be on
10  pain pills and -- what's it called, disability.
11      Q   So during this time period you've been
12  off, you haven't applied for any work?
13      A   I can't do work like that.
14      Q   Okay. So you haven't applied for any
15  work?
16      A   No.
17      Q   You haven't done any additional schooling?
18      A   No. I can barely do what I can do with my
19  kids, clean the house and everything.
20      Q   Marathon has paid you maintenance and cure
21  since the incident occurred. They paid you
22  maintenance?
23      A   Yes.
24      Q   Is that true?
25      A   Yes.

327

1       Q   And there was a squabble about the amount?
2       A   Well, yes.
3       Q   And that was made up. They gave you a
4   retroactive check to bring you up to speed?
5       A   Okay.
6       Q   Is that true?
7       A   Well, yeah.
8       Q   Okay. And so they are still paying you
9   maintenance?
10      A   As of right now, yeah.
11      Q   And how much are they paying you?
12      A   I believe it's 561. I'm not sure.
13      Q   Times two or --
14      A   Every two weeks.
15      Q   So you're getting 561 times two. And
16  you're not paying taxes on that?
17      A   I don't know how they did it.
18      Q   You got a tax accountant or something?
19      A   No.
20      Q   I'm saying, you're not paying taxes on
21  that? You're not --
22      A   This last tax return -- I didn't receive
23  any W-2s. I don't know how it's looked at. Since I
24  didn't receive anything --
25      Q   We've ended the tax year 2015. What was

328

1   your income in 2015 that you reported?
2       A   I'd have to look at my W-2s I received
3   from Marathon.
4       Q   But you wouldn't have had anything other
5   than the maintenance checks.
6       A   Whatever they gave me at Marathon, I'd
7   have to look at my tax return.
8       Q   Does somebody do your tax returns or do
9   you do them?
10      A   I did them.
11      Q   Do you have copies of them?
12      A   No, I did not. I didn't print them off or
13  anything.
14      Q   So you have it, so you could print them
15  off?
16      A   No, I don't know how I could. I didn't
17  print them off. I'd have to get them. I'd have to
18  go to the IRS now. I e-filed them.
19      Q   I see. You didn't keep copies is what
20  you're saying?
21      A   No.
22      Q   Do you know what your income was for 2015?
23      A   I'd have to get my W-2s.
24      Q   You don't have an estimate?
25      A   No.

82  (Pages 325 to 328)

**329**

1  Q  How about 2014?
2  A  I don't have an estimate.
3  Q  2013?
4  A  I don't have an estimate.
5  Q  2012?
6  A  I don't have an estimate.
7  Q  2011?
8  A  I don't have an estimate.
9  Q  The last year you worked for Marathon
10 working as a deckhand, do you know what your income
11 was?
12  A  Base pay was supposed to be on deck one
13 around 38. I don't know. I don't know if I made
14 more than that. That's what I'm saying. I don't
15 have an estimate. I don't know exactly how much I
16 made. It was 38 something, but I don't know.
17  Q  You wouldn't be able to swear under oath
18 because you don't have any records to show?
19  A  I don't have any records. I would have to
20 get them from the IRS.
21  Q  Do you have any recordings from any of
22 those recordings you tried to make?
23  A  I'd have to look and find them. I don't
24 have anything on me.
25  Q  I've asked for those. Do you have them at

**330**

1  home?
2  A  I don't know. I'd have to look and see.
3  Q  Where would you have to look?
4  A  Probably a disc drive that I have for my
5  ex and other attorney things.
6  Q  Haven't you been asked to look for those
7  for me because I asked for them?
8  A  I don't remember ever being asked that.
9  Q  You're looking at your lawyer --
10  MR. O'BRYAN: Well, it would have been on
11 the request for production.
12  MR. MASSEY: It would have been.
13  Q  (By Mr. Massey) But you haven't looked is
14 what you're saying, you haven't looked for any of
15 that?
16  A  If they are on there, they are on there.
17 If not, I don't know. All I'd have to do is take a
18 quick look.
19  Q  I know you haven't given me any. My
20 question to you is, have you looked to determine so
21 you could give them to me, yes or no?
22  A  No.
23  Q  Have any of them been erased?
24  A  I don't know.
25  Q  You agreed to do the light-duty work when

**331**

1  you were in Catlettsburg until September 15 of 2014,
2  didn't you?
3  A  No, I was forced to.
4  Q  Okay. That is something that you did
5  sign, Ryan.
6  A  What are you talking about?
7  Q  Didn't you sign an agreement that said you
8  agreed in writing to work light duty until September
9  15 --
10  A  I was told exactly, I had to stay there to
11 finish my -- so they wouldn't finish my hitch, so
12 that I wouldn't get lost time. And if I left, I
13 wouldn't have a job anymore.
14  Q  Okay. And so you agreed to stay and work
15 light duty?
16  A  I didn't agree. They forced me to stay or
17 I wouldn't have a job anymore. They wouldn't pay
18 for anything and they wouldn't --
19  Q  But you signed the paper saying you
20 agreed?
21  A  I don't remember signing the paper.
22  Q  Okay. If your signature is on it, are you
23 suggesting somebody forged your name?
24  A  I don't know. I don't remember signing
25 it.

**332**

1  Q  That document's been produced to you and
2  you have it.
3  A  Where?
4  Q  Your lawyer has it. I can't deal with you
5  directly, Ryan.
6  A  I haven't seen anything from my lawyer.
7  Q  Okay. But if you see and your name is on
8  it, you wouldn't suggest anybody is forging your
9  name, would you, or would you?
10  A  I don't know. Anybody can do anything.
11  Q  So how is your pain now? I've been easy
12 on you here. Is it still a six or is it a ten?
13  A  No, it's a seven or eight. I'm about
14 ready to walk out and lay down because I'm getting
15 tired of this. This is hurting.
16  Q  Have you taken any more pain medicine
17 since we started?
18  A  Yes, I have.
19  Q  How many do you take a day?
20  A  Four oxycodone, or whatever they are
21 called, and three Gabapentin.
22  Q  What are you not able to do now that you
23 could do before your incident?
24  A  Not able to do a lot of things. I can't
25 hardly play ball with my son. I can't pick up heavy

333

1  things without doing it. Basically I have to lay
2  around and relax. That's the only way the pain meds
3  work and help. If I do anything with even the pain
4  meds actively it starts hurting like crazy,
5  especially sitting here like this without laying
6  down or doing anything.
7      Q   Can you drive?
8      A   Short periods, yes.
9      Q   Can you do housework?
10     A   I can, but it causes increased pain. Like
11  everything normally that would take an hour to do at
12  home, it takes about four to five hours to do.
13     Q   You don't have a housekeeper, do you?
14     A   No.
15     Q   So you keep your own house?
16     A   Yes.
17     Q   Are you buying your house or renting it?
18     A   I own my home, yes.
19     Q   So you own your home. So you take care of
20  it?
21     A   The best I can.
22     Q   Do you maintain your home?
23     A   Some things are falling apart. But yes, I
24  try to do the best I can with what money I'm
25  getting.

334

1      Q   Do you cut your grass?
2      A   No, my son does.
3      Q   The young Ryan?
4      A   Yes.
5      Q   Does he have a push mower?
6      A   Yes.
7      Q   Do you paint your house?
8      A   I have in the past, just small -- it's
9  siding right now, but there's only small pieces of
10  brick.
11     Q   Since your incident, have you done some
12  work around your house where you were outside
13  working, since your incident?
14         MR. O'BRYAN: You mean landscaping or
15  anything?
16         MR. MASSEY: Any kind of work outside the
17  house.
18     A   My daughter pulls the weeds, my son mows.
19  I may do a touch of weed eating for five minutes and
20  that's it.
21     Q   (By Mr. Massey) When do you that, what
22  kind of weed eater do you use?
23     A   Just a little gas weed eater.
24     Q   What brand is it?
25     A   I don't know. It's something we bought

335

1  when I first got the house. It was something cheap.
2      Q   It's gas run?
3      A   Gas and oil mixture.
4      Q   Okay. And you're able to do that?
5      A   It's under ten pounds. I just lift it up
6  and kind of weed eat right there at the house. In
7  about five minutes or so, if my back starts hurting,
8  I may go in for a while and sit around and lay down
9  until it gets better and then go back out.
10     Q   You've done that since your injury?
11     A   I had to do it or it would get out of
12  control.
13     Q   Anything else that you've done outside
14  that somebody walking by would see you doing to
15  maintain your home out there?
16     A   Maybe sitting there with a spray bottle of
17  weeds, to kill the weeds or something.
18     Q   Anything else?
19     A   Or spray something.
20     Q   Have you done some things with the awning
21  around the bottom?
22     A   Awning?
23     Q   I don't know what they call it, but down
24  there where the vinyl meets the brick. Have you
25  done some work on that?

336

1      A   I don't remember if it was during this or
2  before. I remember caulking it a long time ago. I
3  don't know.
4      Q   When did you do the caulking on the
5  windows?
6      A   I don't remember. It wasn't the windows.
7  It was just little pieces here and there, pieces of
8  vinyl that were coming off, so I caulked that.
9      Q   When were you able to do that after your
10  accident?
11     A   I don't remember if it was after or
12  before.
13     Q   But you have done some of that work?
14     A   Yeah.
15     Q   You think it could have been after your
16  incident?
17     A   I don't know.
18     Q   What other things have you done around the
19  home to maintain it since your accident?
20     A   I try to have my kids out help out as much
21  as they can. My mom comes over sometimes and does
22  things. That's all I can think of right now.
23     Q   Do you do the maintenance work on your
24  automobile?
25     A   No.

84   (Pages 333 to 336)

### 337

1 **Q** You don't change the oil?
2 **A** I can't afford it.
3 **Q** So your oil doesn't get changed?
4 **A** Not yet. It's been a long time since it's
5 been changed. I think during -- since this
6 happened, I've changed it once.
7 **Q** You did that?
8 **A** No.
9 **Q** Who did that?
10 **A** It was another company, Thrifty Car Care.
11 **Q** Are you handy around an automobile? You
12 know how to change the oil?
13 **A** I know how to change oil, yeah.
14 **Q** Have you done any other maintenance on
15 your automobile since your incident?
16 **A** No, other than just the basic, vacuum out
17 the chair.
18 **Q** How do you know your oil is -- strike
19 that. Does your oil need changing?
20 **A** Well, yes.
21 **Q** So you check your oil to see?
22 **A** I've looked at it. It's pretty dark and
23 also the sticker of when it's due, it's already well
24 past that.
25 **Q** When you do that, you raise the hood and

### 338

1 look underneath it?
2 **A** Well, yes.
3 **Q** You're able to do that?
4 **A** Not look underneath. You raise the hood
5 and do it with the dipstick.
6 **Q** You're able to do that?
7 **A** Well, yeah.
8 **Q** You have done that since your injury?
9 **A** Well, yes.
10 **Q** You pump gas in your vehicle since the
11 date of the injury?
12 **A** Yes.
13 **Q** You buy groceries since the date of your
14 injury?
15 **A** Yes.
16 **Q** You're able to take groceries out of the
17 grocery store and put them in your car?
18 **A** My kids do that. My mom helps me with
19 that.
20 **Q** You've never unloaded groceries to put --
21 **A** I pick things up that are less than ten
22 pounds. I try to pick up even less than that, maybe
23 five pounds. I maybe carry in a gallon of milk,
24 that's it. But I let the kids carry everything else
25 in.

### 339

1 **Q** So since your injury, you haven't lifted
2 anything over ten pounds? Is that what you say?
3 **A** I have tried -- that's what they told me.
4 I cannot lift, push or pull anything ten pounds or
5 over. I've tried --
6 **Q** I appreciate that's what they told you.
7 My question is, have you lifted anything since the
8 injury that weighed over ten pounds?
9 **A** Don't believe so.
10 **Q** Do you water your grass?
11 **A** No.
12 **Q** Have you had to pay any money for medical
13 care at all, or has Marathon taken care of all of
14 that?
15 **A** I've received some bills in the mail, but
16 I gave copies to my attorney. I don't know if they
17 are still due or if Marathon's paid it. I
18 personally haven't paid any. But before my
19 prescriptions, the State of Indiana had paid my
20 prescription before because of the prescription card
21 they gave me. And what the people have done, they
22 said they weren't any good.
23 **Q** So you haven't had any out-of-pocket
24 expenses for medical care since the incident.
25 **A** My $12 a month for the State of Indiana

### 340

1 Medicaid or Medicare or whatever it is I have to
2 have for me and my children. We have to pay that.
3 And it comes out of a --
4 **Q** But you had to pay that before the
5 incident?
6 **A** But it also comes out -- there's X amount
7 of dollars you get for medical care for Indiana. It
8 tells you how much it is. And every time you use
9 your medication it comes down. Once you get down to
10 zero, I guess you don't get medical care or anything
11 else. You get a budget of X amount of dollars.
12 **Q** Okay. But you were paying that charge
13 before your incident?
14 **A** No, not before my incident. I had regular
15 medical care. I had Anthem regular through
16 Marathon.
17 **Q** Okay. Did you have to pay premiums for
18 that coverage?
19 **A** It got taken out of my check.
20 **Q** Okay. But you had to pay for it out of
21 your check to get those premiums?
22 **A** I guess. I don't know what you would call
23 them. They just took money out of my check.
24 **Q** Okay. But they were providing coverage,
25 but you had to pay for the medical coverage?

341

```
 1   A   Uh-huh.
 2   Q   Is that true?
 3   A   Yeah, I had to pay X amount of dollars for
 4  insurance, medical and dental.
 5   Q   Since the incident, have you been out of
 6  pocket any charges for medical expenses at all?
 7   A   I haven't paid anything out of pocket for
 8  medical expenses except for -- well, you reimbursed
 9  me for some of the -- there was few things in cash I
10  had for pain meds that they reimbursed me for.
11   Q   Let me re-ask the question. Have you paid
12  anything out of pocket for any medical care or
13  failed to reimburse you for charges that you've
14  given people that Marathon reimbursed you for?
15   A   Other than -- again, other than the
16  Indiana that I stated before, because that's my own
17  personal X amount of dollars that comes out, no, I
18  haven't paid any cash for anything.
19   Q   And all of that was paid before the
20  incident as well?
21   A   I'm guessing. I've received bills in the
22  mail and I've given --
23   Q   But you haven't paid any of them?
24   A   No.
25   Q   So you're assuming they are getting paid?
```

342

```
 1   A   I don't know.
 2   Q   Do you feel like you can go back to a
 3  light job right now?
 4   A   No.
 5   Q   You don't think you're employable at all
 6  right now?
 7   A   What person is going to employ me where I
 8  have to stand up or whatever X amount of times and
 9  walk away and lay down and have to do things --
10   Q   Well, if you act totally disabled, you're
11  right, nobody is probably going to give you a job.
12  What I'm asking is, if you were motivated, could you
13  do a light duty job now or not?
14   A   No, I couldn't.
15   Q   Did you hear from Marathon before your
16  incident that one of your problems was you were not
17  motivated?
18   A   I don't remember any of this.
19   Q   I suspect you don't, but I was just asking
20  to see if you did.
21   A   I don't remember. I don't know.
22       MR. MASSEY: Okay. I'm getting down to
23  short strokes here. Give me a couple minutes.
24       (Off the record.)
25   Q   (By Mr. Massey) Back at the time now on
```

343

```
 1  the car ride from where you got off the boat to
 2  Catlettsburg, how many stops would you judge that
 3  you all made from the time you left in the car until
 4  you got to Catlettsburg?
 5   A   I can tell you it's like every 30 minutes.
 6  A normal drive there, like I stated before, is
 7  roughly -- from my house to here is three hours.
 8  From my house to Catlettsburg is another six hours.
 9  So you say nine hours roughly, just around about.
10  I'm not one hundred percent sure without Google
11  mapping it or something.
12   Q   How long did the trip take?
13   A   Then nine hours total, then you take
14  another 30 minutes -- every 30 minutes, you take a
15  break. So 30 -- 31, 32.
16       MR. O'BRYAN: 9 times 2.
17   Q   (By Mr. Massey) You think you stopped 18
18  times?
19   A   Every bit -- every time it was 30 minutes
20  he had to stop. That was the orders from Marathon
21  and the nurse practitioner.
22   Q   And what did you do when you made the
23  stops?
24   A   Pulled over to the side of the road within
25  a 30-minute timeframe. Sometimes early. It
```

344

```
 1  depended on where we could pull over at. Pulled
 2  over, got out, kind of just stood there and walked
 3  around and used the bathroom if I had to, just kind
 4  of stood there for a while.
 5   Q   So you didn't have any ice to put on you?
 6  You didn't use ice or anything?
 7   A   He stopped to get an ice pack and heat
 8  things like they stated. I'm trying to think if it
 9  was a Wal-Mart or not. But it was way past
10  Evansville. It was on the way to Catlettsburg. So
11  it was at least -- I'm saying it's a normal drive in
12  three hours, at least. Past that, that's when he
13  stopped. It was in-between Evansville and
14  Catlettsburg. In-between Louisville and Evansville.
15   Q   So you stopped for ice one time, heat one
16  time.
17   A   It was at a store. It was like an ice
18  pack or whatever. And what's it called, a heat
19  pack.
20   Q   So you used the ice one time. Or was that
21  several times that you were able to use that?
22   A   They told me to ice had and heat it.
23   Q   Did the ice that you used, did it last the
24  whole trip or just part of the trip, or how did it
25  go?
```

345

1    A    It didn't last the whole trip.  It was
2  just one of those chemical reaction ice things.
3    Q    And the heat was the same way?
4    A    Yes.
5    Q    You don't remember what kind of vehicle it
6  was?
7    A    No.  It was a rental car.
8    Q    Did you incline yourself or sit up
9  straight?
10    A    I laid down.  That's the way -- just like
11  I'd like to lay now.  If I can sit down at an
12  incline, the kids will tell you, in the chair I have
13  to be kind of reclined a little bit.
14    Q    Did you sleep along the way at all?
15    A    No, I couldn't.  If I did, I dosed off
16  maybe a minute or two, few minutes at a time, woke
17  back up because of the pain.
18    Q    Did you all listen to the radio at all?
19    A    Yeah, he had the radio on.
20    Q    Did you tell him how the incident happened
21  or about the incident at all?
22    A    I don't remember if I told him or not.
23    Q    He was not a witness, was he, whoever he
24  was?
25    A    He wasn't out there, no.

346

1    Q    So he didn't know anything about -- he
2  didn't even know you were hurt?
3    A    Well, they told him I was hurt and I'd be
4  going -- that he has to escort me and make sure I
5  don't do anything, drugs, or do anything to try to
6  get away with -- because they had me do a drug test
7  there.  So he had to watch me 24/7.
8         MR. MASSEY:  I see.  Okay.  I think that's
9  all I have.
10         MR. O'BRYAN:  All right.  I don't have
11  anything.
12         COURT REPORTER:  Signature?
13         MR. MASSEY:  You have a right to --
14         MR. O'BRYAN:  No, we'll waive that.
15         MR. MASSEY:  All right, you'll waive that.
16  SIGNATURE WAIVED, BY AGREEMENT OF COUNSEL
17  AND WITNESS
18
19
20
21
22
23
24
25

347

1  State of Missouri
2                    SS.
3  County of St. Charles
4         I, Julie A. Bulard, do hereby certify that
5  pursuant to Notice in the civil cause now pending
6  and undetermined in the United States District
7  Court, for the Southern District of Illinois, East
8  St. Louis Division, to be used in the trial of said
9  cause in said court, I was attended at the offices
10  of The Massey Law Firm, LLC, Two CityPlace Drive,
11  Suite 200, in the County of St. Louis, State of
12  Missouri, by the aforesaid attorneys; on the 16th
13  day of June, 2016.
14         The said witness, being of sound mind and being
15  by me first carefully examined and duly cautioned
16  and sworn to testify the truth, the whole truth, and
17  nothing but the truth in the case aforesaid,
18  thereupon testified as is shown in the foregoing
19  transcript, said testimony being by me reported in
20  shorthand and caused to be transcribed into
21  typewriting, and that the foregoing pages correctly
22  set forth the testimony of the aforementioned
23  witness, together with the questions propounded by
24  counsel and remarks and objections of counsel
25  thereto, and is in all respects a full, true,

348

1  correct and complete transcript of the questions
2  propounded to and the answers given by said witness;
3  that signature of the deponent was waived by
4  agreement of counsel.
5         I further certify that I am not of counsel or
6  attorney for either of the parties to said suit, not
7  related to nor interested in any of the parties or
8  their attorneys.
9         Witness my hand at St. Charles, Missouri, this
10  27th day of June, 2016.
11
12
13
14
15         *Julie A. Bulard*
16  ------------------------------
17         Julie A. Bulard
18         CCR MO #835
19
20
21
22
23
24
25

349

```
 1  COURT MEMO
 2
 3
 4
 5  Ryan Ruddell vs. Marathon Petroleum Company, L.P.,
 6  Marine Transportation
 7
 8  CERTIFICATE OF OFFICER AND
 9  STATEMENT OF DEPOSITION CHARGES
10
11  DEPOSITION OF Ryan Ruddell
12
13  6/16/2016
14  Name and address of person or firm having custody of
15  the original transcript:
16
17  The Massey Law Firm, LLC
18  Two CityPlace Drive, Suite 200
19  St. Louis, MO 63141
20
21
22
23
24
25
```

350

```
 1  ORIGINAL TRANSCRIPT TAXED IN FAVOR OF:
 2
 3  The Massey Law Firm, LLC
 4  Two CityPlace Drive, Suite 200
 5  St. Louis, MO 63141
 6  Total:
 7  1 ONE COPY - TAXED IN FAVOR OF:
 8
 9  O'Bryan Baun Karamanian
10  401 South Old Woodward, Suite 463
11  Birmingham, MI 48009
12  Total:
13
14
15
16
17
18
19
20
21
22
23
24
25
```

351

```
 1  Upon delivery of transcripts, the above
 2  charges had not been paid. It is anticipated
 3  that all charges will be paid in the normal course
 4  of business.
 5  GORE PERRY GATEWAY & LIPA REPORTING COMPANY
 6  515 Olive Street, Suite 700
 7  St. Louis, Missouri 63101
 8  IN WITNESS WHEREOF, I have hereunto set
 9  STATEMENT OF DEPOSITION CHARGES
10  my hand and seal on this _____ day of _____
11  Commission expires
12
13  Notary Public
14
15
16
17
18
19
20
21
22
23
24
25
```

88  (Pages 349 to 351)