
Care Today  West Side Chiropractic Center

Ruddell, Ryan A.

## Lowerback

| | Current | 31-60 | 61-90 | Over 90 | Total | Charges: | 137.00 | | | Debit Adjs: | 119.67 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ins Balance: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Pt. Pmts: | 137.00 | Ins. Pmts: | 98.12 | Svc. Chgs: | 0.00 |
| Pt. Balance: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Pt. WOs: | 0.00 | Ins. WOs: | 21.55 | | |
| Balance: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Pt. Cred. Adjs: | 0.00 | Ins. Cred. Adjs: | 0.00 | Unapplied: | 0.00 |

| Line | Link | Date | Type | Provider | Reference | Description | Status | Amount | Pending | Remaining | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | 07/24/2008 | DA | KERR1 | | REFUND - Refund of paymentck #5673 | Complete | 119.67 | | 0.00 | 0.00 |
| 2 | 9 | 07/24/2008 | PAP | | | CC - Credit Card | | (35.00) | | | |
| 3 | 14 | 07/24/2008 | PAP | | | C - Cash | | (52.00) | | | |
| 4 | 23 | 07/24/2008 | PAP | | | C - Cash | | (32.67) | | | |
| 5 | 0 | 07/03/2008 | IWO | | 7/2-7/7 | I - Insurance Write-Off | | (7.70) | | | (119.67) |
| 6 | 0 | 07/23/2008 | IWO | | 7/2-7/7 | I - Insurance Write-Off | | (6.15) | | | (111.97) |
| 7 | 0 | 07/23/2008 | IWO | | 7/2-7/7 | I - Insurance Write-Off | | (7.70) | | | (105.82) |
| 8 | 0 | 07/23/2008 | IP | | 7/2-7/7 | IN - Insurance Payment | | (98.12) | | | (98.12) |
| 9 | 0 | 07/07/2008 | PP | | | CC - Credit Card | | (35.00) | | | 0.00 |
| 10 | 0 | 07/02/2008 | C | KERR1 | 98941 | Chiropractic manipulation; spinal; 3-4 regi | Complete | 35.00 | | 0.00 | 35.00 |
| 11 | 23 | 07/23/2008 | PAP | | | C - Cash | | (4.10) | | | |
| 12 | 5 | 07/23/2008 | IAWO | | 7/2-7/7 | I - Insurance Write-Off | | (7.70) | | | |
| 13 | 8 | 07/23/2008 | IAP | | 7/2-7/7 | IN - Insurance Payment | | (23.20) | | | |
| 14 | 0 | 07/03/2008 | PP | | | C - Cash | | (52.00) | | | 0.00 |
| 15 | 0 | 07/03/2008 | C | KERR1 | 97014 | Electric stimulation therapy | Complete | 17.00 | | 0.00 | 52.00 |
| 16 | 23 | 07/23/2008 | PAP | | | C - Cash | | (1.63) | | | |
| 17 | 6 | 07/23/2008 | IAWO | | 7/2-7/7 | I - Insurance Write-Off | | (6.15) | | | |
| 18 | 8 | 07/23/2008 | IAP | | 7/2-7/7 | IN - Insurance Payment | | (9.22) | | | |
| 19 | 0 | 07/03/2008 | C | KERR1 | 98941 | Chiropractic manipulation; spinal; 3-4 regi | Complete | 35.00 | | 0.00 | 35.00 |
| 20 | 23 | 07/23/2008 | PAP | | | C - Cash | | (4.10) | | | |
| 21 | 7 | 07/23/2008 | IAWO | | 7/2-7/7 | I - Insurance Write-Off | | (7.70) | | | |
| 22 | 8 | 07/23/2008 | IAP | | 7/2-7/7 | IN - Insurance Payment | | (23.20) | | | |
| 23 | 0 | 07/02/2008 | PP | | | C - Cash | | (50.00) | | | 0.00 |
| 24 | 0 | 07/02/2008 | C | KERR1 | 99202-25 | Office/outpatient visit; new; 20 minutes | Complete | 50.00 | | 0.00 | 50.00 |
| 25 | 23 | 07/23/2008 | PAP | | | C - Cash | | (7.50) | | | |
| 26 | 8 | 07/23/2008 | IAP | | 7/2-7/7 | IN - Insurance Payment | | (42.50) | | | |

## <Family Member Balances>

| Pt Code | Name | | Is HoH | Date of Birth | Age | Gender | Ins. Balance | Pt. Balance | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 010995 | Ruddell, Ryan A. | | Yes | 09/10/1981 | 34 | Male | 0.00 | 0.00 | 0.00 |
| | Family Totals | | | | | | 0.00 | 0.00 | 0.00 |

## <All Incident Totals>

| | Current | 31-60 | 61-90 | Over 90 | Total | Charges: | 137.00 | | | Debit Adjs: | 119.67 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ins Balance: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Pt. Pmts: | 137.00 | Ins. Pmts: | 98.12 | Svc. Chgs: | 0.00 |
| Pt. Balance: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Pt. WOs: | 0.00 | Ins. WOs: | 21.55 | | |
| Balance: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Pt. Cred. Adjs: | 0.00 | Ins. Cred. Adjs: | 0.00 | Unapplied: | 0.00 |



DEFENDANT'S EXHIBIT

MPC00001981

OneContent: Generated By MPTURPIN

ST. MARY'S MEDICAL CENTER   IMAGING SERVICES DEPARTMENT
3700 Washington Avenue   Evansville, IN  47750

---

Patient: RUDDELL,RYAN A            MR#: W00533324
DOB: 09/10/81    26Y   Sex: M      Acct # W0083417293
Location: O/P          O/P          ORDERING MD: DR MICHELLE KERR

---

CHK-IN #    ORDER    CODE    DESCRIPTION
1259359     0001     9076    OX LUM SP MIN 4V

Ord Diag: 739.3-SOMAT DYSFUNC LUMBAR REG

DATE OF EXAM: 7/2/08 1726


Five views of the lumbar spine were obtained and the lumbar vertebral
body heights are maintained. No evidence of spondylolisthesis or
spondylolysis. Intervertebral disc heights are maintained. Mild anterior
wedging of T11, T12 and L1 vertebra which may be secondary to
Schuermann's disease. Both sacroiliac joint spaces are symmetric in
appearance. Nonspecific bowel gas pattern.

IMPRESSION:

1. Mild anterior wedging of T11,T12 and L1 vertebra which may be
secondary to Scheuermann's disease.

2. No evidence of spondylolysis or spondylolisthesis.

        Transcriptionist- STEVE MAKHECHA , D.O., RADIOLOGIST
        Read By- STEVE MAKHECHA , D.O., RADIOLOGIST
        Released By- STEVE MAKHECHA , D.O., RADIOLOGIST
        Released Date Time- 07/02/08 1736
------------------------------------------------------------------------

FINAL                            07/02/08 17:36



DEFENDANT'S
EXHIBIT
2
6/16/16

MPC00002152

# VTA Training Summary Report

For Single Employee

All Dates

| Course Code | Title | Date | Credit Hours | Instructor(s) |
|---|---|---|---|---|
| **RUDDELL, RYAN A. (779382)** | | | | |
| MARSSP029 | Marine SSM August 2014 | 08/31/14 | 1.00 | |
| MARSTD540 | Barge Loading/Unloading Operating Proc. | 08/22/14 | 0.25 | |
| MARSTD230 | Boat Camera Usage | 08/22/14 | 0.25 | |
| MARSTD240 | Boat Inspections & Audits | 08/22/14 | 0.25 | |
| MARSTD250 | Boat Operator Incapacitation | 08/22/14 | 0.25 | |
| MARSTD430 | Electronic Device Usage | 08/22/14 | 0.25 | |
| MARSTD340 | Integrated Towing | 08/22/14 | 0.25 | |
| MARSTD400 | Maintenance Painting Procedure | 08/22/14 | 0.25 | |
| MARSSP028 | Marine SSM July 2014 | 08/22/14 | 1.00 | |
| MARSTD450 | Prescription & Non-Prescription Med | 08/22/14 | 0.25 | |
| MARSTD490 | Spill Kit Inventory & Maintenance | 08/22/14 | 0.25 | |
| SAFSWP200 | Hazard Recognition Training | 08/19/14 | 4.00 | John Munoz |
| SAFGEN100 | Safety 1 | 08/19/14 | 4.00 | John Munoz |
| OSHPSM103 | Hazard Recognition Techniques 101 | 08/18/14 | 2.00 | |
| EMRMAR100 | Man Overboard-Water Rescue & Cold Water | 08/18/14 | 6.00 | Matt Boggs |
| OSHSWP170 | *WBT Electrical Sfty NonElectric Worker | 07/21/14 | 0.13 | |
| MARSTD300 | Crew Change Process | 07/21/14 | 0.25 | |
| MARSTD440 | Government Boardings - Boats | 07/21/14 | 0.25 | |
| EMRMAR020 | Abandon Ship Drill | 07/10/14 | 0.50 | PADGETT, RAYMOND D. |
| TECMAR080 | Boat Fire Drill | 07/10/14 | 0.50 | PADGETT, RAYMOND D. |
| EMRMAR010 | Man Overboard Drill - Vessel | 07/10/14 | 0.50 | PADGETT, RAYMOND D. |
| MARSSP027 | Marine SSM June 2014 | 07/10/14 | 1.00 | |
| MARSSP026 | Marine SSM May 2014 | 07/10/14 | 1.00 | |
| OSHHAZ030 | *WBT Hazwoper Operations Level | 05/27/14 | 0.58 | |
| SFYGEN051 | *WBT Responsible Care Awareness | 05/27/14 | 0.12 | |
| OSHJSR130 | *WBT Benzene Awareness | 05/15/14 | 0.50 | |
| OSHSWP200 | *WBT Heat-Related Illness | 05/14/14 | 0.17 | |
| EMRMAR070 | Coll/Allision/Sink/Ground/Stat Bill/Fire | 05/14/14 | 0.25 | |
| MARSTD200 | Electronic Cigarettes | 05/14/14 | 0.25 | |
| MARSTD180 | Facility Access Policy | 05/14/14 | 0.25 | |
| MARSTD020 | Facility/Vessel Snow & Ice Removal Plan | 05/14/14 | 0.25 | |
| MARSSP025 | Marine SSM April 2014 | 05/14/14 | 1.00 | |
| DOTSHP230 | Marine Winches | 05/14/14 | 0.50 | |
| MARSTD190 | Railroad Crossing Policy | 05/14/14 | 0.25 | |
| OSHPPE032 | Scott SCBA Maintenance & Operations | 05/14/14 | 0.32 | |
| EMRMAR065 | Vessel Shipboard Security Awareness | 05/14/14 | 0.50 | |
| MARSSP024 | Marine SSM March 2014 | 03/31/14 | 1.00 | |
| EMROPA110 | Tier I Team Exercise | 03/20/14 | 0.50 | SCOTT, MICHAEL W. |
| TECMAR080 | Boat Fire Drill | 03/17/14 | 0.50 | SCOTT, MICHAEL W. |
| DOTSHP040 | *WBT DOT Hazmat Transportation Security | 03/14/14 | 0.32 | |
| MARSSP023 | Marine SSM February 2014 | 03/08/14 | 1.00 | |
| MARSSP022 | Marine SSM January 2014 | 03/08/14 | 1.00 | |
| MARMED100 | Company Physical | 01/31/14 | 2.00 | |
| OSHWPH130 | *WBT Confined Space Awareness | 01/29/14 | 0.10 | |
| OSHSWP130 | *WBT Ladder Safety | 01/29/14 | 0.03 | |

DEFENDANT'S
EXHIBIT
3
6/10/16

# VTA Training Summary Report
For Single Employee
All Dates

| Course Code | Title | Date | Credit Hours | Instructor(s) |
|---|---|---|---|---|
| **RUDDELL, RYAN A. (779392)** | | | | |
| OSHWPH050 | *WBT Asbestos Awareness | 01/20/14 | 0.08 | |
| OSHJSR140 | *WBT Bloodborne Pathogens | 01/20/14 | 0.02 | |
| OSHWPH070 | *WBT Hazard Communication | 01/20/14 | 0.12 | |
| OSHJSR170 | *WBT Lead Safety | 01/20/14 | 0.05 | |
| OSHSWP150 | *WBT Pinch Point Awareness-TTM | 01/20/14 | 0.05 | |
| EMRFIR130 | *WBT Portable Fire Extinguishers | 01/20/14 | 0.58 | |
| OSHPPE010 | *WBT PPE Awareness | 01/20/14 | 0.05 | |
| TECMAR080 | Boat Fire Drill | 01/20/14 | 0.50 | BENDER, DONALD L. |
| MARSSP021 | Marine SSM December 2013 | 01/20/14 | 1.00 | |
| EMRMAR025 | Sink Collision Allision Grounding Drill | 01/20/14 | 0.50 | BENDER, DONALD L. |
| OSHJSR160 | *WBT H2S Awareness | 01/16/14 | 0.07 | |
| MARSSP020 | Marine SSM November 2013 | 01/16/14 | 1.00 | |
| OSHHAZ020 | *WBT Hazwoper Awareness Level | 01/14/14 | 0.13 | |
| OSHPPE040 | Half Face 6000 Series | 01/14/14 | 0.18 | |
| OSHPPE035 | North Safety Air Purifying Respirator | 01/14/14 | 0.18 | |
| MARSSP019 | Marine SSM October 2013 | 11/24/13 | 1.00 | |
| MARSSP018 | Marine SSM September 2013 | 10/16/13 | 1.00 | |
| EMROPA110 | Tier I Team Exercise | 09/18/13 | 0.50 | SCOTT, MICHAEL W. |
| TECMAR080 | Boat Fire Drill | 09/14/13 | 0.50 | SCOTT, MICHAEL W. |
| MARSSP017 | Marine SSM August 2013 | 09/04/13 | 0.00 | |
| MARSSP016 | Marine SSM July 2013 | 09/04/13 | 1.00 | |
| SAFPOL110 | Tango H2S Monitor & Docking Station | 07/23/13 | 0.50 | DAVIES, PAUL A. |
| EMRMAR203 | 3rd Quarter Security Drill-Vessel | 07/14/13 | 0.50 | SCOTT, MICHAEL W. |
| TECMAR080 | Boat Fire Drill | 07/14/13 | 0.50 | SCOTT, MICHAEL W. |
| OSHGEN060 | *WBT Back Safety Awareness | 07/13/13 | 0.08 | |
| OSHJSR130 | *WBT Benzene Awareness | 07/13/13 | 0.33 | |
| OSHHAZ030 | *WBT Hazwoper Operations Level | 07/13/13 | 1.55 | |
| SFYGEN051 | *WBT Responsible Care Awareness | 07/13/13 | 0.03 | |
| OSHWPH080 | *WBT Slips, Trips & Falls | 07/13/13 | 0.05 | |
| OSHWPH090 | *WBT Static Electricity | 07/13/13 | 0.07 | |
| MARSTD020 | Facility/Vessel Snow & Ice Removal Plan | 07/13/13 | 0.25 | |
| MARSWP070 | Safe Line Handling | 07/13/13 | 0.50 | |
| OSHPPE032 | Scott SCBA Maintenance & Operations | 07/13/13 | 0.32 | |
| EMRMAR065 | Vessel Shipboard Security Awareness | 07/13/13 | 0.50 | |
| SFYGEN400 | *WBT Safe Driver Training | 07/11/13 | 0.20 | |
| TECMAR240 | ERL 40 Ton Winch | 07/11/13 | 0.08 | |
| MTXMOC312 | Safe Driver Suite | 07/11/13 | 0.00 | |
| MARSSP015 | Marine SSM June 2013 | 07/09/13 | 1.00 | |
| MARSSP014 | Marine SSM May 2013 | 07/09/13 | 1.00 | |
| ENVWST110 | VGP NPDES Checklist Revisions 2013 | 07/09/13 | 0.50 | |
| ENVWST100 | Waste Mgt Plan Revisions 2013 | 07/09/13 | 0.25 | |
| TECMAR125 | Tank Barge 101 Training | 06/27/13 | 24.00 | SALYER JR, TOM G. |
| EMRFIR040 | Tank Barge Fire Fighting | 06/20/13 | 16.00 | Jim Burke |
| TECMAR160 | Tank Barge Dangerous Liquids | 06/18/13 | 32.00 | Jim Burke |
| MARSSP013 | Marine SSM April 2013 | 06/03/13 | 0.50 | |

# VTA Training Summary Report

## For Single Employee
## All Dates

| Course Code | Title | Date | Credit Hours | Instructor(s) |
|---|---|---|---|---|
| **RUDDELL, RYAN A. (79392)** | | | | |
| MARSSP012 | Marine SSM March 2013 | 03/30/13 | 0.50 | |
| OSHWPH070 | *WBT Hazard Communication | 03/26/13 | 0.43 | |
| EMRFIR130 | *WBT Portable Fire Extinguishers | 03/26/13 | 0.32 | |
| OSHWPH050 | *WBT Asbestos Awareness | 03/22/13 | 0.18 | |
| OSHJSR140 | *WBT Bloodborne Pathogens | 03/22/13 | 0.08 | |
| OSHJSR160 | *WBT H2S Awareness | 03/22/13 | 0.27 | |
| OSHSWP150 | *WBT Pinch Point Awareness-TTM | 03/22/13 | 0.13 | |
| OSHPPE010 | *WBT PPE Awareness | 03/22/13 | 0.13 | |
| OSHSWP120 | *WBT Fall Protection | 03/21/13 | 0.23 | |
| HRDPOL122 | *WBT Marathon Workplace Harassment | 03/20/13 | 0.07 | |
| MARSSP011 | Marine SSM February 2013 | 03/20/13 | 0.50 | |
| EMRFIR125 | Marine Fire School | 03/14/13 | 4.00 | |
| EMRMAR020 | Abandon Ship Drill | 02/14/13 | 0.50 | SCOTT, MICHAEL W. |
| EMRMAR201 | 1st Quarter Security Drill-Vessel | 02/09/13 | 0.50 | SCOTT, MICHAEL W. |
| TECMAR080 | Boat Fire Drill | 02/09/13 | 0.50 | SCOTT, MICHAEL W. |
| OSHHAZ020 | *WBT Hazwoper Awareness Level | 01/31/13 | 0.13 | |
| OSHPPE040 | Half Face 6000 Series | 01/31/13 | 0.18 | |
| OSHPPE035 | North Safety Air Purifying Respirator | 01/31/13 | 0.18 | |
| MARSSP009 | Marine SSM December 2012 | 01/24/13 | 0.50 | |
| MARSSP010 | Marine SSM January 2013 | 01/24/13 | 0.50 | |
| EMRMAR020 | Abandon Ship Drill | 12/23/12 | 0.50 | OAKLEY, CHRISTOPHER M. |
| EMRMAR065 | Vessel Shipboard Security Awareness | 12/23/12 | 0.50 | |
| MARSSP008 | Marine SSM November 2012 | 11/29/12 | 0.50 | |
| CMPOPS110 | MOCR Awareness-Marine | 11/29/12 | 0.25 | |
| OSHPPE032 | Scott SCBA Maintenance & Operations | 11/29/12 | 0.32 | |
| ENVWST080 | Boat Waste Handling | 11/27/12 | 0.50 | LEMAY, JOHN M. |
| OSHHAZ040 | Hazwoper Technician Level Initial | 11/14/12 | 24.00 | Vance, Gary |
| OSHGEN060 | *WBT Back Safety Awareness | 10/19/12 | 0.13 | |
| OSHSWP170 | *WBT Electrical Sfty NonElectric Worker | 10/19/12 | 0.17 | |
| OSHWPH080 | *WBT Slips, Trips & Falls | 10/19/12 | 0.13 | |
| OSHWPH090 | *WBT Static Electricity | 10/19/12 | 0.17 | |
| MARSSP005 | Marine SSM August 2012 | 10/18/12 | 0.50 | |
| MARSSP007 | Marine SSM October 2012 | 10/18/12 | 0.50 | |
| MARSSP006 | Marine SSM September 2012 | 10/18/12 | 0.50 | |
| OSHJSR130 | *WBT Benzene Awareness | 10/10/12 | 0.35 | |
| OSHHAZ030 | *WBT Hazwoper Operations Level | 10/10/12 | 1.03 | |
| MARSSP004 | Marine SSM July 2012 | 10/10/12 | 0.50 | |
| MARSSP003 | Marine SSM June 2012 | 10/10/12 | 0.50 | |
| EMROPA160 | Qualifying Incident - Release Response | 08/20/12 | 2.00 | |
| EMRMAR020 | Abandon Ship Drill | 06/25/12 | 0.50 | WAUGH, ROBERT W. |
| TECMAR080 | Boat Fire Drill | 06/25/12 | 0.50 | WAUGH, ROBERT W. |
| EMRMAR070 | Coll/Allision/Sink/Ground/Stat Bill/Fire | 06/17/12 | 0.25 | WAUGH, ROBERT W. |
| EMRFIR130 | *WBT Portable Fire Extinguishers | 06/15/12 | 0.45 | |
| EMRMAR010 | Man Overboard Drill - Vessel | 06/12/12 | 0.50 | WAUGH, ROBERT W. |
| MARSSP001 | Marine SSM April 2012 | 06/11/12 | 0.50 | |

MPC00000045

# VTA Training Summary Report
## For Single Employee
### All Dates

| Course Code | Title | Date | Credit Hours | Instructor(s) |
|---|---|---|---|---|
| **RUDDELL, RYAN A. (773392)** | | | | |
| MARSSP002 | Marine SSM May 2012 | 06/11/12 | 0.50 | |
| DOTSHP230 | Marine Winches | 06/10/12 | 1.00 | |
| OSHWPH050 | *WBT Asbestos Awareness | 06/07/12 | 0.30 | |
| OSHJSR140 | *WBT Bloodborne Pathogens | 06/07/12 | 0.03 | |
| OSHJSR160 | *WBT H2S Awareness | 06/07/12 | 0.08 | |
| OSHWPH070 | *WBT Hazard Communication | 06/07/12 | 0.03 | |
| OSHSWP150 | *WBT Pinch Point Awareness-TTM | 06/07/12 | 0.07 | |
| OSHPPE010 | *WBT PPE Awareness | 06/07/12 | 0.07 | |
| HRDPOL123 | *WBT Workplace Violence Corporate Policy | 06/07/12 | 0.07 | |
| EMRMAR100 | Man Overboard-Water Rescue & Cold Water | 06/05/12 | 8.00 | McCalley, Eastham & Associats |
| MARSAF130 | AWARE Observer Training | 06/04/12 | 8.00 | MANNON, PAUL J. |
| MARSAF120 | Marine Ergonomics Best Practices | 06/04/12 | 1.00 | HAMILTON, DAVID W. |
| EMROPA110 | Tier I Team Exercise | 04/30/12 | 0.50 | WAUGH, ROBERT W. |
| EMRMAR202 | 2nd Quarter Security Drill-Vessel | 04/29/12 | 0.50 | WAUGH, ROBERT W. |
| EMROPA170 | Announced Boom Deployment Exercise | 04/29/12 | 0.50 | WAUGH, ROBERT W. |
| TECMAR080 | Boat Fire Drill | 04/28/12 | 0.50 | WAUGH, ROBERT W. |
| OSHHAZ020 | *WBT Hazwoper Awareness Level | 04/13/12 | 0.68 | |
| OSHSWP200 | *WBT Heat-Related Illness | 04/12/12 | 0.08 | |
| OSHJSR170 | *WBT Lead Safety | 04/12/12 | 0.10 | |
| OSHPPE040 | Half Face 6000 Series | 04/12/12 | 0.18 | |
| OSHPPE035 | North Safety Air Purifying Respirator | 04/12/12 | 0.18 | |
| SAFPOL100 | H2S Monitor Training | 03/28/12 | 0.50 | Davies, Paul PERDUE, KRISTOPHER S. |
| EMRMAR201 | 1st Quarter Security Drill-Vessel | 03/12/12 | 0.50 | |
| TECMAR080 | Boat Fire Drill | 03/12/12 | 0.50 | WAUGH, ROBERT W. |
| EMRMAR115 | Minutes to Live | 02/15/12 | 0.50 | |
| MARSWP070 | Safe Line Handling | 02/15/12 | 0.50 | |
| EMRMAR065 | Vessel Shipboard Security Awareness | 02/15/12 | 0.50 | |
| OSHGEN060 | *WBT Back Safety Awareness | 11/28/11 | 0.08 | |
| OSHWPH080 | *WBT Slips, Trips & Falls | 11/28/11 | 0.08 | |
| OSHWPH090 | *WBT Static Electricity | 11/28/11 | 0.12 | |
| OSHSWP227 | Life Critical Skills Post Class Eval | 10/03/11 | 1.00 | |
| OSHJSR130 | *WBT Benzene Awareness | 09/21/11 | 0.47 | |
| OSHHAZ030 | *WBT Hazwoper Operations Level | 09/08/11 | 0.65 | |
| TECMAR090 | Zodiac Motor Boat Handling | 08/01/11 | 4.00 | BOYD, CHRISTOPHER |
| EMRFIR130 | *WBT Portable Fire Extinguishers | 07/19/11 | 0.48 | |
| OSHWPH050 | *WBT Asbestos Awareness | 07/16/11 | 0.13 | |
| OSHJSR140 | *WBT Bloodborne Pathogens | 07/16/11 | 0.08 | |
| OSHJSR160 | *WBT H2S Awareness | 07/16/11 | 0.25 | |
| OSHWPH070 | *WBT Hazard Communication | 07/16/11 | 0.07 | |
| OSHSWP150 | *WBT Pinch Point Awareness-TTM | 07/16/11 | 0.08 | |
| OSHPPE010 | *WBT PPE Awareness | 07/16/11 | 0.07 | |
| EMROPA110 | Tier I Team Exercise | 06/13/11 | 0.50 | |
| EMRMAR020 | Abandon Ship Drill | 06/08/11 | 0.50 | |
| TECMAR080 | Boat Fire Drill | 06/08/11 | 0.50 | ENLOW, THOMAS E. |
| OSHSWP120 | *WBT Fall Protection | 05/30/11 | 0.30 | |

MPC00000046

# VTA Training Summary Report

For Single Employee

All Dates

| Course Code | Title | Date | Credit Hours | Instructor(s) |
|---|---|---|---|---|
| **RUDDELL, RYAN A. (779392)** | | | | |
| DOTSHP040 | *WBT DOT Hazmat Transportation Security | 05/20/11 | 0.07 | |
| OSHHAZ020 | *WBT Hazwoper Awareness Level | 05/20/11 | 0.42 | |
| OSHPPE040 | Half Face 6000 Series | 05/20/11 | 0.18 | |
| OSHPPE035 | North Safety Air Purifying Respirator | 05/20/11 | 0.18 | |
| OSHWPH130 | *WBT Confined Space Awareness | 04/18/11 | 0.20 | |
| OSHSWP130 | *WBT Ladder Safety | 04/18/11 | 0.05 | |
| EMROPA170 | Announced Boom Deployment Exercise | 04/16/11 | 0.50 | |
| EMROPA110 | Tier I Team Exercise | 04/16/11 | 0.50 | |
| TECMAR080 | Boat Fire Drill | 03/27/11 | 0.50 | HUTCHISON JR, WILLIAM R. |
| OSHSWP225 | Life Critical Skills Pre-work Marine | 03/25/11 | 4.00 | |
| OSHSWP226 | Life Critical Skills Initial Class | 03/21/11 | 8.00 | BAILEY, STEPHEN R. CLIFTON, DERRICK M. SHAW, RANDY A. |
| OSHSWP300 | T&L Work Permit Training | 03/21/11 | 4.00 | BAILEY, STEPHEN R. CLIFTON, DERRICK M. SHAW, RANDY A. |
| EMRMAR010 | Man Overboard Drill - Vessel | 02/14/11 | 0.33 | SALYER JR, TOM G. SPENCER, FRANK E. |
| EMRMAR065 | Vessel Shipboard Security Awareness | 02/13/11 | 0.50 | SPENCER, FRANK E. |
| EMRMAR020 | Abandon Ship Drill | 02/02/11 | 0.33 | HUTCHISON JR, WILLIAM R. |
| ENVWST090 | Condensed Waste Management for Towboats | 01/25/11 | 0.50 | FRITZ, BILLY T. |
| OSHGEN060 | *WBT Back Safety Awareness | 12/09/10 | 0.08 | |
| OSHSWP170 | *WBT Electrical Sfty NonElectric Worker | 12/09/10 | 0.12 | |
| OSHWPH080 | *WBT Slips, Trips & Falls | 12/09/10 | 0.08 | |
| OSHWPH090 | *WBT Static Electricity | 12/09/10 | 0.08 | |
| TECMAR080 | Boat Fire Drill | 12/04/10 | 0.50 | SULLIVAN, STEVEN R. |
| EMROPA120 | Tier II Team Exercises | 10/30/10 | 2.00 | PARKER, WAYNE A. |
| TECMAR080 | Boat Fire Drill | 10/20/10 | 0.50 | SULLIVAN, STEVEN R. |
| HRDPOL03V | Ethics Training 2010/2011 Facilitated | 10/14/10 | 1.00 | SULLIVAN, STEVEN R. |
| CMPOPS040 | Document Portal Awareness Training | 10/08/10 | 0.33 | |
| OSHSWP302 | T&L Work Permit Awareness | 10/08/10 | 2.00 | |
| EMRMAR204 | 4th Quarter Security Drill-Vessel | 10/07/10 | 1.00 | SULLIVAN, STEVEN R. |
| EMRMAR150 | Annual Security Exercise-Vessel | 10/07/10 | 1.00 | SULLIVAN, STEVEN R. |
| EMRMAR020 | Abandon Ship Drill | 09/05/10 | 0.33 | DUMBAUGH, AARON C. |
| TECMAR080 | Boat Fire Drill | 09/01/10 | 0.50 | PARKER, WAYNE A. |
| CMPAPP600 | The Power of I - Employee Edition | 08/30/10 | 0.75 | |
| OSHJSR130 | *WBT Benzene Awareness | 08/26/10 | 0.53 | |
| OSHHAZ030 | *WBT Hazwoper Operations Level | 08/26/10 | 0.92 | |
| EMRFIR130 | *WBT Portable Fire Extinguishers | 08/26/10 | 0.32 | |
| SFYGEN400 | *WBT Safe Driver Training | 08/26/10 | 0.08 | |
| MTXMOC312 | Safe Driver Suite | 08/26/10 | 0.00 | |
| OSHWPH050 | *WBT Asbestos Awareness | 08/25/10 | 0.13 | |
| OSHJSR140 | *WBT Bloodborne Pathogens | 08/25/10 | 0.08 | |
| OSHJSR160 | *WBT H2S Awareness | 08/25/10 | 0.17 | |
| OSHWPH070 | *WBT Hazard Communication | 08/25/10 | 0.08 | |
| OSHSWP150 | *WBT Pinch Point Awareness-TTM | 08/25/10 | 0.10 | |

MPC00000047

# VTA Training Summary Report
## For Single Employee
### All Dates

| Course Code | Title | Date | Credit Hours | Instructor(s) |
|---|---|---|---|---|
| RUDDELL, RYAN A. (77939) | | | | |
| OSHPPE010 | *WBT PPE Awareness | 08/25/10 | 0.07 | |
| EMRMAR203 | 3rd Quarter Security Drill-Vessel | 08/19/10 | 1.00 | DUMBAUGH, AARON C. |
| EMROPA110 | Tier I Team Exercise | 08/19/10 | 1.00 | DUMBAUGH, AARON C. |
| HRDPOL088 | Diversity Skills & Awareness for Employe | 08/10/10 | 1.50 | DAVIES, MEGAN N. |
| EMRMAR100 | Man Overboard-Water Rescue & Cold Water | 08/10/10 | 8.00 | McCalley, Eastham & Associats |
| SAFGEN100 | Safety 1 | 08/09/10 | 8.00 | Paul Sovinsky |
| EMRMAR202 | 2nd Quarter Security Drill-Vessel | 06/10/10 | 0.25 | SMITH, THOMAS E. |
| EMRMAR070 | Coll/Allision/Sink/Ground/Stat Bill/Fire | 06/10/10 | 0.25 | SMITH, THOMAS E. |
| OSHPPE040 | Half Face 6000 Series | 06/10/10 | 0.25 | |
| DOTSHP230 | Marine Winches | 06/10/10 | 0.50 | SMITH, THOMAS E. |
| EMROPA110 | Tier I Team Exercise | 06/10/10 | 0.25 | SMITH, THOMAS E. |
| TECMAR080 | Boat Fire Drill | 06/08/10 | 0.25 | SMITH, THOMAS E. |
| ENVWST080 | Boat Waste Handling | 05/29/10 | 0.25 | SMITH, THOMAS E. |
| OSHPPE035 | North Safety Air Purifying Respirator | 05/29/10 | 0.25 | SMITH, THOMAS E. |
| OSHSWP200 | *WBT Heat-Related Illness | 05/28/10 | 0.13 | |
| OSHJSR170 | *WBT Lead Safety | 05/28/10 | 0.15 | |
| TECMAR070 | Cold Water Survival | 05/26/10 | 0.25 | SMITH, THOMAS E. |
| EMRMAR065 | Vessel Shipboard Security Awareness | 05/26/10 | 0.25 | SMITH, THOMAS E. |
| OSHSWP041 | *WBT Electrical Sfty Non-Electrical Wrkr | 05/17/10 | 0.22 | |
| OSHHAZ020 | *WBT Hazwoper Awareness Level | 05/17/10 | 2.48 | |
| EMROPA110 | Tier I Team Exercise | 04/16/10 | 0.41 | RYAN, DWIGHT D. |
| EMRMAR020 | Abandon Ship Drill | 04/09/10 | 0.33 | RYAN, DWIGHT D. |
| TECMAR080 | Boat Fire Drill | 04/09/10 | 0.33 | RYAN, DWIGHT D. |
| EMRMAR202 | 2nd Quarter Security Drill-Vessel | 04/04/10 | 0.50 | RYAN, DWIGHT D. |
| EMRMAR201 | 1st Quarter Security Drill-Vessel | 03/31/10 | 0.50 | |
| EMRMAR150 | Annual Security Exercise-Vessel | 03/31/10 | 0.50 | |
| EMRMAR085 | Vessel Security - MARSEC Levels | 03/31/10 | 0.50 | ANDERSON, CHRISTOPHER W |
| CMPOPS110 | MOCR Awareness-Marine | 02/22/10 | 0.25 | RYAN, DWIGHT D. |
| EMRMAR201 | 1st Quarter Security Drill-Vessel | 02/14/10 | 1.00 | RYAN, DWIGHT D. |
| TECMAR080 | Boat Fire Drill | 02/14/10 | 0.50 | RYAN, DWIGHT D. |
| EMRMAR010 | Man Overboard Drill - Vessel | 02/14/10 | 0.33 | RYAN, DWIGHT D. |
| EMROPA110 | Tier I Team Exercise | 02/14/10 | 1.00 | |
| ENVWTR085 | NPDES Inspection Sheets | 02/01/10 | 0.50 | |
| EMRFIR055 | K-Guard Extinguisher | 01/27/10 | 0.16 | DAHMER, PAUL J. |
| EMRMAR150 | Annual Security Exercise-Vessel | 12/22/09 | 1.00 | RYAN, DWIGHT D. |
| TECMAR080 | Boat Fire Drill | 12/17/09 | 0.33 | RYAN, DWIGHT D. |
| TECMAR070 | Cold Water Survival | 11/02/09 | 0.33 | |
| EMRMAR020 | Abandon Ship Drill | 10/28/09 | 0.50 | RYAN, DWIGHT D. |
| HRDPOL03R | Live the Code (Part II) - Classroom | 10/28/09 | 0.50 | |
| EMRMAR010 | Man Overboard Drill - Vessel | 10/28/09 | 0.50 | RYAN, DWIGHT D. |
| EMRMAR135 | Quarterly Security Drill-Vessel | 10/28/09 | 0.50 | RYAN, DWIGHT D. |
| EMRMAR085 | Vessel Security - MARSEC Levels | 10/28/09 | 0.50 | RYAN, DWIGHT D. |
| EMRMAR065 | Vessel Shipboard Security Awareness | 10/28/09 | 0.50 | RYAN, DWIGHT D. |
| EMROPA170 | Announced Boom Deployment Exercise | 10/24/09 | 1.00 | RYAN, DWIGHT D. |
| TECMAR080 | Boat Fire Drill | 10/19/09 | 0.50 | RYAN, DWIGHT D. |
| EMRMAR135 | Quarterly Security Drill-Vessel | 10/11/09 | 1.00 | |

MPC00000048

# VTA Training Summary Report

For Single Employee

All Dates

| Course Code | Title | Date | Credit Hours | Instructor(s) |
|---|---|---|---|---|
| | | | | MATHIS, JAMES M. |
| EMROPA170 | Announced Boom Deployment Exercise | 10/08/09 | 0.25 | MATHIS, JAMES M. |
| TECMAR080 | Boat Fire Drill | 10/08/09 | 0.25 | MATHIS, JAMES M. |
| EMROPA110 | Tier I Team Exercise | 10/08/09 | 0.25 | MATHIS, JAMES M. |
| TECMAR080 | Boat Fire Drill | 09/01/09 | 0.50 | CLAY, KOREY S. |
| EMRMAR135 | Quarterly Security Drill-Vessel | 08/31/09 | 0.50 | CLAY, KOREY S. |
| EMROPA110 | Tier I Team Exercise | 08/28/09 | 2.00 | CLAY, KOREY S. |
| TECMAR080 | Boat Fire Drill | 07/02/09 | 0.50 | RYAN, DWIGHT D. |
| HRDPOL03M | *WBT - Live the Code (Part I) | 06/27/09 | 0.33 | |
| EMRMAR135 | Quarterly Security Drill-Vessel | 06/26/09 | 1.00 | RYAN, DWIGHT D. |
| OSHGEN060 | *WBT Back Safety Awareness | 06/18/09 | 0.28 | |
| OSHSWP120 | *WBT Fall Protection | 06/18/09 | 0.23 | |
| OSHWPH080 | *WBT Slips, Trips & Falls | 06/18/09 | 0.33 | |
| OSHWPH090 | *WBT Static Electricity | 06/18/09 | 0.72 | |
| HRDPOL123 | *WBT Workplace Violence Corporate Policy | 06/18/09 | 0.10 | |
| SAFGEN050 | T&L Safety Vision, Principles Commitment | 06/18/09 | 1.50 | EARL, DAVID A. |
| HRDPOL03M | *WBT - Live the Code (Part I) | 06/17/09 | 0.42 | |
| OSHWPH050 | *WBT Asbestos Awareness | 06/17/09 | 0.17 | |
| OSHJSR130 | *WBT Benzene Awareness | 06/17/09 | 0.35 | |
| OSHJSR140 | *WBT Bloodborne Pathogens | 06/17/09 | 0.30 | |
| OSHJSR160 | *WBT H2S Awareness | 06/17/09 | 0.12 | |
| OSHWPH070 | *WBT Hazard Communication | 06/17/09 | 0.15 | |
| OSHHAZ030 | *WBT Hazwoper Operations Level | 06/17/09 | 0.58 | |
| OSHSWP150 | *WBT Pinch Point Awareness-TTM | 06/17/09 | 0.05 | |
| EMRFIR130 | *WBT Portable Fire Extinguishers | 06/17/09 | 0.22 | |
| OSHPPE010 | *WBT PPE Awareness | 06/17/09 | 0.07 | |
| OSHPPE040 | Half Face 6000 Series | 06/17/09 | 0.18 | |
| OSHPPE035 | North Safety Air Purifying Respirator | 06/17/09 | 0.18 | |
| TECMAR080 | Boat Fire Drill | 05/18/09 | 0.50 | PERRY, WILLIAM K. |
| EMRMAR020 | Abandon Ship Drill | 05/07/09 | 0.25 | RYAN, DWIGHT D. |
| EMRMAR010 | Man Overboard Drill - Vessel | 05/07/09 | 0.25 | RYAN, DWIGHT D. |
| EMRMAR135 | Quarterly Security Drill-Vessel | 03/15/09 | 1.00 | BAYS, JASON O. |
| EMRMAR020 | Abandon Ship Drill | 03/06/09 | 0.25 | RYAN, DWIGHT D. |
| EMRMAR010 | Man Overboard Drill - Vessel | 03/06/09 | 0.25 | RYAN, DWIGHT D. |
| TECMAR080 | Boat Fire Drill | 03/02/09 | 0.50 | RYAN, DWIGHT D. |
| ENVWTR085 | NPDES Inspection Sheets | 02/25/09 | 0.50 | FRITZ, BILLY T. |
| SSPHES013 | SSP Hazard Recognition Phase 2 - Marine | 02/24/09 | 2.00 | BAILEY, STEPHEN R. CASTO, ROBERT I. GREENHILL, JEFFREY C. |
| OSHSWP300 | T&L Work Permit Training | 02/24/09 | 4.50 | BAILEY, STEPHEN R. CASTO, ROBERT I. GREENHILL, JEFFREY C. |
| EMRMAR135 | Quarterly Security Drill-Vessel | 02/01/09 | 1.00 | RYAN, DWIGHT D. |
| OSHSWP080 | *WBT Hand & Power Tool Safety | 01/12/09 | 0.50 | KISER, CHRISTOPHER D. |
| EMRMAR020 | Abandon Ship Drill | 11/29/08 | 0.25 | ALDREDGE, HUGH C. |
| EMRMAR150 | Annual Security Exercise-Vessel | 11/29/08 | 1.00 | ALDREDGE, HUGH C. |
| TECMAR080 | Boat Fire Drill | 11/29/08 | 0.41 | |

RUDDELL, RYAN A. (779892)

MPC00000049

# VTA Training Summary Report

For Single Employee

All Dates

| Course Code | Title | Date | Credit Hours | Instructor(s) |
|---|---|---|---|---|
| **RUDDELL, RYANA (77892)** | | | | |
| | | | | ALDREDGE, HUGH C. |
| TECMAR070 | Cold Water Survival | 11/29/08 | 0.25 | ALDREDGE, HUGH C. |
| EMRMAR085 | Vessel Security - MARSEC Levels | 11/28/08 | 0.25 | |
| EMRMAR135 | Quarterly Security Drill-Vessel | 11/24/08 | 1.00 | ALDREDGE, HUGH C. |
| EMRMAR150 | Annual Security Exercise-Vessel | 11/19/08 | 0.50 | ALDREDGE, HUGH C. |
| EMRMAR135 | Quarterly Security Drill-Vessel | 11/19/08 | 0.50 | ALDREDGE, HUGH C. |
| EMRMAR085 | Vessel Security - MARSEC Levels | 11/19/08 | 0.50 | |
| EMRMAR065 | Vessel Shipboard Security Awareness | 11/19/08 | 0.50 | |
| EMRMAR070 | Coll/Allision/Sink/Ground/Stat Bill/Fire | 11/18/08 | 0.25 | WRIGHT, MARK J. |
| TECMEC125 | H2S Monitor Training | 10/08/08 | 1.00 | WHITE, RUSSELL J. |
| OSHPPE050 | PPE Awareness MOP M-26 | 10/08/08 | 0.50 | WHITE, RUSSELL J. |
| EMROPA110 | Tier I Team Exercise | 10/08/08 | 0.50 | MCCRAY, PAUL |
| EMRMAR015 | Vessel Security Plan | 10/08/08 | 0.75 | MCCRAY, PAUL |
| EMRMAR010 | Man Overboard Drill - Vessel | 09/26/08 | 0.25 | MCCRAY, PAUL |
| EMRMAR135 | Quarterly Security Drill-Vessel | 09/18/08 | 1.00 | MCCRAY, PAUL |
| EMRMAR020 | Abandon Ship Drill | 09/12/08 | 0.75 | MCCRAY, PAUL |
| OSHPSM010 | Hazard Recognition Awareness | 07/13/08 | 0.66 | DAVIS, BRENT D. |
| EMRMAR010 | Man Overboard Drill - Vessel | 05/22/08 | 0.33 | WILLIS, GEORGE A. |
| EMRMAR135 | Quarterly Security Drill-Vessel | 05/22/08 | 0.50 | WILLIS, GEORGE A. |
| EMRFIR125 | Marine Fire School | 05/16/08 | 4.00 | Darin DeMattie |
| SSPEMP002 | SSP - Employee Training - Marine | 05/16/08 | 2.00 | CASTO, AMANDA D. |
| OSHSWP172 | *WBT Industrial Ergonomics | 05/15/08 | 0.17 | |
| OSHSWP150 | *WBT Pinch Point Awareness-TTM | 05/15/08 | 0.12 | |
| SAFGEN100 | *WBT REPS Behavior Based Safety-Observer | 05/15/08 | 0.25 | |
| OSHPSM010 | Hazard Recognition Awareness | 05/14/08 | 0.75 | |
| OSHWPH010 | *WBT Access to Medical Records | 05/13/08 | 0.23 | |
| OSHWPH050 | *WBT Asbestos Awareness | 05/13/08 | 0.33 | CASTO, AMANDA D. |
| OSHGEN060 | *WBT Back Safety Awareness | 05/13/08 | 0.25 | CASTO, AMANDA D. |
| OSHJSR140 | *WBT Bloodborne Pathogens | 05/13/08 | 0.50 | CASTO, AMANDA D. |
| DOTSHP040 | *WBT DOT Hazmat Transportation Security | 05/13/08 | 0.05 | |
| OSHSWP041 | *WBT Electrical Sfty Non-Electrical Wrkr | 05/13/08 | 0.33 | CASTO, AMANDA D. |
| OSHSWP120 | *WBT Fall Protection | 05/13/08 | 0.41 | CASTO, AMANDA D. |
| OSHJSR160 | *WBT H2S Awareness | 05/13/08 | 0.41 | |
| OSHSWP080 | *WBT Hand & Power Tool Safety | 05/13/08 | 0.18 | |
| OSHWPH070 | *WBT Hazard Communication | 05/13/08 | 0.75 | CASTO, AMANDA D. |
| OSHHAZ030 | *WBT Hazwoper Operations Level | 05/13/08 | 0.75 | CASTO, AMANDA D. |
| OSHSWP200 | *WBT Heat-Related Illness | 05/13/08 | 0.33 | CASTO, AMANDA D. |
| OSHJSR170 | *WBT Lead Safety | 05/13/08 | 0.41 | CASTO, AMANDA D. |
| OSHWPH070 | *WBT Lock OutTag Out Awareness Refresher | 05/13/08 | 0.50 | |
| SFYSEC010 | *WBT MPC Security Awareness | 05/13/08 | 0.33 | CASTO, AMANDA D. |
| EMRFIR130 | *WBT Portable Fire Extinguishers | 05/13/08 | 0.52 | |
| OSHPPE010 | *WBT PPE Awareness | 05/13/08 | 0.41 | CASTO, AMANDA D. |
| SFYGEN051 | *WBT Responsible Care Awareness | 05/13/08 | 0.05 | |
| OSHWPH080 | *WBT Slips, Trips & Falls | 05/13/08 | 0.25 | CASTO, AMANDA D. |
| OSHWPH090 | *WBT Static Electricity | 05/13/08 | 0.33 | CASTO, AMANDA D. |
| HRDPOL036 | 2005 Ethics: CBT for Hourly Employees | 05/13/08 | 0.25 | |

MPC00000050

# VTA Training Summary Report

For Single Employee

All Dates

| Course Code | Title | Date | Credit Hours | Instructor(s) |
|---|---|---|---|---|
| **RUDDELL, RYAN A. (779392)** | | | | |
| EMRMAR020 | Abandon Ship Drill | 05/13/08 | 0.25 | CASTO, AMANDA D. |
| ENVWST080 | Boat Waste Handling | 05/13/08 | 0.16 | CASTO, AMANDA D. |
| TECMAR070 | Cold Water Survival | 05/13/08 | 0.25 | CASTO, AMANDA D. |
| EMRMAR070 | Coll/Allision/Sink/Ground/Stat Bill/Fire | 05/13/08 | 0.25 | CASTO, AMANDA D. |
| OSHGEN140 | Employee HES&S Responsibilities Stand | 05/13/08 | 0.50 | |
| MARSTD130 | Employee HES&S Responsibilities | 05/13/08 | 0.50 | |
| OSHPPE040 | Half Face 6000 Series | 05/13/08 | 0.16 | CASTO, AMANDA D. |
| EMRMAR010 | Man Overboard Drill - Vessel | 05/13/08 | 0.25 | CASTO, AMANDA D. |
| MARGEN100 | Marine Ergonomics Awareness | 05/13/08 | 0.25 | CASTO, AMANDA D. |
| DOTSHP230 | Marine Winches | 05/13/08 | 0.50 | CASTO, AMANDA D. |
| OSHPPE035 | North Safety Air Purifying Respirator | 05/13/08 | 0.16 | CASTO, AMANDA D. |
| OSHWPH210 | Storage of Flam Liquids & Gas Standard | 05/13/08 | 0.41 | |
| MARSTD090 | Storage of Flammable Liquids & Gas | 05/13/08 | 0.50 | |
| OSHMAR100 | Terminal Marine Hoses Load Arms Standard | 05/13/08 | 0.50 | |
| EMRMAR085 | Vessel Security - MARSEC Levels | 05/13/08 | 0.16 | CASTO, AMANDA D. |
| EMRMAR065 | Vessel Shipboard Security Awareness | 05/13/08 | 0.16 | CASTO, AMANDA D. |
| OSHJSR130 | *WBT Benzene Awareness | 05/12/08 | 0.38 | |
| OSHWPH130 | *WBT Confined Space Awareness | 05/12/08 | 0.32 | |
| HRDPOL082 | *WBT Diversity Orientation | 05/12/08 | 0.50 | |
| HRDPOL021 | *WBT DOT Drug & Alcohol Policy: Employee | 05/12/08 | 0.52 | |
| OSHWPH020 | *WBT Hearing Conservation | 05/12/08 | 0.35 | |
| OSHSWP130 | *WBT Ladder Safety | 05/12/08 | 0.18 | |
| HRDPOL122 | *WBT Marathon Workplace Harassment | 05/12/08 | 0.07 | |
| HRDPOL03F | Code of Business Conduct Commitment Card | 05/12/08 | 0.00 | |
| OSHWPH190 | Portable Ladder Safety Standard | 05/12/08 | 0.50 | |
| LAWGEN200 | WebCast: e-Discovery | 05/12/08 | 0.20 | |

**Total Credit Hours**    335.03

**Total Credit Hours All Employees:**    335.03

MPC00001662



DEFENDANT'S
EXHIBIT
4
6/10/16



Causes Of Back Problems

To Lift, (or Not To Lift...)

Maintain A Healthy Back

FINAL TEST

INSIDE Back Safety

MPC00001663

## Lifting Safely

In most work situations, objects that are very heavy are lifted and carried by machines such as forklifts. However, there are times when you may have to lift, adjust, or carry a heavy object.

It is at these times that you run the risk of injuring your back.



INSIDE: Back Safety

MPC00001664

## Lifting Safely

**Lift Factors:**

No matter how big the load is, *before you plan or perform your lift,* consider these four main factors:

Force – how much energy does it take to move the load

Repetition – how many times will you have to move or lift the load

Duration – how long are you going to be doing this job

Posture – are you using the correct body position



INSIDE: Back Safety

MPC00001665

## Lifting Safely

### Before You Lift

Take a few moments to "size up the load." Test the weight by lifting a corner of the object. Use a careful eye to examine the shape, dimensions, edges, and contents of a load. If the object is too heavy to lift safely or is an odd shape that obstructs your vision, STOP!

**Never lift anything unless you are sure you can do so safely.**



INSIDE: Back Safety

MPC00001666

## Lifting Safely

### Before You Lift

**Get help** if needed – no one will think less of you if you ask for mechanical or fellow employees help in moving a load without injury. Anyone can get hurt, it takes a smart worker to go home in one piece everyday.

Two or three people lifting a heavy object is much safer than trying to do it yourself.

INSIDE: Back Safety

MPC00001667

## Lifting Safely

### Before You Lift

Select and use the correct tools provided to you. Be safe. Be efficient. Use a handtruck, pushcart, or a mechanical lifting device when it is appropriate. For manual lifts, consider using gloves that will improve your grip and protect your hands.

INSIDE: Back Safety

MPC00001668

## Lifting Safely

### Before You Lift

Before you perform the real work, use this checklist to practice a mental lift:

1. Size up the load weight and shape.

2. Seek help if needed.

3. Select the correct lifting aid, or gloves.

4. Survey your path.

INSIDE: Back Safety

MPC00001670

## Lifting Safely

### Lifting the Load

The KEY to lifting safely is keeping your back straight or slightly arched.

**NEVER USE YOUR BACK TO LIFT!**

1. Place feet close to the object.



INSIDE: Back Safety

MPC00001671

## Lifting Safely

### Lifting the Load

The KEY to lifting safely is keeping your back straight or slightly arched.

**NEVER USE YOUR BACK TO LIFT!**

1. Place feet close to the object.
2. Center your body over your feet.



INSIDE: Back Safety

MPC00001672

## Lifting Safely

### Lifting the Load

The KEY to lifting safely is keeping your back straight or slightly arched.

**NEVER USE YOUR BACK TO LIFT!**

1. Place feet close to the object.
2. Center your body over your feet.
3. Squat down, bending your knees.

Keep your back straight or slightly arched, so your legs do the lifting, not your back.





INSIDE: Back Safety

MPC00001673

## Lifting Safely

### Lifting the Load

The KEY to lifting safely is keeping your back straight or slightly arched.

**NEVER USE YOUR BACK TO LIFT!**

1. Place feet close to the object.

2. Center your body over your feet.

3. Squat down, bending your knees.
   Keep your back straight or slightly arched, so your legs do the lifting, not your back.

4. Grasp the load securely with your hands, and pull the load close to you.



INSIDE: Back Safety

MPC00001674

## Lifting Safely

### Lifting the Load

The KEY to lifting safely is keeping your back straight or slightly arched.

**NEVER USE YOUR BACK TO LIFT!**



1. Place feet close to the object.
2. Center your body over your feet.
3. Squat down, bending your knees.
   Keep your back straight or slightly arched, so your legs do the lifting, not your back.
4. Grasp the load securely with your hands, and pull the load close to you.
5. Smoothly lift straight up. Do not jerk.

INSIDE: Back Safety




## Lifting Safely

### Lifting the Load

The KEY to lifting safely is keeping your back straight or slightly arched.

**NEVER USE YOUR BACK TO LIFT!**



1. Place feet close to the object.
2. Center your body over your feet.
3. Squat down, bending your knees.
   Keep your back straight or slightly arched, so your legs do the lifting, not your back.
4. Grasp the load securely with your hands, and pull the load close to you.
5. Smoothly lift straight up. Do not jerk.
6. **NEVER TWIST YOUR BODY WHILE LIFTING, KEEPING YOUR HEAD UP, AS IF LOOKING STRAIGHT AHEAD, NOT DOWN.**

INSIDE: Back Safety

MPC00001676

## Carrying the Load

Exercise the same care moving your load as you did when planning and picking it up. So, as you carry the load:



1. Keep your back straight or slightly arched.

INSIDE: Back Safety

MPC00001677

## Lifting Safely

### Carrying the Load

Exercise the same care moving your load as you did when planning and picking it up. So, as you carry the load:

1. Keep your back straight or slightly arched.

2. Walk slowly and surely.



INSIDE: Back Safety

MPC00001678

## Lifting Safely

### Carrying the Load

Exercise the same care moving your load as you did when planning and picking it up. So, as you carry the load:

1. Keep your back straight or slightly arched.

2. Walk slowly and surely.

3. Use your feet to change directions. Never twist your back.

INSIDE: Back Safety

MPC00001679

## Lifting Safely

### Carrying the Load

Exercise the same care moving your load as you did when planning and picking it up. So, as you carry the load:



1. Keep your back straight or slightly arched.

2. Walk slowly and surely.

3. Use your feet to change directions. Never twist your back.

4. Avoid leaning over.

INSIDE: Back Safety

MPC00001680



## Lifting Safely

### Carrying the Load

Exercise the same care moving your load as you did when planning and picking it up.
So, as you carry the load:



1. Keep your back straight or slightly arched.

2. Walk slowly and surely.

3. Use your feet to change directions. Never twist your back.

4. Avoid leaning over.

5. Avoid lifting a load over your head, and keep you line of sight clear.

INSIDE: Back Safety



MPC00001681

## Lifting Safely

### Carrying the Load

Exercise the same care moving your load as you did when planning and picking it up. So, as you carry the load:



1. Keep your back straight or slightly arched.

2. Walk slowly and surely.

3. Use your feet to change directions. Never twist your back.

4. Avoid leaning over.

5. Avoid lifting a load over your head, and keep you line of sight clear.

6. If you become tired, set the load down, and rest for a few moments.

INSIDE: Back Safety



MPC00001682

## Lifting Safely

### Setting the Load Down

Setting the load down is the reverse of lifting.

1. Position yourself where you want to set the load.





INSIDE: Back Safety

MPC00001683

## Lifting Safely

### Setting the Load Down

Setting the load down is the reverse of lifting.

1. Position yourself where you want to set the load.

2. Squat down. Let your legs do the work, not your back.



INSIDE: Back Safety

MPC00001684

MPC00001685

## Lifting Safely

### Setting the Load Down

Setting the load down is the reverse of lifting.



1. Position yourself where you want to set the load.

2. Squat down. Let your legs do the work, not your back.

3. **REMEMBER NOT TO TWIST YOUR BODY WHILE SETTING DOWN A LOAD, AND KEEP YOUR HEAD UP.**

INSIDE: Back Safety

### Setting the Load Down

Setting the load down is the reverse of lifting.



1. Position yourself where you want to set the load.

2. Squat down. Let your legs do the work, not your back.

3. **REMEMBER NOT TO TWIST YOUR BODY WHILE SETTING DOWN A LOAD, AND KEEP YOUR HEAD UP.**

4. Once the load is where you want it, release your grip. Never release your grip on a load until it is secure. You don't want to drop a load on your foot. Or, if someone is helping you, dropping a load unexpectedly can injure the other person.

INSIDE: Back Safety



MPC00001686

## Alternatives to Lifting

### Handtrucks and Pushcarts

When using a handtruck or pushcart, remember:



- It is easier and safer to push than to pull.
- Stay close to the load, try not to lean over, and keep your back straight or slightly arched.
- Use both hands to control the handtruck or pushcart.
- Use tie-down straps, if necessary, to secure the load.
- Avoid stairs and inclines. If you must take a load to another floor, use a freight elevator.
- Never "horse around" with handtrucks and pushcarts.

INSIDE: Back Safety

MPC00001687

## Alternatives to Lifting

### Forklifts

If an object is too heavy to lift or carry with a handtruck or load onto a pushcart, use a forklift.



**WARNING:** Don't attempt to operate a forklift (Powered Industrial Truck) unless you have taken and passed a Certified Operator training class.

INSIDE: Back Safety



MPC00001688

## Safe Lifting Guidelines

Here are a few examples of correct lifting and back safety practices based on Marine Safe Lifting guidelines.



CLICK HERE to see the entire Safe Lifting Guidelines document.

INSIDE: Back Safety

MPC00001689

## Safe Lifting Guidelines: Marine

### HOSES:

Hose – A minimum of 3 people are required to drag a 6-inch cargo hose into position using the push/pull method. It is recommended to face up the boat as close as possible to the needed position and use hose tongs to drag the cargo hose. If the entire hose has to be lifted and carried, a minimum of 6 people is required.

One person can generally drag or lift a 4-inch water stripping hose or a 2-inch product/water stripping hose. Two people are required when moving a 2-inch steam hose, while only 1 person is required to hook up the hose.



INSIDE: Back Safety

MPC00001690

## Safe Lifting Guidelines

Take a minute to try out your knowledge on a couple tasks...



INSIDE: Back Safety

MPC00001691

# Safe Lifting Guidelines: Marine

## Summary

**Think about what has to be done first**

**Never bend at the waist** – use your legs and bend at the knees. This will lessen the load on your muscles (flexors & extensors), as well as the stress on your spinal column by a factor of 8–10. That means if you lift incorrectly, the 50 pound load you think you're lifting may be placing a 400–500 pound stress on your body.

75% of Back Injuries happen while lifting a load.

**Get help if needed.**

**Don't attempt to jerk or force a heavy load.**

**Don't twist your body while moving the load**

**Get close to the load and spread your feet comfortably to give yourself a solid base.**

INSIDE: Back Safety



MPC00001692

# Safe Lifting Guidelines: Marine

## Summary

**Think about what has to be done first**

**Never bend at the waist – use your legs and bend at the knees. This will lessen the load on your muscles (flexors & extensors), as well as the stress on your spinal column by a factor of 8–10. That means if you lift incorrectly, the 50 pound load you think you're lifting may be placing a 400–500 pound stress on your body.**

**75% of Back Injuries happen while lifting a load.**

**Get help if needed.**

**Don't attempt to jerk or force a heavy load.**

**Don't twist your body while moving the load**

**Get close to the load and spread your feet comfortably to give yourself a solid base.**

INSIDE Back Safety



MPC00001693

# Marine - Safe Lifting for Vessels

## Overview

**Purpose**

The purpose of this document is to provide for
- minimum lifting requirements, and
- safe lifting requirements when handling many common objects in *Marine* operations.

**Scope**

The scope of this document applies to *Marine* deck crew personnel.

**Out of Scope**

The scope of this document, in reference to weight, does not apply to
- cooks
- *wheelhouse* personnel, and
- Engineers.

**Contents**

This document consists of the following maps:
- Overview
- Health and Safety Guide
- Lifting Requirements
- Forms
- References
- Documents, and
- Definitions.

**Use Requirements**

This document is intended to be used as a reference for initial and refresher training.

Printed copies should be used be used with caution. The user of this document must ensure the current approved version of this document is being used.

*continued on next page*

This page was last modified on: Dec 11, 2014, 2:21 AM



MPC00001711

## Overview, continued

**Document Rollout Training Requirements**

All Marathon *Marine* employees will be required to read and acknowledge this document.

**Revision History**

The table below provides the revision history for this document.

| No. | Date | Description |
|---|---|---|
| 0 | 4/5/10 | MOP K-29 reformat document. |
| | | |
| | | |

Printed copies should be used with caution. The user of this document must ensure the current approved version of this document is being used.

MPC00001712

## Health and Safety Guide

**SDS Information (m)**
Consult Safety Data Sheets (SDS) Web Site (reference) for information on all chemicals and products handled or stored at a Transportation and Logistic or *Marine* facility.

**Personal Protective Equipment (PPE) - Marine (m)**
Refer to Marine - Personal Protective Equipment (document) for additional information concerning Marine specific PPE requirements.
Refer to TNLHES302 (reference) – Personal Protective Equipment (PPE) for additional information about PPE required at a Transportation and Logistic or *Marine* facility.

Printed copies should be used with caution. The user of this document must ensure the current approved version of this document is being used.

MPC00001713

| Effective: Jul 9, 2012 | Next Review: Nov 17, 2017 | Revision Number: 0 |
|---|---|---|
| Marathon Petroleum Company LP Marine - Safe Lifting for Vessels | | Records Retention: Policy, Standard, Procedure or Guideline General/Active +10 years after revised superseded or obsolete |
| Custodian: Marine Safety Supervisor | | Approved by: Arnie Greiner, HESS Manager |

## Lifting Requirements

**Minimum Lifting Requirements**

Employees should have the strength, flexibility, and cardio-respiratory fitness to perform the following tasks:

- lift at least 100 pounds from floor to knuckles level
- lift and carry at least 80 pounds with two hands at shoulder level for a minimum distance of 100 feet on a level surface
- lift and carry at least 65 pounds with two hands at shoulder level for a minimum distance of 200 feet on a level surface, and
- lift and carry at least 50 pounds with two hands at shoulder level for a minimum distance of 300 feet on a level surface.

**Lifting Limits**

Under no circumstances shall any employee exceed the limits established in this document by

- lifting, carrying, pushing, and pulling more than the specified amount, or
- performing a task without the minimum required personnel.

**Exception:** In certain situations (for example inclement weather), the *Boat Captain* and/or *Pilot* may use their discretion and increase the number of required personnel to perform the tasks outlined in this document.

**Safe Lifting Requirements**

The table below describes safe lifting requirements for various tasks.

| Task | Individuals Required | Description |
|---|---|---|
| 35 Foot Wire | One | <ul><li>Carry no more than one 35-foot wire with two links.</li><li>When transporting a wire, carry no additional</li><li>– rigging, or</li><li>– straps.</li></ul> |
| 65 Foot Wire | Two | <ul><li>Two individuals are required to transport a 65-foot wire.</li><li>Use one of two options:</li><li>– divide the wire in half and each person carry a section, or</li></ul> |

*continued on next page*

Printed copies should be used with caution. The user of this document must ensure the current approved version of this document is being used.

MPC00001714

| Effective: Jul 9, 2012 | Next Review: Nov 17, 2017 | Revision Number: 0 |
|---|---|---|
| Marathon Petroleum Company LP **Marine – Safe Lifting for Vessels** | | Records Retention: Policy, Standard, Procedure or Guideline General/Active +10 years after revised superseded or obsolete. |
| Custodian: Marine Safety Supervisor | | Approved by: Amie Greiner, HESS Manager |

## Lifting Requirements, continued

| Task | Individuals Required | Description |
|---|---|---|
| | | – uncoil the wire and one person position the lead and one person carry the end. |
| Bank / Shore Line / Wire | Two or more | Two or more individuals are required to connect or release a tow with a bank / shore line / wire. |
| Carrying Objects (general) | One | While carrying objects on the outside of the boat / *barge*, <br> • free the inside hand, and <br> • place the load on the outboard side of the body. |
| Face / Wing Wires (synthetic line or wire rope) | One or Two | • While boat is stationary, one person is to handle face / wing wires. <br> • While boat is underway, two people handle the face / wing wires. |
| Hose | One, Two, or Three | Use a minimum of three people to place a 6-inch cargo hose into position using the push/pull method. <br><br> Recommendations: <br> • Come alongside as close as possible to the needed position. <br> • Use hose tongs to drag the cargo hose. <br> • Use a minimum of six people if the entire hose has to be lifted and carried. <br> • One person can generally position or lift <br> – a 4-inch water stripping hose, or <br> – a 2-inch product/water stripping hose. <br><br> • Two people are required when moving a 2-inch steam hose. <br> • One person is required to hook up the hose. |
| Lock Line | Two or more | Two or more individuals are required to carry a lock line. |
| Miscellaneous Supplies / Groceries | One | Do not carry or lift supplies/groceries in a container or in multiple containers with gross weight in excess of 50 pounds. |

Printed copies should be used with caution. The user of this document must ensure the current approved version of this document is being used.

*continued on next page*

MPC00001715

| Effective: Jul 9, 2012 | Next Review: Nov 17, 2017 | Revision Number: 0 |
| --- | --- | --- |
| Marathon Petroleum Company LP **Marine – Safe Lifting for Vessels** | | Records Retention: Policy, Standard, Procedure or Guideline General/Active +10 years after revised superseded or obsolete |
| Custodian: Marine Safety Supervisor | | Approved by: Amie Greiner, HESS Manager |

## Lifting Requirements, continued

| Task | Individuals Required | Description |
| --- | --- | --- |
| Pumps | Two or more | Two or more individuals are required to move stripping pumps. |
| Ratchets | One | • Carry no more than one ratchet at a time.<br>• When transporting a ratchet, carry no additional<br>  – rigging, or<br>  – straps. |
| Spill Kits | Two or more | Two or more individuals are required to carry spill kits. |
| Straps | One | Do not carry more than two straps (with or without links) at a time. |
| • Tools<br>• Links, or<br>• *Shackles* | One | • Carry equipment in a safe manner.<br>• Do not overload when carrying this type of equipment on the tow. |
| Winch (Tighten) | One | • Safely tighten a winch.<br>• Never put your feet on the winch wheel or use your body as leverage.<br>• Use a leverage bar to tighten wires.<br><br>Note: Additional assistance to tighten the winch may be needed. |
| Winch (Loosen) | One | • Safely loosen a winch.<br>• There are times (depending on the amount of tension on the wire) when two or more people are required to safely loosen the winch and release the *dog*.<br><br>Note: It is easy to determine if the winch will be difficult to loosen.<br><br>! IMPORTANT: In questionable cases, ask the *Mate* on duty or get additional assistance before attempting task on your own. |

Employee Assistance Requirements — Any employee that deems additional assistance is needed to perform a particular job safely is expected to ask for help.

*Printed copies should be used with caution. The user of this document must ensure the current approved version of this document is being used.*

*continued on next page*

MPC00001716

## Lifting Requirements, continued

Printed copies should be used with caution. The user of this document must ensure the current approved version of this document is being used.

## Forms

Printed copies should be used with caution. The user of this document must ensure the current approved version of this document is being used.

MPC00001718

## References

Printed copies should be used with caution. The user of this document must ensure the current approved version of this document is being used.

MPC00001719

## Documents

| Marine – Ergonomics Program Process | Marine – Ergonomics Program Process |
|---|---|
| Marine – Safe Lifting for MRF | Marine – Safe Lifting for MRF |

Printed copies should be used with caution. The user of this document must ensure the current approved version of this document is being used.

MPC00001720

## Definitions

| | |
|---|---|
| **Barge** | An unpowered, flat bottom, shallow draft vessel, often towed or pushed, used to transport cargo. |
| **Captain – Boat or Motor Vessel (012m)** | A United States Coast Guard (USCG) licensed mariner in charge of the boat's activities who also navigates and keeps watch aboard the boat. |
| **Mate** | Supervises and coordinates deck personnel in activities; reports to the Vessel Captain. |
| **Marine** | The Marine component of the Transportation and Logistics organization within the *Company*. |
| **Pilot – Vessel (013m)** | A United States Coast Guard (USCG) licensed mariner who navigates and keeps watch aboard a boat. |
| **Shackle** | A U-shaped metal fitting used as a connection for line, cable, or chain and has a pin secured through its end by a nut, cotter pin, or screw threads. |
| **Wheelhouse (010m)** | The area from which the *Captain* or *Pilot* navigates the boat. Also referred to as the Pilothouse. |
| **Winch Dog** | A steel latch with teeth at one end used to lock gear in position. |

Printed copies should be used with caution. The user of this document must ensure the current approved version of this document is being used.

 **TT&M**

**Change Summary (most recent workflow)**
number of inserts 0
number of deletes 0
Mouse over changes on this page to see additional
information regarding who made the change and when

## Marine - Safe Lifting for Vessels

### Overview

| | |
|---|---|
| **Purpose** | The purpose of this document is to provide for |
| | • minimum lifting requirements, and |
| | • safe lifting requirements when handling many common objects in *Marine* operations. |
| **Scope** | The scope of this document applies to *Marine* deck crew personnel. |
| **Out of Scope** | The scope of this document, in reference to weight, does not apply to |
| | • cooks |
| | • *wheelhouse* personnel, and |
| | • Engineers. |
| **Contents** | This document consists of the following maps: |
| | • Overview |
| | • Health and Safety Guide |
| | • Lifting Requirements |
| | • Forms |
| | • References |
| | • Documents, and |
| | • Definitions. |
| **Use Requirements** | This document is intended to be used as a reference for initial and refresher training. |
| **Document Rollout Training Requirements** | All Marathon *Marine* employees will be required to read and acknowledge this document |
| **Revision History** | The table below provides the revision history for this document. |

| No. | Date | Description |
|---|---|---|
| 0 | 4/5/10 | MOP K-29 reformat document. |

### Health and Safety Guide

| | |
|---|---|
| **MSDS Information (m)** | Consult the Material Safety Data Sheets (MSDS) Web Site (reference) for information on all chemicals and products handled or stored at a TT&R or Marine facility. |
| | Note: MSDS Information sheets or Cargo Information Cards are kept on board each vessel |
| **Personal Protective Equipment (PPE) - Marine (m)** | Minimal Marine Personal Protective Equipment (PPE) includes |
| | • safety glasses with permanently attached side shields |
| | • fire retardant clothing with sleeves down, cuffs secured, and shirt tucked in pants |
| | • personal $H_2S$ monitor |
| | • safety shoes |
| | • bump cap (hard hat is required for overhead work), and |
| | • type V US Coast Guard approved personal flotation device (PFD) |
| |    • while on the lower exterior deck of a vessel and on all barges. |



Note: Refer to MOP M-26 – Personal Protective Equipment (PPE) for additional information concerning Marine specific PPE requirements.

Note: Refer to TNLHES302 (reference) – Personal Protective Equipment (PPE) for additional information about the PPE required at TT&M facilities.

Important: Only type V US Coast Guard approved personal flotation devices are to be used by *Company* employees.

## Lifting Requirements

**Minimum Lifting Requirements**

Employees should have the strength, flexibility, and cardio-respiratory fitness to perform the following tasks:

- lift at least 100 pounds from floor to knuckles level
- lift and carry at least 80 pounds with two hands at shoulder level for a minimum distance of 100 feet on a level surface
- lift and carry at least 65 pounds with two hands at shoulder level for a minimum distance of 200 feet on a level surface, and
- lift and carry at least 50 pounds with two hands at shoulder level for a minimum distance of 300 feet on a level surface.

**Lifting Limits (m)**

Under no circumstances shall any employee exceed the limits established in this document by

- lifting, carrying, pushing, pulling, and so on, more than the specified amount, or
- performing a task without the minimum required personnel.

Exception: In certain situations (for example inclement weather), the *Boat Captain* and/or *Pilot* may use their discretion and increase the number of required personnel to perform the tasks outlined in this document

**Safe Lifting Requirements**

The table below describes safe lifting requirements for various tasks.

| Task | Individuals Required | Description |
|---|---|---|
| 35 Foot Wire | One | • Carry no more than one 35-foot wire with two links.<br>• When transporting a wire, carry no additional<br>  • rigging, or<br>  • straps. |
| 65 Foot Wire | Two | • Two individuals are required to transport a 65-foot wire.<br>• Use one of two options:<br>  • divide the wire in half and each person carry a section, or<br>  • uncoil the wire and one person position the lead and one person carry the end. |
| Bank / Shore Line / Wire | Two or more | Two or more individuals are required to connect or release a tow with a bank / shore line / wire. |
| Carrying Objects (general) | One | While carrying objects on the outside of the boat/ barge,<br>• free the inside hand, and<br>• place the load on the outboard side of the body. |
| Face / Wing Wires (synthetic line or wire rope) | One or Two | • While boat is stationary, one person is to handle face/wing wires.<br>• While boat is underway, two people handle the face/wing wires. |
| Hose | One, Two, or Three | Use a minimum of three people to place a 6-inch cargo hose into position using the push/pull method.<br>Recommendations:<br>• Come alongside as close as possible to the needed position.<br>• Use hose tongs to drag the cargo hose.<br>• Use a minimum of six people if the entire hose has to be lifted and carried.<br>• One person can generally position or lift<br>  • a 4-inch water stripping hose, or<br>  • a 2-inch product/water stripping hose.<br>• Two people are required when moving a 2-inch steam hose.<br>• One person is required to hook up the hose. |
| Lock Line | Two or more | Two or more individuals are required to carry a lock line. |
| Miscellaneous Supplies / Groceries | One | Do not carry or lift supplies/groceries in a container or in multiple containers with gross weight in excess of 50 pounds. |
| Pumps | Two or more | Two or more individuals are required to move stripping pumps. |
| Ratchets | One | • Carry no more than one ratchet at a time.<br>• When transporting a ratchet, carry no additional<br>  • rigging, or<br>  • straps. |
| Spill Kits | Two or more | Two or more individuals are required to carry spill kits. |
| Straps | One | Do not carry more than two straps (with or without links) at a time. |
| • Tools<br>• Links, or | One | • Carry equipment in a safe manner.<br>• Do not overload when carrying this type of equipment on the tow. |

MPC00001795

| Task | Individuals Required | Description |
|---|---|---|
| • Shackles | | |
| Winch (Tighten) | One | • Safely tighten a winch.<br>• Never put your feet on the winch wheel or use your body as leverage.<br>• Use a leverage bar to tighten wires.<br><br>Note: Additional assistance to tighten the winch may be needed. |
| Winch (Loosen) | One | • Safely loosen a winch.<br>• There are times (depending on the amount of tension on the wire) when two or more people are required to safely loosen the winch and release the dog.<br><br>Note: It is easy to determine if the winch will be difficult to loosen.<br>! Important: In questionable cases, ask the Mate on duty or get additional assistance before attempting this procedure on your own. |

**Employee Assistance Requirements**   Any employee that deems additional assistance is needed to perform a particular job safely is expected to ask for help.

## Forms

## References

## Documents

**Personal Protective Equipment**   Personal Protective Equipment

## Definitions

| | |
|---|---|
| **Captain - Vessel [012m]** | A USCG licensed mariner in charge of the towing vessels activities who also keeps watch aboard the towing vessel. |
| **Mate (m)** | Supervises and coordinates deck personnel in activities; reports to the Vessel Captain. |
| **Marine** | The Marine component of the T&L organization within the Company. |
| **Pilot – Vessel [013m]** | A USCG licensed mariner that keeps watch aboard a towing vessel. |
| **Shackle** | A U-shaped metal fitting used as a connection for line, cable, or chain and has a pin secured through its end by a nut cotterpin, or screw threads. |
| **Wheelhouse [010m]** | The area from which the Captain or Pilot navigates the vessel. Also referred to as the Pilothouse. |
| **Winch Dog (m)** | A steel latch with teeth at one end and used to lock gear in position. |

MPC00001796

# Marine - Vessel Tier I Audit Checklist

*To be completed by each boat crew at start of hitch change.*

Vessel: _Nashville_     Date Inspected: _8/21/14_

Males Inspection by: _____

| | | Yes | No | N/A | Action |
|---|---|---|---|---|---|
| **FIRE FIGHTING** | | | | | |
| 1. | Each fire station equipped with hose, nozzle, spanner? | | ✓ | | |
| 2. | Fire hoses and control valves clear of obstruction? | ✓ | | | |
| 3. | Fire hoses in good condition, properly stowed and free of water, and marked with date of annual test? | ✓ | | | |
| 4. | Fire axes in good repair and properly stowed? | ✓ | | | |
| 5. | Each fire extinguisher station equipped with sealed extinguisher? | ✓ | | | |
| 6. | Spare extinguishers secured to prevent movement? | ✓ | | | |
| 7. | Fire/smoke detection system operational? | ✓ | | | |
| **ADMINISTRATIVE** | | | | | |
| 1. | Vessel name marked on bow and stern (with hailing port also on stern)? | ✓ | | | |
| 2. | Official Number properly marked on interior bulkhead? | ✓ | | | |
| 3. | Sub-Chapter "O" & "O" Logs kept for 30 days? | | | | |
| 4. | Vessel General Plan (VGP) vessel/tow inspections complete and approved for previous month? | ✓ | | | |
| **EMERGENCY AND SAFETY EQUIPMENT** | | | | | |
| 1. | Work vests in good condition and stored separately from life preservers? | ✓ | | | |
| 2. | Life rings in place and in good condition with lifeline/light attached where required? | ✓ | | | |
| 3. | Emergency lights operational? | ✓ | | | |
| 4. | Self-Contained Breathing Apparatus (SCBAs) operational and monthly inspections noted in log? | | | | |
| 5. | Multi-gas meters operational? | | | | |
| 6. | Respirators and cartridges available? | ✓ | | | |
| 7. | First Aid kits available? | ✓ | | | |
| 8. | Bloodborne Pathogen Response Kit available? | ✓ | | | |
| 9. | Automatic External Defibrillator (AED) operational? | ✓ | | | |
| 10. | Fall Protection Equipment available and in working condition? | ✓ | | | |
| 11 | Eyewash stations and drench hoses ready for use? | ✓ | | ✓ | |
| 12. | Boat spill kits sealed and the date of inspection within the last six months? | | ✓ | | Lakfurte ( re shelv Rechecked + pd |
| 13. | System 99, throw-bags, throw-sticks, and personnel retrieval nets ready for use? | ✓ | | | |
| **UTILITY BOATS** | | | | | |
| 1. | All utility boat lights in working order? | ✓ | | | |
| 2. | Utility boat free from damage? | ✓ | | | |
| 3. | Fire extinguisher and emergency equipment bag on board utility boat? | ✓ | | | |
| 4. | Utility boat paddles and mooring lines in place? | ✓ | | | |
| 5. | Utility boat license current? | ✓ | | | |
| 6. | Utility boat number marked on bow? | ✓ | | | |
| 7. | Utility boat lowered to the water's edge and proven operational; launched if conditions permit. Deployment time: _2.00_ (cradle to waterline) | | | | |
| **POSTINGS AND PLACARDS** | | | | | |
| 1. | "Discharge of Oil Prohibited" placards in Engine Room and Transfer Site? | ✓ | | | |
| 2. | "Garbage" placards posted in galley and in garbage storage areas? | ✓ | | | |
| 3. | "Hearing Protection" signs posted at Engine Room entrances? | ✓ | | | |
| 4. | "Wash Hands Often" signs posted in galley? | ✓ | | | |
| 5. | "Safety Rules" placards posted? | ✓ | | | |
| 6. | Station Bills posted on each level? | ✓ | | | |
| 7. | Supplementary Station Bill posted in each state room? | ✓ | | | |
| 8. | Restricted Area security signs posted on the port and starboard side of the vessel next to the bow? | ✓ | | | |
| 9. | Designated smoking areas properly marked? | ✓ | | | |
| **HOSES** | | | | | |
| 1. | Potable water fill connection properly marked? | ✓ | | | |
| 2. | Potable water hose capped, stowed, and marked "potable water only" ? | ✓ | | | |

MMDVessel Tier I Audit Checklist.xls
Equipment Repair, Inspection or Certification/10 yrs
Attention: Printed copies should be used with caution.

Custodian: Marine HESS
Copy: Boats / 1 yr

Revised: 4/10/2014
Printed: 8/20/2014
Page 1 of 3


DEFENDANT'S
EXHIBIT
7
6/10/16

MPC00000344

# Marine – Vessel Tier I Audit Checklist

To be completed by each boat crew at start of hitch change.

Vessel: _Nashville_     Date Inspected: _8/21/14_

| # | Item | | | | |
|---|------|---|---|---|---|
| 3. | Cargo and vapor hoses properly marked, blinded, and test date within one year? | | | | |
| **WASTE MANAGEMENT** | | | | | |
| 1. | Waste Management Log maintained for required waste streams? | ✓ | | | |
| 2. | Waste paints, solvents, and chemicals properly stored and labeled? | | ✓ | Put away | |
| 3. | Waste containers for batteries and spent lamps properly labeled? | ✓ | | | |
| **GENERAL** | | | | | |
| 1. | Rotating equipment guards in place? | | | | |
| 2. | Portable ladders ready for use? | ✓ | | | |
| 3. | Interior stairs fitted with non-skid materials on treads and landings? | ✓ | | | |
| 4. | Landings at exterior doors fitted with non-skid materials? | ✓ | | | |
| 5. | Handrails/guard chains in place, secure, and tight? | ✓ | | | |
| 6. | Appropriate bulbs, globes, and guards on lighting fixtures? | ✓ | | | |
| 7. | Passageways and escape hatches marked and clear of obstructions? | ✓ | | | |
| 8. | General housekeeping satisfactory? | ✓ | | | |
| 9. | Freeing ports and scuppers permit drainage of main deck? (if equipped) | ✓ | | | |
| 10. | Floors in good condition and free of slippery spots? | ✓ | | | |
| 11. | Floor mats and rugs slip-resistant? | ✓ | | | |
| 12. | Stove in good order with exhaust fan and vent clean? | ✓ | | | |
| 13. | Flammable liquids properly stored? | ✓ | | | |
| 14. | Winches and face wires in good condition? | ✓ | | | |
| 15. | Minimum boat rigging Inventories aboard per company standard? | ✓ | | | |
| 16. | Boat status reviewed between relieving and departing Mates? | ✓ | | | |

MMD\Vessel Tier I Audit Checklist.xls
Equipment Repair, Inspection or Certification/10 yrs
Attention: Printed copies should be used with caution.

Custodian: Marine HESS
Copy: Boats / 1 yr

Revised: 4/10/2014
Printed: 8/20/2014
Page 2 of 3

MPC00000345

## Marine - Vessel Tier I Audit Checklist

To be completed by each boat crew at start of hitch change.

Vessel: _Nashville_  Date Inspected: _8/21/14_

Wheelhouse Inspection by: ____

| | | Yes | No | N/A | Action |
|---|---|---|---|---|---|
| 1. | Required navigation publications aboard (Paper copy or Nav Ref CD)? | ✓ | | | |
| 2. | Required "Notices to Navigation" and "Notices to Mariners" aboard and up-to-date? | ✓ | | | |
| 3. | Required navigation charts aboard and up-to-date? | ✓ | | | |
| 4. | Required vessel papers/documents aboard (Red book)? | ✓ | | | |
| 5. | Radio log being properly maintained? | ✓ | | | |
| 6. | Required navigation safety equipment operational? | ✓ | | | |
| 7. | Vessel Response Plan aboard and up-to-date? | ✓ | | | |
| 8. | Vessel Security Plan up-to-date and access controlled? | ✓ | | | |
| 9. | Boat status reviewed between relieving and departing Captains? | ✓ | | | |

Engineers Inspection by: _JOE Knox_

| | | Yes | No | N/A | Action |
|---|---|---|---|---|---|
| 1 | General housekeeping satisfactory? | ✓ | | | |
| 2. | Oil and fuel filters drained properly and bagged? | ✓ | | | |
| 3. | Fixed extinguishing systems operational and inspections up-to-date? | ✓ | | | |
| 4. | Marine Sanitation Device (MSD) operational including chlorinator? | ✓ | | | |
| 5. | Declaration of Inspection (DOI) maintained onboard for at least 30 days? | ✓ | | | |
| 6. | Oil transfer procedures onboard and available? | ✓ | | | |
| 7. | Barge fueling hose properly marked, stored, and test up-to-date? | ✓ | | | |
| 8. | Handrails in place and secure? | ✓ | | | |
| 9. | Equipment guards in place? | ✓ | | | |
| 10. | Tools in good repair? | ✓ | | | |
| 11. | Goggles, aprons, gloves and face shields provided at each battery station with use instructions? | ✓ | | | |
| 12. | Metal container provided for oily rags? | ✓ | | | |
| 13. | Escape hatches and emergency exits marked and accessible? | ✓ | | | |
| 14. | Trolleys and hoists marked with lifting capacities? | ✓ | | | |
| 15. | Goggles and face shields provided at grinders? | ✓ | | | |
| 16. | Grinders free of vibration with safe use instruction sticker posted? | ✓ | | | |
| 17. | Grinder fitted with guards? | ✓ | | | |
| 18. | Compressed air pressure for cleaning set to maximum 30 per square inche (psi)? | ✓ | | | |
| 19. | Combustible materials stored away from ignition sources? | ✓ | | | |
| 20. | Flammable liquids and aerosols properly stored? | ✓ | | | |
| 21. | Containers of liquids clearly labeled? | ✓ | | | |
| 22. | Electrical controls and panels properly marked? | ✓ | | | |
| 23. | Piping systems free of excessive leaks or wastage? | ✓ | | | |
| 24. | Steering compartment is clean and equipment free of leaks? | ✓ | | | |
| 25. | Boat status reviewed between relieving and departing Engineers? | ✓ | | | |

COMMENTS:

MMDVessel Tier I Audit Checklist.xls
Equipment Repair, Inspection or Certification/10 yrs
Attention: Printed copies should be used with caution.

Custodian: Marine HESS
Copy: Boats / 1 yr

Revised: 4/10/2014
Printed: 8/20/2014
Page 3 of 3

MPC00000346



## Marathon Petroleum Company LP
### Marine
### Employee Witness Statement

**Witness Information:**

Name: _Ryan Ruddell_    Date: _8/28/14_

Job Title: _Deckhand_    Watch/Shift: _Forward_

Vessel/Location: _Nashville / Lewis & Clark Fleet_  Supervisor: _Mike Scott_

**Incident Information:**

Name of Employee Involved in Incident: _Ryan Ruddell_

Time of Incident: _1845_

Location of Incident: _Lewis & Clark Fleet_

If you witnessed the incident, describe what you saw: _Saw him take off w/ie around timberhead_
_had hand w/ie to make_

If you did not witness the incident, where was your location: _____

List other witness(es): _____

*This form must be completed immediately after the incident.*

Signature: _[signature]_    Date: _8/28/14_

DEFENDANT'S
EXHIBIT
8
6/10/16
PENGAD 800-631-6989

HS/MR/360H/ADM24    FORM Rev. 3/14

Items in red are required by OSHA or DataPipe to be completed for **all employees and directly supervised contractors**     Case No._____
                                                                                        (HES Dept. to complete)

## MPC & CONTRACTOR OCCUPATIONAL INJURY/ILLNESS/INCIDENT REPORT

I.  This Section to be completed by the Person involved and returned to MPC supervisor within 24 hours after the incident.

1. Name _Ruddell_ _____Ryan_____ _A_     Employee No. (if MPC) _779392_
        Last        First        I.I.

2. Home Address _308 Van Dusen Ave_     _Evansville_  _IN_  _47711_
                 Street                  City          State   Zip

3. Date of Birth _09/10/81_   Sex ☒M ☐F     Date Hired (with MPC or Contracting Company) _5/12/08_

4. Occupation/Job Title _Deckhand_     Date you began this occupation _5/12/08_

5. Contractor Company Name_____

6. Marathon or Contractor Supervisor _Michael Scott "captain"_

7. Date of Incident _8/27/14_     Time _12:45_ ☐AM ☒PM     Check if time cannot be determined ☐

8. Time you began work day of incident _5:30_ ☐AM ☒PM     Did incident occur outside normal work hours? Yes☐ No☒

9. Place incident occurred _First coupling at Lee Fleet_ _mile-903, app-671_     On Marathon premises? Yes☒ No☐

10. Reported to (MPC Employee) _Dave Hockedahl_     Date _8-28-14_ Time _7:30_ ☒AM ☐PM

11. Describe what you were doing before the incident occurred. Describe the activity, as well as the tools, equipment, or material used. Be specific.
_Took wire off Timber Head (Fleeting Barges)_

12. Describe in detail how the incident occurred (use an additional page if needed). _Took wire off Timber Head Hooked to vire_
_To move_

13. Describe in detail the injury/illness, part of body affected and how (be more specific than "hurt" or "sore"), and any symptoms.
_lower back hurt _ _pain radiatly out around sides, shots, pain down front of leg s and in testicles_

14. Object or substance causing incident (specify). _wire_

15. Witness(es) _Dave Hawkedahl, Anthony Ginn_

16. I have answered the above questions to the best of my knowledge: _[signature]_     _8/28/14_
                                                                    Signature          Date

17. Completed by (if other than the above person)
_Ryan Ruddell_                    _Deckhand_        _(812) 677-0588_  _8/28/14_
    Name                            Title              Phone            Date

II. This Section to be completed by Supervisor or Designee and forwarded to the HES Dept. within 3 calendar days of the incident.
1. Is there any additional information about the incident?_____

2. Check protective equipment worn at the time of the incident and any that should have been worn:

| Equipment | Worn | Should Have Been Worn | Equipment | Worn | Should Have Been Worn |
|---|---|---|---|---|---|
| Safety Glasses | ☒ | ☐ | Goggles | ☐ | ☐ |
| Face Shield | ☐ | ☐ | Hard Hat | ☐ | ☐ |
| Safety Shoes | ☒ | ☐ | Fire Resistant Clothing | ☒ | ☐ |
| Gloves | ☒ | ☐ | Respirator | ☐ | ☐ |
| H2S Monitor | ☒ | ☐ | Fall Protection | ☐ | ☐ |
| Seat Belt | ☐ | ☐ | Other | ☐ | ☐ |

3. Were proper work procedures being followed? Yes ☒ No ☐ If No, explain._____

4. What steps were taken to prevent a recurrence of this type of incident? _Proper Lifting been with Knees_

5. Completed by:
_[signature]_                     _Captain_        _760619_          _9-28-14_
    Name                           Title         Employee Number (if MPC)   Date

Form 191 Rev. 6/09
ATTENTION: The user of this document must ensure the current approved version of the document is being used.

Custodian: Component HES
Retention: 5 years plus current year
Copy to: Workers Compensation

DEFENDANT'S
EXHIBIT
9
6/16/16   RB
PENGAD 800-631-6989

MPC00000006

Marathon Petroleum Company LP
Marine
Boatcrew Report of Injury or Illness

Name: Ryan Ruddell    Emp #: 779392    Date/Time: 8/28/14

Job Title: Deckhand    Watch/Start Time: 5730 pm    Vessel: NuShu4le

Supervisor: Mike Scott    Time of Injury/Illness: 6:45 am    Location: Left Fleet WoodRiver

List any witnesses: Dave Haukedahl, Anthony Gino, Michael Scott

Weather Conditions: Cloudy Heavy rain thunderstorm    Deck Conditions: Wet

Reported To: Mote, Dave    Date: 8/28/14    Time: 7:30 Am.

Date Hired: 5/12/08    # Months in current position: 6 years 3 months.

On-site 1st Aid Treatment: Ibuprofen, Ben Gay    Provided By: Him Self

Was professional medical treatment sought? No    Facility Name:

If the employee died, when did death occur? N/A

Describe treatment or medication given: Ibuprofen, ben Gay.

Describe in detail your activities immediately before the incident: Tie off Borges

Describe in detail how the injury/illness occurred: took wire off Borges

Describe in detail the parts of your body affected: lower Back, Pain radiats from lower Back around Stubs into
restied

Identify in detail any potential safety concerns related to this incident (examples equipment and/or acts):

Check protective equipment worn:

| Equipment | Worn | Equipment | Worn | Equipment | Worn | Equipment | Worn |
|-----------|------|-----------|------|-----------|------|-----------|------|
| Goggles | | Safety Glasses | ✓ | Safety Shoes | ✓ | H2S Monitor | ✓ |
| Face Shield | | Fall Protection | | Seat Belt | | Gloves | ✓ |
| Hard Hat | | FR Uniform | ✓ | Respirator | | PFD | ✓ |
| Other | | | | | | | |

Signature of Employee: _____    Date: 8/28/14

Completed by (if other than employee): _____    Date: _____

Incident Investigation – Health & Safety / 12 years
Attn: Use printed copies with caution

Custodian: Safety
Copy – 1 Year

DEFENDANT'S EXHIBIT
10
6/10/16

Revised: 3/28/2014

MPC00000003



## urological associates inc.

## Ruddell, Ryan A

32 Y old Male, DOB: 09/10/1981
Account Number: 19964/SC
308 Van Dusen Ave, Evansville, IN-47711
Home: 812-622-0598
Guarantor: Ruddell, Ryan A   Insurance: ANTHEM Payer ID: 00630
PCP: Kenneth Yagodich, MD   Referring: Kenneth Yagodich, MD
Appointment Facility: Urological Associates Inc

04/22/2014                                    Progress Notes: Michelle A Boger, MD

### Current Medications
Discontinued Hydrocodone-Ibuprofen 5-200 MG
Tablet 1 to 2 tablets every 6 hrs PRN Pain
Discontinued Cipro 500 mg tab 1 twice a day
Medication List reviewed and reconciled with the
patient

### Past Medical History
No Medical History.

### Surgical History
Broken Ankle
Vasectomy 4-8-14

### Family History
Father: alive, Living
Mother: alive, Living

### Social History
Tobacco Use  Are you a: Never Smoker.
Alcoholic beverages: Yes.
No Tobacco chewing/snuff.
No Street drug use.
Marital History: : Divorced.

### Allergies
N.K.D.A.

### Review of Systems
Previous review of symptoms was reassessed with
patient. No changes noted.

### Reason for Appointment
1. Scrotal Pain since Vasectomy

### History of Present Illness
Nurse General Questionnaire:
   Location of the problem: testicle. When did you first notice the
problem: days. How long does the problem last? it is always there. Is anything else
occurring at the same time? no.
General :
   The patient is a 32-year-old gentleman who had a vasectomy almost 2 weeks
ago. He has had a rough course with bilateral testicular discomfort and swelling.
He was started on an antibiotic by our nurse practitioner last week. He is
scheduled to go back to work in one week and works on a barge with lots of heavy
lifting. He is a little concerned about this.

### Vital Signs
BP 122/80, Temp 97.7, Ht 75, Wt 248, BMI 30.99.

### Examination
Genitourinary - Male:
   General appearance: alert, oriented, no acute distress. Abdomen: no
hepatosplenomegaly, no hernia, normal, soft, non-tender, no
mass. Anus/Perineum: normal. Penis: normal. Urethral meatus: normal anatomic
position, no meatal stenosis. Scrotum: incisions sites healing well. Cord induration and
tenderness noted bilaterally. Testicles: symmetric, nontender, no palpable masses or
induration. Epididymis: nontender, no palpable masses or induration. Vas
deferens: palpable bilaterally. Psych: pleasant affect. HEENT: normocephallic,
atraumatic, normal appearing external ears and nose, sclera clear. Neck: symmetric,
supple with mid-line trachea. Lungs/Respirations:  normal respiratory effort.

### Assessments
1. Testicular pain/unspec. disorder - 608.9 (Primary)

### Treatment
1. Testicular pain/unspec. disorder
Notes: I am going to change him 2 an antibiotic that has broader skin coverage. I
explained that most of the tenderness may be related to the procedure without an
infection being present. We are hoping that that Keflex will help speed up the
recovery, but it just may take more time. He will let me know if he needs some
time off work next week. We can write For a work excuse if needed. He will let me
know. I want to see him back in one month.

### 2. Others
Start Keflex Capsule, 500 MG, 1 capsule, Orally, three times a day, 7 day(s), 21,
Refills 0
Start Hydrocodone-Ibuprofen Tablet, 7.5-200 MG, 1-2 tablet as needed, Orally,
every 6 hrs, 30 days, 30, Refills 0



DEFENDANT'S
EXHIBIT

4/10/16

**Follow Up**
4 Weeks

Electronically signed by Michelle Boger , MD on 04/25/2014 at 10:55 AM CDT

Sign off status: Completed

**Addendum:**

04/25/2014 10:59 AM Boger, Michelle A > This note was transcribed using voice recognition software. It may contain errors not obvious on routine proofreading. Please contact my office for questions regarding this office note.

Urological Associates Inc
920 S HEBRON AVE
EVANSVILLE, IN 477144086
Tel: 812-473-1111
Fax: 812-473-0911

Patient: Ruddell, Ryan A   DOB: 09/10/1981   Progress Note: Michelle A Boger, MD   04/22/2014

MPC00002301


## Ruddell, Ryan A

32 Y old Male, DOB: 09/10/1981
Account Number: 19964/SC
308 Van Dusen Ave, Evansville , IN-47711
Home: 812-622-0598
Guarantor: Ruddell, Ryan A   Insurance: ANTHEM Payer ID: 00630
PCP: Kenneth Yagodich, MD   Referring: Kenneth Yagodich, MD
Appointment Facility: Urological Associates Inc

04/14/2014

Progress Notes: Debra K Shoulders, ARNP

**Current Medications**
None

**Past Medical History**
No Medical History.

**Family History**
Father: alive, Living
Mother: alive, Living

**Social History**
Tobacco Use  Are you a: Never Smoker.
Alcoholic beverages: Yes.
No Tobacco chewing/snuff.
No Street drug use.
Marital History: : Divorced.

**Allergies**
N.K.D.A.

**Review of Systems**
Previous Review of Systems was reassessed with patient, no changes noted except for the pertinent positives documented.

**Reason for Appointment**
1. f/u VAS on 4-8-14
2. C/o swelling and pain
3. Also noticed some blood and discharge- today states he had some yellow discharge on bandages

**History of Present Illness**
General :

    32 year old white male presented on 4/8/14 for his voluntary sterilization vasectomy. Recieved phone call from pt this am complaining of pain, swelling and discharge from his incisions. States he bled from his right incision while taking a shower and the stitch cam out on the right, has been applying neopsporin, noting a yellowish discharge today. Complains of a constant grade 5 ache of both testes and surrounding tissues. He has stayed on bedrest and not lifting objects. States he works for Marathon on a Barge and lifts 100# x 900 feet which he will have to be able to do when he returns to work. Is very concerned regarding his slow healing.

**Nurse General Questionnaire:**
Location of the problem: testicle. When did you first notice the problem: days. How long does the problem last? It is always there. Is anything else occurring at the same time? no.

**Vital Signs**
BP 130/78, Temp 97,2, Ht 75, Wt 248.2, BMI 31.02.

**Examination**
Genitourinary - Male:

    Scrotum: Right scrotal incision shows no suture material. With gentle pressure, noted scant dark red blood. Left scrotal incision is intact, scant suture material noted. No discharge noted. Has both areas covered with a bandaid. Both testes are descended bilaterally. Noted moderate tenderness with gentale palpation. No hydrocele noted or masses noted. .

**Assessments**
1. Testicular pain/unspec. disorder - 608.9 (Primary)
2. Orchitis and Epididymitis Unspecified - 604.90

**Treatment**
1. Testicular pain/unspec. disorder
Start Hydrocodone-Ibuprofen Tablet, 5-200 MG, 1 to 2 tablets, Orally, every 6 hrs PRN Pain, 7 days, 30, Refills 0
Notes: Continue on bedrest.
Avoid lifting anything heavier than a gallon of milk
Wear a jock strap for scrotal support when up
Keep testes elevated on a towl roll and ice pen
Keep appt with Dr. Boger prior to returning to work.

**2. Orchitis and Epididymitis Unspecified**

Patient: Ruddell, Ryan A   DOB: 09/10/1981   Progress Note: Debra K Shoulders, ARNP   04/14/2014
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

MPC00002302

Start Cipro tab, 500 mg, 1, po, twice a day, 10 days, 20, Refills 0

**Follow Up**
keep 4/28/14 Boger appt

*Dha Shakhs ARNP Carp*

Electronically signed by Debra Shoulders , ARNP on 04/14/2014 at
01:38 PM CDT

Sign off status: Completed

---

Urological Associates Inc
920 S HEBRON AVE
EVANSVILLE, IN 477144086
Tel: 812-473-1111
Fax: 812-473-0911

Patient: Ruddell, Ryan A   DOB: 09/10/1981   Progress Note: Debra K Shoulders, ARNP   04/14/2014

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

MPC00002303


urological
associates
inc.

Ruddell, Ryan A
32 Y old Male, DOB: 09/10/1981
Account Number: 19964/SC
308 Van Dusen Ave, Evansville, IN-47711
Home: 812-622-0598
Guarantor: Ruddell, Ryan A    Insurance: ANTHEM Payer ID: 00630
PCP: Kenneth Yagodich, MD    Referring: Kenneth Yagodich, MD
Appointment Facility: Urological Associates Inc

04/08/2014                                        Michelle A Boger, MD

**Current Medications**
None

**Past Medical History**
No Medical History.

**Surgical History**
Broken Ankle

**Family History**
Father: alive, Living
Mother: alive, Living

**Social History**
Tobacco Use  Are you a:  Never Smoker.
Alcoholic beverages: Yes.
No Tobacco chewing/snuff.
No Street drug use.
Marital History: : Divorced.

**Allergies**
N.K.D.A.

**Hospitalization/Major Diagnostic Procedure**
No Hospitalization History.

**Review of Systems**
Previous Review of Systems was reassessed with patient, no changes noted except for the pertinent positives documented.

**Reason for Appointment**
1. Pt presents for Vasectomy.

**History of Present Illness**
General :
     Pt was given Valium 10 mg po.

**Vital Signs**
BP 118/72, Temp 97.9, Ht 75, Wt 245, BMI 30.62.

**Assessments**
1. Sterilization – V25.2 (Primary)

**Treatment**
1. Sterilization
     LAB: Vas Deferens Histology
          This lab was reviewed by Michelle Boger on 04/15/2014 at 12:33 PM CDT

**Procedures**
Bilateral Vasectomy- Elective:
     PRE-MEDICATION  Valium 10 mg po once. PRE-OPERATIVE DIAGNOSIS
Elective sterilization. POST-OPERATIVE DIAGNOSIS  same. ANESTHESIA 1%
Lidocaine local. INDICATIONS  The patient has requested elective sterilization and
previously been counseled about the relatively permanent nature of a vasectomy. He
understands the risks and benefits of the procedure which include but are not limited to
bleeding, pain, infection, need for repeat surgery, and failure of pregnancy prevention of
approximately 1 in 1000. He has provided informed consent and wishes to
proceed. DESCRIPTION  The patient was prepped and draped in standard fashion. 1%
Lidocaine was injected. A standard no scalpel technique was used. Two incisions were
used. The skin was incised/punctured and the left vas was grasped. Blunt dissection was
used to isolate the left vas. A 1.5 cm segment was excised. Both cut ends of the vas were
fulgurated with electrocautery. The distal end was tied off with a 3-0 chromic tie. The
proximal end was tied off with a 3-0 chromic stick tie. A separate stitch was used to fold the
proximal end back upon itself to prevent recurrence. Hemostasis was adequate. The skin
was incised and the right vas was grasped. Blunt dissection was used to isolate the right
vas. A 1.5 cm segment was excised. Both cut ends of the vas were fulgurated with
electrocautery. The distal end was tied off with a 3-0 chromic tie. The proximal end was
tied off with a 3-0 chromic stick tie. A separate stitch was used to fold the proximal end
back upon itself to prevent recurrence. Hemostasis was adequate. 3-0 chromic stitch was
used to close the skin on each side. Antibiotic ointment was applied to the wounds. The
patient tolerated the procedure. He was informed to continue birth control until follow-up
showed no evidence of sperm in his semen.

**Procedure Codes**
55250 VASECTOMY, BILATERAL

**Follow Up**
4 Weeks

_[signature]_

Electronically signed by Michelle Boger , MD on 04/08/2014 at 12:12 PM CDT

Sign off status: Completed

Urological Associates Inc
920 S HEBRON AVE
EVANSVILLE, IN 477144086
Tel: 812-473-1111
Fax: 812-473-0911

MPC00002305

| | |
|---|---|
| From: | Burdick, Michael C. (MPC) |
| Sent: | Tuesday, August 26, 2014 8:57 PM |
| To: | Perkins, Isaac O. (MPC) |
| Cc: | Earl, David A. (MPC) |
| Subject: | Fwd: Emailing: Ryan ruddell my expectations 8-24-14.pdf |
| Attachments: | Ryan ruddell my expectations 8-24-14.pdf; ATT00001.htm |

Isaac,

In the past we have had issues with Mr. Ruddell meeting expectations. I personally have had numerous conversations with him concerning his lack of motivation, poor work performances and his lack of effort to obtain his tankerman licenses. For example; Ryan had been with the company for over 5 years and had not obtained his tankerman licenses. After I drew the line in the sand for him, he did get his licenses and is doing well with them. I have sent the training mates to the boat on more than one occasion to assist Ryan to help him succeed. On my most recent attempt to provide Ryan with assistance, I had him report to the Annex and for two days with training mate Wayne Parker and Jim Wilson. Both worked with Ryan on the pad and in the fleet. My sole purpose was to take Ryan from his boat and put him in a situation where there was no distractions and he had the training mates all to himself and would hopefully benefit from the experience. The training mates report was less than satisfactory. Captain Mike Scott has coached and counseled him for the past year and a half.

In August Isaac Perkins and myself had a meeting with Ryan and discussed his poor work performance and lack of motivation along with other issues. We laid everything out on the table and discussed each of the issues that Ryan is having troubles with. Poor work performance, lack of motivation, etc. Ryan seemed to be confused. Although Isaac and myself not only discussed each issue AND made recommendations to him from our personal experiences he still said "he doesn't know what we wanted him to do" again, we were VERY plain on our expectations for Ryan.

In my last attempt after that meeting I told Ryan that I would call the Nashville after he gets on. Ryan, captain Scott and myself would review ALL expectations so there were no ambiguity. I called the Nashville prior to Ryan getting on the boat and ask that Captain Scott to write out on paper his expectations. These expectations were general expectations that he expects from ALL of his crew and was not pertaining to only Ryan, he did not single him out although I feel we are at that point in the process. Below, you will see the attachment of 17 expectations that Captain Scott, Ryan Ruddell and myself reviewed to ensure that his expectations were relayed to Ryan in a clear manner to ensure and that Ryan fully understood them.

On 8/25/14 I called the MV Nashville and Ryan, Captain Scott and myself discussed each of the 17 expectations in detail. I explained to captain Scott that I would read each expectation and then I wanted him to explain in detail specifically what he wanted. I then told Ryan that I wanted him to commit on it as well to make sure he fully understood and they both agreed to do so. I explained again to captain Scott and Ryan that this was an attempt to give Ryan guidance to help him succeed but it had come to the point where it was not only being a performance issue but it has damaged the moral of the boat and it WAS a safety concern to me. I reiterated to Ryan that we have done everything we could possibly do as a company and I really hoped that he understood the severity of the situation. I told Ryan that we MUST see improvements not only this trip but point forward or we would be sitting down and discussing the path forward. Ryan said he understood.

We continued through all 17 as described and we talked in detail about Ryan's poor work performance, lack of motivation and ambition etc. Our conversation lasted about 45 minutes. After the conversation I ask Ryan if he fully understood what is expected of him point forward? I received no response so I asked after a long pause I

1



DEFENDANT'S
EXHIBIT
12
6/16/16

MPC00000133

ask if Ryan and Captain Scott could hear me? After another long pause Captain Mike responded "oh we're hearing you fine" so I ask Ryan again if he understood? After another long pause he said I guess so. I ask Ryan to tell me what he didn't understand because that was why we we doing the call in the first place, for him to understand. Ryan commented then "yea I do".

I concluded the meeting with my expectations for Ryan which were as follows;

1. Follow and comply with all of captain Scott's expectations. I reminded him that those expectations were not singled out for him only, that is what he expects of his entire crew.

2. Ask questions if he does not understand.

3. Participate more in Shift Starters and drills. I explained to Ryan that this is the best place on the river to work- it doesn't get any better than here. We are going and we have a bright future and I want him to be a part of it. I told him that 2/3 of our deck crew is 2 years or less in experience and we value his opinion so speak up - you have knowledge that you can share. In doing so you will help others and in turn help grow our Marine Department.

4. I was very blunt "again" to push the point home - I EXPECT to see an improvement from point forward.

5. Ryan has always said his goal was to work as a shore side tankerman. I challenged Ryan - I told Ryan that he would never reach his goals continuing down his original path because I would personally make sure that he didn't get it unless he changed his ways. I explained to him that we don't just give people promotions, they have to earn it. My challenge to Ryan was to step up, show initiative and prove everyone wrong. Prove to everyone that you want to improve, that you want to be working here and you want to do better not only for yourself but for your family. Captain Scott even spoke up and stated that we need mates so step up improve and work towards a mates position and them his goal would come easier. I told Ryan that that was an excellent idea.

In closing I ask Captain Mike and Ryan to both sign the list of expectations and send it me. Mike Scott texted me 15 minutes after the meeting and said that Ryan refused to sign the list of expectations. I told captain Mike to just note on the paper that Ryan refused to sign it and send it in with his name on it.

Mike Burdick
Port Captain
Marathon Petroleum
606-585-3163

**Subject: Emailing: Ryan ruddell my expectations 8-24-14.pdf**

Your message is ready to be sent with the following file or link attachments:

Ryan ruddell my expectations 8-24-14.pdf

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments. Check your e-mail security settings to determine how attachments are handled.

MPC00000134

My Expectations

1. Be more active in shift starters

2. Keep web base training done 2 months in advance

3. Keep room and bathroom clean, with help of other crew members

4. Report on watch in a timely manner no second call or third call without being within reason, once or twice a trip is ok. Do Not Make It A Habit!

5. More active in vessel Drills

6. Follow Company Policies and Procedures. (PPE)

7. Perform Task given right the first time without having to redo it again

8. Do stretching exercises properly

9. Show more ambition, set goals to meet to improve yourself. (like becoming a mate or learning to become a steersman or apprentice engineer)

10. Be courteous and respectful to others

11. Take more interest in VGP and other roles and responsibilities to better yourself. (such as mates shift change meeting and boat requisitions)

12. Have all PPE ready when you come on watch not left in the room

13. Help promote a friendly environment and promote team work, and improve morale

14. Maintain proper communication, and listen to details

15. Show initiative by doing clean up without being told, and doing it right the first time

16. Be observant and vigilant on deck

17. Maintain personnel hygiene

Ryan Reese Eo sign.

Mike W Scott
Was on Phone Call with Mike Burdick  8-24-14

| Mid Year REVIEW<br>Year: 2014 | | | | | | | | Marathon Marine Division<br>VESSEL PERSONNEL DEVELOPMENT APPRAISAL FORM |
|---|---|---|---|---|---|---|---|---|

**Personal Information**

Name: Ryan Ruddell  
Occupation: Deck Hand  
Org: MMD

Emp #: 779.392

**Rating Guidelines:**
1:Far Exceeds 2: Exceeds 3: Meets 4: Generally Meets 5: Fails to Meet N: Not rated

**Job Dimensions (See Instructions on Reverse)**

Positive Comments/Improvement Recommendations

| Job Dimensions | RATING | | | | | | Required for appraisal completion credit: |
|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | N | |
| **Work Standards** | | | | | | | Dont volunteer for extra work. |
| Sets high performance standards for self and work group | | | | X | | | Several time's mates have to make |
| Assumes responsibility and accountability for successful completion of job tasks | | | | X | | | you redo your work. No ambition- 6years |
| Produces quality work which does not require re-work or supervisory follow-up | | | | X | | | As deck. |
| Volunteers for extra work or responsibility | | | | X | | | |
| **Job Quality/Knowledge** | | | | | | | 6years As deck hand still seems to |
| Completes job tasks in appropriate and professional manner | | | | X | | | struggle with some task. |
| Performs job tasks efficiently | | | X | | | | |
| Properly operates and maintains vessel equipment | | | X | | | | |
| Takes necessary steps to ensure Product Quality is guaranteed | | | X | | | | |
| Understands job responsibilities and expectations | | | X | | | | |
| **Commitment/Motivation** | | | | | | | Has been reprimanded for breaking a few |
| Supports Marine Transportation objectives, policies, and procedures | | | X | | | | Company policies. |
| Accepts and demonstrates the ability to adjust to a changing work environment | | | X | | | | |
| Arrives on watch punctually and ready to begin | | | X | | | | |
| Proactively solves problems without waiting for instructions | | | X | | | | |
| **Technical Knowledge & Skills** | | | | | | | Seem's comfortable just staying a deck hand |
| Possesses necessary skills to complete job responsibilities | | | X | | | | and not improving himself. |
| Demonstrates a willingness to learn new job tasks and apply them to the job | | | X | | | | |
| Capable of performing mechanical maintenance on job-relevant equipment | | | X | | | | |
| Strives to improve job knowledge & performance | | | X | | | | |
| Keeps current with work-related technological advancements | | | X | | | | |
| **Safety & Environmental** | | | | | | | Has to be coached into participating in |
| Complies with Marine Transportation and USCG safety policies and procedures | | | X | | | | drills and watch change meetings. |
| Actively participates in safety/watch change meetings | | | X | | | | |
| Wears appropriate PPE in all required settings consistently | | | X | | | | |
| Uses tools and equipment in a safe and proper manner | | | X | | | | |
| Takes necessary precautions to reduce the risk of accidents that may cause injuries to either themselves or their coworkers | | | X | | | | |
| Maintains clean, organized, and safe work environment | | | X | | | | |
| **Communication/Interpersonal Skills** | | | | | | | like's argue when giving feedback on |
| Communicates information accurately and timely | | | X | | | | Performance |
| Reflects good public image; neat appearance; courteous | | | X | | | | |
| Listens thoughtfully to others in order to understand problems and/or concerns | | | X | | | | |
| Shows respect and appreciation for people with varied backgrounds, interpersonal styles, and perspectives | | | X | | | | |
| Responds positively to feedback in an effort to improve individual performance | | | | X | | | |
| **Leadership** | | | | | | | Does not show leadership quality |
| Provides support and shares valuable work experiences with co-workers | | | X | | | | |
| Plans & prioritizes effectively to accomplish tasks and goals | | | X | | | | Would not recommend for A mate's |
| Effectively guides/instructs new hires, co-workers, contractors, etc. | | | X | | | | position. |
| Promotes teamwork and supports fellow employees | | | X | | | | |

| | 1 | 2 | 3 | 4 | 5 | N |
|---|---|---|---|---|---|---|
| **OVERALL RATING** | | | | X | | |

Suggested Areas of Improvement/Developmental Activities: Ryan has been... see attached

DEFENDANT'S EXHIBIT 13  
6/14/16 AB

SUPERVISOR: Michael Burt          Date: 7-6-14  
Port Captain / Port Engineer:          Date:  
Dept Manager (Optional):          Date:  
Employee Comments & Career Interests:  
Does not get a long with Captain, review is what it is cannot be changed

EMPLOYEE:          Date:  

Be sure to sign AND date appraisal  
(Date discussed with Employee)  
HRC: Michael Burt  
Initials:          Date: 7/29/14

SEE REVERSE SIDE FOR INSTRUCTIONS AND RATING CLARIFICATIONS

Ryan Ruddell refused to sign on 7/24/2014 during conversation with Mike Burdick and Isaac Perkins.  Isaac Perkins 7/24/2014     Mike Burdick 7/24/14

MPC00000130

| Mid Year REVIEW | Marathon Marine Division |
|---|---|
| Year: 2014 | VESSEL PERSONNEL DEVELOPMENT APPRAISAL FORM |

**Personal Information**

Name: Ryan Ruddell — Emp #: 779372

Occupation: Deckhand 1

Org:

**Rating Guidelines:**

1:Far Exceeds 2: Exceeds 3: Meets 4: Generally Meets 5: Fails to Meet N: Not rated

| Job Dimensions (See Instructions on Reverse) | RATING | Positive Comments/Improvement Recommendations |
|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | N | Required for appraisal completion credit: |

| Job Dimensions | 1 | 2 | 3 | 4 | 5 | N |
|---|---|---|---|---|---|---|
| **Work Standards** | | | | | | |
| Sets high performance standards for self and work group | | | | x | | |
| Assumes responsibility and accountability for successful completion of job tasks | | | | x | | |
| Produces quality work which does not require re-work or supervisory follow-up | | | | x | | |
| Volunteers for extra work or responsibility | | | | x | | |
| **Job Quality/Knowledge** | | | | | | |
| Completes job tasks in appropriate and professional manner | | | | x | | |
| Performs job tasks efficiently | | | | x | | |
| Properly operates and maintains vessel equipment | | | | x | | |
| Takes necessary steps to ensure Product Quality is guaranteed | | | | x | | |
| Understands job responsibilities and expectations | | | | x | | |
| **Commitment/Motivation** | | | | | | |
| Supports Marine Transportation objectives, policies, and procedures | | | | x | | |
| Accepts and demonstrates the ability to adjust to a changing work environment | | | | x | | |
| Arrives on watch punctually and ready to begin | | | | x | | |
| Proactively solves problems without waiting for instructions | | | | x | | |
| **Technical Knowledge & Skills** | | | | | | |
| Possesses necessary skills to complete job responsibilities | | | | x | | |
| Demonstrates a willingness to learn new job tasks and apply them to the job | | | | x | | |
| Capable of performing mechanical maintenance on job-relevant equipment | | | | x | | |
| Strives to improve job knowledge & performance | | | | x | | |
| Keeps current with work-related technological advancements | | | | x | | |
| **Safety & Environmental** | | | | | | |
| Complies with Marine Transportation and USCG safety policies and procedures | | | | x | | |
| Actively participates in safety/watch change meetings | | | | x | | |
| Wears appropriate PPE in all required settings consistently | | | | x | | |
| Uses tools and equipment in a safe and proper manner | | | | x | | |
| Takes necessary precautions to reduce the risk of accidents that may cause injuries to either themselves or their coworkers | | | | x | | |
| Maintains clean, organized, and safe work environment | | | | x | | |
| **Communication/Interpersonal Skills** | | | | | | |
| Communicates information accurately and timely | | | | x | | |
| Reflects good public image; neat appearance; courteous | | | | x | | |
| Listens thoughtfully to others in order to understand problems and/or concerns | | | | x | | |
| Shows respect and appreciation for people with varied backgrounds, interpersonal styles, and perspectives | | | | x | | |
| Responds positively to feedback in an effort to improve individual performance | | | | | x | |
| **Leadership** | | | | | | |
| Provides support and shares valuable work experiences with co-workers | | | | x | | |
| Plans & prioritizes effectively to accomplish tasks and goals | | | | x | | |
| Effectively guides/instructs new hires, co-workers, contractors, etc. | | | | x | | |
| Promotes teamwork and supports fellow employees | | | | x | | |

| OVERALL RATING | 1 | 2 | 3 | 4 | 5 | N |
|---|---|---|---|---|---|---|
| | | | | x | | |

Suggested Areas of Improvement/Developmental Activities: Ryan has been rated a 4 indicating that his performance does not meet expectations in his 2013 year end appraisal. After 6 months, his current performance has not improved resulting in a 4 rating for mid-year 2014. Ryan has been coached and counseled by his Port Captain Mike Burdick and his Captain Mike Scott throughout the past year to address performance issues. Ryan needs to improve the quality of his work, specifically taking initiative in completing tasks and following all safety and operational policies. If improvements are not met and poor performance continues to occur, it may result in further actions by Operations and Human Resources.

SUPERVISOR: Mike Scott — Date:

Port Captain / Port Engineer: — Date:

Dept Manager (Optional): — Date:

Employee Comments & Career Interests:

EMPLOYEE: — Date:

Be sure to sign AND date appraisal

(To be Discussed with Employee)

HRC ___ Initials: ___ Date: 7/29/14

SEE REVERSE SIDE FOR INSTRUCTIONS AND RATING CLARIFICATIONS

MPC00000131

# Deckhand 1 Advancement Qualifications





DEFENDANT'S
EXHIBIT
14
6/16/16

MPC00000119

MPC00000120

**Marathon Marine**
**Deckhand 1 Advancement Qualifications**

Name: Ryan Ruddell

Date: 7-4-14

| Tasks | Trainer's Initials | Date |
|---|---|---|
| Demonstrate proficiency in line handling and maintenance: | | |
| Identify leads | WP | 7-3-14 |
| Throw a single line | WP | |
| Throw a two-part line | WP | |
| Hit a timberhead from 10 feet with a single line | WP | |
| Hit a timberhead from 20 feet with a two-part line | WP | |
| Tie off on a cell through a line | WP | |
| Operate a capstan line | WP | |
| Dog a line off on a timberhead | WP | |
| Dog a line off on a kevel | WP | |
| Make a bumper | WP | |
| Weave an eye in a line | WP | ↓ |
| Demonstrate ability to wire tows without assistance: | | |
| Lead crew in wiring a block of four barges using breast leads and fore & aft wires | WP | 7-3-14 |
| Wire loads to empties | WP | |
| Lay loose rigging | WP | ↓ |
| Perform operation and maintenance on yawl/Zodiac: | | |
| Perform maintenance checklist  /Went over GoforTrax | RW | 7-4-14 |
| Prepare yawl/Zodiac for launch / Talked about proper procedure | RW | |
| Operate yawl/Zodiac  / Talked about | RW | ↓ |
| Demonstrate proficient radio communication: | | |
| Assist Pilot House with lock navigation and tow building | WP | 7-3-14 |
| Follows proper radio etiquette guidelines | WP | ↓ |
| Assist Mate with conducting drills & SSP: | | |
| Lead SSP elements | RW | 7-4-14 |
| Assist with drill scenario development | RW | 7-4-14 |
| Assist Mate with administrative duties: | | |
| Inventories | NA | |
| Packet Pro | NA | |
| Vessel Inspections | NA | |
| NS5/Tier 1 | NA | |
| Additional Requirements: | | |
| Perform VGP NPDES Inspection unassisted | WP | 7-3-14 |
| Acquire a Tankerman MMD (required to be a Mate 2) | WP | |
| Able to perform transfers | WP | |
| Hazwoper Technician Level certification | WP | |
| Attend Leadership Training | WP | ↓ |

MPC00000121

MPC00000122

over all
Score 75%

Name: Ryan Ruddell
Date: 7-4-14

| Trainers Guide Tasks | Possible Points | Points Earned | Comments |
|---|---|---|---|
| Line Handling & Maintenance | 11 | 10 | Needs to work on Throwing single fort Lis |
| Wire Tows | 3 | 3 | |
| Operation & Maintenance on Yawl/Zodiac | 3 | 2 | Needs to do more with Zodiac |
| Radio Communications | 2 | 2 | |
| Assist Mate with Conducting Drills & SSP | 2 | 1 | Needs to work on This |
| Assist Mate with Administrative Duties | 4 | 2 | Needs to get More Involved |
| Additional Requirements | 5 | 5 | |
| TOTAL | 30 | 25 | Score = 83 % |

| General Knowledge and Work Behaviors* | Possible Points | Points Earned | Comments |
|---|---|---|---|
| Communication - follows directions; listens effectively; follows radio protocol | 10 | 5 | Needs to work on his Communication Skills |
| Teamwork - works well with others; participates in team activities | 10 | 5 | Needs to work with Material Captain |
| Work Ethic - reports for watch on time; shows initiative and willing to learn; performs daily chores | 10 | 5 | Needs to show more Initiative for his job |
| Practices good personal hygiene | 10 | 10 | |
| Safety Commitment - follows ppe policy; maintains situational awareness; uses proper equipment; participates in safety meetings and activities | 10 | 10 | |
| TOTAL | 50 | 35 | Score = 70 % |

Expectation minimum score 85%

Comments Ryan Needs to show more Initiation for his job. Needs to get a lot better at working with vessel crews. Needs to pay Attention while in any meeting. Ryan has The Skills to do this job But he has to have the will to do this job. He wants to be a Shore Side Tankerman. But until He proves to The company That he can do better at his Deckhand job I don't Think it will happen.

| | | Date: |
|---|---|---|
| X Employee: | | |
| Mate / Training Mate: | Ronan Kliche | Date: 3-4-14 |
| ~~Captain:~~ | Wong Hill | Date: 7-4-14 |

* Work behaviors: 1st offense score drops to 5 pts, 2nd offense score = 0

Ryan Refused to Sign.

MPC00000123