Mike Scott -
- 530 afternoon - Tie off in in Fleet - weather was about to get bad.
- Did SS, did streches togeather.
- Talked into Fleet - Tug & it could of been Ryan or Dane talked into Fleet
- Told were going - HB pinned the head & his guys came out to help, secured head - dropped down to Stern to hold the barches.
- Earnie T - Harbor boat.
- Weather was coming - when talking in, started rain - visability from wheelhouse - see after caught head wire (could see) got worse working down on Fleet
- at first coupling - trunk covers the guys up, raining heavy could not see crew
- Radio Comm OK during that time.
- Normal operation - severe weather w/ rain, Thunder storms around that time.
- Said on radio back on boat - Dane came up once or twice
Got off watch, boat of Serial, Showered, Ben Jay Dane + Blake in lounge, Ryan in DL, No one said anything at that time.
Next Morning.
Shift Starter - didn't do streches that morning - thinks that when it happed to report

Scott Exhibit No. 1
07/13/2016

MPC00000339

Descrepancy - Told crew to help with bags - Saw Ryan w/ bags going up hill - one slung over shoulder. Can't rember whiether Blake & Dane helped him up the hill.
- Pulling big bag a -
- Pull videos at Mike - off the boat
-

# DAILY LOG SHEET
MARINE DEPARTMENT - MARATHON PETROLEUM COMPANY LP

M/V **Nashville**  DATE: 9-6-2014

M/V NASHVILLE
Call Sign: WDB 9884
O.N. 916834
MMSI 366984440

**WEATHER CONDITION (GIVE AT BEGINNING OF DAY)**
64° Rain.

**MAKE TOW ARRANGEMENT**
Indicate the arrangement of the barges in tow by writing Barge Number in block as barges are made up.
- Show Loads by underscoring (12)
- Show Empties by Number only (12)
- Show Headers by I at proper end of Barge
- Sketch Boat in proper position. Change sketch each time Tow changes.

| | | |
|---|---|---|
| mpc-208 \| \| map-672 \| mpc 649 | | |
| mpc-908 \| \| map-671 \| mpc 636 | | |

| TIME | MILE | ACCURATE DESCRIPTION OF OPERATION | DEPART |
|---|---|---|---|
| 0001 | 196 | Finishing unhooking MPC 649 @ woodriver Gullett off | |
| 0005 | 196 | dock arm off MPC 649 | |
| 0100 | 196 | depart dock with MPC 649 + 636 elizabeth brown assist | |
| 0130 | 196 | arrive mobile island with MPC 649 building S/B tow | |
| 0330 | 196 | depart S/B 6 Loads | |
| 0505 | 190 | wcp met VHF's 13/16 ok 360 met Gullett off/Scott on | |
| 0600 | 185 | locking S/B Lock #27 (:30) | 0630 |
| 1105 | 141 | wcp met, VHF's 13/16 ok 360 met Scott off/Gullett on. | |
| 1705 | 81 | WCP met VHF's 13/16 ok 360 met Gullett off/Scott on | |
| 2305 | 22 | wcp met, VHF's 13/16 ok 360 met Scott off/Gullett on. | |

F.O.B - 55785   USED - 743

| DELAYS | | MILEAGE RECORD | | | | |
|---|---|---|---|---|---|---|
| BOAT FUELING | | TIME | POSITION | MILES | STATE | MILES |
| STW | | 0001 | 196 UMR | | IL | 184 |
| LOCK DELAY / # | | 0600 | 185 S/UMR | 11 | | |
| LOCKING TIME | 1:30 | 1200 | 130 S/UMR | 55 | | |
| WEATHER | | 1800 | 70 S/UMR | 60 | | |
| MECHANICAL | | 2400 | 12 S/UMR | 58 | | |
| TOW WORK | 2:00 | | | | | |
| PRODUCT | 1:00 | | | | | |
| OTHER | | TOTAL MILES | | 184 | | |
| TOTAL DELAYS | 3:30 | | | | | |

DISTRIBUTION: WHITE - Office, CANARY - Boat File   (SEE ADDITIONAL SHEETS IF NEEDED)
Custodian - Marine Operations
Transportation - Shipment Log - Marine
ACTIVE + 10 / after equipment is no longer in use

FORM 99318 1 Rev. 9/10

MPC00000633

# DAILY LOG SHEET
MARINE DEPARTMENT - MARATHON PETROLEUM COMPANY LP

M/V: Nashville  
DATE: 9-5-2014

**M/V NASHVILLE**  
Call Sign: WDB 9884  
O.N. 916834  
MMSI 366984440

WEATHER CONDITION (GIVE AT BEGINNING OF DAY): 74° Clear.

### MAKE TOW ARRANGEMENT
*Indicate the arrangement of the barges in tow by writing Barge Number in block as barges are made up.*
- Show Loads by underscoring (12)
- Show Empties by Number only (12)
- Show Headers by I at proper end of Barge
- Sketch Boat in proper position. Change sketch each time Tow changes.

| MAP-671 | I | MPC-903 | | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

| TIME | MILE | ACCURATE DESCRIPTION OF OPERATION | DEPART |
|---|---|---|---|
| 0001 | 196 | @ woodriver dock w/nty's Map 671 + MPC 903  Gullett on | |
| 0010 | 196 | dock arm connected on Map 671 | |
| 0020 | 196 | dock arm connected on MPC 903 | |
| 0045 | 196 | begin Loading Map 671 + MPC 903 | |
| 0500 | 196 | wcp met VHF's 13/16 ok 360 met  Gullett off/Scott on | |
| 0915 | 196 | mpc-903 Done loading 0925/Dock arm off | |
| 1015 | 196 | map-671 Done loading 1030/Dock arm off | |
| 1105 | 196 | wcp met, VHF's 13/16 ok 360 met Scott off/Gullett on | |
| 1120 | 196 | depart woodriver dock Light boat 360 met | |
| 1130 | 196 | arrive L+C Fleet pu/nty's mpc 649 + MPC 636  360 met | |
| 1130 | 196 | elizabeth brown shift Loads Map 671 + MPC 903 to Fleet | |
| 1130 | 196 | Stby for dock space (doing survey work @ dock) 360 met | 1215 |
| 1240 | 196 | arrive wood river dock w/nty's MPC 649 + 636  1250 spotted | |
| 1315 | 196 | dock arm connected on MPC 636 | |
| 1335 | 196 | dock arm connected on MPC 649 | |
| 1355 | 196 | Loading MPC 649 + 636 | |
| 1705 | 196 | wcp met, VHF's 13/16 ok 360 met  Gullett off/Scott on | |
| 2030 | 196 | Stop loading due to weather | 2125 |
| 2300 | 196 | wcp met VHF's 13/16 ok 360 met Scott off/Gullett on | |
| 2335 | 196 | Finished Loading MPC 636 | |
| 2340 | 196 | Finished Loading MPC 649 | |
| 2345 | 196 | dock arm off MPC 636 | |
| | | F.O.B - 56528    USED - 207 | |

### DELAYS

| DELAYS | | MILEAGE RECORD | | | | |
|---|---|---|---|---|---|---|
| BOAT FUELING | | TIME | POSITION | MILES | STATE | MILES |
| STW | | 0001 | 196 UMR | | IL | 0 |
| LOCK DELAY / # | | 0600 | 196 UMR | 0 | | |
| LOCKING TIME | | 1200 | 196 UMR | 0 | | |
| WEATHER | | 1800 | 196 UMR | 0 | | |
| MECHANICAL | | 2400 | 196 UMR | 0 | | |
| TOW WORK | | | | | | |
| PRODUCT | 24 hr. | | | | | |
| OTHER | | | TOTAL MILES | 0 | | |
| TOTAL DELAYS | 24 hr. | | | | | |

DISTRIBUTION: WHITE - Office, CANARY - Boat File  
Custodian - Marine Operations  
Transportation - Shipment Log - Marine  
ACTIVE + 10 / after equipment is no longer in use

(SEE ADDITIONAL SHEETS IF NEEDED)

FORM 99318 1 Rev. 9/10

MPC00000634

# DAILY LOG SHEET
MARINE DEPARTMENT - MARATHON PETROLEUM COMPANY LP

M/V __Nashville__   DATE: 9-4-2014

M/V NASHVILLE
Call Sign: WDB 9884
O.N. 916834
MMSI 366984440

WEATHER CONDITION (GIVE AT BEGINNING OF DAY)
74° P. Cloudy

**MAKE TOW ARRANGEMENT**
Indicate the arrangement of the barges in tow by writing Barge Number in block as barges are made up.
- Show Loads by underscoring (12)
- Show Empties by Number only (12)
- Show Headers by I at proper end of Barge
- Sketch Boat in proper position. Change sketch each time Tow changes.

| | |
|---|---|
| MAP-672 | MPC-908 |

| TIME | MILE | ACCURATE DESCRIPTION OF OPERATION | DEPART |
|---|---|---|---|
| 0001 | 196 | Stby for dock space Woodriver  Gullett on | |
| 0505 | 196 | wcp met VHF's 13/16 ok  360 met  Gullett off/Scott on | |
| 0900 | 196 | Departed L&C Fleet with 2 mty MAP-672, MPE-908  360 met | |
| 0915 | 196 | Spotted 2 mtys MAP-672, MPE-908 @ Woodriver Dock. | 09:30 |
| 1005 | 196 | Dock Arm on MPC-908 / 10:30 Dock Arm on MAP-672 | |
| 1100 | 196 | wcp met, VHF's 13/16 ok  360 met  Scott off/Gullett on | |
| 1115 | 196 | Begin loading MAP 672 & MPC 908 | |
| 1330 | 196 | shut down high pressure alarm [illegible] A.G. | |
| 1500 | 196 | resumed loading MAP 672 & MPC 908 | |
| 21:10 | 196 | MPE-908 Done loading. 21:30/Dock Arm off. | |
| 21:45 | 196 | MAP-672 Done loading  2100/Dock Arm off. | |
| 2200 | 196 | wcp met, VHF's 13/16 ok  wcp met  Scott off/Gullett on. | |
| 2300 | 196 | elizabeth brown Fleeting MPC 908 & MAP 672 | |
| 2310 | 196 | depart L&C Fleet with MAP 671 & MPC 903 | |
| 2335 | 196 | Spotted 2 mtys MAP 671 & MPC 903 | 2345 |

F.O.B - 56735    USED - 289

## DELAYS

| | | MILEAGE RECORD | | | |
|---|---|---|---|---|---|
| BOAT FUELING | | TIME | POSITION | MILES | STATE | MILES |
| STW | | 0001 | 196 UMR | | IL | 0 |
| LOCK DELAY / # | | 0600 | 196 UMR | 0 | | |
| LOCKING TIME | | 1200 | 196 UMR | 0 | | |
| WEATHER | | 1800 | 196 UMR | 0 | | |
| MECHANICAL | | 2400 | 196 UMR | 0 | | |
| TOW WORK | | | | | | |
| PRODUCT | 24:00 | | | | | |
| OTHER | | | TOTAL MILES | 0 | | |
| TOTAL DELAYS | 24:00 | | | | | |

DISTRIBUTION: WHITE - Office, CANARY - Boat File    (SEE ADDITIONAL SHEETS IF NEEDED)

Custodian - Marine Operations
Transportation - Shipment Log - Marine
ACTIVE + 10 / after equipment is no longer in use

FORM 99318 1 Rev. 9/10

MPC00000635

# DAILY LOG SHEET

MARINE DEPARTMENT - MARATHON PETROLEUM COMPANY LP

M/V _Nashville_  DATE: 9-3-2014

M/V NASHVILLE
Call Sign: WDB 9884
O.N. 916834
MMSI 366984440

WEATHER CONDITION (GIVE AT BEGINNING OF DAY)

68° Fog

## MAKE TOW ARRANGEMENT
Indicate the arrangement of the barges in tow by writing Barge Number in block as barges are made up.
- Show Loads by underscoring (12)
- Show Empties by Number only (12)
- Show Headers by I at proper end of Barge
- Sketch Boat in proper position. Change sketch each time Tow changes.

| TIME | MILE | ACCURATE DESCRIPTION OF OPERATION | DEPART |
|---|---|---|---|
| 0001 | 196 | Stby for dock space woodriver    Gullett on | |
| 0505 | 196 | wcp met VHF's 13/16 ok   360 met  Gullett off/Scott on | |
| 1105 | 196 | wcp met, VHF's 13/16 ok  360 met  Scott off/Gullett on | |
| 1705 | 196 | wcp met VHF's 13/16 ok  360 met  Gullett off/Scott on | |
| 2305 | 196 | wcp met, VHF's 13/16 ok  360 met  Scott off/Gullett on | |

used - 123

| DELAYS | | MILEAGE RECORD | | | | |
|---|---|---|---|---|---|---|
| | | TIME | POSITION | MILES | STATE | MILES |
| BOAT FUELING | | | | | | |
| STW | | 0001 | 196 UMR | | IL | ∅ |
| LOCK DELAY / # | | 0600 | 196 UMR | ∅ | | |
| LOCKING TIME | | 1200 | 196 UMR | ∅ | | |
| WEATHER | | 1800 | 196 UMR | ∅ | | |
| MECHANICAL | | 2400 | 196 UMR | ∅ | | |
| TOW WORK | | | | | | |
| PRODUCT | 24:00 | | | | | |
| OTHER | | | TOTAL MILES | ∅ | | |
| TOTAL DELAYS | 24:00 | | | | | |

DISTRIBUTION: WHITE - Office, CANARY - Boat File
Custodian - Marine Operations
Transportation - Shipment Log - Marine
ACTIVE + 10 / after equipment is no longer in use

(SEE ADDITIONAL SHEETS IF NEEDED)

FORM 99318 1  Rev. 9/10

MPC00000636

# DAILY LOG SHEET
MARINE DEPARTMENT - MARATHON PETROLEUM COMPANY LP

M/V **Nashville**  DATE: **9-2-2014**

M/V NASHVILLE
Call Sign: WDB 9884
O.N. 916834
MMSI 366984440

**WEATHER CONDITION (GIVE AT BEGINNING OF DAY):** 69° Rain.

### MAKE TOW ARRANGEMENT
Indicate the arrangement of the barges in tow by writing Barge Number in block as barges are made up.
- Show Loads by underscoring (12)
- Show Empties by Number only (12)
- Show Headers by I at proper end of Barge
- Sketch Boat in proper position. Change sketch each time Tow changes.

| TIME | MILE | ACCURATE DESCRIPTION OF OPERATION | DEPART |
|---|---|---|---|
| 0001 | 196 | SE-By to load @ Wood River   Gullett on | |
| 0505 | 196 | WCP met VHF's 13/16 ok  360° met  Gullett off/Scott on | |
| 0745 | 196 | Taking on fuel from Custom Wood River | 09:45 |
| | | Ticket # - 83503  gallons - 16,000  Lube oil - 500 | |
| | | ticket # MA 3964 | |
| 1105 | 196 | wcp met, VHF's 13/16 ok  360 met,  Scott off/Gullett on. | |
| 1350 | 196 | depart L+C fleet N/B Light boat | |
| 1400 | 196 | arrive gas free dock @ National Maintce to P/u hoses | 1500 |
| 1510 | 196 | arrive L+C Fleet stby for dock space | |
| 1705 | 196 | wcp met VHF's 13/16 ok  360 met  Gullett off/Scott on | |
| 2305 | 196 | wcp met, VHF's 13/16 ok  360 met  Scott off/Gullett on. | |

57147    USED - 412

| DELAYS | | MILEAGE RECORD | | | | |
|---|---|---|---|---|---|---|
| BOAT FUELING | 2:00 | TIME | POSITION | MILES | STATE | MILES |
| STW | | 0001 | 196 UMR | | IL | 0 |
| LOCK DELAY / # | | 0600 | 196 UMR | 0 | | |
| LOCKING TIME | | 1200 | 196 UMR | 0 | | |
| WEATHER | | 1800 | 196 UMR | 0 | | |
| MECHANICAL | | 2400 | 196 UMR | 0 | | |
| TOW WORK | | | | | | |
| PRODUCT | 22:00 | | | | | |
| OTHER | | TOTAL MILES | 0 | | | |
| TOTAL DELAYS | 24:00 | | | | | |

DISTRIBUTION: WHITE - Office, CANARY - Boat File    (SEE ADDITIONAL SHEETS IF NEEDED)

Custodian - Marine Operations
Transportation - Shipment Log - Marine
ACTIVE + 10 / after equipment is no longer in use

FORM 99318 1 Rev. 9/10

MPC00000637

# DAILY LOG SHEET
MARINE DEPARTMENT - MARATHON PETROLEUM COMPANY LP

M/V: Nashville
M/V NASHVILLE
Call Sign: WDB 9884
O.N. 916834
MMSI 366984440

DATE: 9-1-2014

WEATHER CONDITION (GIVE AT BEGINNING OF DAY): 71° Cloudy

## MAKE TOW ARRANGEMENT
Indicate the arrangement of the barges in tow by writing Barge Number in block as barges are made up.
- Show Loads by underscoring (12)
- Show Empties by Number only (12)
- Show Headers by I at proper end of Barge
- Sketch Boat in proper position. Change sketch each time Tow changes.

| TIME | MILE | ACCURATE DESCRIPTION OF OPERATION | DEPART |
|---|---|---|---|
| 0001 | 196 | St-By to load @ Wood River  Gullett on | |
| 0505 | 196 | WCP met VHF's 13/16 ok  360 met  Gullett off/Scott on | |
| 1105 | 196 | WCP met, VHF's 13/16 ok  360 met  Scott off/Gullett on | |
| 1705 | 196 | WCP met, VHF's 13/16 ok  360 met  Gullett off/Scott on | |
| 2305 | 196 | WCP met, VHF's 13/16 ok  360 met. Scott off/Gullett on | |

F:O.B. 41554        USED-134

## DELAYS

| | |
|---|---|
| BOAT FUELING | |
| STW | |
| LOCK DELAY / # | |
| LOCKING TIME | |
| WEATHER | |
| MECHANICAL | |
| TOW WORK | |
| PRODUCT | 24:00 |
| OTHER | |
| TOTAL DELAYS | 24:00 |

## MILEAGE RECORD

| TIME | POSITION | MILES | STATE | MILES |
|---|---|---|---|---|
| 0001 | 196 UMR | | IL | 0 |
| 0600 | 196 UMR | 0 | | |
| 1200 | 196 UMR | 0 | | |
| 1800 | 196 UMR | 0 | | |
| 2400 | 196 UMR | 0 | | |
| TOTAL MILES | | 0 | | |

DISTRIBUTION: WHITE - Office, CANARY - Boat File        (SEE ADDITIONAL SHEETS IF NEEDED)

Custodian - Marine Operations
Transportation - Shipment Log - Marine
ACTIVE + 10 / after equipment is no longer in use

FORM 99318 1  Rev. 9/10

MPC00000638

# DAILY LOG SHEET
MARINE DEPARTMENT - MARATHON PETROLEUM COMPANY LP

M/V __Nashville__   DATE: __8-31-2014__

M/V NASHVILLE
Call Sign: WDB 9884
O.N. 916834
MMSI 366984440

WEATHER CONDITION (GIVE AT BEGINNING OF DAY): 72° Clear

### MAKE TOW ARRANGEMENT
Indicate the arrangement of the barges in tow by writing Barge Number in block as barges are made up.
- Show Loads by underscoring (12)
- Show Empties by Number only (12)
- Show Headers by I at proper end of Barge
- Sketch Boat in proper position. Change sketch each time Tow changes.

| TIME | MILE | ACCURATE DESCRIPTION OF OPERATION | DEPART |
|---|---|---|---|
| 0001 | 196 | St-By to load @ WoodRiver  Gullett on | |
| 0505 | 196 | WCP met VHF's 13/16 ok  360 met  Gullett off/Scott on | |
| 1105 | 196 | WCP met VHF's 13/16 ok  360 met  Scott off/Gullett on | |
| 1705 | 196 | WCP met VHF's 13/16 ok  360 met  Gullett off/Scott on | |
| 2305 | 196 | WCP met VHF's 13/16 ok  360 met  Scott off/Gullett on | |

F.O.B 41688   USED - 135

### DELAYS

| | |
|---|---|
| BOAT FUELING | |
| STW | |
| LOCK DELAY / # | |
| LOCKING TIME | |
| WEATHER | |
| MECHANICAL | |
| TOW WORK | |
| PRODUCT | 24:00 |
| OTHER | |
| TOTAL DELAYS | 24:00 |

### MILEAGE RECORD

| TIME | POSITION | MILES | STATE | MILES |
|---|---|---|---|---|
| 0001 | 196 UMR | | FL | 0 |
| 0600 | 196 UMR | 0 | | |
| 1200 | 196 UMR | 0 | | |
| 1800 | 196 UMR | 0 | | |
| 2400 | 196 UMR | 0 | | |
| TOTAL MILES | | 0 | | |

DISTRIBUTION: WHITE - Office, CANARY - Boat File
Custodian - Marine Operations
Transportation - Shipment Log - Marine
ACTIVE + 10 / after equipment is no longer in use

(SEE ADDITIONAL SHEETS IF NEEDED)

FORM 99318 1 Rev. 9/10

MPC00000639

# DAILY LOG SHEET
MARINE DEPARTMENT - MARATHON PETROLEUM COMPANY LP

M/V _Nashville_  
M/V NASHVILLE  
Call Sign: WDB 9884  
O.N. 916834  
MMSI 366984440

DATE: 8-30-2014

**WEATHER CONDITION (GIVE AT BEGINNING OF DAY)**: 72° Cloudy

### MAKE TOW ARRANGEMENT
Indicate the arrangement of the barges in tow by writing Barge Number in block as barges are made up.
- Show Loads by underscoring (12)
- Show Empties by Number only (12)
- Show Headers by I at proper end of Barge
- Sketch Boat in proper position. Change sketch each time Tow changes.

| TIME | MILE | ACCURATE DESCRIPTION OF OPERATION | DEPART |
|---|---|---|---|
| 0001 | 196 | St-by to load @ wood river    Gullett on | |
| 0505 | 196 | wcp met VHF's 13/16 ok   360° met   Gullett off / Scott on | |
| 1105 | 196 | wcp met, VHF's 13/16 ok   360 met   Scott off / Gullett on | |
| 1705 | 196 | wcp met VHF's 13/16 ok   360° met   Gullett off / Scott on | |
| 2300 | 196 | wcp met, VHF's 13/16 ok   360 met   Scott off / Gullett on | |

F.O.B - 41823    USED - 135

## DELAYS | MILEAGE RECORD

| DELAYS | | TIME | POSITION | MILES | STATE | MILES |
|---|---|---|---|---|---|---|
| BOAT FUELING | | | | | | |
| STW | | 0001 | 196 UMR | | IL | 0 |
| LOCK DELAY / # | | 0600 | 196 UMR | 0 | | |
| LOCKING TIME | | 1200 | 196 UMR | 0 | | |
| WEATHER | | 1800 | 196 UMR | 0 | | |
| MECHANICAL | | 2400 | 196 UMR | 0 | | |
| TOW WORK | | | | | | |
| PRODUCT | 24:00 | | | | | |
| OTHER | | | TOTAL MILES | 0 | | |
| TOTAL DELAYS | 24:00 | | | | | |

DISTRIBUTION: WHITE - Office, CANARY - Boat File  
Custodian - Marine Operations  
Transportation - Shipment Log - Marine  
ACTIVE + 10 / after equipment is no longer in use

(SEE ADDITIONAL SHEETS IF NEEDED)

FORM 99318 1 Rev. 9/10

MPC00000640

# DAILY LOG SHEET
MARINE DEPARTMENT - MARATHON PETROLEUM COMPANY LP

M/V __Nashville__  DATE: 8-29-2014

M/V NASHVILLE
Call Sign: WDB 9884
O.N. 916834
MMSI 366984440

**WEATHER CONDITION (GIVE AT BEGINNING OF DAY)**
73° Cloudy

### MAKE TOW ARRANGEMENT
Indicate the arrangement of the barges in tow by writing Barge Number in block as barges are made up.
- Show Loads by underscoring (12)
- Show Empties by Number only (12)
- Show Headers by I at proper end of Barge
- Sketch Boat in proper position. Change sketch each time Tow changes.

| TIME | MILE | ACCURATE DESCRIPTION OF OPERATION | DEPART |
|---|---|---|---|
| 0001 | 196 | St·By to load @ Wood River    Gullett on | |
| 0505 | 196 | WCP met VHF's 13/16 ok  360° met  Gullett off/Scott on | |
| 1105 | 196 | WCP met VHF's 13/16 ok  360° met  Scott off/Gullett on | |
| 1705 | 196 | WCP met VHF's 13/16 ok  360° met  Gullett off/Scott on | |
| 2305 | 196 | WCP met VHF's 13/16 ok  360 mot  Scott off/Gullett on | |

F.O.B - 41958    USED - 135

### DELAYS

| | |
|---|---|
| BOAT FUELING | |
| STW | |
| LOCK DELAY / # | |
| LOCKING TIME | |
| WEATHER | |
| MECHANICAL | |
| TOW WORK | |
| PRODUCT | 24:00 |
| OTHER | |
| TOTAL DELAYS | 24:00 |

### MILEAGE RECORD

| TIME | POSITION | MILES | STATE | MILES |
|---|---|---|---|---|
| 0001 | 196 UMR | ■ | IL | 0 |
| 0600 | 196 UMR | 0 | | |
| 1200 | 196 UMR | 0 | | |
| 1800 | 196 UMR | 0 | | |
| 2400 | 196 UMR | 0 | | |
| | TOTAL MILES | 0 | | |

DISTRIBUTION: WHITE - Office, CANARY - Boat File
Custodian - Marine Operations
Transportation - Shipment Log - Marine
ACTIVE + 10 / after equipment is no longer in use

(SEE ADDITIONAL SHEETS IF NEEDED)

FORM 99318 1  Rev. 9/10

MPC00000641

# DAILY LOG SHEET
MARINE DEPARTMENT - MARATHON PETROLEUM COMPANY LP

M/V **Nashville**
M/V NASHVILLE
Call Sign: WDB 9884
O.N. 916834
MMSI 366984440

DATE: 8-28-2014

WEATHER CONDITION (GIVE AT BEGINNING OF DAY): 70° Cloudy

### MAKE TOW ARRANGEMENT
Indicate the arrangement of the barges in tow by writing Barge Number in block as barges are made up.
- Show Loads by underscoring (12)
- Show Empties by Number only (12)
- Show Headers by I at proper end of Barge
- Sketch Boat in proper position. Change sketch each time Tow changes.

| TIME | MILE | ACCURATE DESCRIPTION OF OPERATION | DEPART |
|---|---|---|---|
| 0001 | 196 | St. By to load @ Wood River.    Gullett on | |
| 0505 | 196 | wcp met VHF's 13/16 OK 360° met  Gullett off / Scott on | |
| 0915 | 196 | Departed L+C Fleet Like boat to Mike's. 360° met | |
| 0945 | 199 | Arrived @ Mike's Inc Put off 2 crew members and take on supplies | 1045 |
| 1015 | 199 | Crew Change Ryan Ruddell, John Gibson off | |
| 1100 | 199 | wcp met, VHF's 13/16 ok 360 met,  Scott off / Gullett on | |
| 1430 | 199 | Electricians enboard | 1615 |
| 1705 | 196 | wcp met VHF's 13/16 OK 360 met  Gullett off / Scott on | |
| 1710 | 196 | Arrived @ L+C Fleet St. By to load. | |
| 2305 | 196 | wcp met, VHF's 13/16 ok 360 met  Scott off / Gullett on | |

F.O.B. 42093    USED - 457

### DELAYS

| BOAT FUELING | |
|---|---|
| STW | |
| LOCK DELAY / # | |
| LOCKING TIME | |
| WEATHER | |
| MECHANICAL | |
| TOW WORK | |
| PRODUCT | 24:00 |
| OTHER | |
| TOTAL DELAYS | |

### MILEAGE RECORD

| TIME | POSITION | | MILES | STATE | MILES |
|---|---|---|---|---|---|
| 0001 | 196 | UMR | | IL | 6 |
| 0600 | 196 | UMR | 0 | | |
| 1200 | 199 | UMR | 3 | | |
| 1800 | 196 | UMR | 3 | | |
| 2400 | 196 | UMR | 0 | | |
| | | TOTAL MILES | 6 | | |

DISTRIBUTION: WHITE - Office, CANARY - Boat File    (SEE ADDITIONAL SHEETS IF NEEDED)

Custodian - Marine Operations
Transportation - Shipment Log - Marine
ACTIVE + 10 / after equipment is no longer in use

FORM 99318 1 Rev. 9/10

MPC00000642

# DAILY LOG SHEET
MARINE DEPARTMENT - MARATHON PETROLEUM COMPANY LP

M/V: Nashville  
DATE: 8-27-2014

M/V NASHVILLE  
Call Sign: WDB 9884  
O.N. 916834  
MMSI 366984440

WEATHER CONDITION (GIVE AT BEGINNING OF DAY): 76° P. Cloudy

## MAKE TOW ARRANGEMENT
Indicate the arrangement of the barges in tow by writing Barge Number in block as barges are made up.
- Show Loads by underscoring (12)
- Show Empties by Number only (12)
- Show Headers by I at proper end of Barge
- Sketch Boat in proper position. Change sketch each time Tow changes.

| | | |
|---|---|---|
| map-672 | mpc-908 | mpc-649 |
| map-671 | mpc-903 | mpc-636 |

| TIME | MILE | ACCURATE DESCRIPTION OF OPERATION | DEPART |
|---|---|---|---|
| 0001 | 101 | M/B 6mty                                    Gullett on. | |
| 0320 | 121 | traffic delay                          (:50) | 0410 |
| 0505 | 127 | WCP met VHF's 13/16 ok   360°  Gullett off/Scott on | |
| 1105 | 162 | WCP met, VHF's 13/16 ok  360° met  Scott off/Gullett on. | |
| 1420 | 181 | ~~B.C.~~ Lock delay              (1:10) | |
| 1530 | 184 | Locking 27 M/B               (:30) | 1600 |
| 1640 | 190 | traffic delay                (:20) | 1700 |
| 1705 | 190 | WCP met VHF's 13/16 ok  360° met  Gullett off/Scott on | |
| 1830 | 196 | Arrived L&C Fleet St·By to load. | |
| 2305 | 196 | WCP met, VHF's 13/16 ok  360° met  Scott off/Gullett on. | |

FOB - 42,550                                    USED - 3202

## DELAYS

| | |
|---|---|
| BOAT FUELING | |
| STW | |
| LOCK DELAY / # | 1:10 |
| LOCKING TIME | :30 |
| WEATHER | |
| MECHANICAL | |
| TOW WORK | |
| PRODUCT | 5:30 |
| OTHER | 1:10 |
| TOTAL DELAYS | 8:20 |

## MILEAGE RECORD

| TIME | POSITION | MILES | STATE | MILES |
|---|---|---|---|---|
| 0001 | 101 N/UMR | | IL | 95 |
| 0600 | 133 N/UMR | 32 | | |
| 1200 | 167 N/UMR | 34 | | |
| 1800 | 193 N/UMR | 26 | | |
| 2400 | 196 UMR | 3 | | |
| TOTAL MILES | | 95 | | |

DISTRIBUTION: WHITE - Office, CANARY - Boat File  
Custodian - Marine Operations  
Transportation - Shipment Log - Marine  
ACTIVE + 10 / after equipment is no longer in use

(SEE ADDITIONAL SHEETS IF NEEDED)

FORM 99318 1 Rev. 9/10

MPC00000643

- Temperature:
- Wind Speed:
- Wind Direction:
- Humidity:
- Precipitation:
- River Condition:
- Current Speed:
- Visibility:

### Vehicle Incidents & Accidents

- Roll-Over:
- Able to Drive:
- Speed:
- On-Road:
- Number of Injuries:
- Extent of Injuries:

### Regulatory Agency

- Type of Regulatory Agency:
- Agency:

### Marine Vessel Incidents & Accidents

- Grounding:
- Boat Bump/Go:
- Allision:
- Collision:
- Boat Damage:
- Barge Damage:
- Damage to 3rd Party:
- Damage from 3rd Party:
- Near Miss:
- Vessel Moored:
- Drift Involvement:
- High Water:
- Low Water:
- Person Overboard / In Water:
- Good Catch:

### Release/Spill Information

- Material Released:

MPC00000711

Mike Scott Interview 4-6-15
By Isaac Perkins – HRC
Concerning Ryan Ruddell

- 5:30 in the afternoon, going to tie off in the fleet, weather forecast called for rain
- Did shift starter and stretched
- Talked into the fleet, had the tug to help. Can't remember which employee it was who talked into fleet
- Harbor told where he was going, HB pinned the head of tow and his guys came out to help. They secured the head, dropped down to stern to hold in the barges
- the harbor boat was the Ernie T.
- The rain increased as they were putting the boat into the fleet. When working the head of tow, could see but visibility decreased as the employees worked towards the boat.
- At the first coupling, the trunk of the barge covered guys up. Didn't have a good view of the crew members at the time. Radio communication worked OK at the time.
- It was a normal operation, had rainstorms at the time.
- Communicated to the me (Capt. Scott) that they were all back on the boat. Dane came up to the wheelhouses once or twice that watch.
- Got off watch, went down to the galley to have a bowl of cereal, smelled bengay. Dane and Blake were in the lounge; Ryan was in the deck locker. None of the crew said anything at that time.
- The Next Morning during the shift starter. Ryan didn't do his stretches. Thinks that is when he reported his illness and began to fill out documents.
- He told the crew to help Ryan with bags. Saw Ryan holding a bag over his shoulder.

Dane Haukendahl – 2nd Mate investigation 3/1/15
Isaac Perkins – HRC

- Dane had worked with Ryan for about a year on the Nashville, every time the tow was built the same way. 6 sets of rigging at each coupling, same tow each time, utilizing rake and box barges.
- Earlier in trip: Sanding / Painting the deck-locker floor. Dane said he did most of the work, when the crew was working, they rotated every thirty minutes. Didn't have any complaints at that time.
- Dane thinks they got fuel in Louisiana <will check logs>

Timeline of events:

- Shift starter at approx. 5:30PM did stretching with Ryan and Blake; Ryan didn't complain during his stretches, Dane would sometimes have to ask Ryan to put effort into his stretches. They held a shift starter on fleeting barges in the wheelhouse. During the shift starter, Ryan had fair participation and didn't mention anything about his back.
- The weather started to sprinkle as they walked out to the head of the tow. The amount of rain increased while they were working. They had yellow rain suits available for their use if the deckhands wanted to use them.
- Walking out towards the head of tow, Dane asked Ryan if he was comfortable talking mike into the fleet, he stated he was and proceeded to do so.
- The Harbor boat pushed the head of tow into the fleet first then worked his way down towards the stern as they tied-off to the fleet. Dane said the Harbor Boat was smooth in its operation, did not jolt the tow when they touched up.
- Dane doesn't remember any boats passing other than the harbor boat assisting.
- At the head of tow, Dane and Blake worked the wires and the harbor boat employees worked the winch. Ryan did not do any physical work at that time. Dane and Blake laid double wire at the head
- Refer to diagram in notes for fleet and barge position. There were not barges in-front of the tow, just parallel to MPC's barges.
- Dane moved over to the fleet's spar barges, Blake and Ryan stayed on MPC barges. Dane stated our barges are painted with 'grit' non-slip material and the deck of the barges was in good shape. There were not any oily products on deck.
- Dane said the fleet remained fixed, that it did not surge at any time. The Harbor boat had stabilized the tow and had the barges pushed into the fleet.
- Most barges in our tow have the Patterson winches; Ryan was not on the winch at any time that dat. Blake was at the same coupling as Ryan, it was his first line-haul trip as deckhand. Dane saw Ryan reach down with both hands extended and handed Dane the wire on the fleet barge. The barges maybe had 6 inches difference in draft between the tow and fleet; it was a level hand-off. There was not a large gap between the barges and fleet.
- All the wires were in good shape. We replace if wires get bad. We didn't have any galvanized wires on that barge. Dane had the eye of the wire, didn't see any burs in that part of wire.

MPC00000720

- Dane pulled the wire's slack out and harbor boat employees assisted in laying the wires to a 2 part wire.
- Walking back towards the boat, Dane asked about safety lines being needed, the Harbor Boat employees who are in-charge of the fleet said they didn't want them laid.
- Dane told Blake and Ryan to go get changed / dry. Both employees had their own room so they were able to get clean clothes and changed without awaking any crew-members up. Dane had brought dry clothes down to his locker and changed in the deck-locker. He then mopped up the deck-locker of excess water.
- The crew did their clean-up duties for about 45 minutes – 1 hour then took a break
- With about 2 hours left in the watch, Dane, Blake and Ryan took a break and hung out in the lounge. Ryan sat down in the leather chair so with lots of force, that his feet came up from the ground.
- That is when Ryan asked about Aleve, Dane told him they may have medicine in the OTC cabinet. Dane asked if he was OK or hurt at that time, Ryan mentioned he had a muscle spasm, didn't mention where on his body. They didn't tell Captain Mike at that time. Later that evening in the Lounge, Dane smelled BenGay on Ryan and asked again if he was hurt. He said no, that he uses it all the time for his knee. Did not mention any back problem at that time. Said his knees tend to ache.
- Next morning before the shift starter (around 5:25AM) Ryan went down to smoke a cigarette, Dane thinks that he didn't have any because he ran up the stairs almost knocking over the deckhand Daniel Hoskins (former employee)
- Next Morning at the shift starter (topic unknown) during the stretches, Dane noticed that Ryan wasn't stretching and that he wasn't bending down. Dane waited until they went downstairs to ask Ryan if he was OK. Dane sat at the Mates desk and Ryan in the chair, asked Ryan if he was hurt. Ryan said he didn't get much sleep, -asked why – Ryan told Dane his back was hurting, but didn't want to tell Captain about it yet, Dane asked if he could do his job, Ryan said hesitated and said no, that's when Dane told Blake to get Ice for Ryan and then went to report the incident to the Captain. At that time, Ryan didn't tell Dane where / when it happened.
- Dane then got Ryan to come upstairs to start working on the paperwork, followed behind him so Ryan couldn't fall backwards.
- When they got off the boat, Dane and Blake carried everything. Ryan held onto his laptop bag. Dane didn't observe any walking issues. He didn't stop walking on the ramp up to mikes. Dane thinks they used the stairwell. When he got in the cab, he did not show signs of irradiation. Dane made a comment to Blake that "it was awful easy to get in the cab with a hurt back.

MPC00000721



# MPC & CONTRACTOR OCCUPATIONAL INJURY/ILLNESS/INCIDENT REPORT

**I.** This Section to be completed by the **Person involved** and returned to MPC supervisor **within 24 hours** after the incident.

1. Name: Ruddell, Ryan A        Employee No. (if MPC) 779392
2. Home Address: 308 Van Dusen Ave, Evansville, IN 47711
3. Date of Birth: 09/10/87    Sex: ☒M ☐F    Date Hired (with MPC or Contracting Company): 5/12/08
4. Occupation/Job Title: Deckhand    Date you began this occupation: 5/12/08
5. Contractor Company Name: ____
6. Marathon or Contractor Supervisor: Michael Scott "captain"
7. Date of Incident: 8/27/14    Time: 18:45 ☐AM ☒PM    Check if time cannot be determined ☐
8. Time you began work day of incident: 5:30 ☐AM ☒PM    Did incident occur outside normal work hours? Yes ☐ No ☒
9. Place incident occurred: First coupling of LCC Fleet mpe-903, map-671    On Marathon premises? Yes ☒ No ☐
10. Reported to (MPC Employee): Doug Havkedahl    Date: 8-28-14  Time: 7:30 ☒AM ☐PM
11. Describe what you were doing before the incident occurred. Describe the activity, as well as the tools, equipment, or material used. Be specific.
    Took wire off Timberhead (Fleety Barges)
12. Describe in detail how the incident occurred (use an additional page if needed). Took wire off Timberhead Handed to 1st mate
13. Describe in detail the injury/illness, part of body affected and how (be more specific than "hurt" or "sore"), and any symptoms.
    lower Back hurt ~~...~~ Pain radiating out around sides, shooting pain down front of legs and in testicles
14. Object or substance causing incident (specify): wire
15. Witness(es): Doug Havkedahl, Anthony Ginn
16. I have answered the above questions to the best of my knowledge: [signature]    8/28/14
17. Completed by (if other than the above person): Ryan Ruddell    Deckhand    (817) 622-0598    8/28/14

**II.** This Section to be completed by **Supervisor or Designee** and forwarded to the HES Dept. **within 3 calendar days** of the incident.

1. Is there any additional information about the incident? ____
2. Check protective equipment worn at the time of the incident and any that should have been worn:

| Equipment | Worn | Should Have Been Worn | Equipment | Worn | Should Have Been Worn |
|---|---|---|---|---|---|
| Safety Glasses | ☒ | ☐ | Goggles | ☐ | ☐ |
| Face Shield | ☐ | ☐ | Hard Hat | ☐ | ☐ |
| Safety Shoes | ☒ | ☐ | Fire Resistant Clothing | ☒ | ☐ |
| Gloves | ☒ | ☐ | Respirator | ☐ | ☐ |
| H2S Monitor | ☒ | ☐ | Fall Protection | ☐ | ☐ |
| Seat Belt | ☐ | ☐ | Other | ☐ | ☐ |

3. Were proper work procedures being followed? Yes ☒ No ☐ If No, explain. ____
4. What steps were taken to prevent a recurrence of this type of incident? Proper Lifting bend with knees
5. Completed by: Michael Scott    Captain    780619    8-28-14

Form 191 Rev. 6/09
ATTENTION: The user of this document must ensure the current approved version of the document is being used.
Custodian: Component HES
Retention: 5 years plus current year
Copy to Workers Compensation

MPC00000729

**Note:** Refer to TNLHES302 (reference) – Personal Protective Equipment (PPE) for additional information about the PPE required at TT&M facilities.

**Important:** Only type V US Coast Guard approved personal flotation devices are to be used by *Company* employees.

## Lifting Requirements

**Minimum Lifting Requirements**

Employees should have the strength, flexibility, and cardio-respiratory fitness to perform the following tasks:

- lift at least 100 pounds from floor to knuckles level
- lift and carry at least 80 pounds with two hands at shoulder level for a minimum distance of 100 feet on a level surface
- lift and carry at least 65 pounds with two hands at shoulder level for a minimum distance of 200 feet on a level surface, and
- lift and carry at least 50 pounds with two hands at shoulder level for a minimum distance of 300 feet on a level surface.

**Lifting Limits (m)**

Under no circumstances shall any employee exceed the limits established in this document by

- lifting, carrying, pushing, pulling, and so on, more than the specified amount, or
- performing a task without the minimum required personnel.

**Exception:** In certain situations (for example inclement weather), the *Boat Captain* and/or *Pilot* may use their discretion and increase the number of required personnel to perform the tasks outlined in this document.

**Safe Lifting Requirements**

The table below describes safe lifting requirements for various tasks.

| Task | Individuals Required | Description |
|---|---|---|
| 35 Foot Wire | One | - Carry no more than one 35-foot wire with two links.<br>- When transporting a wire, carry no additional<br>  - rigging, or<br>  - straps. |
| 65 Foot Wire | Two | - Two individuals are required to transport a 65-foot wire.<br>- Use one of two options:<br>  - divide the wire in half and each person carry a section, or<br>  - uncoil the wire and one person position the lead and one person carry the end. |
| Bank / Shore Line / Wire | Two or more | Two or more individuals are required to connect or release a tow with a bank / shore line / wire. |
| Carrying Objects (general) | One | While carrying objects on the outside of the boat/ barge,<br>- free the inside hand, and<br>- place the load on the outboard side of the body. |
| Face / Wing Wires (synthetic line or wire rope) | One or Two | - While boat is stationary, one person is to handle face/wing wires.<br>- While boat is underway, two people handle the face/wing wires. |
| Hose | One, Two, or Three | Use a minimum of three people to place a 6-inch cargo hose into position using the push/pull method.<br>**Recommendations:**<br>- Come alongside as close as possible to the needed position.<br>- Use hose tongs to drag the cargo hose.<br>- Use a minimum of six people if the entire hose has to be lifted and carried.<br>- One person can generally position or lift<br>  - a 4-inch water stripping hose, or<br>  - a 2-inch product/water stripping hose.<br>- Two people are required when moving a 2-inch steam hose.<br>- One person is required to hook up the hose. |
| Lock Line | Two or more | Two or more individuals are required to carry a lock line. |
| Miscellaneous Supplies / Groceries | One | Do not carry or lift supplies/groceries in a container or in multiple containers with gross weight in excess of 50 pounds. |
| Pumps | Two or more | Two or more individuals are required to move stripping pumps. |
| Ratchets | One | - Carry no more than one ratchet at a time.<br>- When transporting a ratchet, carry no additional<br>  - rigging, or<br>  - straps. |
| Spill Kits | Two or more | Two or more individuals are required to carry spill kits. |
| Straps | One | Do not carry more than two straps (with or without links) at a time. |
| - Tools<br>- Links, or | One | - Carry equipment in a safe manner.<br>- Do not overload when carrying this type of equipment on the tow. |

MPC00001795