# EXHIBIT 3

| | | |
|---|---|---|
| 191 A | **Marathon Petroleum Company LP** | |
| | **Marine** | |
| | **Boatcrew Report of Injury or Illness** | |

Name: Ryan Ruddell   Emp #: 779392   Date/Time: 8/28/14

Job Title: Deckhand   Watch/Start Time: 5:30 pm   Vessel: Nashville

Supervisor: Mike Scott   Time of Injury/Illness: 6:45 pm   Location: Ltd Fleet WoodRiver

List any witnesses: Dave Heukedahl, Anthony Ginn, Michael Scott

Weather Conditions: Heavy rain thunderstm   Deck Conditions: Wet

Reported To: Mate Cone   Date: 8/28/14   Time: 7:30 Am.

Date Hired: 5/12/08   # Months in current position: 6 years 3 months

On-site 1st Aid Treatment: Ibuprofen, Bea Gay   Provided By: Him self

Was professional medical treatment sought? NO   Facility Name:

If the employee died, when did death occur? N/A

Describe treatment or medication given: Ibuprofen, Bea Gay.

Describe in detail your activities immediately before the incident: Tie off Barges

Describe in detail how the injury/illness occurred: took wire off Barges

Describe in detail the parts of your body affected: lower Back, Pain radiats from lower Back around side s into testicles

Identify in detail any potential safety concerns related to this incident (examples equipment and/or acts):

**Check protective equipment worn:**

| Equipment | Worn | Equipment | Worn | Equipment | Worn | Equipment | Worn |
|---|---|---|---|---|---|---|---|
| Goggles | | Safety Glasses | ✓ | Safety Shoes | ✓ | H2S Monitor | ✓ |
| Face Shield | | Fall Protection | | Seat Belt | | Gloves | ✓ |
| Hard Hat | | FR Uniform | ✓ | Respirator | | PFD | ✓ |
| Other | | | | | | | |

Signature of Employee: [signature]   Date: 8/28/14

Completed by (if other than employee):   Date:

Incident Investigation – Health & Safety / 12 years   Custodian: Safety   Revised: 3/28/2014
Attn: Use printed copies with caution   Copy – 1 Year

MPC00000003